UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:23-cv 1437-DII |
| KOOAPPS LLC,<br>    Defendant. | §<br>§<br>§ | |

## PLAINTIFF'S MOTION FOR DEFAULT AND DEFAULT JUDGMENT ON LIABILITY

Plaintiff, Lowtech Studios, LLC, asks the Court to enter a default and render a default judgment against Defendant Kooapps, LLC.

### BACKGROUND

On November 22, 2023, Plaintiff sued Defendant, filing Plaintiff's Original Complaint seeking damages for trademark infringement, unfair competition, false advertising, and fraudulent registration of a trademark.

On November 29, 2023, Defendant was served with a summons and copy of Plaintiff's Original Complaint by service on its registered agent. A copy of the return of service is attached hereto as Exhibit 1. Defendant did not file a responsive pleading or otherwise defend the suit.

Plaintiff is entitled to the entry of a default and asks the Court to render a default judgment.

### ARGUMENT

The Court should enter a default and render a default judgment because Defendant Kooapps, LLC failed to file an answer or otherwise defend the suit.

A court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit. *See* Fed. R. Civ. P. 55(a), (b)(2). The Court should enter

a default and render a default judgment because Defendant did not file a responsive pleading within 21 days after November 29, 2023, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

Plaintiff does not need to establish that Defendant is not an infant, is not an incompetent person, or is not in military service because Defendant is a corporation. *See Barrett v. Tri-Coast Pharmacy, Inc.*, 518 F.Supp.3d 810, 822 (D. N.J. 2021). Because Defendant did not file a responsive pleading or otherwise defend the suit, it is not entitled to notice of entry of default.

Plaintiff seeks a default judgment on liability only at this time. Plaintiff will establish the amount of damages subsequently at a hearing. With this motion for a default and default judgment, Plaintiff seeks unliquidated damages in an amount to be determined at a hearing to present evidence in support of its request for damages, reasonable attorney's fees and all other relief allowed under the law.

## CONCLUSION

Because Defendant Kooapps, LLC was properly served and failed to file an answer or otherwise defend the suit, the Court should enter a default and render default judgment against Defendant Kooapps, LLC.

Date: January 5, 2024

Respectfully submitted,

**DUNHAM LLP**
919 Congress Avenue, Suite 910
Austin, Texas 78701
512.615.1255 (phone)
512.615.1256 (fax)

/s/ Matthew T. Kennedy
David E. Dunham
State Bar No. 06227700
david@dunhamllp.com
Matthew T. Kennedy
State Bar No. 24092619
matt@dunhamllp.com
***Attorneys for Plaintiff***