IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1437-DII |
| | § | |
| KOOAPPS LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiff Lowtech Studios, LLC ("Plaintiff") filed this action on November 22, 2023. (Dkt. 1). To date, Defendant Kooapps LLC ("Defendant") has not appeared in this action. Defendant's deadline to answer or otherwise respond to Plaintiff's complaint was December 20, 2023. (*See* Dkt. 5). Plaintiff moved for default and default judgment on liability on January 5, 2024. (Dkt. 6).

Federal Rule of Civil Procedure 55 governs the entry of default judgment. "Default under Rule 55 is a two-step process: (1) the entry of default and (2) the subsequent entry of a default judgment." *Can Capital Asset Servicing, Inc. v. Huerta, Jr.*, No. SA-15-CV-1049-XR, 2016 WL 8223267, at *1 (W.D. Tex. Mar. 31, 2016) (citing Fed. R. Civ. P. 55). "An *entry of default* is what the clerk enters when the default is established by affidavit or otherwise. After defendant's default has been entered, plaintiff may apply for a judgment based on such default. This is a *default judgment*." *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996) (emphasis in original).

Here, Plaintiff moved for default and default judgment on liability. (Dkt. 6). The Court construes this motion as a motion for default judgment. However, under Rule 55, the Plaintiff must first move for entry of default by the Clerk of Court, and the Clerk's Office must enter default, before he may move for a default judgment. Plaintiff has yet to complete the first step in the process by moving for entry of default. Fed. R. Civ. P. 55(a).

Accordingly, **IT IS ORDERED** that Plaintiff move for entry of default against Defendant on or before **January 15, 2024**.

**SIGNED** on January 8, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE