**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOWTECH STUDIOS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-cv 1437-DII** |
| | § | |
| **KOOAPPS LLC,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT KOOAPPS LLC**

Plaintiff Lowtech Studios, LLC files its Motion for Entry of Default under Federal Rule of Civil Procedure Rule 55(a) and pursuant to the Court's Order (Dkt. 7). Plaintiff asks the court clerk to enter a default against Defendant Koopps LLC as authorized by Federal Rule of Civil Procedure 55(a).

## I. INTRODUCTION

1. Plaintiff is Lowtech Studios, LLC ("Lowtech").

2. Defendant is Kooapps LLC ("Kooapps").

3. On November 22, 2023, Plaintiff filed Plaintiff's Original Complaint (Dkt. 1) with the Court and asserted several causes of action against Defendant, including trademark infringement.

4. On November 29, 2023, Defendant Kooapps was served with a true copy of the Summons, Plaintiff's Original Complaint and the Civil Cover Sheet by serving Kooapps' agent for process of service, Business Filings Incorporated at 711 Capital Way S., Suite 204, Olympia, WA 98501. A copy of the return of service was filed with the Court on December 5, 2023, and is attached hereto as Exhibit 1.

5. Kooapps did not answer, appear, file a responsive pleading or otherwise take any action showing intent to defend the suit.

6. Accordingly, Plaintiff is entitled to an entry of default against Kooapps.

## II. ARGUMENT

**Defendant Was Properly Served but Failed to File Timely Responsive Pleadings**

7. The court clerk may enter a default against a party who has not timely filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129-30 (2d Cir. 2011); *see United States v. $23,000 in U.S Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

8. The clerk should enter a default against Kooapps because Kooapps did not file a responsive pleading within 21 days after the November 29, 2023, date of service. Fed. R. Civ. P 12(a)(1)(A)(i); *see* Fed R. Civ. P. 55(a).

9. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by Matthew T. Kennedy's Declaration ("Kennedy Dec.), attached hereto as Exhibit 2

10. Defendant Kooapps is not a minor or incompetent person. *See* Fed. R. Civ. P. 55(b)(1) and Kennedy Dec., Ex. 2, ¶ 9.

11. Defendant Kooapps is not in military service. *See* U.S.C. app § 521(b)(1) and Kennedy Dec., Ex. 2, ¶ 9.

12. Defendant Kooapps did not file an answer or other required pleading. Kennedy Dec., Ex. 2, ¶ 8.

13. Defendant Kooapps did not take any action that indicated its intent to defend the suit. Kennedy Dec., Ex. 2, ¶ 8.

14. The time allowed for Defendant Kooapps to file a response to the suit expired on December 20, 2023.

15. Because Kooapps did not file a responsive pleading or otherwise defend the suit, Kooapps is not entitled to notice of entry of default. *Haw. Carpenters' Tr. Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

16. Kooapps was properly served with the Summons, and Plaintiff's Original Complaint (including the Civil Cover Sheet) on November 29, 2023. However, Defendant has not filed a responsive pleading or otherwise defended the suit as required by the Federal Rules of Civil Procedure. For these reasons, Plaintiff asks the clerk to enter a default in favor of Plaintiff.

Date: January 12, 2024

Respectfully submitted,

**DUNHAM LLP**
919 Congress Avenue, Suite 910
Austin, Texas 78701
512.615.1255 (phone)
512.615.1256 (fax)

/s/ Matthew T. Kennedy
David E. Dunham
State Bar No. 06227700
david@dunhamllp.com
Matthew T. Kennedy
State Bar No. 24092619
matt@dunhamllp.com
***Attorneys for Plaintiff***