**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOWTECH STUDIOS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-cv-1437-DII** |
| | § | |
| **KOOAPPS LLC,** | § | |
| **Defendant.** | § | |

**JOINT MOTION FOR ENTRY OF
AGREED CONFIDENTIALITY AND PROTECTIVE ORDER**

Discovery in the case will involve the exchange of financial and other confidential and sensitive information.  To facilitate discovery and the exchange of confidential and sensitive information between the parties, Plaintiff Lowtech Studios, LLC and Defendant Kooapps LLC respectfully request that the Court enter the proposed Agreed Confidentiality and Protective Order attached hereto as Exhibit 1.

Date:  May 23, 2024

Respectfully submitted,

/s/  David E. Dunham
David E. Dunham
State Bar No. 06227700
david@dunhamllp.com
Michael Bell
State Bar No. 24138977
michael@dunhamllp.com
**DUNHAM LLP**
919 Congress Avenue, Suite 910
Austin, Texas 78701
512.615.1255 (Tel)

*Attorneys for Plaintiff*

/s/ Joshua A. Baskin[1]
Joshua A. Baskin,
CA State Bar No. 294971 *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty
CA State Bar No. 333412 *(pro hac vice)*
cdelehanty@wsgr.com
Ana Alicia Sontag
CA State Bar No. 340602 *(pro hac vice)*
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

and

---

[1] Signed with permission by David E. Dunham.

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DeShazo & Nesbitt, L.L.P.**
809 West Avenue
Austin, Texas 78701

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on May 23, 2024, as follows:

**Via the Court's Filing eService to:**
Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DeShazo & Nesbitt, L.L.P.**
809 West Avenue
Austin, Texas 78701

*Attorneys for Defendant*

/s/ David E. Dunham
David E. Dunham