## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **LOWTECH STUDIOS, LLC,** | **CASE NO. 1:23-cv-01437-DII** |
| **Plaintiff,** | |
| v. | |
| **KOOAPPS LLC,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Please take notice that Attorney Lee Yeakel of King & Spalding LLP, 500 W. Second St., Suite 1800, Austin, Texas 78701, lyeakel@kslaw.com, a member of the State Bar of Texas and admitted to practice before this Court, hereby enters his appearance as counsel of record for Plaintiff Lowtech Studios, LLC ("Plaintiff") in the above-captioned matter and respectfully requests to be included on the ECF service list.

Dated:  September 27, 2024            Respectfully submitted,

                                                                   By:  */s/ Lee Yeakel*
                                                                      Lee Yeakel
                                                                      Texas Bar No. 22148000
                                                                      Richard J. Groos
                                                                      Texas Bar No. 08529100
                                                                      Matthew E. Vandenberg
                                                                      Texas Bar No. 24079501
                                                                      KING & SPALDING LLP
                                                                      500 W. Second Ave., Suite 1800
                                                                      Austin, TX 78701
                                                                      Telephone: (512) 457-2000
                                                                      Facsimile:  (512) 457-2100
                                                                      lyeakel@kslaw.com
                                                                      mvandenberg@kslaw.com
                                                                      rgroos@kslaw.com

Russell E. Blythe (*pro hac vice* to be filed)
Charles Spalding, Jr. (*pro hac vice* to be filed)
KING & SPALDING LLP
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100
rblythe@kslaw.com
cspalding@kslaw.com

Britton F. Davis (*pro hac vice* to be filed)
Roy Falik (*pro hac vice* to be filed)
KING & SPALDING LLP
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile:  (720) 535-2400
bfdavis@kslaw.com
rfalik@kslaw.com

Christopher C. Campbell
Virginia Bar No. 36244
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile:  (202) 626-3737
ccampbell@kslaw.com

*Attorneys for Plaintiff Lowtech Studios, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

    David E. Dunham
    Matthew T. Kennedy
    Dunham LLP
    919 Congress Ave., Suite 910
    Austin, TX 78701
    mkennedy@dunhamllp.com
    david@dunhamllp.com

    Ana Alicia Sontag
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Rd.
    Palo Alto, CA 94304
    asontag@wsgr.com

    Chloe Delehanty
    Wilson Sonsini Goodrich & Rosati
    1225 El Camino Real
    San Diego, CA 92130
    cdelehanty@wsgr.com

    Joshua A. Baskin
    Wilson Sonsini Goodrich & Rosati
    One Market Plaza, Spear Tower, Suite 3300
    San Francisco, CA 94105
    jbaskin@wsgr.com

    Thomas A. Nesbitt
    DeShazo & Nesbitt, LLP
    809 West Ave.
    Austin, TX 78701
    tnesbitt@dnaustin.com

    /s/*Lee Yeakel*
    Lee Yeakel
    Texas Bar No.22148000

    *Attorney for Plaintiff Lowtech Studios, LLC*