UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LOWTECH STUDIOS, LLC,** | CASE NO. 1:23-cv-01437-DII |
| **Plaintiff,** | |
| v. | |
| **KOOAPPS LLC,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Please take notice that Attorney Matthew E. Vandenberg of King & Spalding LLP, 500 W. Second St., Suite 1800, Austin, Texas 78701, mvandenberg@kslaw.com, a member of the State Bar of Texas and admitted to practice before this Court, hereby enters his appearance as counsel of record for Plaintiff Lowtech Studios, LLC ("Plaintiff") in the above-captioned matter and respectfully requests to be included on the ECF service list.

Dated: September 27, 2024

Respectfully submitted,

By: */s/ Matthew E. Vandenberg*
Lee Yeakel
Texas Bar No. 22148000
Richard J. Groos
Texas Bar No. 08529100
Matthew E. Vandenberg
Texas Bar No. 24079501
KING & SPALDING LLP
500 W. Second St., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
lyeakel@kslaw.com
rgroos@kslaw.com
mvandenberg@kslaw.com

Russell E. Blythe (*pro hac vice* to be filed)
Charles Spalding, Jr. (*pro hac vice* to be filed)
KING & SPALDING LLP
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100
rblythe@kslaw.com
cspalding@kslaw.com

Britton F. Davis (*pro hac vice* to be filed)
Roy Falik (*pro hac vice* to be filed)
KING & SPALDING LLP
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile:  (720) 535-2400
bfdavis@kslaw.com
rfalik@kslaw.com

Christopher C. Campbell
Virginia Bar No. 36244
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile:  (202) 626-3737
ccampbell@kslaw.com

*Attorneys for Plaintiff Lowtech Studios, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

> David E. Dunham
> Matthew T. Kennedy
> Dunham LLP
> 919 Congress Ave., Suite 910
> Austin, TX 78701
> mkennedy@dunhamllp.com
> david@dunhamllp.com
>
> Ana Alicia Sontag
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Rd.
> Palo Alto, CA 94304
> asontag@wsgr.com
>
> Chloe Delehanty
> Wilson Sonsini Goodrich & Rosati
> 1225 El Camino Real
> San Diego, CA 92130
> cdelehanty@wsgr.com
>
> Joshua A. Baskin
> Wilson Sonsini Goodrich & Rosati
> One Market Plaza, Spear Tower, Suite 3300
> San Francisco, CA 94105
> jbaskin@wsgr.com
>
> Thomas A. Nesbitt
> DeShazo & Nesbitt, LLP
> 809 West Ave.
> Austin, TX 78701
> tnesbitt@dnaustin.com

/s/*Matthew E. Vandenberg*
Matthew E. Vandenberg
Texas Bar No. 24079501

*Attorney for Plaintiff Lowtech Studios, LLC*