UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC,<br>    Plaintiff,<br><br>v.<br><br>KOOAPPS LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:23-cv-1437-DII |

## JOINT NOTICE FOR EXTENSION OF TIME

Pursuant to the April 22, 2024, Agreed Scheduling Order, Dkt. 27, Plaintiff Lowtech Studios, LLC and Defendant Kooapps LLC file this Joint Notice for Extension of Time. The current deadline to file motions to amend or supplement pleadings or to join additional parties is October 7, 2024. The parties have jointly agreed to extend this deadline up to and including October 21, 2024. This two-week extension will not impact any other deadlines in this action.

IT IS HEREBY AGREED the deadline to file motions to amend or supplement pleadings or to join additional parties is now October 21, 2024.

Dated: October 3, 2024                                                        Respectfully submitted,

 /s/ *Joshua A. Baskin*                                                        /s/ *Russell E. Blythe*
Joshua A. Baskin (*pro hac vice*)                                   Lee Yeakel
California State Bar No. 294971                                    Texas Bar No. 22148000
jbaskin@wsgr.com                                                         lyeakel@kslaw.com
Chloe Delehanty (*pro hac vice*)                                  Richard J. Groos
California State Bar No. 333412                                    Texas Bar No. 08529100
cdelehanty@wsgr.com                                                   rgroos@kslaw.com
Ana Alicia Sontag (*pro hac vice*)                                Matthew E. Vandenberg
California State Bar No. 340602                                    Texas Bar No. 24079501
asontag@wsgr.com                                                       mvandenberg@kslaw.com
**WILSON SONSINI GOODRICH & ROSATI, PC**    **KING & SPALDING LLP**
One Market Plaza, Spear Tower, Suite 3300      500 W. Second Ave., Suite 1800
San Francisco, California 94105-1126               Austin, TX 78701
                                                                                  Telephone: (512) 457-2000

1

Thomas A. Nesbitt  
State Bar No. 24007738  
tnesbitt@dnaustin.com  
**DESHAZO & NESBITT, L.L.P.**  
809 West Avenue  
Austin, Texas 78701  

*Counsel for Defendant*  
*Kooapps LLC*

Russell Edward Blythe (*pro hac vice*)  
Georgia Bar No. 141379  
rblythe@kslaw.com  
Charles Spalding, Jr. (*pro hac vice* pending)  
Georgia Bar No. 411926  
cspalding@kslaw.com  
**KING & SPALDING LLP**  
1180 Peachtree St., Suite 1600  
Atlanta, GA 30309  
Telephone: (404) 572-4600  

Britton F. Davis (*pro hac vice*)  
Colorado Bar No. 43909  
bfdavis@kslaw.com  
Roy Falik (*pro hac vice* pending)  
Colorado Bar No. 58884  
rfalik@kslaw.com  
**KING & SPALDING LLP**  
1401 Lawrence St., Suite 1900  
Denver, CO 80202  
Telephone: (720) 535-2300  

Christopher C. Campbell  
District of Columbia Bar No. 444262  
ccampbell@kslaw.com  
**KING & SPALDING LLP**  
1700 Pennsylvania Avenue, NW, Suite 900  
Washington, DC 20006  
Telephone: (202) 737-0500  

*Counsel for Plaintiff*  
*Lowtech Studios, LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on October 3, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                        /s/ *Russell E. Blythe*
                                                      Russell E. Blythe

                                                      *Counsel for Plaintiff*
                                                      *Lowtech Studios, LLC*