**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOWTECH STUDIOS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-cv -1437-DII** |
| | § | |
| **KOOAPPS LLC,** | § | |
| **Defendant.** | § | |

**UNOPPOSED MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Lowtech Studios, LLC ("Plaintiff") respectfully files this Motion to Amend Complaint and to file its First Amended Complaint, which is attached hereto as Exhibit A. A redline from Plaintiff's Original Complaint (Dkt. 1) to the First Amended Complaint is attached hereto as Exhibit B. In support of this Motion, Plaintiff states as follows:

1. On April 22, 2024, the Court entered the Agreed Scheduling Order. *See* Dkt. 27. The Scheduling Order set a deadline of October 7, 2024, for "[t]he parties to file all motions to amend or supplement pleadings or to join additional parties." *See id*. at 1.

2. On October 3, 2024, following the substitution of Plaintiff's counsel, the parties filed a Joint Notice for Extension of Time regarding the deadline to file motions to amend or supplement the pleadings. *See* Dkt. 40. On October 7, the Court entered an Order resetting the deadline to file motions to amend or supplement pleadings or to join additional parties to October 21, 2024. *See* 10/07/24 Dkt. Text Order. On October 21, 2024, to permit the parties sufficient time to conduct the meet and confer discussion on the First Amended Complaint as required under the Local Rules, the parties requested that the Court extend the deadline for parties to amend or supplement pleadings or join additional parties from October 21, 2024, to October 28, 2024. *See*

Dkt. 44. On October 22, the Court entered an Order resetting the deadline to file motions to amend or supplement pleadings or to join additional parties to October 28, 2024. *See* 10/22/24 Dkt. Text Order.

3. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, when a party is not permitted to amend its pleadings as a matter of course under Rule 15(a)(1), "a party may amend its pleadings only with the opposing party's written consent or the court's leave," and "[t]he court should freely give leave when justice so requires." *See* Fed. R. Civ. P. 15(a)(2).

4. Here, Plaintiff's counsel sought the consent of counsel for Defendant Kooapps, Inc. ("Defendant") to file Plaintiff's Amended Complaint. On October 24, 2024, counsel for the parties conferred via videoconference, and counsel for Defendant stated that Defendant consented to the filing of Plaintiff's First Amended Complaint. Defendant's counsel further confirmed this consent in writing on October 28, 2024, via email correspondence with Plaintiff's counsel, which is attached hereto as Exhibit C.

5. Consequently, the Court should grant Plaintiff's Motion to file the First Amended Complaint attached hereto as Exhibit A.

Date: October 28, 2024

Respectfully submitted,

/s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Richard J. Groos
rgroos@kslaw.com
Matthew E. Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

***Attorneys for Plaintiff***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant on October 24, 2024. Counsel for Defendant indicated that they will not oppose the filing of the First Amended Complaint and will accept service on behalf of the newly added defendants Jonathan Chang and Chun-Kai Wang.

/s/ *Russell E. Blythe*
Russell E. Blythe

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on October 28, 2024, as follows:

**Via the Court's Filing eService to:**

Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701

***Counsel for Defendant***

/s/ *Russell E. Blythe*
Russell E. Blythe