# Exhibit C

| | |
|---|---|
| From: | Baskin, Josh |
| To: | Charlie Spalding; Russell Blythe; Delehanty, Chloe; Sontag, Alicia; tnesbitt@dnaustin.com |
| Cc: | Chris Campbell; Brit Davis; Roy Falik |
| Subject: | Re: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint |
| Date: | Monday, October 28, 2024 1:02:28 PM |
| Attachments: | image001.png |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

We consent. Regards,

Josh Baskin

**From:** Charlie Spalding <cspalding@kslaw.com>
**Date:** Monday, October 28, 2024 at 10:01 AM
**To:** Baskin, Josh <jbaskin@wsgr.com>, Russell Blythe <RBlythe@KSLAW.com>, Delehanty, Chloe <cdelehanty@wsgr.com>, Sontag, Alicia <asontag@wsgr.com>, tnesbitt@dnaustin.com <tnesbitt@dnaustin.com>
**Cc:** Chris Campbell <ccampbell@kslaw.com>, Brit Davis <BFDavis@KSLAW.com>, Roy Falik <RFalik@KSLAW.com>
**Subject:** RE: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

EXT - cspalding@kslaw.com

Josh and Chloe – we are preparing to file the First Amended Complaint. Rule 15(a)(2) states that we need the opposing party's "written" consent. Can you please just send a quick response email confirming we may file the amended complaint as we discussed last Thursday?

Best,
Charlie

**From:** Charlie Spalding
**Sent:** Thursday, October 24, 2024 1:42 PM
**To:** Baskin, Josh <jbaskin@wsgr.com>; Russell Blythe <RBlythe@KSLAW.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Roy Falik <RFalik@KSLAW.com>
**Subject:** RE: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

Josh and Chloe – thank you for your time earlier today. We look forward to working with you on this case. To memorialize our discussion, Kooapps will not oppose the filing of the FAC and will accept service on behalf of the newly-added Individual Defendants. We'll follow up on the ESI Protocol as soon as we can so we can go ahead and get that on file. Josh, please let us know how the PTC goes

tomorrow so we can discuss next steps on the schedule.

Best,
Charlie

**From:** Baskin, Josh <jbaskin@wsgr.com>
**Sent:** Tuesday, October 22, 2024 2:56 PM
**To:** Russell Blythe <RBlythe@KSLAW.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Charlie Spalding <cspalding@kslaw.com>; Roy Falik <RFalik@KSLAW.com>
**Subject:** Re: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

CAUTION: MAIL FROM OUTSIDE THE FIRM

Russell, can we chat on Thursday morning PT? I am available 8-9 and then 10-1130 PT.

Josh Baskin

---

**From:** Russell Blythe <RBlythe@KSLAW.com>
**Date:** Monday, October 21, 2024 at 9:46 AM
**To:** Baskin, Josh <jbaskin@wsgr.com>, Delehanty, Chloe <cdelehanty@wsgr.com>, Sontag, Alicia <asontag@wsgr.com>, tnesbitt@dnaustin.com <tnesbitt@dnaustin.com>
**Cc:** Chris Campbell <ccampbell@kslaw.com>, Brit Davis <BFDavis@KSLAW.com>, Charlie Spalding <cspalding@kslaw.com>, Roy Falik <RFalik@KSLAW.com>
**Subject:** RE: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

EXT - rblythe@kslaw.com

---

Josh,

Thanks—we will get it on file. Please let us know your availability over the next few days for the conference.

Regards,

Russell

**Russell E. Blythe**
*Partner*
King & Spalding LLP

T: +1 404 572 3590 | E: rblythe@kslaw.com | Bio | vCard

**From:** Baskin, Josh <jbaskin@wsgr.com>
**Sent:** Monday, October 21, 2024 12:11 PM
**To:** Russell Blythe <RBlythe@KSLAW.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Charlie Spalding <cspalding@kslaw.com>; Roy Falik <RFalik@KSLAW.com>
**Subject:** Re: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

CAUTION: MAIL FROM OUTSIDE THE FIRM

Russell, this looks fine. Thx.

