**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOWTECH STUDIOS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-cv-1437-DII** |
| | § | |
| **KOOAPPS LLC, JONATHAN CHANG,** | § | |
| **AND CHUN-KAI WANG,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION FOR ENTRY OF ESI PROTOCOL**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Lowtech Studios, LLC and Defendants Kooapps LLC, Jonathan Chang, and Chun-Kai Wang (collectively, the "Parties") respectfully request that the Court enter the Stipulated E-Discovery Plan and Protocols, which is attached hereto as Exhibit A (the "ESI Protocol"). The ESI Protocol will facilitate additional document productions between the Parties. Consequently, the Parties respectfully request that the Court sign and enter the ESI Protocol attached hereto as Exhibit A.

Date: November 26, 2024                          Respectfully submitted,

By: /s/ *Russell E. Blythe*                      By: /s/ *Thomas A. Nesbit*
Lee Yeakel                                       Thomas A. Nesbit
lyeakel@kslaw.com                                State Bar. No. 24007738
Richard J. Groos                                 tnesbitt@dnaustin.com
rgroos@kslaw.com                                 **DeShazo & Nesbitt, L.L.P.**
Matthew E. Vandenberg                            809 West Avenue
mvandenberg@kslaw.com                            Austin, Texas 78701
**KING & SPALDING LLP**                          Telephone: (512) 617-5562
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

1

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

**ATTORNEYS FOR PLAINTIFF
LOWTECH STUDIOS, LLC**

Joshua A. Baskin
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty
California State Bar No. 333412
cdelehanty@wsgr.com
Ana Alicia Sontag
California State Bar No. 340602
asontag@wsgr.com
**WILSON SONSINI, GOODRICH & ROSATI,
P.C.**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126

**ATTORNEYS FOR DEFENDANTS
KOOAPPS LLC, JONATHAN CHANG, AND
CHUN-KAI WANG**

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on November 26, 2024, as follows:

**Via the Court's Filing eService to:**

Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701

***Counsel for Defendants***


/s/ *Russell E.Blythe*
Russell E. Blythe