UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br>    Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG,<br>AND CHUN-KAI WANG<br>    Defendants. | CASE NO. 1:23-cv -1437-DII |

## JOINT STIPULATION REGARDING INTERIM DEADLINES

Plaintiff Lowtech Studios, LLC and Defendants Kooapps LLC, Jonathan Chang, and Chun-Kai Wang, by and through their respective counsel, hereby stipulate, subject to approval of the Court, to set the following interim deadlines within the fact discovery period established by the April 22, 2024 Agreed Scheduling Order, Dkt. 27. The deadlines in this stipulation do not modify or otherwise affect any of the deadlines set in the Agreed Scheduling Order.

| | |
|---|---|
| December 18, 2024 | Parties exchange identification of custodians, ESI and Document sources, and search terms. Stipulated eDiscovery Plan and Protocols, Dkt. 56 at II.a. and II.c. |
| December 20, 2024 | Deadline to commence rolling production of documents. |
| January 31, 2025 | Substantial completion of document production. |
| March 7, 2025 | Substantial completion of fact witness depositions. |

Pursuant to stipulation, it is so ORDERED.

Dated: _____        _____
                                                                        United States District Judge

Date:  December 17, 2024

By: /s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Richard J. Groos
rgroos@kslaw.com
Matthew E. Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

**ATTORNEYS FOR PLAINTIFF
LOWTECH STUDIOS, LLC**

Respectfully submitted,

By: /s/ *Chloe Delehanty*
Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562

**WILSON SONSINI, GOODRICH & ROSATI, P.C.**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Joshua A. Baskin,
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty
California State Bar No. 333412
cdelehanty@wsgr.com
Ana Alicia Sontag
California State Bar No. 340602
asontag@wsgr.com

**ATTORNEYS FOR DEFENDANTS
KOOAPPS LLC, JONATHAN CHANG, AND CHUN-KAI WANG**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on December 17, 2024, as follows:

**Via the Court's Filing eService to:**

Joshua A. Baskin (*pro hac vice*)
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701

*Counsel for Defendant*

　　　　　　　　　　　　　　/s/ *Russell E. Blythe*
　　　　　　　　　　　　　　Russell E. Blythe