UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Lowtech Studios, LLC | § § | |
| vs. | § § § | NO: AU:23-CV-01437-DAE |
| Kooapps LLC | § | |

ORDER VACATING TRIAL DATE

On February 3, 2025 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The trial setting set by the Court's Scheduling Order (Dkt No. 27) entered on April 22, 2024 is hereby VACATED.  <u>The remaining deadlines in said scheduling order shall remain in effect</u>.  The trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, February 19, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE