UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>KOOAPPS LLC, JONATHAN CHANG, §<br>AND CHUN-KAI WANG, §<br>    Defendants. § | CASE NO. 1:23-cv -1437-DAE |

**JOINT STIPULATION REGARDING INTERIM DEADLINES REGARDING EXPERT DISCOVERY**

Plaintiff Lowtech Studios, LLC and Defendants Kooapps Inc. (formerly known as Kooapps LLC), Jonathan Chang, and Chun-Kai Wang, by and through their respective counsel, hereby stipulate, subject to approval of the Court, to re-set the following deadlines regarding expert discovery established by the April 22, 2024, Agreed Scheduling Order, Dkt. No. 27. The proposed deadlines in this stipulation do not modify or otherwise affect any of the deadlines for submission of rebuttal reports, filing of Daubert motions, completion of discovery, filing of dipositive motions, or trial set in the Agreed Scheduling Order.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Reports – Parties Asserting Claims | March 14, 2025 | April 11, 2025 |
| Expert Reports – Parties Resisting Claims | April 23, 2025 | May 15, 2025 |

Pursuant to stipulation, it is so ORDERED.

Dated: _____       _____
                                    United States District Judge

1

Dated:  February 20, 2025

By: /s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Matt Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

**ATTORNEYS FOR PLAINTIFF
LOWTECH STUDIOS, LLC**

Respectfully submitted,

By: /s/ *Eli B. Richlin*
Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DeShazo & Nesbitt, L.L.P.**
809 West Avenue
Austin, Texas 78701
Telephone: (512) 617-5562

Joshua A. Baskin
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty
California State Bar No. 333412
cdelehanty@wsgr.com
Ana Alicia Sontag
California State Bar No. 340602
asontag@wsgr.com
**Wilson Sonsini, Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone: (415) 947-2000

Eli B. Richlin *(pro hac vice)*
erichlin@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800

**ATTORNEYS FOR DEFENDANTS
KOOAPPS INC., JONATHAN CHANG,
AND CHUN-KAI WANG**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on February 20, 2025, as follows:

**Via the Court's Filing eService to:**

Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

Eli B. Richlin *(pro hac vice)*
erichlin@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701

*Counsel for Defendants*

      */s/ Russell E. Bythe*
      Russell E. Blythe