UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br>*Plaintiff*<br><br>v.<br><br>KOOAPPS LLC, CHUN-KAI<br>WANG, JONATHAN CHANG,<br>*Defendants* | §<br>§<br>§<br>§   No.  1:23-CV-01437-DAE<br>§<br>§<br>§ |

**ORDER**

Before the Court is Plaintiff Lowtech Studios, LLC's Motion to Compel, which asks the Court to compel Defendant Kooapps LLC to make certain source code available for Lowtech's experts' and outside counsel's review during the discovery period. Dkt. 59. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, and after considering the parties' filings, the record as a whole, the applicable law, and the arguments made at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **GRANTS** Lowtech's motion, Dkt. 59. The Court **ORDERS** that Lowtech's proposals regarding the specifics of the source-code production, as set out in the parties' Joint Advisory, *see* Dkt. 74, at 2-5, shall govern Kooapps' production. Additionally, as the parties discussed on the record, Lowtech will bear the expense of any software or licenses that are necessary for Kooapps' facilitation of the source-code review. And Lowtech shall provide

1

Kooapps with reasonable notice in advance of any intended review. Lastly, the parties shall confer regarding what, if any, supplemental terms to the protective order are needed to ensure a secure review of the source code.

SIGNED February 24, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE