# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>      Defendants.<br><br>KOOAPPS INC.,<br><br>      Counterclaim-Plaintiff,<br><br>  v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>      Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

## JOINT MOTION FOR ENTRY OF AN AMENDED PROTECTIVE ORDER

Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Lowtech Studios, LLC ("Lowtech"), Defendant and Counterclaim-Plaintiff Kooapps Inc., f/k/a Kooapps LLC ("Kooapps"), Defendants Jonathan Chang and Chun-Kai Wang (together with Kooapps, the "Defendants"), and Counterclaim-Defendant Steven Howse (collectively, the "Parties") hereby jointly request the Court to enter the proposed

Protective Order submitted concurrently herewith. In support of their motion, the Parties state as follows:

Lowtech and Defendants filed a Joint Motion for Entry of a Protective Order on May 23, 2024, which the Court granted on May 24, 2024.  ECF No. 29**.**  On January 29, 2025, Lowtech filed a Motion to Compel the production of Snake.io source code, *see* ECF. No. 59, which Defendants opposed on February 5, 2025, *see* ECF No. 62.

On February 20, 2025, the Parties filed a Joint Advisory that outlined the Parties' respective proposals regarding the production of Snake.io source code.  ECF No. 74.  On February 24, 2025, the Court granted Lowtech's Motion to Compel and ordered Defendants to make Snake.io source code available for Plaintiff's experts' and outside counsel's review during the discovery period.  ECF No. 77.  The Court ordered that Lowtech's proposals in the Joint Advisory regarding the specifics of source-code production shall govern, and that the Parties "shall confer regarding what, if any, supplemental terms to the protective order are needed to ensure a secure review of the source code." *Id.*

In light of the above, and in light of the extremely sensitive and proprietary nature of source code, the Parties submit that good cause exists for the entry of an amended Protective Order.  Accordingly, the Parties respectfully request that the Court enter the proposed Agreed Amended Confidentiality and Protective Order, attached hereto as Exhibit 1.

Date: March 10, 2025

By: */s/ Eli B. Richlin*
Eli B. Richlin
New York State Bar No. 4861357
(Admitted *Pro Hac Vice*)
erichlin@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800

Joshua A. Baskin
California State Bar No. 294971
(Admitted *Pro Hac Vice*)
jbaskin@wsgr.com
Chloe Delehanty
California State Bar No. 333412
(Admitted *Pro Hac Vice*)
cdelehanty@wsgr.com
**WILSON SONSINI, GOODRICH & ROSATI, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

Thomas A. Nesbitt
State Bar. No. 24007738
tom@nesbittlegal.com
**NESBITT LEGAL PLLC**
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562
Fax: (512) 617-5563

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang*

Respectfully submitted,

By: /s/ *Matthew E. Vandenberg*
Lee Yeakel
lyeakel@kslaw.com
Matthew E. Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe
(Admitted *Pro Hac Vice*)
rblythe@kslaw.com
Charles Spalding
(Admitted *Pro Hac Vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis
(Admitted *Pro Hac Vice*)
bfdavis@kslaw.com
Roy Falik
(Admitted *Pro Hac Vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
(Admitted *Pro Hac Vice*)
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

*Attorneys for Plaintiff and Counterclaim-Defendant Lowtech Studios, LLC, and Counterclaim-Defendant Steven Howse*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 10, 2025, all counsel of record who are deemed to have consented to electronic service are being served electronic transmission (email) with a copy of the foregoing Joint Motion for Entry of an Amended Protective Order.

                                                 */s/ Chloe Delehanty*
                                                 Chloe Delehanty