**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC, | ) | CASE NO.: 1:23-cv-1437-DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KOOAPPS LLC, JONATHAN CHANG, and | ) | |
| CHUN-KAI WANG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| KOOAPPS INC., | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOWTECH STUDIOS, LLC and STEVEN | ) | |
| HOWSE, | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |
| _____ | ) | |

**KOOAPPS INC.'S MOTION TO SEAL DOCUMENTS**

Pursuant to Civil Local Rule 5.2 and Section 13 of the parties' Agreed Amended Confidentiality and Protective Order, entered by this Court on March 11, 2025 (Dkt. 81, "Protective Order"), Defendant and Counterclaim-Plaintiff Kooapps Inc., f/k/a Kooapps LLC ("Kooapps") hereby submits its Motion to Seal Documents previously submitted to the Court on May 7, 2025 as demonstratives to be used at the hearing scheduled for May 8, 2025 ("Motion").

Kooapps brings this Motion because it seeks to use, as demonstratives during its oral argument, documents that have been designated by Plaintiff and Counterclaim-Defendant Lowtech Studios LLC ("Lowtech") and Counterclaim-Defendant Steven Howse ("Howse") (collectively, "Counterclaim-Defendants") as "ATTORNEYS' EYES ONLY" pursuant to the parties' Protective Order. Specifically, Kooapps requests that the eight excerpts from LOWTECH_10054938, LOWTECH_10054942, LOWTECH_10054943, and LOWTECH_10054947 be sealed, as the excerpts contain information Lowtech and/or Howse has deemed to fall within the purview of the parties' Protective Order ("Designated Materials"). Lowtech consents to this Motion.

Respectfully submitted,

Dated: May 7, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ Eli B. Richlin*
Eli B. Richlin
New York State Bar No. 4861357
(Admitted *Pro Hac Vice*)
erichlin@wsgr.com

J. Ariel Jeong
New York State Bar No. 5344122
(Admitted *Pro Hac Vice*)
ajeong@wsgr.com

1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Joshua A. Baskin
California State Bar No. 294971
(Admitted *Pro Hac Vice*)
jbaskin@wsgr.com

Chloe Delehanty
California State Bar No. 333412
(Admitted *Pro Hac Vice*)
cdelehanty@wsgr.com

Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA  94105-1126

**NESBITT LEGAL PLLC**

Thomas A. Nesbitt
State Bar. No. 24007738
tom@nesbittlegal.com

809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562
Fax: (512) 617-5563

*Attorneys for Defendant/Counterclaim Plaintiff*
Kooapps Inc.

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 7, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

/s/ *Eli B. Richlin*
 Eli B. Richlin

*Attorneys for Defendant/Counterclaim-Plaintiff* Kooapps Inc.