**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | No.  1:23-CV-01437-DAE |
| | § | |
| KOOAPPS LLC, CHUN-KAI | § | |
| WANG, JONATHAN CHANG, | § | |
| *Defendants* | § | |

**ORDER**

Before the Court is Defendant Kooapps Inc., f/k/a Kooapps LLC's motion compel Plaintiff Lowtech Studios LLC to produce the communications its principal, Steven Howse, engaged in on the Discord social media platform, Dkt. 84. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, Dkt. 102, and after considering the parties' filings, the record as a whole, the applicable law, and the arguments made at that hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

In the parties' joint advisory, Dkt. 101, and at the hearing, counsel for the parties announced that they had substantially narrowed the scope of the disputes set out in Kooapps' motion. As to the sole remaining dispute—whether Lowtech should be compelled to provide additional messages before and after the messages Howse posted to a private Discord server—the Court **DENIES** the motion, Dkt. 84.

1

SIGNED May 8, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

2