UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, <br><br>   Plaintiff, <br> v. <br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, <br><br>   Defendants. <br><br><br>KOOAPPS INC., <br><br>   Counterclaim-Plaintiff, <br> v. <br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE, <br><br>   Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES**

Plaintiff and Counterclaim-Defendant Lowtech Studios, LLC, Counterclaim-Defendant Steven Howse, Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang, and Chun-Kai Wang, by and through their respective counsel, hereby stipulate, subject to approval of the Court, that good cause exists to re-set and clarify the following deadlines regarding expert

discovery established by the April 22, 2024, Agreed Scheduling Order (Dkt. No. 27) and amended by a May 8, 2025 Amended Scheduling Order (Dkt. No. 105).

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Reports (rebuttal) | June 9, 2025 | June 26, 2025 |
| Defendants' Reports (resisting claims and/or rebuttal) | June 26, 2025 | June 26, 2025 |
| Plaintiffs' Rebuttal Reports to Resisting Reports | July 11, 2025 | July 24, 2025 |
| Close of Expert discovery | July 18, 2025 | August 28, 2025 |
| Close of All Discovery | July 18, 2025 | August 28, 2025 |
| Dispositive Motions | August 5, 2025 | September 18, 2025 |

Dated: June 2, 2025

Respectfully Submitted,

By: /s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Matt Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

*Attorneys for Plaintiff and Counterclaim-Defendant Lowtech Studios LLC and Counterclaim-Defendant Steven Howse*

By: /s/ *Eli B. Richlin*
Thomas A. Nesbitt
State Bar No. 24007738
tnesbitt@nesbittlegal.com
**Nesbitt Legal PLLC**
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562

Joshua A. Baskin (*pro hac vice*)
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
California State Bar No. 333412
cdelehanty@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

Eli B. Richlin (*pro hac vice*)
New York State Bar No. 4861357
erichlin@wsgr.com
J. Ariel Jeong (*pro hac vice*)
New York State Bar No. 5344122
ajeong@wsgr.com
**Wilson Sonsini, Goodrich & Rosati, PC**
1301 Avenue of the Americas, 40th Floor

-3-

      New York, NY 10019-6022
      Telephone: (212) 999-5800

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang*

## [PROPOSED] ORDER

Pursuant to stipulation, it is so ORDERED.

Dated: _____     _____
                                                               United States District Judge

-4-

## CERTIFICATE OF SERVICE

     The undersigned certifies that on June 2, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                        */s/ Eli B. Richlin*
                                          Eli B. Richlin