UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, <br><br> Defendants. <br><br>——————————————— <br><br> KOOAPPS INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> LOWTECH STUDIOS, LLC and STEVEN HOWSE, <br><br> Counterclaim-Defendants. | CASE NO.:  1:23-cv-1437-DAE |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule AT-3, King & Spalding LLP and the attorneys with King & Spalding LLP who have entered an appearance herein on behalf of Plaintiff/Counterclaim-Defendant Lowtech Studios, LLC ("Lowtech") and Counterclaim-Defendant Steven Howse ("Howse")—Lee Yeakel, Matt Vandenberg, Russell E. Blythe, Charles Spalding, Jr., and Roy Falik—hereby move to withdraw as counsel for Lowtech and Howse in the above-captioned case.  Christopher C. Campbell, Britton F. Davis, and Cecil E. Key will continue to serve as counsel of record for Lowtech and Howse.  Counsel for Defendants Kooapps LLC, Jonathan

1

Chang, and Chun-Kai Wang and Counterclaim-Plaintiff Kooapps Inc. have stated that they do not oppose this motion.

DATED: July 14, 2025

Respectfully submitted,

By: /s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Matt Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding, Jr. (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

**ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM-DEFENDANT LOWTECH STUDIOS, LLC AND COUNTERCLAIM DEFENDANT STEVEN HOWSE**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on July 14, 2025, as follows:

**Via the Court's E-filing Service to:**

Britton F. Davis *(pro hac vice)*
bdavis@cahill.com
Christopher C. Campbell
ccampbell@cahill.com
Cahill Gordon & Reindel LLP
900 16th Street, NW
Suite 500
Washington, DC 20006

Cecil E. Key
cecil.key@kkd-law.com
Key Kesan Dallmann PLLC
1050 Conneticut Avenue NW
Suite 500
Washington, DC 20036

Mark D. Siegmund
msiegmund@cjsjlaw.com
Cherry Johnson Siegmund James, PLLC
7901 Fish Pond Rd.
Ste. 2nd Floor
Waco, TX 76710

Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty *(pro hac vice)*
cdelehanty@wsgr.com
Ana Alicia Sontag *(pro hac vice)*
asontag@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

Eli B. Richlin *(pro hac vice)*
erichlin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
DeShazo & Nesbitt, L.L.P.
809 West Avenue
Austin, Texas 78701

Perry J. Narancic *(pro hac vice)*
LexAnalytica, PC
3000 El Camino Real, Bldg. 4, Suite 200
Palo Alto, CA 94306

                                                /s/ *Russell E. Blythe*
                                                Russell E. Blythe