# EXHIBIT 1

Hypah Yesterday at 2:22 AM

Snake.io was a completely fraudulent offline scam from April 2016 until October 2023. The app is still a fraud today because the default mode is still a fake offline scam while falsely presenting itself as totally online. The actual multiplayer option they started making available in October 2023 is hidden and mislabeled, they don't want anyone to use it because they know it sucks. They bought their crappy fake game from the original developers in 2020 and then stole the trademarked slither.io logo at that time. After that they were able to confuse many people into thinking their game is the real game. They paid for a ton of ads to pop up everywhere with the logo stolen from slither.io and slowly erased people's memory over time of what the real game's name was. Apple assisted them in their scam by aggressively promoting them for free and suppressing slither.io for years. Even in Apple's manually curated "Multiplayer Fun for Everyone" section in the App Store, they have Snake.io there 100% of the time, and they never show slither.io

I think it might be a cold calculation on Apple's side, they see that Snake.io has in-app purchases but slither.io does not, and so they figure they will make more money with Snake.io, so that's the one they promote

Spectre Yesterday at 2:24 AM

:/ can't u do do something and get it banned

For copying the slither logo

Hypah Yesterday at 2:24 AM

I'm trying to do something

[{!}/Member] Norielle Yesterday at 2:26 AM

copyright infringement

Hypah Yesterday at 2:28 AM

yeah I am going after them for that, but the trial is not until December 2025, so they get to keep doing it until then

[{!}/Member] Norielle Yesterday at 2:32 AM

most of the games have copyright infringement

Spectre Yesterday at 2:39 AM

december 2025 🤯

Hypah Yesterday at 3:47 AM

maybe I should start a public smear campaign against them

👍 3 💯 4

September 12, 2024

@Hypah WormsZone.io is insanely popular in Indonesia, maybe if someone ...

spectre 9/12/2024 2:15 AM

:/ how would that be possible , by advertising slither...? We already make slither content and try to reach out to players who play fake games like snake.io etc but that won't bring them back to the original snake game.

@Hypah and in general, there should be 3x more players across all servers, ...

spectre 9/12/2024 2:21 AM

When is it gonna get banned?

:/ can't u do do something and get it banned

For copying the slither logo

Hypah 9/12/2024 2:24 AM

I'm trying to do something

[{!}/Member] Nori 9/12/2024 2:26 AM

copyright infringement

Hypah 9/12/2024 2:28 AM

yeah I am going after them for that, but the trial is not until December 2025, so they get to keep doing it until then

[{!}/Member] Nori 9/12/2024 2:32 AM

most of the games have copyright infringement

spectre 9/12/2024 2:39 AM

december 2025 🤯

Hypah 9/12/2024 3:47 AM

maybe I should start a public smear campaign against them

👍 3 💯 4

**Hypah** 07/19/2024 6:05 PM

the whole category got hijacked by liars, then Apple colluded with the fake multiplayer game devs to help defraud the world, now when people think ".io" they think fake boring garbage

people get really mad when they realize they've been lied to, especially when they spent even just a little bit of money on the lie

in some of the 1 star reviews of the fake .io games you can sense the murderous rage, I wonder how many of the 1 star reviews get flagged for violent extremism and we don't even get to see it

**Hypah** 7/19/24, 6:05 PM

people get really mad when they realize they've been lied to, especially when they spent even just a little bit of money on the lie

in some of the 1 star reviews of the fake .io games you can sense the murderous rage, I wonder how many of the 1 star reviews get flagged for violent extremism and we don't even get to see it

Hypah 07/26/2024 4:59 PM

all of these fake .io games are scamming users who spend money on in-app purchases for skins, power-ups, and anything else. Every penny spent on these games was taken by deception and fraud. The whole reason people buy skins and other upgrades in these types of games is in order to show them off to other real players. The developers belong in prison

I wonder if this is part of why Tim Sweeney hates Apple so much

maybe I should ask him

**Hypah** 7/26/24, 4:57 PM
people still play them a lot, they are in the top five .io games on iOS
💀 1

**SavageWhyUTrappinSoHard** 7/26/24, 4:58 PM
what does io stand for

**Hypah** 7/26/24, 4:58 PM
and they're fake
io stands for "Accessible multiplayer simplicity"
according to Apple

**SavageWhyUTrappinSoHard** 7/26/24, 4:58 PM
ah

**Hypah** 7/26/24, 4:59 PM
all of these fake .io games are scamming users who spend money on in-app purchases for skins, power-ups, and anything else. Every penny spent on these games was taken by deception and fraud. The whole reason people buy skins and other upgrades in these types of games is in order to show them off to other real players. The developers belong in prison

@Hypah aquapark.io: Fake
**[WORM/Member] SK** 7/26/24, 5:04 PM
Wdym by fake though

Hypah 07/26/2024 4:51 PM
Apple should be reported to the FTC for knowingly distributing fake .io games
Paper.io 2: Fake
🤔 1

@Hypah Apple should be reported to the FTC for knowingly distributing fake .io games
*[=^.^=]TEXAS Sunset* ⭐ 07/26/2024 4:52 PM
Did they annoy you? Does reporting such a thing actually cause something to happen?

Hypah 07/26/2024 4:52 PM
Hole.io: Fake
aquapark.io: Fake

**Hypah** 7/26/24, 4:52 PM
Paper.io 2: Fake

🤔 1

↩ *Original message was deleted*

***[ 😊 ]* TS/Texas Sunset** ⭐ 7/26/24, 4:52 PM
Did they annoy you? Does reporting such a thing actually cause something to happen?

**Hypah** 7/26/24, 4:52 PM
Hole.io: Fake

aquapark.io: Fake

**Gary** 7/26/24, 4:52 PM
@Timber dms?

@*[ 😊 ]* TS/Texas Sunset @Timber Click on the tab on the left that says clans, and read clan info and it tells more about each team. Big teams [LK] or smaller t...

**[BEST/Member] CT** ⭐ 7/26/24, 4:53 PM
BEST doesn't have any room on codes left as far as I'm aware, not quite sure being a mobile player myself.

OK 1

@[BEST/Member] CT BEST doesn't have any room on codes left as far as I'm aware, not quite sure being a mobile player myself.

***[ 😊 ]* TS/Texas Sunset** ⭐ 7/26/24, 4:54 PM
Just explaining there are differences in team size. (edited)