# EXHIBIT 2


**Hypah** 05/31/2024 8:50 PM
LBS at least apparently bothered to create real multiplayer for their mobile app
Snake.io was fake multiplayer from April 2016 until November 2023


**[WORM/Rep] NumerOus** 05/31/2024 8:51 PM
That fact it's pay to play is is some bull**


**Hypah** 05/31/2024 8:51 PM
now they have a crappy real multiplayer you can only access if you know to tap "Ranked" which 99% of regular people won't know to do (edited)


**Eiriker** 05/31/2024 8:52 PM
hilarious


**[WORM/Rep] NumerOus** 05/31/2024 8:52 PM
I think we need ssl too hypah


**Hypah** 05/31/2024 8:52 PM
1.1.6 False information and features, including trick/joke functionality. Stating that the app is "for entertainment purposes" won't overcome this guideline


**[WORM/Rep] NumerOus** 05/31/2024 8:52 PM
Because Google has delisted you
Also there are some fake slither games that use your exact logo that could be removed from Google super easily with a DMCA takedown request (edited)


**Hypah** 05/31/2024 8:53 PM
hmm I haven't checked Google Play for trademark violators in awhile, just the iOS App Store


**[WORM/Rep] NumerOus** 05/31/2024 8:53 PM
No I mean actual google


↳ @Hypah now they have a crappy real multiplayer you can only access if you know to tap "Ranked" which 99% of regular people won't know to do (edited)

**Aylina** 05/31/2024 8:53 PM
no one tapping "ranked" means no server costs 😉


**[WORM/Rep] NumerOus** 05/31/2024 8:53 PM
Search "slither Io" in google


**Eiriker** 05/31/2024 8:54 PM
WOW, that is bad
Censorship

KOOAPPS-00128308


**Hypah** 5/31/24, 8:50 PM
LBS at least apparently bothered to create real multiplayer for their mobile app
Snake.io was fake multiplayer from April 2016 until November 2023


**[WORM/Rep] Numer0us** 5/31/24, 8:51 PM
That fact it's pay to play is is some bull**


**Hypah** 5/31/24, 8:51 PM
now they have a crappy real multiplayer you can only access if you know to tap "Ranked" which 99% of regular people won't know to do (edited)


**Eiriker** 5/31/24, 8:52 PM
hilarious


**[WORM/Rep] Numer0us** 5/31/24, 8:52 PM
I think we need ssl too hypah


**Hypah** 5/31/24, 8:52 PM
1.1.6 False information and features, including trick/joke functionality. Stating that the app is "for entertainment purposes" won't overcome this guideline.


**[WORM/Rep] Numer0us** 5/31/24, 8:52 PM
Because Google has delisted you
Also there are some fake slither games that use your exact logo that could be removed from Google super easily with a DMCA takedown request (edited)
No I mean actual google



> @Hypah now they have a crappy real multiplayer you can only access if you know to tap "Ranked" which 99% of regular people won't know to do (edited)

**Aylina** 5/31/24, 8:53 PM
no one tapping "ranked" means no server costs 😉


**[WORM/Rep] Numer0us** 5/31/24, 8:53 PM
Search "slither io" in google


**Eiriker** 5/31/24, 8:54 PM
WOW, that is bad

KOOAPPS-00128319