# EXHIBIT 3



KOOAPPS-00127998


**Hypah** 6/4/24, 1:33 PM
it's actually fun to play in Brazil now from the US


**Aylina** 6/4/24, 1:38 PM
must have been painful to realize mr. nagle has been ruining your game all these years xd

> @Hypah it's actually fun to play in Brazil now from the US

**i eat dry paint** 6/4/24, 1:47 PM
how is 185/152 still up with NTL bot, when no one can join? (edited)



it also appears on slither.io realtime leaderboard

> @[SN] CHUNNY @[BAT/Rep] Boom Moom are u here???


**[BAT/Rep] Boom Moom**  6/4/24, 1:57 PM
I responded to your message my friend on DM


**Hypah** 6/4/24, 2:04 PM
that server still exists but I delisted it and never upgraded it, it's still running the same server code from 2019
it can't be accessed from slither.com due to the allowed websocket domains not being updated since 2019
you can only access it from slither.io domain


**Hypah** 6/4/24, 2:11 PM
and the reason the game just sits there after you die is because it normally needs to communicate something with the central command server before kicking you back to the game menu, but it isn't connected to the central server anymore


**alexiorainbow** 6/4/24, 2:15 PM
@Hypah does the shrinking kiosk penalty ever stop or does it keep going? i saw a guy go from 29k to 8k and stopped

KOOAPPS-00127999

 **spectre** ⭐ 11/24/2024 3:15 AM
yea the script which caused lag before

👍 1

 Hypah ⬢ 8/4/24, 7:59 AM
they fixed a lag bug caused by an evil man named John Nagle

💯 1

John Nagle 😆

KOOAPPS-00128074