# EXHIBIT 4

Hypah 05/07/2024 1:17 PM
the developers of Snake.io should all be sent to prison for defrauding millions of people with their scam app

[WORM/Rep] NumerOus 05/07/2024 1:18 PM
yea tbh i think we all play slither cause its king!
the mechanics are what make it special
slither mechanics are even superior to LBS

Hypah 05/07/2024 1:27 PM
I was almost going to begrudgingly respect LBS and congratulate them on the polished appearance of their game, but I checked and their mobile app works in airplane mode which means they're lying to people too. Arrest them all

[WORM/Rep] NumerOus 05/07/2024 1:29 PM
really
???!!!!

Hypah 05/07/2024 1:29 PM
the LBS website seems like real multiplayer, but the mobile app apparently isn't, just like with Snake.io

[WORM/Rep] NumerOus 05/07/2024 1:30 PM
slither is the best

Hypah 05/07/2024 1:30 PM
at least they don't go as far as putting .io in their name to compound upon the lie
they know 99.9% of their users will be in the mobile app and not on the website, so to cut server costs they just make the mobile app completely fake, and I guess they count on Apple employees reviewing the app being too stupid to notice it's a lie

[WORM/Rep] NumerOus 05/07/2024 1:33 PM
thats crazy

Hypah 05/07/2024 1:33 PM
I think wormax and wormate are the only clones/competing mobile apps that have real multiplayer

Hypah 5/7/24, 1:17 PM
the developers of Snake.io should all be sent to prison for defrauding millions of people with their scam app

[WORM/Rep] NumerOus 5/7/24, 1:18 PM
yea tbh i think we all play slither cause its king!
the mechanics are what make it special
slither mechanics are even superior to LBS

[WORM/Rep] NumerOus 5/7/24, 1:29 PM
really
???!!!!
slither is the best

Hypah 5/7/24, 1:31 PM
they know 99.9% of their users will be in the mobile app and not on the website, so to cut server costs they just make the mobile app completely fake, and I guess they count on Apple employees reviewing the app being too stupid to notice it's a lie

[WORM/Rep] NumerOus 5/7/24, 1:33 PM
thats crazy

Hypah 5/7/24, 1:33 PM
I think wormax and wormate are the only clones/competing mobile apps that have real multiplayer

Hypah 06/02/2024 5:37 PM
why don't I shrink when I zoom in LBS
what's the incentive not to zoom all the time

Bubbles 06/02/2024 5:37 PM
We would love to break it down for you hypah if you got any questions about the mods and their features

@Hypah what's the incentive not to zoom all the time
Bubbles 06/02/2024 5:39 PM
Pretty much XD you have to gain coins and level up in order to build your zoom lol

Hypah 06/02/2024 5:39 PM
the only reason I don't have a burning hatred for LBS is because I hate Snake.io even more
😂 5

BAT ATeam Apollo (Mobile, IOS) 06/02/2024 5:39 PM
What is lbs

@BAT ATeam Apollo (Mobile, IOS) What is lbs
Bubbles 06/02/2024 5:39 PM
Little big snake
👍 1

Hypah 6/2/24, 5:37 PM
why don't I shrink when I zoom in LBS
what's the incentive not to zoom all the time

Bubbles 6/2/24, 5:37 PM
We would love to break it down for you hypah if you got any questions about the mods and their features

@Hypah what's the incentive not to zoom all the time
Bubbles 6/2/24, 5:39 PM
Pretty much XD you have to gain coins and level up in order to build your zoom lol

BAT ATeam Apollo (Mobile, IOS) 6/2/24, 5:39 PM
What is lbs

@BAT ATeam Apollo (Mobile, IOS) What is lbs
Bubbles 6/2/24, 5:39 PM
Little big snake
1

