# EXHIBIT 5

**Hypah** 1/23/25, 4:25 PM
I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
😳 13   😂 2   🙂

[ 🔊 ] **Scratch 'n' Sniff** 1/23/25, 4:26 PM
OH NO!!!!

↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**[BAT/Rep] Boom Moom** 1/23/25, 4:27 PM
Why are they taking screenshots for what reason, my friend?

↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**T1♦** 1/23/25, 4:28 PM
Sue them they copied your game

↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**[BAT/Rep] Boom Moom** 1/23/25, 4:29 PM
Appreciate all u do
👍 1   🙂

↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**T1♦** 1/23/25, 4:30 PM
And how would they take screenshots of your comments I'm yout not saying anything but facts
Americans 👁

**Hypah** 1/23/25, 4:33 PM
I don't know, they're here right now, why don't they tell us why they took the screenshots? What do they have to hide, why are they so nervous to speak?
they also use light mode on discord, that's how you know they are evil
😟 7   💯 6   😂 8   🙂

KOOAPPS-00128330



KOOAPPS-00128331