# EXHIBIT 6

 **Hypah** Today at 12:35 PM
I can gradually add more name filters if people tell me what bad names they see
👍 1

I blame Apple for so many people finding out that a filter even exists
they threatened to take my app down if I let people type a bad name into their own nickname box
I tried to explain that no one else sees it because of the server-side filter

 @Hypah I can gradually add more name filters if people tell me what bad names they see
 **[WORM/Member] buns** 🌀 Today at 12:36 PM
Like aylina said though, people are finding ways around it...like alternate spelling or special characters. I suppose if we remove special characters, and are left with the basic 26, then filteration is a lot more effective.

 **Hypah** Today at 12:36 PM
and they wouldn't listen
so I had to obey Apple and make it so you can experiment with bad names on the client and if it's bad, then your nickname box clears out, so you know to change it a little to get around it
🤷 1

 @[WORM/Member] buns Like aylina said though, people are finding ways around it...like alternate spelling or special character...
 **[BAT/Member] Son of a Glitch** 🌀 Today at 12:37 PM
Then You remove []() that are often used for teams. (edited)

 **Hypah** Today at 12:38 PM
it used to take way more effort to realize your name is even being filtered. you'd basically need to coordinate with others and get them to find you on the map and then they'd tell you if your name changed or not
but Apple seems satisfied with the client-side filter I have now, so I can still add more server-side filters that people can't find out about as easily

KOOAPPS-00128340

 **Hypah** 6/4/24, 12:35 PM
I can gradually add more name filters if people tell me what bad names they see

  1

 @Hypah I can gradually add more name filters if people tell me what bad names they see
**[WORM/Member] buns** 6/4/24, 12:36 PM
Like aylina said though, people are finding ways around it...like alternate spelling or special characters. I suppose if we remove special characters, and are left with the basic 26, then filteration is a lot more effective.

@[WORM/Member] buns Like aylina said though, people are finding ways around it...like alternate spelling or special ch...
**[SOLO] SOAG / Son of a Glitch** 6/4/24, 12:37 PM
Then You remove []() that are often used for teams. (edited)

 **Hypah** 6/4/24, 12:38 PM
it used to take way more effort to realize your name is even being filtered. you'd basically need to coordinate with others and get them to find you on the map and then they'd tell you if your name changed or not

@[SOLO] SOAG / Son of a Glitch Then You remove []() that are often used for teams. (edited)
 **[WORM/Member] buns** 6/4/24, 12:40 PM
Good point

KOOAPPS-00128341