# EXHIBIT 7

Hypah Yesterday at 2:22 AM

Snake.io was a completely fraudulent offline scam from April 2016 until October 2023. The app is still a fraud today because the default mode is still a fake offline scam while falsely presenting itself as totally online. The actual multiplayer option they started making available in October 2023 is hidden and mislabeled, they don't want anyone to use it because they know it sucks. They bought their crappy fake game from the original developers in 2020 and then stole the trademarked slither.io logo at that time. After that they were able to confuse many people into thinking their game is the real game. They paid for a ton of ads to pop up everywhere with the logo stolen from slither.io and slowly erased people's memory over time of what the real game's name was. Apple assisted them in their scam by aggressively promoting them for free and suppressing slither.io for years. Even in Apple's manually curated "Multiplayer Fun for Everyone" section in the App Store, they have Snake.io there 100% of the time, and they never show slither.io

I think it might be a cold calculation on Apple's side, they see that Snake.io has in-app purchases but slither.io does not, and so they figure they will make more money with Snake.io, so that's the one they promote

Spectre Yesterday at 2:24 AM

:/ can't u do do something and get it banned

For copying the slither logo

Hypah Yesterday at 2:24 AM

I'm trying to do something

[[!]/Member] Norielle Yesterday at 2:26 AM

copyright infringement

Hypah Yesterday at 2:28 AM

yeah I am going after them for that, but the trial is not until December 2025, so they get to keep doing it until then

[[!]/Member] Norielle Yesterday at 2:32 AM

most of the games have copyright infringement

Spectre Yesterday at 2:39 AM

december 2025 😨

Hypah Yesterday at 3:47 AM

maybe I should start a public smear campaign against them

👍 3 💯 4

KOOAPPS-00128354

September 12, 2024

@Hypah WormsZone.io is insanely popular in Indonesia, maybe if someone ...

spectre 9/12/2024 2:15 AM

:/ how would that be possible , by advertising slither...? We already make slither content and try to reach out to players who play fake games like snake.io etc but that won't bring them back to the original snake game.

@Hypah and in general, there should be 3x more players across all servers, ...

spectre 9/12/2024 2:21 AM

When is it gonna get banned?

:/ can't u do do something and get it banned

For copying the slither logo

Hypah 9/12/2024 2:24 AM

I'm trying to do something

[{!}/Member] Nori 9/12/2024 2:26 AM

copyright infringement

Hypah 9/12/2024 2:28 AM

yeah I am going after them for that, but the trial is not until December 2025, so they get to keep doing it until then

[{!}/Member] Nori 9/12/2024 2:32 AM

most of the games have copyright infringement

spectre 9/12/2024 2:39 AM

december 2025 🤯

Hypah 9/12/2024 3:47 AM

maybe I should start a public smear campaign against them

👍 3 💯 4