# **EXHIBIT 8**



KOOAPPS-00127986



KOOAPPS-00127987

 **VP** Today at 3:27 PM
@Hypah Do you intend to do anything to prevent bots from calling 164? This hurts a lot on the main server, maybe it's ok on other servers, but on 164:444 it's not so good...
With bots I don't mean those from the vanilla game, but bots like spooky bots and others that call via node.js and disrupt the fun

 **Hypah** Today at 3:28 PM
which bots do you see used there usually, SnakeyRain? or are they different bots?

 **[BURGER] NOT** Today at 3:28 PM
whats the point of bots in an online server

 @[BURGER] NOT whats the point of bots in an online server
 **Crushin' Bots** Today at 3:29 PM
To give me purpose.

 @Crushin' Bots To give me purpose.
 **[BURGER] NOT** Today at 3:29 PM
oh

 @Hypah which bots do you see used there usually, SnakeyRain? or are they different bots?
**VP** Today at 3:29 PM
different bots, I don't think it's SnakeyRain because it is blocked from working on 164
It seems to me to be spooky bots with edited name

 **lil blue** Today at 3:29 PM
Its def not Snakeyrain

 **Hypah** Today at 3:29 PM
is it happening now?

**VP** Today at 3:30 PM
was happening a few hours ago, the mobile player @BR KrossLENDA Youtube was doing a livestream at the time
https://www.youtube.com/watch?v=3nk2dvzW9n8 55:05 and more...
but it happens very often

KOOAPPS-00127995


**Hypah** 6/4/2024 3:23 PM
I am having there be less of a kiosk penalty
which bots do you see used there usually, SnakeyRain? or are they different bots?


**NOT** 6/4/2024 3:28 PM
whats the point of bots in an online server


@NOT whats the point of bots in an online server

**[BAT/Member] Crushin' Bots** 6/4/2024 3:29 PM
To give me purpose.

@[BAT/Member] Crushin' Bots To give me purpose.

**NOT** 6/4/2024 3:29 PM
oh


**chloe** 6/4/2024 3:29 PM
Its def not Snakeyrain


**Hypah** 6/4/2024 3:29 PM
is it happening now?

**SHARKNADO** ⭐ Yesterday at 9:05 PM
@Hypah it would be nice if bots stop boosting

**Hypah** Yesterday at 9:06 PM
I agree
or at least stop acting so crazy
💯 4

**IOMAN** Yesterday at 9:06 PM
Make the boosts phase last less

**Hypah** Yesterday at 9:07 PM
they need to stop steering in such an insane and unrealistic way

**IOMAN** Yesterday at 9:07 PM
Ive witnessed if happen on empty servers
Maybe they should try to attack you when boosting
You know, move to a position in front of you

> @Hypah or at least stop acting so crazy

**SHARKNADO** ⭐ Yesterday at 9:09 PM
ive been killed by bots 4 times and its getting so annoying... it would be nice if you can fix that.

KOOAPPS-00128271

 **IOMAN** 7/29/24, 9:05 PM
are you still sure theyd name an 8 figure number for agar?

 **Hypah** 7/29/24, 9:05 PM
positive

I agree

or at least stop acting so crazy

 

 **IOMAN** 7/29/24, 9:06 PM
Make the boosts phase last less

 **Hypah** 7/29/24, 9:07 PM
they need to stop steering in such an insane and unrealistic way

 **IOMAN** 7/29/24, 9:07 PM
Ive witnessed if happen on empty servers

Maybe they should try to attack you when boosting

You know, move to a position in front of you

>  **Hypah** that's deep 🖼️

 **IOMAN** 7/29/24, 9:15 PM
this aged well

KOOAPPS-00128272



KOOAPPS-00128325



↳ *Original message was deleted*
**'[ 😊 ]" TS/Texas Sunset** ✹ ⭐  1/1/25, 5:48 AM
Playing team is distracting for me also. I accidently kill my teammates, run into stuff when typing, and generally feel like I played poorly afterwards. I can relate...

↳ *Original message was deleted*
**'[ 😊 ]" TS/Texas Sunset** ✹ ⭐  1/1/25, 5:52 AM
If I go there, I will eat a place I should not eat at... ha

**spectre** 🛡 1/1/25, 5:52 AM
Record what? 🤨

🤨 1  ☺

record myself purchasing an apple product? ill NEVER do that

😂 1  ☺

KOOAPPS-00128326

 **Hypah** 1/23/25, 4:25 PM
I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
😳 13   😂 2   ✓

 **[🔊] Scratch 'n' Sniff** 1/23/25, 4:26 PM
OH NO!!!!

 ↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**[BAT/Rep] Boom Moom** 1/23/25, 4:27 PM
Why are they taking screenshots for what reason, my friend?

 ↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**T1✦** 1/23/25, 4:28 PM
Sue them they copied your game

 ↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**[BAT/Rep] Boom Moom** 1/23/25, 4:29 PM
Appreciate all u do
👍 1   ✓

 ↳ @Hypah I found out the creators of Snake.io and/or their lawyers are lurking on this server and taking screenshots of my comments, isn't that funny
**T1✦** 1/23/25, 4:30 PM
And how would they take screenshots of your comments I'm yout not saying anything but facts
Americans 🤮

 **Hypah** 1/23/25, 4:33 PM
I don't know, they're here right now, why don't they tell us why they took the screenshots? What do they have to hide, why are they so nervous to speak?
they also use light mode on discord, that's how you know they are evil
😳 7   💯 6   😂 8   ✓

KOOAPPS-00128330



[TT/Rep] 💜 TITAN 🐌🐍👑 1/23/25, 1:56 PM
All they do is use ai to do their work 🤣

Almost all of them have problems with comprehending simple things and grammar. (edited)

[🦇] Scratch 'n' Sniff 🛡 1/23/25, 4:26 PM
OH NO!!!!

↳ Original message was deleted
[BAT/Rep] Boom Moom ✅ 1/23/25, 4:27 PM
Why are they taking screenshots for what reason, my friend?

↳ Original message was deleted
T1♦ 👤 1/23/25, 4:28 PM
Sue them they copied your game

↳ Original message was deleted
[BAT/Rep] Boom Moom ✅ 1/23/25, 4:29 PM
Appreciate all u do

👍 1   🙂

↳ Original message was deleted
T1♦ 👤 1/23/25, 4:30 PM
And how would they take screenshots of your comments I'm yout not saying anything but facts Americans ☕

[K]EN [C]ARSON | REP 👑 1/23/25, 4:33 PM
Not light mod

KOOAPPS-00128331