# EXHIBIT 9

**App Store** Preview



**slither.io** 4+

Multiplayer slithering game

Lowtech Studios LLC

#31 in Action

★★★★★ 4.0 • 224.2K Ratings

Free · Offers In-App Purchases

**App Store** Preview

This app is available only on the App Store for iPhone and iPad.



**slither.io** 4+

Multiplayer slithering game

Lowtech Studios LLC

#38 in Action

★★★★★ 3.1 • 34 Ratings

Free · Offers In-App Purchases