**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants. | CASE NO.: 1:23-cv-1437-DAE |
| KOOAPPS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>Counterclaim-Defendants. | |

**DECLARATION OF CHLOE DELEHANTY IN SUPPORT OF KOOAPPS INC.'S MOTION FOR DISCOVERY SANCTIONS**

I, Chloe M. Delehanty, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California and am an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Kooapps Inc., f/k/a Kooapps LLC ("Kooapps"), Chun-Kai Wang, and Jon Chang ("Defendants"). I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters,

2. The parties began engaging in discovery in this matter in mid-2024. Attached hereto as **Exhibit 1** is a true and correct copy of Kooapps' May 3, 2024 Requests for Production.

3. Kooapps served additional discovery requests in December 2024. On January 29, 2025, Lowtech responded to those discovery requests, admitting that Counterclaim Defendant Steven Howse ("Howse") was behind the "Hypah" and "Hypah2" usernames on the Discord platform.

4. On January 30, 2025, Kooapps alerted Lowtech of its intent to assert counterclaims against both Lowtech and Howse and detailed those claims. The proposed counterclaims, which stated causes of action for false advertising, defamation, business disparagement, tortious interference with prospective business relations, and unfair competition, largely arose from Howse's activity on the Discord platform.

5. At Lowtech's request, Kooapps shared a draft of its Counterclaims on February 7, 2025. The Counterclaims were filed on February 19, 2025 (Dkt. No. 73).

6. On February 21, 2025, Kooapps alerted Lowtech and Howse of the apparent spoliation and requested information regarding Lowtech and Howse's document preservation efforts as well as an explanation for the destruction of the messages. Attached hereto as **Exhibit 2** is a true and correct copy of the February 21, 2025 letter from Kooapps' counsel to Lowtech and Howse's counsel.

7. On February 25, 2025—after Kooapps identified yet another instance of apparent spoliation by Lowtech and Howse, wherein hundreds of thousands of reviews and ratings for the Slither.io game appeared to have been deleted from the Apple App Store sometime after January 2025—Kooapps requested information relating to preservation of the reviews and ratings as well as an explanation for the deletions. Attached hereto as **Exhibit 3** is a true and correct copy of a February 25, 2025 letter from Kooapps' counsel to Lowtech and Howse's counsel.

8. In response to Kooapps' February 25, 2025 letter, Lowtech claimed that the ratings and reviews for the Slither.io game had been removed from the Apple App Store following an update of the Slither.io app, but that all had been preserved through a third-party application, SensorTower, which Lowtech subsequently produced.

9. On February 26, 2025, Lowtech "agreed to produce relevant, private Discord messages that are uniquely in Lowtech's possession, custody, or control." Attached hereto as **Exhibit 4** is a true and correct copy of Lowtech's February 26, 2025 email response to Kooapps' February 21, 2025 letter.

10. On February 28, 2025, produced 117 standalone Discord messages, all post-dating September 2024.

11. The parties held a meet and confer on March 18, 2025, during which counsel for Lowtech and Howse made the following representations:

i. Lowtech and Howse only acted to preserve Howse's private Discord messages on **February 12, 2025**.

ii. Howse ***deleted*** certain public Discord messages ***after*** receiving a draft of Kooapps' counterclaims

iii. Lowtech and Howse had only recently undertaken efforts to preserve public Discord messages.

iv. Lowtech and Howse had not identified any additional private messages that had not already been produced (including any pre-dating September 2024) that were responsive to any of Kooapps' discovery requests.

v. Lowtech and Howse were not specifically aware of any private Discord messages relating to this matter that had been deleted.

Attached hereto as **Exhibit 5** is a true and correct copy of a March 18, 2025 exchange between counsel for the parties memorializing discussions during the meet and confer.

12. On February 28, 2025, Lowtech provided a production of reviews and ratings that it claimed was preserved through a third-party application, SensorTower containing approximately 60,000 ratings and reviews for the Slither.io game in the U.S. on the Apple App Store.

13. On May 2, 2025, Lowtech produced 3,000 additional Discord messages. This production largely included private, direct messages between Howse and other individuals dating back to mid-2024. The contents of the conversations produced included [redacted] Attached hereto as **Exhibit 6** are true and correct copies of select rows in Bates Numbers LOWTECH_10054938, LOWTECH_10054942, LOWTECH_10054943, and LOWTECH_10054947.

14. On May 8, 2025, just hours before the scheduled hearing on Kooapps' Motion to Compel (Dkt. No. 84), the parties met and conferred again and reached an agreement on a number of outstanding discovery issues. As part of the arrangement, Kooapps largely withdrew its Motion to Compel, and Lowtech and Howse agreed to provide Kooapps with a declaration from Howse setting forth the information at issue in Kooapps' Motion to Compel.

15. On May 16, 2025, Lowtech provided a declaration from Howse. In the declaration, Howse states that he has had the "Hypah" account, with the display name "Hypah2," since August 13, 2021, and posted on the Slither.io Discord server as early as May 2023. But when Lowtech provided that declaration, Howse remained unable to describe (a) the dates and manner of efforts to preserve public Discord posts; (b) the number and date range of public Discord posts preserved; and (c) the dates and manner of any and all deletions. Attached hereto as **Exhibit 7** is a true and correct copy of the May 16, 2025 Declaration of Steven Howse.

16. On the parties' July 9, 2025 meet and confer, Kooapps informed Lowtech that it anticipated filing a motion for sanctions and provided a list of the proposed adverse inferences. Kooapps offered to meet and confer again on July 10 and 11, 2025; Lowtech did not respond by July 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on July 14, 2025.

*/s/ Chloe M. Delehanty*
Chloe M. Delehanty