# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants. | CASE NO.: 1:23-cv-1437-DAE |
| KOOAPPS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>Counterclaim-Defendants. | |

**DECLARATION OF STEVEN HOWSE**

I, Steven Howse, declare as follows:

1. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify thereto. While I am the founder and president of Lowtech Studios, LLC, the statements herein relate to my personal knowledge and activities I undertook in my individual capacity on the Discord platform.

2. I have had an account on the Discord platform ("Discord") with the user account "Hypah" and the display name of "Hypah2" since August 13, 2021.

3. I have been a member of the public Slither.io server on Discord since May 1, 2023. I did not create nor do I control this server. I said "hi" upon joining and then remained silent in this server for nearly a year up until May 7, 2024, after which I began posting regularly.

4. I also have participated to a much lesser extent in some private Discord servers. To the best of my knowledge, I first became a member of the private Discord server named ".IO Developers" in September of 2024. To the best of my knowledge, I first became a member of the private Discord server named "io Developers" on my current account in September of 2024. I was also a member of this server years ago on an account that I deleted in 2020 and is the only other Discord account I ever had. I did not create nor do I control these servers. I have occasionally posted in these servers since joining. I understand that my private Discord server posts as of the date of my signature below that reference Kooapps or Snake.io have been collected and produced. This includes 119 posts on the above-referenced private Discord servers dated between September 4, 2024 and April 3, 2025.

5. I also have occasionally sent individual direct messages to other Discord users within the Discord platform. My first direct message in the Discord platform on my current account was sent in August 2021. I understand that my direct message conversations as of the date of my

signature below that reference Kooapps or Snake.io have been collected and produced. This includes 18 direct message conversations on Discord dated beginning May 7, 2024.

6. Throughout the time this case has been pending, I have maintained my Discord account and memberships in the private Discord servers referenced above. This has made it possible to collect my posts in those private Discord servers and my direct messages on the Discord platform. To the best of my knowledge, there is no automatic deletion of posts or direct messages from the Discord platform. On the following dates, I was involved in the process of allowing the e-discovery team at King & Spalding (and an external vendor, Lineal) to enter the access-restricted private Discord servers to gather my posts, as well as to collect my direct messages: February 12, 2025; March 11, 2025; April 24, 2025; April 25, 2025; April 29, 2025; and April 30, 2025.

7. Over the ordinary course of my presence on Discord, I have occasionally removed public posts that I no longer wished to have published. This is consistent with standard functionality on the Discord platform, which allows users to easily remove their own posts.

8. In early February 2025, I reviewed posts I previously had made on the public Slither.io server on Discord to identify posts that may have included personal details about my life or third parties other than Kooapps. As part of this review, I removed a few posts from the public Slither.io server on Discord.

9. I have not removed any of my posts on private Discord servers that reference Kooapps or Snake.io.

10. I have not removed any of my direct messages on Discord that reference Kooapps or Snake.io.

11. I have not instructed anyone to remove posts or direct messages referencing Kooapps or Snake.io from the Discord platform.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Austin, Texas on May16, 2025.

Signed by:
Steven Howse
E4E22E00041D4F4...

Steven Howse