# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, | CASE NO.: 1:23-cv-1437-DAE |
| Plaintiff, | |
| v. | |
| KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, | |
| Defendants. | |
| | |
| KOOAPPS INC., | |
| Counterclaim-Plaintiff, | |
| v. | |
| LOWTECH STUDIOS, LLC and STEVEN HOWSE, | |
| Counterclaim-Defendants. | |

**COUNTERCLAIM-DEFENDANT STEVEN HOWSE'S FIRST REQUEST FOR PRODUCTION TO COUNTERCLAIM-PLAINTIFF KOOAPPS INC.**

Counterclaim-Defendant Steven Howse ("Howse"), by and through its undersigned counsel and in accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby serves the following request for production ("Request(s)") on Counterclaim-Plaintiff Kooapps Inc. ("Kooapps"). In accordance with Rule 34, Kooapps must produce all requested documents, electronically stored information, or tangible things within thirty (30) days after the service of this Request. These Requests are continuing in nature and any information discovered subsequent to the service and filing of Kooapps' responses should be brought to the attention of Howse through the service of supplemental responses, within a

1

reasonable time following such discovery, pursuant to Rule 26 of the Federal Rules of Civil Procedure.

## DEFINITIONS

As used herein, the following terms shall have the meaning indicated below regardless of capitalization:

1. <u>Amended Complaint.</u> The term "Amended Complaint" means Plaintiff's First Amended Complaint, filed in this action on October 29, 2024, Dkt. 46.

2. <u>And & or.</u> The connectives "and" and "or" should be construed either conjunctively or disjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

3. <u>Any & all.</u> The terms "any" and "all" should be understood in either its most or least inclusive sense as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

4. <u>Communication.</u> The term "communication" means any exchange of information by any means, whether written, digital, or oral, including, but not limited to, exchanges of information in conversation (both face-to-face and telephonic), correspondence, letters, notes, memoranda, facsimiles, emails, text messages, posts on social media, messages sent through social media, messages sent through apps, and all other electronically sent messages.

5. <u>Complaint.</u> The term "Complaint" means Plaintiff's Original Complaint, filed in this action on November 22, 2023.

6. <u>Counterclaims.</u> The term "Counterclaims" means Counter-Plaintiff's Counterclaims, filed in this action on February 19, 2025, Dkt. 73.

7. <u>Identity, identify or identification.</u> The terms "identity" or "identify" or

"identification":

    a. When used in reference to a natural person, "identity," "identify," or "identification" means to state his or her full name and present or last known address and present employer, specifying in each instance the title or position and the dates so held.

    b. When used with respect to document, "identity," "identify," or "identification" means to state the date, subject and substance, author, all recipients, type of document (e.g., letter, telegraph, memorandum, computer printout, sound reproduction, chart, etc.), its present location and the identity of its present custodian. This shall include documents with respect to which a privilege is or may be claimed, if such document was, but no longer is, in Your possession or subject to Your control, state whether (a) it is missing or lost; (b) has been destroyed; (c) has been transferred voluntarily to others; or (d) otherwise disposed of. In each such instance explain the circumstances surrounding an authorization for such disposition.

    c. When used in respect to an occasion, event, meeting or conversation, "identity," "identify," or "identification" means to state the date, place, duration and persons attending or participating.

8. <u>Infringing App.</u> The term "Infringing App" means Kooapps, LLC's mobile and web-based game called Snake.io or Snake.io+.

9. <u>Infringing Marks</u>. The term "Infringing Marks" means the terms "slither," "slither.io" or their derivatives, and Kooapps Snake.io snake logo, as used in commerce by you in connection with the marketing of any product, including, without limitation, Snake.io and

merchandise related thereto.

10. <u>Kooapps, You, and Your.</u> The term "Kooapps," "You," and "Your" mean Defendant Kooapps LLC and Kooapps Inc., and their present and former parents, subsidiaries, predecessors, successors, affiliated entities, controlled entities, joint ventures, related entities, agents, representatives, attorneys, experts, and other persons action or purporting to act on behalf of Kooapps LLC and Kooapps Inc.

11. <u>Leaderboard.</u> The terms "leaderboard" has the meaning as used in paragraph 15 of the Counterclaims.

