UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, | ) CASE NO.: 1:23-cv-1437-DAE |
| Plaintiff, | ) |
| v. | ) |
| KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, | ) |
| Defendants. | ) |
| | |
| KOOAPPS INC., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| LOWTECH STUDIOS, LLC and STEVEN HOWSE, | ) |
| Counterclaim-Defendants. | ) |

**JOINT ADVISORY**

Plaintiff/Counterclaim-Defendant Lowtech Studios, LLC, Counterclaim-Defendant Steven Howse (collectively, "Lowtech"), and Defendant/Counterclaim-Plaintiff Kooapps, Inc. and Defendants Jonathan Chang and Chun-Kai Wang (collectively, "Kooapps") submit this Joint Advisory in response to this Court's Amended Order Setting Hearing (Dkt. No. 134) on Kooapps' Motion for Discovery Sanctions (Dkt. No. 112, the "Sanctions Motion") and Lowtech's Motion to Compel (Dkt. No. 133, the "Motion to Compel Reviews").

I. **THE PARTIES' CONFERENCE**

The parties met and conferred on Wednesday, October 1, 2025. At that conference, the parties discussed the issues raised in Kooapps' pending Sanctions Motion and Lowtech's pending Motion to Compel Reviews.

II. **KOOAPPS' SANCTIONS MOTION**

Kooapps continues to seek the relief described in the pending Sanctions Motion (*see* Dkt. No. 112-1). Lowtech has declined to agree to any terms of Kooapps' requested relief. The parties discussed Lowtech's previous offer for relief, which is described in Lowtech's Response brief. Kooapps rejected Lowtech's previous proposal. As such, the Sanctions Motion remains at issue in its entirety, including all requested relief.

III. **LOWTECH'S MOTION TO COMPEL REVIEWS**

Kooapps' Proposals

Kooapps offered to review for authenticity a reasonable number of reviews that Lowtech believes to be relevant, and specifically proposed to review for authenticity those reviews cited in Lowtech's expert reports, which cite approximately 80 reviews, along with an additional reasonable number of reviews in a good faith effort to resolve the parties' dispute.

The parties also discussed the recent declaration submitted by Steven Howse in connection with the Motion to Compel Reviews. *See* Dkt. No. 136-3. In his declaration, Mr. Howse suggests that certain code could be run to collect reviews posted on the Apple App Store. Kooapps inquired whether Mr. Howse has ever explored any commercially available tool to capture such reviews. Lowtech's counsel was not aware of any attempt to do so. Kooapps then proposed that Lowtech and Howse investigate whether any commercial tools are available to collect such data.

Lowtech's Responses

Lowtech maintains that the 80 cited reviews and "an additional reasonable number" is insufficient considering there are over 700,000 Reviews at issue. Moreover, Lowtech believes that the burden of authenticating a subset of Reviews, which would require a substantial amount of attorney review, is less than the production and authentication of a full set of the Reviews.

Lowtech's counsel and Mr. Howse discussed alternative methods to collect the Reviews and it is our understanding that the code provided by Mr. Howse (or a similar one created by Kooapps) or Sensor Tower would be the best mechanism to collect the Reviews. If Kooapps would like to use an alternative commercially available tool that they are aware of to collect the full set of Reviews, Lowtech does not object to Kooapps using said tool and producing them according to Lowtech's discovery request.

<u>Status of Motion to Compel Reviews</u>

As of the date of this submission, Lowtech's Motion to Compel Reviews remains at issue in its entirety, including all requested relief.

Dated: October 3, 2025                          Respectfully submitted,

By: *Cecil E. Key*                              By: *Eli B. Richlin*
Cecil E. Key                                    Eli B. Richlin

Christopher C. Campbell                         Thomas A. Nesbitt
Britton F. Davis                                State Bar No. 24007738
**CAHILL GORDON & REINDEL LLP**                 tnesbitt@nesbittlegal.com
900 16th Street N. W.                           **Nesbitt Legal PLLC**
Suite 500                                       809 West Avenue
Washington D.C. 20006                           Austin, Texas 78701
(202) 862-8932                                  Phone: (512) 617-5562
(202) 862-8906
bdavis@cahill.com                               Joshua A. Baskin (*pro hac vice*)
ccampbell@cahill.com                            California State Bar No. 294971
                                                jbaskin@wsgr.com
Cecil E. Key                                    Chloe Delehanty (*pro hac vice*)
**KEY KESAN DALLMANN PLLC**                     California State Bar No. 333412
1050 Connecticut Ave., N.W., Suite 500          cdelehanty@wsgr.com

| | |
|---|---|
| Washington, D.C. 20036<br>(202) 772-3191<br>cecil.key@kkd-law.com<br><br>ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANTS LOWTECH STUDIOS, LLC AND STEVEN HOWSE | **Wilson Sonsini Goodrich & Rosati, PC**<br>Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br><br>Eli B. Richlin (*pro hac vice*)<br>New York State Bar No. 4861357<br>erichlin@wsgr.com<br>J. Ariel Jeong (*pro hac vice*)<br>New York State Bar No. 5344122<br>ajeong@wsgr.com<br>**Wilson Sonsini, Goodrich & Rosati, PC**<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang* |