UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, <br> *Plaintiff* <br><br> v. <br><br> KOOAPPS LLC, CHUN-KAI WANG, JONATHAN CHANG, <br> *Defendants* | § § § § § § § § § No. 1:23-CV-01437-DAE |

## ORDER

Before the Court is Plaintiffs Lowtech Studios, LLC and Steven Howse's Motion to Compel, Dkt. 133. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, Dkt. 134, and after considering the parties' filings, the record as a whole, the applicable law, and the arguments made at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **DENIES** Plaintiffs' motion, Dkt. 133.

SIGNED October 7, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1