# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>      Defendants.<br><br>───────────────────────────<br><br>KOOAPPS INC.,<br><br>      Counterclaim-Plaintiff,<br><br>  v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>      Counterclaim-Defendants. | CASE NO.:  1:23-cv-1437-DAE |

**[PROPOSED] ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S <u>DAMAGES EXPERT WITNESS JIM W. BERGMAN</u>**

Before the Court is Defendants Kooapps Inc., f/k/a Kooapps LLC, Jonathan Chang, and Chun-Kai Wang's (collectively, "Kooapps" or "Defendants") *Daubert* motion against Plaintiff Lowtech Studios LLC ("Lowtech") to exclude select opinions and testimony of Lowtech's damages expert Jim W. Bergman. The Court, having considered the motion and for good cause shown, finds the motion should be and is hereby GRANTED.

Accordingly, the Court hereby ORDERS that Mr. Bergman may not provide any testimony at trial concerning:

1. Any opinion relating to a two-player market between Slither.io and Snake.io, which Mr. Bergman refers to as the "winner-take-most" market or "zero-sum winner-take-most" market;

2. Any opinion relating to the number of downloads and MAUs that Slither.io would have been able to achieve but for Snake.io's alleged conduct;

3. Any opinion relating to a calculation of disgorgement of business development revenue earned by Kooapps attributable to the alleged trademark infringement, trademark dilution, and trade dress infringement;

4. Any opinion relating to lost profits of Lowtech due to any conduct by Kooapps;

5. Any opinion relating to lost enterprise value of Lowtech due to any conduct by Kooapps;

6. Consumer reviews of Snake.io;

7. The "slither.io" and "slither" word marks;

8. Any opinion relating to actual damages incurred by Lowtech related to alleged false advertising by Kooapps; and

2

9. Any opinion of Mr. Bergman that is in any way based on or incorporates any opinion or survey of Lowtech's survey expert Sarah Butler that has been excluded by the Court.

IT IS SO ORDERED this ___ day of _____, 2025.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

2