**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>　　　　　Defendants.<br><br>―――――――――――――――――<br><br>KOOAPPS INC.,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>　　　　　Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**[PROPOSED] ORDER GRANTING KOOAPPS INC.'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFF'S <u>SURVEY EXPERT SARAH BUTLER</u>**

Before the Court is Defendant and Counter-Plaintiff Kooapps Inc.'s ("Kooapps") *Daubert* Motion to Exclude the Opinion and Testimony of Plaintiff Lowtech Studios LLC's ("Lowtech") survey expert, Sarah Butler (the "Motion"). The Court, having considered the Motion and for good cause shown, finds the Motion should be and is hereby GRANTED.

Accordingly, Ms. Butler may not provide any testimony at trial regarding her Logo Survey, Game Design Survey, or Consumer Perception Survey.

IT IS SO ORDERED this ___ day of _____, 2025.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE