# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>　　　　Defendants.<br><hr><br>KOOAPPS INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>　　　　Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**[PROPOSED] ORDER GRANTING KOOAPPS INC.'S MOTION *DAUBERT* MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S AND COUNTERCLAIM-DEFENDANT'S GAMING EXPERT WITNESS DR. JOSE ZAGAL**

Before the Court is Defendants Kooapps Inc., f/k/a Kooapps LLC, Jonathan Chang, and Chun-Kai Wang's (collectively, "Kooapps") *Daubert* motion against Plaintiff Lowtech Studios LLC ("Lowtech") to exclude select opinions and testimony of Lowtech's damages expert Dr. Jose Zagal. The Court, having considered the motion and for good cause shown, finds the motion should be and is hereby GRANTED.

Accordingly, The Court hereby ORDERS that Dr. Zagal is precluded from testifying at trial regarding:

1. The definition of "fake multiplayer" or whether Snake.io is a "fake multiplayer" game;
2. Whether Kooapps deceptively advertising Snake.io as a "fake multiplayer" game;
3. Consumer reviews of Snake.io;
4. Whether Snake.io having Online Multiplayer features is material to players and potential consumers of Snake.io;
5. Video game engagement, revenue, and their relationships as it pertains to Snake.io or Slither.io;
6. Slither.io;
7. that Snake.io copied Slither.io in any manner.

The Court further strikes all portions of Zagal's expert reports that reference these subjects.

1

2

IT IS SO ORDERED this \_\_\_ day of _____, 2025.

                                              _____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE