**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>      Defendants.<br><br>──────────────────────────<br><br>KOOAPPS INC.,<br><br>      Counterclaim-Plaintiff,<br><br>    v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>      Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**DECLARATION OF CHLOE DELEHANTY IN SUPPORT OF DEFENDANTS'**
***DAUBERT* MOTIONS TO EXCLUDE OPINIONS AND**
**TESTIMONY OF PLAINTIFF'S EXPERT WITNESSES**
**JIM W. BERGMAN, SARAH BUTLER, AND DR. JOSE ZAGAL**

I, Chloe M. Delehanty, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California and am an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Kooapps Inc., f/k/a Kooapps LLC ("Kooapps"), Chun-Kai Wang, and Jon Chang ("Defendants"). I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters,

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Jim W. Bergman, dated May 23, 2025.

3. Attached hereto as **Exhibit 2** are excerpts from a true and correct copy of the Expert Reply Report of Jim W. Bergman, dated July 24, 2025.

4. Attached hereto as **Exhibit 3** are excerpts from a true and correct copy of the deposition transcript of James Bergman, taken on September 16, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Sarah Butler, dated May 19, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email dated March 2, 2016, marked as Exhibit 8 at the 30(b)(6) deposition of Lowtech, bearing Bates number LOWTECH_10001923.

7. Attached hereto as **Exhibit 6** are excerpts from a true and correct copy of *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, Sixth Edition, Shannon P. Pratt et al. (2022), marked as Exhibit 1 at the deposition of James Bergman.

8. Attached hereto as **Exhibit 7** are excerpts from a true and correct copy of *Litigation Services Handbook: The Role of the Financial Expert*, Sixth Edition, Roman L. Weil, et al. (2017), marked as Exhibit 2 at the deposition of James Bergman.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email dated August 8, 2023, marked as Exhibit 18 at the deposition of James Bergman, bearing Bates number LOWTECH_10033890.

10. Attached hereto as **Exhibit 9** are excerpts from a true and correct copy of Lowtech's Supplemental Response to Kooapps' First Set of Interrogatories, dated May 5, 2025.

11. Attached hereto as **Exhibit 10** are excerpts from a true and correct copy of the Rebuttal Expert Report of Carrie L. Distler, dated June 26, 2025.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email dated May 12, 2021, marked as Exhibit 63 at the deposition of Steven Howse, bearing Bates number LOWTECH_10052053.

13. Attached hereto as **Exhibit 12** are excerpts from a true and correct copy of the deposition transcript of Steven Howse, taken on May 7, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a Discord post, marked as Exhibit 64 at the deposition of Steven Howse, bearing Bates number LOWTECH_10041953.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a spreadsheet, marked as Exhibit 98 at the deposition of Steven Howse, bearing Bates number LOWTECH_10054943.

16. Attached hereto as **Exhibit 15** are excerpts from a true and correct copy of the deposition transcript of Sarah Butler, taken on September 3, 2025.

17. Attached hereto as **Exhibit 16 is** a true and correct copy of a demonstrative created by counsel compiling screenshots from the Apple App Store Listings for Slither.io and Snake.io and Butler's test stimuli for Slither.io and Snake.io.

18. Attached hereto as **Exhibit 17** are excerpts from a true and correct copy of Diamond, S.S. & Swann, J.B. (2022). TRADEMARK AND DECEPTIVE ADVERTISING SURVEYS: LAW,

SCIENCE, AND DESIGN. 2nd ed., American Bar Association, Section of Intellectual Property Law, Chapters 9 and 14.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a spreadsheet, marked as Exhibit 10 at the deposition of Sarah Butler, bearing Bates number KOOAPPS-00129222.

20. Attached hereto as **Exhibit 19** is a true and correct copy of screenshots, marked as Exhibit 11 at the deposition of Sarah Butler.

21. Attached hereto as **Exhibit 20** is a true and correct copy of screenshots, marked as Exhibit 12 at the deposition of Sarah Butler.

22. Attached hereto as **Exhibit 21** is true and correct copy of a video of a Snake.io promotion on the app store labeling the main snake character, "Snake.io," throughout the video, bearing Bates number KOOAPPS-00127862[1].

23. Attached hereto as **Exhibit 22** are excerpts from a true and correct copy of Lowtech's Answers to Kooapps' Second Set of Interrogatories, served on January 29, 2025.

24. Attached hereto as **Exhibit 23** are excerpts from a true and correct copy of the 30(b)(6) deposition of Steven Howse, taken on May 6, 2025.

