# EXHIBIT 1

## PROPOSED TO BE FILED UNDER SEAL