# EXHIBIT 2

## PROPOSED TO BE FILED UNDER SEAL