# EXHIBIT 3

## PROPOSED TO BE FILED UNDER SEAL