Josh Baskin

**From:** Russell Blythe <RBlythe@KSLAW.com>
**Date:** Monday, October 21, 2024 at 6:15 AM
**To:** Baskin, Josh <jbaskin@wsgr.com>, Delehanty, Chloe <cdelehanty@wsgr.com>, Sontag, Alicia <asontag@wsgr.com>, tnesbitt@dnaustin.com <tnesbitt@dnaustin.com>
**Cc:** Chris Campbell <ccampbell@kslaw.com>, Brit Davis <BFDavis@KSLAW.com>, Charlie Spalding <cspalding@kslaw.com>, Roy Falik <RFalik@KSLAW.com>
**Subject:** RE: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

EXT - rblythe@kslaw.com

Josh,

Attached are a joint motion and proposed order extending the deadline for amended pleadings by one week to October 28, 2024. Please let us know if we may include your signature on the filing today.

Regards,

Russell

**Russell E. Blythe**
*Partner*

King & Spalding LLP
T: +1 404 572 3590 | E: rblythe@kslaw.com | Bio | vCard

**From:** Russell Blythe <RBlythe@KSLAW.com>
**Sent:** Sunday, October 20, 2024 6:44 PM
**To:** Baskin, Josh <jbaskin@wsgr.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Charlie Spalding <cspalding@kslaw.com>
**Subject:** RE: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

Josh,

Yes, we are ok with extending the deadline to amend by a week. We will send over a paper on the extension tomorrow morning for your review and signoff.

Regards,

Russell

**Russell E. Blythe**
*Partner*

King & Spalding LLP
T: +1 404 572 3590 | E: rblythe@kslaw.com | Bio | vCard

**From:** Baskin, Josh <jbaskin@wsgr.com>
**Sent:** Sunday, October 20, 2024 5:05 PM
**To:** Russell Blythe <RBlythe@KSLAW.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Charlie Spalding <cspalding@kslaw.com>
**Subject:** Re: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Hi Russell,

I am entirely booked on Monday. What if we stipulate to extend the deadline by another week so we can discuss?

Thanks,

Josh Baskin

**From:** Russell Blythe <RBlythe@KSLAW.com>

**Date:** Sunday, October 20, 2024 at 2:01 PM
**To:** Baskin, Josh <jbaskin@wsgr.com>, Delehanty, Chloe <cdelehanty@wsgr.com>, Sontag, Alicia <asontag@wsgr.com>, tnesbitt@dnaustin.com <tnesbitt@dnaustin.com>
**Cc:** Chris Campbell <ccampbell@kslaw.com>, Brit Davis <BFDavis@KSLAW.com>, Charlie Spalding <cspalding@kslaw.com>
**Subject:** RE: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

EXT - rblythe@kslaw.com

Josh,

Thanks for the update below. In light of Local Rule CV-7(g) requiring a conference on motions, are you or a member of your team available Monday (10/21) for a quick call to discuss?

Regards,

Russell

**Russell E. Blythe**
*Partner*
King & Spalding LLP
T: +1 404 572 3590 | E: rblythe@kslaw.com | Bio | vCard

**From:** Baskin, Josh <jbaskin@wsgr.com>
**Sent:** Friday, October 18, 2024 1:21 PM
**To:** Russell Blythe <RBlythe@KSLAW.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Charlie Spalding <cspalding@kslaw.com>
**Subject:** Re: Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Russell, thanks for your message. We may need more than two days to respond to your request. If I don't respond by Monday, you can file a motion to amend, and we will respond in due course.

Regards,

Josh Baskin

**From:** Russell Blythe <RBlythe@KSLAW.com>
**Sent:** Wednesday, October 16, 2024 6:25:23 PM
**To:** Baskin, Josh <jbaskin@wsgr.com>; Delehanty, Chloe <cdelehanty@wsgr.com>; Sontag, Alicia <asontag@wsgr.com>; tnesbitt@dnaustin.com <tnesbitt@dnaustin.com>
**Cc:** Chris Campbell <ccampbell@kslaw.com>; Brit Davis <BFDavis@KSLAW.com>; Charlie Spalding <cspalding@kslaw.com>
**Subject:** Lowtech Studios, LLC v. Kooapps LLC, Case No. 1:23-cv-1437-DII -- Amended Complaint

EXT - rblythe@kslaw.com

Counsel,

Attached is a draft Amended Complaint that Plaintiff plans to file in the above-referenced case. Please let us know by Friday, October 18 whether you oppose filing of the Amended Complaint and whether you will represent and accept service on behalf of Jonathan Chang and Chun-Kai Wang.

Regards,

Russell


**Russell E. Blythe**
*Partner*

T: +1 404 572 3590  |  E: rblythe@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.