@GustavinN Mope.io, but it was abandoned. Sad

**Hypah** Today at 6:43 AM

is it really abandoned? it looked like some people were playing

@Hypah they probably just used https://thispersondoesnotexist.com/

"TEXAS Sunset" Today at 6:47 AM

Each "person" is smiling so happily, 🤩 Ofc, that can't be real!!! Very appealing though. I'm all ready to get in there and be filled with game joy. (edited)

**Hypah** Today at 6:51 AM

all their eyes and facial features are in the exact same position, that is a telltale sign of GAN AI-generated faces




dealing with liars and scammers is a part of life, but what sickens me is how strongly Apple endorses the behavior and promotes all of these fake apps

@gustavo Mope.io, but it was abandoned. Sad

**Hypah** 6/8/24, 6:43 AM

is it really abandoned? it looked like some people were playing

@Hypah they probably just used https://thispersondoesnotexist.com/

**"[ 🙂 ]" TS/Texas Sunset** ⭐ 6/8/24, 6:47 AM

Each "person" is smiling so happily, 🤩 Ofc, that can't be real!!! Very appealing though. I'm all ready to get in there and be filled with game joy. (edited)

**Hypah** 6/8/24, 6:51 AM

all their eyes and facial features are in the exact same position, that is a telltale sign of GAN AI-generated faces




1 2

@Hypah is it really abandoned? it looked like some people were playing

**gustavo** 6/8/24, 6:55 AM

When I entered and chose the server, there were around 10 people playing, the game was lagging and there was a giant advertisement covering half

Hypah 07/26/2024 4:51 PM
Apple should be reported to the FTC for knowingly distributing fake .io games
Paper.io 2: Fake
1

@Hypah Apple should be reported to the FTC for knowingly distributing fake .io games
"[=^.^=]TEXAS Sunset" 07/26/2024 4:52 PM
Did they annoy you? Does reporting such a thing actually cause something to happen?

Hypah 07/26/2024 4:52 PM
Hole.io: Fake
aquapark.io: Fake

Gary 07/26/2024 4:52 PM
@Timber dms?

@"[=^.^=]TEXAS Sunset" @Timber Click on the tab on the left that says clans, and read clan info and it tells more about each team. Big teams [LK] or smaller teams [BES...
[BEST/Member] CT/Caution Tape 07/26/2024 4:53 PM
BEST doesn't have any room on codes left as far as I'm aware, not quite sure being a mobile player myself.
1

Hypah 07/26/2024 4:54 PM
Apple profited from colluding with these scam artists and destroying the .io game category

**Hypah** 7/26/24, 4:52 PM
Paper.io 2: Fake
1

*Original message was deleted*
**"[ ]" TS/Texas Sunset** 7/26/24, 4:52 PM
Did they annoy you? Does reporting such a thing actually cause something to happen?

**Hypah** 7/26/24, 4:52 PM
Hole.io: Fake
aquapark.io: Fake

**Gary** 7/26/24, 4:52 PM
@Timber dms?

@"[ ]" TS/Texas Sunset @Timber Click on the tab on the left that says clans, and read clan info and it tells more about each team. Big teams [LK] or smaller t...
**[BEST/Member] CT** 7/26/24, 4:53 PM
BEST doesn't have any room on codes left as far as I'm aware, not quite sure being a mobile player myself.
1

@[BEST/Member] CT BEST doesn't have any room on codes left as far as I'm aware, not quite sure being a mobile player myself.
**"[ ]" TS/Texas Sunset** 7/26/24, 4:54 PM
Just explaining there are differences in team size. (edited)

**Hypah** 07/26/2024 5:04 PM
not online, all bots with fake user names and fake AI-generated profile pictures
goes to great lengths to pretend to be online
it even pretends to stop working when you enable airplane mode
😂 1
this is criminal activity, Apple allows it on purpose, they are just as guilty
if you want to test it, just swipe up to view your list of open apps so the game temporarily freezes, you can keep it frozen for as long as you want and then go back to it, everyone is still in the exact same position as when you froze it
also its airplane mode detection has a ~5 second delay, so the fake players keep moving for a few seconds even after you activate it
Paper.io 2 is fake too and does the same airplane mode scam
they didn't bother doing it in Hole.io