12. <u>Material.</u> The term "material" means all documents, communications, electronically stored information, or tangible things. The term is synonymous with and equal in scope to the terms "documents," "electronically stored information," and "tangible things" in Federal Rule of Civil Procedure 34(a)(1). A draft or nonidentical copy of a document, electronically stored information, or a tangible thing is a separate item within the meaning of this term.

13. <u>Multiplayer features.</u> The term "multiplayer features" has the meaning as used in paragraphs 36, 38, 40, 67, 72, and 78 of the Counterclaims.

14. <u>Multiplayer functionality.</u> The term "multiplayer functionality" has the meaning as used in paragraphs 36, 40, 57, 72, and 78 of the Counterclaims.

15. <u>Person.</u> The term "person" means natural persons, general partnerships, limited partnerships, joint ventures, associations, corporations, governmental agencies (whether federal, state or local or any agency of the government of a foreign county), departmental units or subdivisions thereof, and any other form of business entity or association, as the case maybe.

16. <u>Plaintiff's App.</u> The term "Plaintiff's App" means the game known as Slither.io.

17. <u>Plaintiff's Marks.</u> The term "Plaintiff's Marks" means the marks identified in

paragraphs 26-28 of the Amended Complaint, including Lowtech's stylized cartoon snake and the word marks "slither" and "slither.io."

18. <u>Plaintiff's Trade Dress</u>. The term "Plaintiff's Trade Dress" means the trade dress identified in paragraph 29 of the Amended Complaint.

19. <u>Ranked Mode.</u> The term "ranked mode" has the meaning as used by the developer of the Infringing App as shown for example in Exhibit A, p.2 at https://apps.apple.com/bh/app/snake-io-fun-online-snake/id1104692136.

20. <u>Real-time synchronous.</u> The terms "real-time synchronous" and "real-time synchronous gameplay-based multiplayer" have the meaning as used in paragraphs 16, 38, and 40 of the Counterclaims.

21. <u>Source Code.</u> The term "source code" means the human-readable programming language text that defines software, firmware, or electronic hardware description, including without limitation files containing code in any programming or scripting language, such as C, C++, C#, Java, JavaScript, Perl, PHP, Python, or Ruby; any markup or presentation language, such as HTML, XML, or CSS; and any database language or commands, such as SQL. Source Code also includes without limitation configuration files, including files, header files, make files, link files, log files, settings files, generated output files, and other human-readable text files used in the generation and/or building of software and/or hardware.

22. <u>Snake game(s)</u>. The term "snake game(s)" has the meaning as used in paragraph 19, 23, 26, and 32 of the Counterclaims.

23. <u>Steven Howse.</u> The terms "Howse" and "Counter-Defendant" mean Counter-Defendant Steven Howse and its agents, representatives, attorneys, experts, and other persons action or purporting to act on Howse's behalf.

5

**INSTRUCTIONS**

In construing these document requests, the following instructions shall apply:

1. A complete and legible copy may be produced in lieu of producing the document itself.

2. With respect to the documents produced, you are to:

    (a) (i) Produce them as they are kept in the usual course of business; or (ii) organize and label them to correspond with each numbered paragraph and each lettered subparagraph of a Request in response to which such documents are produced; and

    (b) If any of the documents cannot be produced in full, produce to the extent possible, specifying the reason for the inability to produce the remainder.

3. For all data produced, you are to produce them in their native electronic format (e.g., all Microsoft Excel spreadsheets should be produced in Excel format).

4. In the event that any document, or any portion of any document, within the scope of these Requests is withheld from production upon a claim of privilege, provide a privilege log with the following information:

    (a) The specific grounds for the claim of privilege, protection, or other exemption.

    (b) The type of material being withheld, and, if the material is electronically stored information, the file format of the material.

    (c) The subject matter of the material.

    (d) The date of the material.

    (e) The name, job title, and address of the author of the material.

    (f) The name, job title, and address of each addressee of the material.

    (g) The name, job title, and address of each person who received, was copied on, or otherwise saw all, part, or a summary of the material.

    (h) The name, job title, and address of the custodian of the material and the material's current location.

5. If you object to any Request set forth herein, state the grounds of the objection with sufficient specificity to permit determination of the basis for such objection.

6. In the event that any document called for by these Requests has been destroyed or discarded, that document is to be identified as follows:

    (a) each addressor and addressee;

  (b) each indicated or blind copy;

  (c) the document's date, subject matter, number of pages, and attachments or appendices;

  (d) all persons to whom the document was distributed, shown, or explained;

  (e) its date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; and

  (f) the person who authorized such destruction or discard.