25. On or around October 9, 2025, counsel for Kooapps visited the Apple App Store and Google Play Store and searched for the mobile game "Paper.io 2" and took screenshots of the game's ratings and download information on each platform. Attached hereto as **Exhibit 24** is a true and correct copy of a screenshot from the Apple App Store listing of Paper.io 2, showing over

---

[1] As noted in Defendants' concurrently filed Notice of Manual Filing, Exhibit 21 cannot be electronically filed into the record and is being manually submitted to the clerk of the Court for filing.

2.5M ratings and a screenshot from the Google Play Store listing of Paper.io 2, showing over 100M downloads.

26. On or around October 9, 2025, counsel for Kooapps downloaded the game Paper.io 2 from the Apple App Store and played the game. Attached hereto as **Exhibit 25** is a true and correct copy of a screenshot of gameplay from Paper.io 2.

27. Attached hereto as **Exhibit 26** are excerpts from a true and correct copy of the Export Report and Rebuttal Expert Report of Garry Kitchen, dated June 26, 2025, and marked as Exhibit 1 at the deposition of Garry Kitchen.

28. Attached hereto as **Exhibit 27** are excerpts from a true and correct copy of the Rebuttal Expert Report of Jose Zagal in Response to the Expert Report and Rebuttal Expert Report of Garry Kitchen, dated July 24, 2025, and marked as Exhibit 4 at the deposition of Jose Zagal.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the Expert Report of Jose Zagal, dated May 23, 2025, and marked as Exhibit 3 at the deposition of Jose Zagal.

30. Attached hereto as **Exhibit 29** are excerpts from a true and correct copy of the 30(b)(6) deposition of Chun-Kai Wang, taken on May 2, 2025.

31. Attached hereto as **Exhibit 30** are excerpts from a true and correct copy of Kooapps' Supplemental Responses and Objections to Lowtech's First Set of Interrogatories (Nos. 6, 13-20), served on May 1, 2025.

32. On or around October 9, 2025, counsel for Kooapps visited the website available at https://www.oldgames.sk/en/game/blockade/download/10255/#googlevignette where there is a video of the arcade game called Blockade. Counsel reviewed the contents of the page reviewed the contents of the page and printed the webpage to pdf from their browser. Attached hereto as **Exhibit 31** is a true and correct copy of the pdf printout of the webpage from October 9, 2025.

33. Attached hereto as **Exhibit 32** is a true and correct copy of "What Gaming Industry Entrepreneurs Can Learn from Slither.io," dated July 26, 2016, marked as Exhibit 6 at the 30(b)(6) deposition of Steven Howse, bearing Bates number LOWTECH_10052526.

34. Attached hereto as **Exhibit 33** are excerpts from a true and correct copy of the 30(b)(6) deposition of Jonathan Chang, taken on May 2, 2025.

35. Attached hereto as **Exhibit 34** is a true and correct copy of "Common multiplayer scenarios – Microsoft Game Development," marked as Exhibit 8 at the deposition of Jose Zagal.

36. Attached hereto as **Exhibit 35** is a true and correct copy of "Google Play games services features," marked as Exhibit 9 at the deposition of Jose Zagal.

37. On or around October 10, 2025, counsel for Kooapps visited the website available at https://developers.meta.com/horizon/documentation/unity/ps-multiplayer-overview where there is an article titled "Multiplayer Overview." Counsel reviewed the contents of the page and printed the webpage to pdf from their browser. Attached hereto as **Exhibit 36** is a true and correct copy of the pdf printout of the webpage from October 10, 2025.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a Reddit thread, marked as Exhibit 10 at the deposition of Jose Zagal.

39. Attached hereto as **Exhibit 38** is a true and correct copy of screenshots of Snake.io, bearing Bates number KOOAPPS-00109757.

40. Attached hereto as **Exhibit 39** is a true and correct copy of screenshots of Snake.io, bearing Bates number KOOAPPS-00052011.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a screenshot of Snake.io, bearing Bates number KOOAPPS-00075183.

42. Attached hereto as **Exhibit 41** is a true and correct copy of a screenshot of Snake.io, bearing Bates number KOOAPPS-00101539.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a screenshot of Snake.io on the Apple App Store, bearing Bates number KOOAPPS-00009126.

44. Attached hereto as **Exhibit 43** are excepts from a true and correct copy of the deposition transcript of Jose Zagal, taken on August 26, 2025.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Zagal, J. P., Nussbaum, M., & Rosas, R. (2000). A model to support the design of multiplayer games. Presence: Teleoperators & Virtual Environments, 9(5).

46. Attached hereto as **Exhibit 45** are excerpts from a true and correct copy of the deposition transcript of Chun-Kai Wang, taken on April 23, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on October 10, 2025.

/s/ Chloe M. Delehanty
Chloe M. Delehanty