**[WORM/Member] The Slither King** 07/26/2024 5:11 PM
Im pretty sure that most io games aren't online lol
Except a few ofc

↳ Hypah it even pretends to stop working when you enable airplane mode
**IOMAN** 07/26/2024 5:15 PM
LMAO

↳ @*[-*.*-]TEXAS Sunset* I don't know that feeder has some meaning in Slither as in LBS.
**BAT ]-[ead S]-[aker** 07/26/2024 5:22 PM
It's a really bad thing cuz scores are saved. Kids try to cheat and inflate their scores
Been playing slither again for 2 days and haven't seen a single worm. @[WORM/Member] The Slither King @[WORM/Member] buns

**Hypah** 07/26/2024 5:25 PM
and why is Hole.io in 3D? that is idiotic, that just means you can't see anything south of yourself and anyone can sneak up on you from the south, and it means buildings are constantly blocking your view. Stupid

**Hypah** 7/26/24, 5:04 PM
not online, all bots with fake user names and fake AI-generated profile pictures
goes to great lengths to pretend to be online
it even pretends to stop working when you enable airplane mode
😂 1

if you want to test it, just swipe up to view your list of open apps so the game temporarily freezes, you can keep it frozen for as long as you want and then go back to it, everyone is still in the exact same position as when you froze it
also its airplane mode detection has a ~5 second delay, so the fake players keep moving for a few seconds even after you activate it
Paper.io 2 is fake too and does the same airplane mode scam
they didn't bother doing it in Hole.io

**[WORM/Member] SK** 7/26/24, 5:11 PM
Im pretty sure that most io games aren't online lol
Except a few ofc

> Hypah it even pretends to stop working when you enable airplane mode

**IOMAN** 7/26/24, 5:15 PM
LMAO

> @'[😊]' TS/Texas Sunset I don't know that feeder has some meaning in Slither as in LBS.

**BAT ]-[ead S]-[aker** 7/26/24, 5:22 PM
It's a really bad thing cuz scores are saved. Kids try to cheat and inflate their scores
Been playing slither again for 2 days and haven't seen a single worm. @[WORM/Member] SK @[WORM/Member] buns

**Hypah** 7/26/24, 5:25 PM
and why is Hole.io in 3D? that is idiotic, that just means you can't see anything south of yourself and anyone can sneak up on you from the south, and it means buildings are constantly blocking your view. Stupid

@[LK/Member] Spring-Summer are u trying to copyright them?

**Hypah** Yesterday at 10:11 AM

I want to pressure Apple into banning all fake .io games or to at least rename them and clearly state they are fake

that's funny the surviv.io app just loads a graphic saying to download Bit Heroes Arena. That's the whole app, just an unskippable ad for Bit Heroes Arena

@Hypah I want to pressure Apple into banning all fake .io games or to at least rename them and clearly state they are fake

**[LK/Member] Spring-Summer** Yesterday at 10:18 AM

hmmm

**Gimme sadbears skill** Yesterday at 10:35 AM

@[WORM/Member] The Slither King

**Hypah** Yesterday at 10:35 AM

I checked the first 42 .io game search results for ".io games" in the App Store, 36 of them are fake multiplayer

Hypah 7/29/24, 10:15 AM
that's funny the surviv.io app just loads a graphic saying to download Bit Heroes Arena. That's the whole app, just an unskippable ad for Bit Heroes Arena

*Original message was deleted*
[LK {!}/Member] Spring 7/29/24, 10:18 AM
hmmm

Kei 7/29/24, 10:35 AM
@[WORM/Member] SK

Hypah 7/29/24, 10:35 AM
I checked the first 42 .io game search results for ".io games" in the App Store, 36 of them are fake multiplayer