  7. Words in the past tense include the present tense, and words in the present tense include the past tense.

  8. These Requests shall be deemed continuing so as to require further and supplemental production if, between the date hereof and the time of trial, any additional documents responsive to these requests come into your possession, custody, or control, or the possession, custody, or control of your agents or representatives, including (without limitation) any attorneys and advisors. You are to produce any such additional documents within ten days of their coming into your possession, custody, or control, or the possession, custody, or control of your agents or representatives. If any such additional documents or any portion thereof are withheld from production upon a claim of privilege, you are to promptly serve a privilege log in accordance with Instruction 4.

  9. Produce electronically stored information in the format as required by the Court's Stipulated EDiscovery Plan and Protocols filed on December 2, 2024.

  10. Unless otherwise stated, the relevant time period for each Request shall be the time period since January 1, 2016.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**
All materials relating to the "name change" of Kooapps LLC to Kooapps Inc. as referenced in Dkt. 68, including the purpose of the change or any impact upon the assets and liabilities of Kooapps LLC and Kooapps Inc. before and after the "name change."

**REQUEST FOR PRODUCTION NO. 2:**
Kooapps' advertisements, promotional materials, marketing materials, press releases, customer presentations, responses to customer comments and reviews, social media posts, videos, letters, television and radio commercials, blogs, podcasts, and other advertising or promotional material (in any media) that refer to the Infringing App.

**REQUEST FOR PRODUCTION NO. 3:**
Kooapps' advertisements, promotional materials, marketing materials, press releases, customer presentations, responses to customer comments and reviews, social media posts, videos, letters, television and radio commercials, blogs, podcasts, and other advertising or promotional material (in any media) that refer to any features You contend constitute multiplayer features in the Infringing App, including leaderboards and real-time synchronous multiplayer functionality.

**REQUEST FOR PRODUCTION NO. 4:**
Kooapps' advertisements, promotional materials, marketing materials, press releases, customer presentations, responses to customer comments and reviews, social media posts, videos, letters, television and radio commercials, blogs, podcasts, and other advertising or promotional material (in any media) that refer to Ranked Mode in the Infringing App.

**REQUEST FOR PRODUCTION NO. 5:**
All materials relating to Kooapps' procedures and documentation for version control of the Infringing App's Source Code.

**REQUEST FOR PRODUCTION NO. 6:**
All materials relating to the design, development, testing, operation, and Source Code associated with all features of the Infringing App that You contend constitute multiplayer functionality.

**REQUEST FOR PRODUCTION NO. 7:**
All materials relating to the design, development, testing, operation, and Source Code associated with all leaderboards in the Infringing App.

**REQUEST FOR PRODUCTION NO. 8:**
All materials relating to the design, development, testing, operation, and Source Code associated with real-time synchronous gameplay-based multiplayer in the Infringing App.

**REQUEST FOR PRODUCTION NO. 9:**
All materials relating to the design, development, testing, operation, and Source Code associated with Ranked Mode in the Infringing App.

**REQUEST FOR PRODUCTION NO. 10:**
All materials relating to consumer ratings and reviews regarding the Infringing App or Infringing Marks, including Kooapps' public and internal response to those consumer reviews.

**REQUEST FOR PRODUCTION NO. 11:**
All materials relating to instances of consumers complaining about whether Kooapps offered real-time synchronous gameplay-based multiplayer competition against human competitors within the Infringing App.

**REQUEST FOR PRODUCTION NO. 12:**
All materials evidencing, relating to, or describing Kooapps' licensing revenue associated with the Infringing App or the Snake.io logo or marks.

**REQUEST FOR PRODUCTION NO. 13:**
All materials relating to Kooapps' ad-network revenue and ad spend associated with the Infringing App, including without limitation revenue from AdMob, Mintegral, and AppLovin.

**REQUEST FOR PRODUCTION NO. 14:**
Ad network revenue, ad spend, and other reports from all mobile measurement partner (MMP) analytics platforms used by Kooapps in connection with the Infringing App, including without limitation Tenjin.

**REQUEST FOR PRODUCTION NO. 15:**
All materials relating to the collection and analysis of user metrics such as Daily Active Users (DAU) and Monthly Active Users (MAU) of the Infringing App.

**REQUEST FOR PRODUCTION NO. 16:**
All materials relating to the calculation and reporting of Cost Per Mille (CPM) and advertisement revenue generated through the Infringing App. CPM herein refers to the amount an advertiser pays for every 1,000 impressions (or views) of their advertisement on the Infringing App.

**REQUEST FOR PRODUCTION NO. 17:**
All valuations, forecasts, studies, audits, and assessments related to the financial value of Kooapps and/or the Infringing App.

**REQUEST FOR PRODUCTION NO. 18:**
All materials relating to the changes Kooapps made, or requested to be made, to the Infringing App, the Infringing Mark, blog posts, marketing materials, advertising materials, and any other promotional materials for the Infringing App after receiving notice of Lowtech's Complaint in this case.

**REQUEST FOR PRODUCTION NO. 19:**
All materials related to the removal or modification by Kooapps, or at Kooapps request, of blog posts, marketing materials, advertising materials, and any other promotional materials for the Infringing App after receiving notice of Lowtech's Complaint in this case, including but not limited to the removal of the word "slither" or "slither.io" from the aforementioned promotional materials or any modifications made to these materials that relate to Plaintiff's App, Plaintiff's Marks, and Plaintiff's Trade Dress.

**REQUEST FOR PRODUCTION NO. 20:**
All materials evidencing Kooapps' first awareness of the posts on Discord under the usernames Hypah or Hypah2 that are at issue in Kooapps' Counterclaims.

**REQUEST FOR PRODUCTION NO. 21:**
All materials evidencing Kooapps' first awareness of an association between the names Hypah or Hypah2 and Steven Howse or Lowtech.

**REQUEST FOR PRODUCTION NO. 22:**
All materials evidencing the amount of revenue that Kooapps contends it lost as a result of the Discord posts at issue in Kooapps' Counterclaims.

**REQUEST FOR PRODUCTION NO. 22:**
All materials relating to Your contention that Kooapps is entitled to damages on the Counterclaims, including materials evidencing the amount of the claimed injury and damages.

**REQUEST FOR PRODUCTION NO. 24:**
All materials relating to or identifying the specific third party consumers that Kooapps contends it would have entered into relationships with absent purported interference from the Discord posts at issue in Kooapps' Counterclaims.

**REQUEST FOR PRODUCTION NO. 25:**
All contracts that You allege were supposedly interfered with by Steven Howse's conduct.

**REQUEST FOR PRODUCTION NO. 26:**
Any and all Discord posts and other statements that You contend constitute false advertising as alleged in paragraphs 66-70 of the Counterclaims.

**REQUEST FOR PRODUCTION NO. 27:**
Any and all Discord posts and other statements that You contend constitute defamation as alleged in paragraphs 71-76 of the Counterclaims.

**REQUEST FOR PRODUCTION NO. 28:**
Any and all Discord posts and other statements that You contend constitute business disparagement as alleged in paragraphs 77-80 of the Counterclaims.

**REQUEST FOR PRODUCTION NO. 29:**
Any and all Discord posts and other statements that You contend constitute tortious interference with prospective business relations as alleged in paragraphs 81-84 of the Counterclaims.

**REQUEST FOR PRODUCTION NO. 30:**
Any and all Discord posts and other statements that You contend constitute unfair competition as alleged in paragraphs 85-88 of the Counterclaims.

Date:  April 8, 2025                                                 Respectfully submitted,

By: /s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Richard J. Groos
rgroos@kslaw.com
Matthew E. Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles G. Spalding, Jr. (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
ccampbell@kslaw.com
**KING & SPALDING LLP**

11

        1700 Pennsylvania Avenue, NW
        Suite 900
        Washington, DC 20006
        Telephone: (202) 737-0500


**ATTORNEYS FOR COUNTERCLAIM-
DEFENDANT
STEVEN HOWSE**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on April 8, 2025, as follows:

**Via electronic mail to:**
Joshua A. Baskin (*pro hac vice*)
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, TX 78701

*Counsel for Counterclaim-Plaintiff*

 /s/ *Russell E. Blythe*
 Russell E. Blythe

# Exhibit A



Open the Mac App Store to buy and download apps.



Snake.io - Fun Online Snake 4+
New Battle Royale Snake Games
Kooapps
Designed for iPad

#7 in Strategy
 4.2 •  1.7K Ratings

Free · Offers In-App Purchases

## Screenshots

**iPad**  iPhone  Apple Watch





Develop your skills, try to survive as much as you can and become the biggest snake. You start as a small snake, get bigger by eating other snakes who try to do the same. You have to attack wisely but defend skillfully. How long can you survive?

Attack fast with the mass-eject booster and get in front of other snakes to beat them when they hit you head on, no matter how small you are or how big they are. The best one wins.

more

### What's New

Version History

Version 1.21.3
Eat and battle snakes of all kinds in this exciting game!

Release Features:
-Unique Skins: Unlock a variety of skins through different missions!
-Monthly Live Events: Experience a new game mode during our monthly, themed live events.
-Bug fixes and optimizations

### Ratings and Reviews

See All

**4.2**
out of 5

1.7K Ratings

**Livvvv4ever, 29/05/2023**
**Im playing against robots**
Hello!, the game is overall good . But when i wanted to play with my sister i couldn't Play with my sister, then i found the same play "iCeBox (:" 3 times, then I realized all the players im playing with are bots. I was wondering if y'all could add like more

**CallmesarHhhh, 21/09/2024**
**It's really good but I have some suggestions**
I've seen a review where someone was talking about PLAYING more

Developer Response,
Thank you for your review. If you would like to play a real-time more

### Events

LIVE



THU 20:00



### In-App Purchases

App Store Preview

-Monthly Live Events: Experience a new game mode during our monthly, themed live events.
-Bug fixes and optimizations.

Ratings and Reviews

4.2 out of 5

★★★★★
CallmesarHhhh, 21/09/2024

**It's really good but I have some suggestions**
I've seen a review where someone was talking about PLAYING WITH BOTS which I certainly did not know so it would be appreciative if u add options to play with contacts or bots, but still its a good game

**Developer Response**,
Thank you for your review. If you would like to play a real-time synchronous multiplayer mode with friends in the same room, please visit our website www.snake.io. If you would like to play a real-time synchronous multiplayer mode against competitive players, please select "Ranked" mode in the app. If you have any other questions, please email us at support@kooapps.com.

Events
LIVE

Remove Ads
Remove ads from game
$1.99

## App Privacy

See Details

The developer, **Kooapps**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You
The following data may be used to track you across apps and websites owned by other companies:

Identifiers                          Usage Data

### Data Linked to You
The following data may be collected and linked to your identity:

Purchases                            User Content
Identifiers                          Usage Data

### Data Not Linked to You
The following data may be collected but it is not linked to your identity:

Diagnostics

Privacy practices may vary based on, for example, the features you use or your age. Learn More

## Information

**Provider**
Kooapps

**Size**
224.5 MB

**Category**
Games

**Compatibility**
**iPhone**
Requires iOS 12.0 or later.

**iPad**
Requires iPadOS 12.0 or later.

**iPod touch**
Requires iOS 12.0 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Apple Watch**
Requires watchOS 3.0 or later.

**Game Controller**
Recommended
The developer, Kooapps, designed this game to be played with a controller for the best experience.

**Languages**
English, Arabic, Dutch, Filipino, Finnish, French, German, Hindi, Indonesian, Italian, Japanese, Korean, Malay, Norwegian Bokmål, Polish, Portuguese, Russian, Simplified Chinese, Spanish, Swedish, Thai, Traditional Chinese, Turkish, Vietnamese

**Age Rating**
4+

**Copyright**
© 2016 Kooapps LLC

**Price**
Free

**In-App Purchases**
1. Remove Ads                        $1.99
2. Agni                              $0.99
3. Sirius Bite                       $0.99

more

Developer Website ↗

App Support ↗

Privacy Policy ↗

## Supports


Game Controllers
Play this game with your favourite compatible controller. Learn More


Game Center
Challenge friends and check leaderboards and achievements. Learn More


Family Sharing
Some in-app purchases, including subscriptions, may be shareable with your family group when Family Sharing is enabled. Learn More

## More By This Developer

See All

Piano Tiles 2™: Fun Piano Game
Games

Piano Tiles ™
Games

Pictoword: Fun Word Quiz Games
Games

Stacky Bird: Fun No Wifi Games
Games

## You Might Also Like

See All

Games for Watch
Games

Paper.io 4
Games

Snaker.io !
Games

Fidget Trading 3D- Toy Collect
Games

Bahrain   العربية

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms | App Store & Privacy | Cookie Warning | Support