# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC, | ) CASE NO.: 1:23-cv-1437-DII |
| Plaintiff, | ) |
| v. | ) |
| KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, | ) |
| Defendants. | ) |

# EXPERT REPORT OF SARAH BUTLER

# EXPERT REPORT OF SARAH BUTLER

## Table of Contents

| | | |
|---|---|---|
| **I.** | **QUALIFICATIONS** | **3** |
| **II.** | **DOCUMENTS REVIEWED** | **4** |
| **III.** | **ASSIGNMENT AND SUMMARY OF OPINIONS** | **4** |
| | Logo Survey | 5 |
| | Game Design Survey | 7 |
| | Consumer Perception Survey | 9 |
| **IV.** | **BACKGROUND** | **10** |
| **V.** | **SURVEY METHODOLOGY** | **12** |
| | 1. Survey Population | 13 |
| | 2. Sampling of the Relevant Population | 13 |
| | 3. Quality Control Measures Implemented for Each Survey | 14 |
| | 4. Screening Questionnaire for All Surveys | 15 |
| **VI.** | **LOGO SURVEY** | **18** |
| | 1. Main Questionnaire | 18 |
| | 2. Stimuli Shown | 21 |
| | 3. Logo Survey Results | 26 |
| **VII.** | **GAME DESIGN SURVEY** | **36** |
| | 1. Main Questionnaire | 36 |
| | 2. Stimuli Shown | 40 |
| | 3. Game Design Survey Results | 46 |
| **VIII.** | **CONSUMER PERCEPTION SURVEY** | **52** |
| | 1. Main Questionnaire | 52 |
| | 2. Stimuli Shown | 56 |
| | 3. Consumer Perception Survey Results | 59 |
| **IX.** | **CONCLUSIONS** | **66** |

## I.  QUALIFICATIONS

1.      I am a Senior Managing Director at NERA. NERA is a firm providing expert statistical, survey, economic, and financial research and analysis. I have held a variety of leadership roles at NERA, and have, for the past 25 years, reviewed, designed, conducted, and analyzed various forms of consumer and behavioral research. My business address is 4 Embarcadero Center, San Francisco, CA 94111.

2.      Among my responsibilities, I conduct survey and market research and design and implement statistical samples for matters involving business and consumer decision-making, consumer choice, and consumer behavior. In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses. My work has been included in numerous lawsuits involving issues of trademark and trade dress confusion, as well as matters related to false advertising, fame, secondary meaning, patent infringement and antitrust and employment-related litigations. I have designed and conducted hundreds of surveys in trademark and false advertising matters and have designed and implemented research for both Plaintiffs and Defendants in these matters. I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.      I have also worked as a market researcher conducting surveys and other forms of research, including personally conducting focus groups and in-depth interviews with consumers and professionals. I have worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom. I have taught courses focused on or involving research methodologies in both the United States and Europe. I hold a

3

Master's Degree in Philosophy from Trinity College, Dublin and a Master's Degree in Applied Sociology from Temple University.

4.       I have submitted expert reports, been deposed, and have testified at trial within the last five years. A list of my testimony is included on the copy of my current resume, which is attached hereto as **Exhibit A**.

5.       NERA is being compensated for my services in this matter at my standard rate of $925 per hour. Members of the staff at NERA have worked at my direction to assist me in this engagement. No part of my compensation or NERA's compensation depends on the outcome of this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction

## II.  DOCUMENTS REVIEWED

6.       As part of my work, I reviewed the *Complaint*,[1] Defendants' *Answer*,[2] and other materials. A list of the specific materials I reviewed can be found in **Exhibit B**.

## III. ASSIGNMENT AND SUMMARY OF OPINIONS

7.       I was retained by counsel for Plaintiff, Lowtech Studios (hereinafter, "Lowtech" or "Plaintiff"), to design research to evaluate the extent to which the actions of Defendants, Kooapps LLC, Jonathan Chang, and Chun-Kai Wang (collectively, "Defendants" or "Kooapps"), would likely cause relevant consumers to be confused as to the source or affiliation of Defendants' Snake.io game or be misled as to the nature of Snake.io's gameplay. I conducted three separate

---

[1] Plaintiff's First Amended Complaint, *Lowtech Studios, LLC, v. Kooapps LLC, Jonathan Chang, and Chun-Kai Wang*, United States District Court Western District of Texas, Austin Division, Case No. 1:23-cv-1437-DII, dated October 28, 2024 (hereinafter, "*Complaint*").

[2] Defendants Kooapps LLC, Jonathan Chang, and Chun-Kai Wang's Answer to First Amended Complaint, *Lowtech Studios, LLC, v. Kooapps LLC, Jonathan Chang, and Chun-Kai Wang*, United States District Court Western District of Texas, Austin Division, Case No. 1:23-cv-1437-DII, dated November 27, 2024 (hereinafter, "*Answer*").

surveys to evaluate: (1) the potential confusion caused by the Snake.io logo (hereinafter, "Logo Survey"); (2) the potential confusion created by the overall look and design of the Snake.io game (hereinafter, "Game Design Survey"); and (3) the extent to which advertising for the game causes consumers to believe that Snake.io is a multiplayer[3] game (hereinafter, "Consumer Perception Survey").

8.     Overall, the survey results demonstrate that a significant portion of consumers are likely to be confused, either by Kooapps' use of the Snake.io logo and/or by the overall look and design of the Snake.io game and these consumers would be likely to associate the Snake.io app/game with Lowtech. Further, consumers are likely to be misled as to the nature of the Snake.io gameplay (*i.e.*, they are likely to believe the game is multiplayer) and would be less interested in downloading the game and/or would play the game less often if they knew that the game is not being played against other human players in real time. I present a more detailed discussion of my findings for each survey below.

## Logo Survey

9.     I designed a survey to determine whether consumers would be confused by the Snake.io logo and would believe, based on this logo, that Snake.io was an app put out by or associated with Lowtech's Slither.io. To evaluate the potential for confusion, I presented respondents with a set of search results from the Apple App Store, or the Google Play store, depending on the brand of phone they use most often. These search results featured both Snake.io and Slither.io, as well as other apps.

---

[3] As described below in paragraphs 26 and 27, I understand that Lowtech Studios has accused Kooapps of misleading consumers into believing their game, Snake.io, is a multiplayer game in which human players are competing in the game, in real time, over the internet. See also, *Complaint* ¶¶ 35-37.

10.     After presenting the search results, I asked respondents about some of the app logos shown in this search. Respondents were first shown the Slither.io app logo and then were shown the app logos from Snake.io, Agar.io, Snake Clash!, and Wormate.io. Respondents were asked whether any of the apps shown were from the same company that puts out the app shown first (Slither.io), were associated or affiliated with the company that puts out the app shown first, or were licensed or approved by the company that puts out the app shown first.[4] Respondents who indicated "yes" were asked to identify which of the apps were related to Slither.io.

11.     To ensure that my estimates of confusion were not impacted by "noise," my survey included a separate Control Group. Survey "noise" can occur for a variety of reasons, including respondent guessing, inattention, or aspects of the survey design that suggest a particular answer is sought by the researcher. Respondents in the Control Group were shown the same set of search results and the same line-up of apps but were shown the 2016-2020 Snake.io app logo (hereinafter "2016 Snake.io Logo" or "Control Logo")[5] rather than the accused design. Control Group respondents were asked the same series of questions asked in the Test Group.

12.     I surveyed a total of 501 consumers who have in the past six months, or are likely to in the next three months, download the following types of games and/or entertainment apps: arcade-style, strategy, casual / hypercasual, or action.

13.     The results of my Logo Survey are as follows:

---

[4] This format and series of questions follows a typical *Squirt* or line-up format. See Jacoby, J. (2013). "Setting, Stimuli, and Tasks," *Trademark Surveys: Designing, Implementing, and Evaluating Surveys*, pp. 479-578 at p. 563. *See also*, McCarthy, J. T. (2016). "Survey Formats—Two commonly used formats to test for confusion," *McCarthy on Trademarks and Unfair Competition, Fourth Edition*, § 32:173.50 and McCarthy, J. T. (2016). "Survey Formats—Product 'line-up' survey methods," *McCarthy on Trademarks and Unfair Competition, Fourth Edition*, § 32:177.

[5] The original app logo design associated with the Snake.io game is shown in the *Complaint*. See, *Complaint,* ¶ 38.

- A total of 77.8 percent of respondents in the Test Group indicated that the app with the accused Snake.io logo was an app put out by, associated with, or licensed by the company that put out Slither.io (*i.e.*, Lowtech).

- In the Control Group, 58.1 percent of respondents indicated that the app with the 2016 Snake.io Logo[6] was an app put out by, associated with, or licensed by the company that put out Slither.io.

- Using the results from the Control Group to net out survey "noise," I estimate a net rate of 19.7 percent confusion.

14.    The results of my Logo Survey demonstrate that a significant[7] portion of consumers are likely to be confused by Kooapps' use of the Snake.io logo and would believe that an app with this logo is a game put out by, associated with, or licensed by Lowtech.

## **Game Design Survey**

15.    To determine whether, based on the overall look and design of the game, consumers would confuse Snake.io with Slither.io and would believe that Snake.io was a game put out by, or associated with, the company that put out Slither.io, I designed and implemented the Game Design Survey. In this survey, respondents were presented with a set of search results from the Apple App Store or Google Play store. These results included Slither.io and Snake.io, as well as other games.

16.    After viewing the search results, respondents were first shown a video clip for Slither.io (referred to as GAME 1) depicting the overall look and design of the game. Next, in

---

[6] As discussed in paragraph 62, the original logo is a conservative control.

[7] A two-sample test for equality of proportions yields $p < 0.0001$. A p-value less than 0.05 indicates that there is a statistically significant difference between the observed rate of confusion between the Test and Control Group. Further, a net rate of 19.7 percent is considered probative of consumer confusion. *See* Ezell, M. G. & Sartore, A. (2022). "Survey Percentages in Lanham Act Matters," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition,* edited by Diamond, S. S., and Swann, J. B., pp. 317-334, (hereinafter, "*Ezell & Sartore*"), at pp. 319-322.

random order, respondents were shown a video clip from one of three additional games.[8] In the Test Group, the video clips depicted the overall look and design of Snake.io, Agar.io, and Snake vs Block.

17.    As with my Logo Survey, my Game Design Survey included a separate Control Group. In this way, responses unrelated to the allegedly infringing elements of the design of the game play can be eliminated from the final estimate of confusion. Respondents in the Control Group were shown the same videos demonstrating portions of the gameplay for Agar.io and Snake vs. Block but, were shown a video clip for Paper.io 2[9] instead of Snake.io.

18.    After viewing each video clip, respondents were asked a series of questions. Respondents were asked whether the game shown was made or put out by the same company that put out the first game shown (*i.e.*, GAME 1), or whether the game was connected to, affiliated with, or had received permission from the company that put out the first game shown. Respondents were asked the same set of questions after viewing each additional video.

19.    I surveyed a total of 505 consumers who have, in the past six months or are likely to in the next three months, download the following types of games and/or entertainment apps: arcade-style, strategy, casual / hypercasual, or action. The results of my Game Design Survey are as follows:

- A total of 185 respondents in the Test Group (73.4 percent) indicated that the Snake.io game was made or put out by, connected to or affiliated with, or received permission from the company that put out Slither.io (*i.e.*, Lowtech).

---

[8] As discussed in paragraph 96, these games all appeared in the same set of search results.

[9] As discussed in paragraph 97, this is known as a natural control.

- In the Control Group, a total of 139 respondents (54.9 percent) indicated that the Paper.io 2 game was made or put out by, connected to or affiliated with, or received permission from the company that put out Slither.io.

- Using the results from the Control Group to net out survey "noise" yields a net rate of 18.5 percent confusion.

20.    The results of my Game Design survey demonstrate that a significant[10] portion of consumers are likely to be confused by the overall look and design of Snake.io and this design would cause relevant consumers to believe that Snake.io is put out by, is associated with, or received permission from the company that put out Slither.io (*i.e.*, Lowtech).

## Consumer Perception Survey

21.    To evaluate the extent to which, if at all, Defendants communicate that Snake.io is an online multiplayer game played against other human players, I designed a third survey. In the Consumer Perception Survey, I showed respondents a video trailer advertisement for the Snake.io game.[11] As with my other surveys, I included a Control Group in which respondents were shown the same video with the allegedly misleading elements removed or altered. For example, the Control video removed the ".io" name extension and replaced the statement "Dominate The Global Leaderboards" with text reading "Challenge The Bots."[12]

22.    I surveyed a total of 503 consumers who have, in the past six months or are likely to in the next three months, download an arcade-style, strategy, casual / hypercasual, or action game and/or entertainment app. The results of my Consumer Perception Survey are as follows:

---

[10] A two-sample test for equality of proportions yields $p < 0.0001$. Similarly, a net rate of 18.5 percent is considered probative of consumer confusion. See *Ezell & Sartore*, at pp. 319-322.

[11] See paragraph 120 for a more complete description of the video.

[12] See paragraph 122 for a more complete description of the changes made to the Control Group video.

9

- When asked whether they believed, when playing the game shown, they would be playing against other human players over the internet in real time, a total of 128 respondents in the Test Group (50.8 percent) indicated they would be playing against other humans.

- In the Control Group, 77 respondents (30.7) percent believed they would be playing the game against other human players over the internet in real time.

- Using the Control estimate to net out "noise" yields a net 20.1 percent of respondents who were misled about the nature of the gameplay due to the allegedly misleading elements.

- I also asked respondents whether knowing that the other snakes in the game were bots would impact their interest in downloading the game. A total of 22.2 percent of Test Group respondents indicated that they would be less interested in downloading the game or would play the game less often if they knew the other snakes in the game were bots.

23.    The results of my Consumer Perception survey demonstrate that a significant[13] proportion of consumers are misled and believe based on the depiction of the Snake.io game in a video clip, that the game is an online, multiplayer game. Additionally, a substantial portion of consumers would be less interested in downloading the game or would play the game less often if they knew that the other snakes in the game were bots as opposed to other human players.

## IV. BACKGROUND

24.    Plaintiff Lowtech Studios, LLC is a limited liability company with its principal place of business in Austin, Texas.[14] Lowtech offers a multiplayer online game, Slither.io, in which

---

[13] A two-sample test for equality of proportions yields $p < 0.0001$. A net rate of 20.1 percent is considered a "substantial proportion" of consumers who are likely to be misled. See *Ezell & Sartore*, pp. 327-330. Further, Professor McCarthy states "Since the issue of likely customer deception from an allegedly false advertisement is closely analogous to the issue of likely confusion from an allegedly infringing mark, it is proper to use the percentage figures accepted in likelihood of confusion surveys." McCarthy, J. T. (2016). "False advertising," *McCarthy on Trademarks and Unfair Competition, Fourth Edition*, § 32:193.

[14] *Complaint*, ¶ 10.

"users control a snakelike creature that slithers across the screen competing with up to 499 other users."[15] I understand that Lowtech owns several trademarks associated with its Slither.io game, including a "stylized cartoon snake as the logo and icon to advertise and market Slither.io."[16]

25.    Defendant Kooapps, LLC is a limited liability company with a principal place of business in Bellevue, Washington.[17]

26.    On October 29, 2024,[18] Lowtech filed its Amended Complaint alleging that Kooapps offers a "clone version" of the Slither.io game, called Snake.io.[19] In its Complaint, Plaintiff claims that Kooapps unauthorized use of the Snake Mark and/or confusingly similar marks "is likely to cause consumer confusion, mistake, or deception as to the origin, sponsorship, or approval of Kooapps and/or Defendants' Infringing App by creating the false and misleading impression that Defendants' Infringing App is created by, authorized by, affiliated with, approved by, sponsored by, or otherwise associated with Lowtech Studios."[20]

27.    Plaintiff additionally alleged that "Defendants falsely and misleadingly misrepresented the nature, characteristics, and quality of the Infringing App by holding it out as an online multiplayer game when it was not,"[21] and that the misrepresentation that consumers were playing against other live users "deceived or had the capacity to deceive a substantial segment of

---

[15] *Complaint*, ¶ 19.

[16] *Complaint*, ¶¶ 26-29.

[17] *Complaint*, ¶ 11.

[18] *Complaint,* p. 25.

[19] *Complaint*, ¶ 6.

[20] *Complaint*, ¶ 74.

[21] *Complaint*, ¶ 81.

potential consumers… [and] likely influenced consumer's decisions of whether to download and play the game on the Infringing App."[22]

28.    To evaluate whether Snake.io would cause consumers to be confused, I designed two surveys: one testing the accused logo and another to test the overall look and design of the game. I also designed a survey to determine the extent to which consumers would be misled and believe, based on Kooapps' representation of its game in an advertising trailer, that Snake.io was an online, multiplayer game.

## V.  SURVEY METHODOLOGY

29.    The design of each of my surveys follows the generally accepted principles for the design of a survey to be used in litigation.[23] In general, the design of a reliable survey requires careful attention to the following key areas:

    a)  The definition of the relevant population;

    b)  The procedures for sampling from the relevant population;

    c)  The survey questions asked;

    d)  The stimuli shown to respondents; and

    e)  The protocol for calculating results of the survey.[24]

---

[22] *Complaint*, ¶¶ 82.

[23] *See, e.g.*, Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence, Third Edition,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 359-423 (hereinafter, "*Diamond*").

[24] The Federal Judicial Center. (2004). *Manual for Complex Litigation, Fourth Edition*, §11.493, p. 103 phrases these key areas as such:

  • the population was properly chosen and defined;
  • the sample chosen was representative of that population;
  • the data gathered were accurately reported; and
  • the data were analyzed in accordance with accepted statistical principles.

30.    The discussion of my surveys is organized around each of these key areas. The definition of the relevant population and the procedures for sampling the relevant population were the same across all three surveys, and I discuss each of these below. I then later describe the main survey questions asked, the stimuli shown, and the protocol for calculating the results within each respective survey.

### 1.  Survey Population

31.    For each of my surveys, the relevant population includes individuals who download games to play on their smartphones. I included players 13 years or older who reside in the United States.[25] Respondents had to have either (1) downloaded an arcade-style, strategy, casual / hypercasual, or action game[26] to their smartphone in the last six months, or (2) had to be likely to do so in the next three months.

### 2.  Sampling of the Relevant Population

32.    Potential survey respondents were contacted using an internet panel hosted by Dynata.[27,28] Dynata uses a variety of quality control measures to ensure the reliability of the responses it collects. For example, Dynata uses digital fingerprinting technology to create a unique "fingerprint" for each respondent based on different characteristics (e.g., IP address) which can be

---

[25] The survey was initially started by adults 18 years of age or older. All respondents were asked whether a teenager in their household was able to complete the survey. Adult respondents were required to give their permission for the teenager to participate, and all respondents had to confirm they were willing to participate and able to adhere to the survey instructions.

[26] I understand the Snake.io game has been classified or described as these types of games. See **Exhibit F** for examples of these categorizations. See also https://www.adjust.com/blog/how-to-make-a-hyper-casual-game-successful/, last accessed April 4, 2025.

[27] For additional information about Dynata's online surveys, see https://www.dynata.com/wp-content/uploads/2024/01/Dynata_Panel_Book.pdf, last accessed March 28, 2025.

[28] Respondents were invited to complete the survey through their personal portal.

used to identify respondents and exclude those who attempt to take the survey more than once.[29] Dynata's standard quality control measures were adhered to in this survey.

### 3. Quality Control Measures Implemented for Each Survey

33.    To ensure that my data are of the highest quality, I implemented the following quality control measures for each survey in addition to those employed by Dynata:

a) As is standard practice for surveys used in litigation, the surveys were conducted in a "double-blind" fashion; that is, neither the staff at Dynata nor any of the respondents were aware of the survey's sponsor or the ultimate intention of the survey.[30]

b) Respondents were asked to answer a CAPTCHA question to ensure that a person, and not a computer or "bot," was taking the survey, and they were excluded if they did not respond correctly.[31]

c) Respondents were also required to enter their state of residence and zip code and they were excluded if these data did not match.

d) Respondents who indicated that they did not understand or were unwilling to adhere to the survey instructions were also screened out of the survey.

e) Respondents who selected the red-herring response option "Drexel" when asked which brand(s) of smartphone(s) they currently own and use were screened out of the survey.

---

[29] Additionally, respondents who qualified for and completed any survey in this matter were ineligible to start or qualify for any subsequent survey in this matter.

[30] *Diamond*, pp. 410-411.

[31] Google reCAPTCHA uses advanced software to tell humans and bots apart. For a description of the technology, see https://cloud.google.com/security/products/recaptcha?hl=en, last accessed March 28, 2025.

f)   All respondents were additionally required to pass an attention check question before starting the main questionnaire.

34.    Each survey was tested, and the initial results were reviewed to ensure there were no errors in the programming and that respondents were able to understand and answer the questions as asked.

### 4. Screening Questionnaire for All Surveys

35.    To ensure that respondents were part of the relevant population, the same screening questions were asked in each survey, and only respondents who met these qualifying conditions continued to the main survey.[32]

36.    To qualify for the surveys, respondents had to indicate that they were using a mobile phone or a desktop, laptop, or tablet computer to complete the survey.[33] Respondents also had to correctly pass a "reCAPTCHA" question to confirm that a human, and not a computer or a "bot," was completing the survey.

37.    Respondents were asked whether they were the parent of any children under 18, and if so, were asked to select the age range for the child(ren). Respondents who indicated they had a child between the ages of 13-17 years old were asked whether a teenager living in their household was available to participate in the survey. If the parent agreed, they were instructed to hand off the survey to the teenager and only observe (but not assist) the teenager completing the survey. The teenager was then required to indicate that they understood the instructions and would adhere to

---

[32] The full screening questions can be found in **Exhibit C.1**, **D.1**, and **E.1**.

[33] I understand that both Snake.io and Slither.io games are apps that have been downloaded millions of times (See *Complaint* ¶¶ 24, 51, 113. See also, https://play.google.com/store/search?q=snake.io&c=apps&hl=en_US, last accessed May 5, 2025), I did not limit the number of mobile device survey participants. In each of my surveys, at least 100 respondents took the survey on a laptop or tablet computer. Respondents who selected "Other" at this question were screened out of the survey.

them, otherwise they were screened out of the survey. Adults without qualified teens continued in the survey as the potential respondent.

38.     Respondents were asked to indicate their gender and their age. Respondents also had to indicate that they resided in the United States, and if they entered a zip code that conflicted with their state of residence, they were screened out.

39.     Respondents were next asked to select, from a list, which brand(s) of smartphone(s) they currently own and use. The list included Apple, Samsung, Google, Motorola, LG, Huawei, Nokia, OnePlus, ZTE, and, as a quality control check, a fictitious brand "Drexel."[34] Respondents could also select "Other" and provide a different brand, or could select "I do not own or use a smartphone" or "Don't know / unsure."[35] Respondents who indicated they use more than one brand of smartphone were next asked which brand they use most often.[36]

40.     Respondents were then asked to select, from a list, the types of apps they have downloaded to their smartphone in the past six months. The list included Games, Entertainment, Sports, Shopping, Social Media, Messaging, News, Fitness, Transit, and Banking.[37] Respondents could also select "None of these" or "Don't know / unsure."

41.     Respondents who indicated that they had downloaded "Games" or "Entertainment" apps in the past six months were asked to select the types of games or entertainment apps they had downloaded. The list included Arcade-style, Strategy, Casual / Hypercasual, Action, Adventure, Trivia, Shooter, Sports, Puzzles, Driving / Racing, and Cards.[38] Respondents could also select

---

[34] Items in the list were presented in randomized order. Any respondent who selected "Drexel" was screened out of the survey.

[35] Respondents who indicated they do not own or use a smartphone, or selected "Don't know / unsure" were screened out of the survey.

[36] Respondents who selected "Don't know / unsure" at this question were screened out of the survey.

[37] Items in the list were presented in randomized order to guard against order effects.

[38] Items in the list were presented in randomized order to guard against order effects.

16

"Other" and specify another type of app and could select "None of these" or "Don't know / unsure." Respondents who selected any of "Arcade-style," "Strategy," "Casual / Hypercasual," or "Action" qualified for the survey.

42.    Respondents who did not qualify based on the apps they downloaded in the past six months were asked to indicate (from the same lists) the type of apps they were likely to download in the next three months, and, if likely to download "Games" or "Entertainment" apps, which type. Again, respondents who indicated they were likely to download "Arcade-style," "Strategy," "Casual / Hypercasual" or "Action" games or entertainment apps in the next three months qualified for the survey.

43.    Before continuing to the main questionnaire, all respondents had to correctly respond to a quality control screening question which ensured that respondents were paying attention.

44.    At the end of the survey, all respondents were asked two additional screening questions about past survey participation and industry knowledge. Respondents were flagged for review if they indicated they had completed a survey on apps or gaming in the past month, or if they did not know which topics they had completed a survey on in the past month. Respondents who indicated they or someone in their household works for a market research or advertising company, a company that makes or produces apps, or indicated they did not know or were unsure, were also flagged for review.[39]

---

[39] The inclusion of flagged respondents does not impact my overall conclusions. See **Exhibit H**.

17

# VI. LOGO SURVEY

## 1. Main Questionnaire

45.    After qualifying for the Logo Survey,[40] respondents were provided with the following instructions:

> Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.
>
> We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.
>
> On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

46.    Following these instructions, respondents were randomly assigned to either the Test or Control Group and were shown a set of app store search results based on whether they indicated they own and use an Apple or an Android smartphone.[41] The search results shown to Test Group respondents were from an actual search on an Apple or Android smartphone and included both Slither.io and Snake.io. Respondents in the Control Group were shown the same search results but, the accused Snake.io logo was replaced with the 2016 Snake.io logo. The stimuli are discussed in greater detail in Section VI.2.

47.    After viewing the search results, respondents had to indicate that they could see the results clearly and then, once confirmed, were provided with the following instructions:

---

[40] A copy of the questionnaire is attached in **Exhibit C.1**. Screenshots of the survey, as presented to respondents, is attached in **Exhibit C.2.**

[41] Respondents who indicated they own/use an Apple smartphone were shown a set of search results from the Apple App Store. Respondents who indicated they own/use an Android smartphone were shown a set of search results from the Google Play store.

18

Now you will be shown some of the apps from this search. Please review them as you normally would if you were considering downloading them from the app store. The first app will be called **APP A**. Please take as much time as you would like to review. There will be a brief delay before you can move forward in the survey.

48.     Below these instructions, respondents were shown an image of Slither.io's logo icon, called "APP A" in the survey. Respondents were asked to confirm whether they could see APP A clearly and only those who indicated that they could, progressed.

49.     Next, respondents were shown a line-up of four additional app icons they might encounter from the same search. These included app logos for the games Snake.io, Agar.io, Snake Clash!, and Wormate.io. The game apps were titled APP B-E and the order in which these app logos appeared randomized across respondents.

50.     Next, while viewing the logos for APPS B-E, respondents were asked whether they believed any of the apps represented by the logos shown were from the same company that puts out APP A, the app shown first. Response options "Yes" and "No" were rotated to prevent order bias, and respondents were also provided with the option to say, "Don't know / no opinion." The specific question phrasing of this first question was as follows:

Q. Do you think any of **APPS B, C, D, or E** are from the same company that puts out **APP A**, the app you were shown first?[42]
    1. Yes
    2. No
    3. Don't know / no opinion

51.     Respondents who indicated "Yes" were shown the app logos again and were asked to select which app(s) they believed were from the same company that puts out APP A. The exact wording of the question is shown below:

---

[42] Respondents had the opportunity to click a link to review the image of APP A again. The net rates of confusion do not vary meaningfully for those who did click back to review compared to those who did not.

Q. Below, please select which app(s) you think is/are from the same company that puts out APP A, the app you were shown first.[43]

52.     After selecting the app(s) they believed were from the same company, respondents were presented with an open-ended question for each selection to explain why they selected that particular app.[44] Respondents were also able to indicate "Don't know / no opinion." The question wording for each selection was as follows:

Q. You indicated **APP [B-E]** is from the same company that puts out **APP A**. What makes you say that?

53.     Next, respondents were shown the four app logos again and were asked whether any were affiliated or associated with APP A's company. Similar to the first question set, the "Yes" and "No" response options were randomized in order to prevent order bias, and respondents had the option to indicate that they did not know. The specific question phrasing was as follows:

Q. Do you think any of **APPS B, C, D, or E** are associated or affiliated with **APP A's** company, the app you were shown first?
1. Yes
2. No
3. Don't know / no opinion

54.     As before, respondents who indicated that any of APP B, C, D or E were associated or affiliated with APP A's company were asked to indicate which app(s) and were asked to explain why.

55.     Finally, respondents were shown all four app logos and asked whether any of APPS B-E were licensed or approved by APP A's company. The question phrasing was as follows:

Q. Do you think any of **APPS B, C, D, or E** are licensed or approved by **APP A's** company, the app you were shown first?
1. Yes

---

[43] Again here, respondents had the opportunity to click a link to review the image of APP A again.

[44] Again here, respondents had the opportunity to click a link to review the image of APP A again.

20

    2.  No

    3.  Don't know / no opinion

56.    As before, if respondents indicated that any of the apps shown were licensed or approved by APP A's company, they were asked to select which app(s) and were asked to explain why.

57.    After these questions, respondents completed the two additional screening questions described above (see paragraph 44), were thanked for their time, and the survey was completed.

## 2. Stimuli Shown

58.    It is my understanding that both the Slither.io and Snake.io games are available for download on the Apple App Store and Google Play Store, and that Plaintiff's and Defendants' games often appear in the same set of search results.[45] To replicate a scenario in which a consumer might encounter the accused Snake.io logo proximate to the Slither.io logo, as well as other apps, I first showed respondents a set of search results from either the Apple App Store or the Google Play Store.[46] Excerpts of the search results shown to respondents in the Test Group, are shown below in **Figure 1**.[47]

---

[45] See **Exhibit G**.

[46] Whether a respondent was shown the search from the Apple App Store or the Google Play Store was based on the type of smartphone the respondent indicated they used most often. The actual search results included more than 70 games. The survey was not a test of the exhaustive set of search results themselves, but instead used to depict how the two marks appear in the marketplace. As such, respondents were shown a portion of these results, depicting the first twenty or so games that actually appeared in this search. The full set of search results can be seen in **Exhibit C.5**.

[47] The complete and full-size images shown to respondents can be seen in **Exhibit C.3**.

**Figure 1. App Store Search Results – Test Group – Excerpt**

| Apple App Store Search Results | Google Play Store Search Results |
|---|---|



59.    Next, all respondents were shown the Slither.io app logo, which was referred to as "APP A" throughout the survey. This is shown below in **Figure 2**.

**Figure 2. Slither.io App Logo**



60.    Respondents were next shown an array of apps selected from those that had appeared in the search results, including Snake.io, Agar.io, Snake Clash!, and Wormate.io. The app logos presented to respondents in the Test Group are shown below in **Figure 3**.

**Figure 3. Test Group App Logo Line-up**



| Snake.io | Agar.io | Snake Clash! | Wormate.io |
|----------|---------|--------------|------------|

61.    A survey designed to test whether consumers are likely to confuse or mistakenly associate Snake.io's logo with Slither.io may also inadvertently include survey "noise" and may generate responses that are unrelated to the specific elements being tested.[48] Responses unrelated to the specific elements being tested should be eliminated from the final calculation. To measure the extent to which such responses are affecting the desired estimate, it is standard practice for

---

[48] Diamond, S. S. (2022). "Control Foundations: Rationales and Approaches," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition,* edited by Diamond, S. S., and Swann, J. B., pp. 239-255, (hereinafter, "*Diamond Control Foundations*"), at pp. 241-244.

23

survey researchers to also measure the perceptions of a separate group of respondents using a control stimulus.[49]

62.      Plaintiff has alleged that, as part of its efforts to confuse consumers, Defendants have altered its app logo to more closely resemble Lowtech's Slither.io logo over time. I have used the 2016 Snake.io logo as the Control stimulus in this survey. This allows me to measure the extent to which the specific design elements of the current Kooapps' Snake.io logo are likely to cause confusion and further provides a measure of the incremental increase in confusion caused by the progression to the most recent Snake.io logo. In other words, I can examine the extent to which the more recent logo causes confusion over and above any baseline association that existed between the 2016 Snake.io logo and Slither. A depiction of the changes to Snake.io's logo over time is shown in **Figure 4**.

**Figure 4. Kooapps' Snake.io Logo Over Time**

**2016-2020 Kooapps      Early-2020 Kooapps      Late-2020 Kooapps**



63.      I replaced the current Snake.io logo with the 2016 Snake.io logo in the search results and in the array shown to respondents in the Control Group. Excerpts of these images are below in **Figure 5** and **Figure 6**.

---

[49] *Diamond Control Foundations*, pp. 247-248.

**Figure 5. App Store Search Results – Control Group – Excerpt**



**Figure 6. Control Group App Logo Line-up**

| Snake.io | Agar.io | Snake Clash! | Wormate.io |
|---|---|---|---|



## 3. Logo Survey Results

64.    A total of 501 respondents qualified for and completed the Logo Survey.[50] The data are attached as **Exhibit C.4**.

65.    As shown in **Table 1**, respondents were a mix of men and women, and a mix of age groups.[51] Respondents were geographically distributed across, and representative of, the United States (see **Table 2**).

### Table 1: Age and Gender Distribution

| Response | Male Count | Male Percent | Female Count | Female Percent | Overall Count | Overall Percent |
|---|---|---|---|---|---|---|
| 13-17 | 64 | 12.8% | 37 | 7.4% | 101 | 20.2% |
| 18-34 | 77 | 15.4% | 86 | 17.2% | 166 | 33.1% |
| 35-54 | 91 | 18.2% | 75 | 15.0% | 167 | 33.3% |
| 55+ | 33 | 6.6% | 34 | 6.8% | 67 | 13.4% |
| **Total Respondents** | **265** | **52.9%** | **232** | **46.3%** | **501** | **100.0%** |

Note: Three respondents aged 18-34 and one respondent aged 35-54 identified as non-binary.

Source: *NERA Logo Survey*, February – March 2025

---

[50] Data for the Logo Survey were collected between February 28 and March 5, 2025.

[51] Click-balancing was used for the adult sample. This means that a sample representative of the US census in terms of age, gender, and geographic location was given the opportunity to begin and qualify for the survey. A quota was set to ensure at least 100 teenagers qualified for and completed the survey. For a detailed description of click balancing, *see, e.g.,* Kugler, M. B., & Henn, R. C., Jr. (2022). "Internet Surveys in Trademark Cases: Benefits, Challenges, and Solutions," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition,* edited by Diamond, S. S., and Swann, J. B., pp. 291-314 (hereinafter, "*Kugler & Henn*"), at pp. 308-310.

**Table 2: Respondents' Regional Distribution**

| Response | Count | Percent |
|---|---|---|
| Northeast | 66 | 13.2% |
| Midwest | 109 | 21.8% |
| South | 201 | 40.1% |
| West | 125 | 25.0% |
| **Total Respondents** | **501** | **100.0%** |

Source: *NERA Logo Survey*, February – March 2025

66.     Roughly half of respondents (51.5 percent) indicated they use an Apple smartphone either solely or most often, and about a third of respondents (32.9) indicated they use a Samsung smartphone either solely or most often. Respondents also indicated they use smartphone brands like Motorola (7.6 percent), Google (3.8 percent), LG (2.0 percent) or some other brand (1.2 percent).[52]

67.     The vast majority of respondents (87.6 percent) indicated they had downloaded a game in the past six months, and over half of respondents (62.5) indicated they had downloaded an entertainment app in the past six months. Nearly half of respondents (46.5 percent) indicated they had downloaded a "strategy" game or entertainment app, and approximately 40 percent of respondents indicated they had downloaded an "arcade-style" (41.1 percent), "casual / hypercasual" (39.1 percent), or "action" (36.3 percent) game or entertainment app in the past six months. Respondents who did not qualify based on their past downloads were asked about future downloads. The remaining respondents indicated they were likely to download a game (8.5 percent of the total sample) and/or entertainment app (5.3 percent) in the next three months, and that the type of game or entertainment app was likely to be "strategy" (4.9 percent), "arcade-style" (4.3 percent), "action" (3.7 percent), and/or "casual / hypercasual" (3.6 percent).

---

[52] In addition, 0.4 percent of respondents indicated Nokia, 0.4 percent indicated OnePlus and 0.2 percent indicated ZTE.

68.    As explained above, respondents were first shown an image of an app store search results page. All respondents were then shown Slither.io's app (APP A) and then were shown APPS B-E. When asked whether any of APPS B, C, D, or E were from the same company that puts out APP A, 181 Test Group respondents (73.0 percent) said "Yes." A total of 146 respondents (57.7 percent) in the Control Group also said "Yes." These results are shown below in **Table 3**.

**Table 3: Any App from the Same Company as Slither.io**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Yes | 181 | 73.0% | 146 | 57.7% |
| No | 47 | 19.0% | 80 | 31.6% |
| Don't know / no opinion | 20 | 8.1% | 27 | 10.7% |
| **Total Respondents** | **248** | **100.0%** | **253** | **100.0%** |

*Q3. Do you think any of APPS B, C, D, or E are from the same company that puts out APP A, the app you were shown first?*

Source: *NERA Logo Survey*, February – March 2025

69.    When asked to identify which apps were from the same company that put out APP A (Slither.io), 161 respondents (64.9 percent) in the Test Group selected the Snake.io app. In the Control Group, 107 respondents (42.3 percent) selected the Snake.io control app. These results yield a net rate of 22.6 percent confusion. These results are shown below in **Table 4**.

**Table 4: App Put Out by the Same Company as Slither.io**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent[1] | Count | Percent[1] |
| Snake.io | 161 | 64.9% | 107 | 42.3% |
| Agar.io | 17 | 6.9% | 27 | 10.7% |
| Snake Clash! | 31 | 12.5% | 61 | 24.1% |
| Wormate.io | 70 | 28.2% | 68 | 26.9% |
| Not asked[2] | 67 | 27.0% | 107 | 42.3% |
| **Total Respondents** | **248** | | **253** | |

*Q3a. Below, please select which app(s) you think is/are from the same company that puts out APP A , the app you were shown first.*

Notes: [1] Percent may not sum to 100 because respondents could select multiple options.
[2] Only respondents who selected "Yes" at Q3 were asked Q3a.

Source: *NERA Logo Survey*, February – March 2025

70.     When asked why they thought the Snake.io app was from the same company that puts out Slither.io, a number of respondents indicated that the snakes were the same or almost the same with the crown as the only difference. Other respondents simply noted that the snakes were basically the same or were identical. These responses are shown below in **Table 5** and **Table 6**.

29

**Table 5. Test Group Responses Indicating Snake.io App is Put Out by Slither.io by Referencing the Crown**

| Respondent ID | Response at Q3b |
|---|---|
| 767470467 | The app picture is identical except the worm has a crown |
| 767472648 | Its the same thing with just a crown added. |
| 767603238 | The app icon is almost basically the exact same except one is wearing a Crown . |
| 767614068 | same picture app E simply has a crown |
| 767619586 | Same styles just added a crown |
| 767972705 | They are similar minus the crown. |
| 767973570 | The animation of the snake is the same together with the color used the only difference is the first one doesn't have a crown on its head and the second one has which can confuse many individuals |
| 768019259 | It's the same picture with a crown |
| 768019303 | It's the same picture, except this one has a crown. |
| 768119809 | The worm character looks almost identical, with the exception of the crown on its head in APP D as opposed to APP A. |
| 768318981 | The snake looks the same except one has a crown |

*Q3b. You indicated APP [X] is from the same company that puts out APP A. What makes you say that?*

Source: *NERA Logo Survey*, February – March 2025

**Table 6. Test Group Responses Indicating Snake.io App Logo is
"Same" or is "Identical" To Slither.io**

| Respondent ID | Response at Q3b |
| --- | --- |
| 767470731 | It looks like the same worm. |
| 767484388 | Same snake |
| 767484700 | The snake is laid out in shape basically the same as in app a. |
| 767486445 | Look like same worm |
| 767495039 | They look the same |
| 767502757 | Same logo |
| 767502842 | The imagery is almost identical. |
| 767502917 | The snake character looks the same |
| 767574267 | The two pictures look basically the same |
| 767608909 | App A and App E seem to have the same snake design and color of snake. |
| 767608948 | same image as A |
| 767608952 | Worm is almost identical |
| 767614073 | The snakes look the same |
| 767614121 | They have the same snake for the app picture |
| 767618952 | The graphics look the same |
| 767687357 | They have the same picture for the game |
| 767728528 | They look the same |
| 767736552 | Same little worm |
| 767741651 | Looks like the same design |
| 767759743 | Logo looks same |
| 767773168 | Because the worm looks exactly the same. |
| 767773171 | The same looking worm s |
| 767777713 | It has the same image |
| 767786091 | The logo looks pretty much the same |
| 767965128 | The app image is nearly exactly the same |
| 767988143 | The little worm looks almost identical to the little worm from app a. |
| 767988160 | Same logo worm |
| 768033847 | It has the same thumbnail picture |
| 768033870 | They have the same logo and 2 companies can't have the same logo without a heavy lawsuit for copyright I can imagine |
| 768048093 | The character has the same path or bend in it and the eyes are the same. Simple background pattern that is about the same as app A. |
| 768088940 | worm is similarly colored and also has a very similar face |
| 768101816 | look the same |
| 768101892 | the same image and style. |
| 768103297 | they look the same |
| 768115990 | It's the same worm |
| 768116116 | Same worm |
| 768318945 | They havevthe same design |
| 768341465 | It looks the same |

*Q3b. You indicated APP [X] is from the same company that puts out APP A. What makes you say that?*

Source: *NERA Logo Survey*, February – March 2025

71.    When asked whether any of APPS B-E were affiliated or associated with APP A's company, 167 respondents (67.3 percent) in the Test Group and 141 respondents (55.7 percent) in the Control Group said "Yes." These results are shown in **Table 7**.

**Table 7: Any App Associated or Affiliated with Slither.io**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Yes | 167 | 67.3% | 141 | 55.7% |
| No | 52 | 21.0% | 73 | 28.9% |
| Don't know / no opinion | 29 | 11.7% | 39 | 15.4% |
| **Total Respondents** | **248** | **100.0%** | **253** | **100.0%** |

*Q4. Do you think any of APPS B, C, D, or E are associated or affiliated with APP A's company, the app you were shown first?*

Source: *NERA Logo Survey*, February – March 2025

72.    When asked to identify which apps were affiliated or associated with Slither.io's company, 145 respondents (58.5 percent) in the Test Group and 104 respondents (41.1 percent) in the Control Group selected the Snake.io app. These results are shown below in **Table 8**.

**Table 8: Apps Identified as Associated or Affiliated with Slither.io**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent[1] | Count | Percent[1] |
| Snake.io | 145 | 58.5% | 104 | 41.1% |
| Agar.io | 16 | 6.5% | 23 | 9.1% |
| Snake Clash! | 34 | 13.7% | 53 | 20.9% |
| Wormate.io | 67 | 27.0% | 69 | 27.3% |
| Not asked[2] | 81 | 32.7% | 112 | 44.3% |
| **Total Respondents** | **248** | | **253** | |

*Q4a. Below, please select which app(s) you think is/are associated or affiliated with APP A's company, the app you were shown first.*

Notes: [1] Percent may not sum to 100 because respondents could select multiple options.
[2] Only respondents who selected "Yes" at Q4 were asked Q4a.

Source: *NERA Logo Survey*, February – March 2025

73.     When asked why they believed the Snake.io app was associated or affiliated with the Slither.io app, again respondents mentioned the similarities of the two snakes in each app logo. For example, Respondent 767629016 stated, "Looks nearly identical to app A" and Respondent 768033870 stated, "They just changed one tiny thing the crown on his head so they are associated."[53]

74.     Finally, when asked whether any of APPS B-E were licensed or approved by Slither.io, 135 respondents (54.4 percent) in the Test Group and 89 respondents (35.2 percent) in the Control Group said "Yes." These results are in **Table 9**.

**Table 9: Whether Any App is Licensed or Approved by Slither.io's Company**

| Response | Test | | Control | |
|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** |
| Yes | 135 | 54.4% | 89 | 35.2% |
| No | 50 | 20.2% | 78 | 30.8% |
| Don't know / no opinion | 63 | 25.4% | 86 | 34.0% |
| **Total Respondents** | **248** | **100.0%** | **253** | **100.0%** |

*Q5. Do you think any of APPS B, C, D, or E are licensed or approved by APP A's company, the app you were shown first?*

Source: *NERA Logo Survey*, February – March 2025

75.     When asked to identify which apps were licensed or approved by Slither.io, 122 respondents (49.2 percent) in the Test Group and 65 respondents (25.7 percent) in the Control Group selected the Snake.io app. These results are shown below in **Table 10**.

---

[53] See also Respondents 767484344, 767484700, 767503120, 767603256, 767619586, 767768289, 767972705, 767988143, 768019259, 768019303, 768033790, 768116274, and 768116612.

**Table 10: Apps Licensed or Approved by Slither.io**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent[1] | Count | Percent[1] |
| Snake.io | 122 | 49.2% | 65 | 25.7% |
| Agar.io | 7 | 2.8% | 16 | 6.3% |
| Snake Clash! | 24 | 9.7% | 32 | 12.6% |
| Wormate.io | 59 | 23.8% | 37 | 14.6% |
| Not asked[2] | 113 | 45.6% | 164 | 64.8% |
| **Total Respondents** | **248** | | **253** | |

*Q5a. Below, please select which app(s) you think is/are licensed or approved by APP A's company, the app you were shown first.*

Notes: [1] Percent may not sum to 100 because respondents could select multiple options.

[2] Only respondents who selected "Yes" at Q5 were asked Q5a.

Source: *NERA Logo Survey*, February – March 2025

76.     Again, when asked why they believed the Snake.io app was licensed or approved by APP A's company, several respondents indicated the similar appearance of the two snakes. For example, Respondent 768364018 said, "Because they have the same snake like the first one shown" and Respondent 767768289 stated "They are identical."[54]

77.     To estimate overall confusion, I tabulated the number of unique selections of the Snake.io app across the source, association/affiliation, and licensing/approval questions. In this way, if a respondent indicated the Snake.io app was associated with Slither.io in more than one question, they were only counted once. As shown below in **Table 11**, a total of 193 respondents in the Test Group, or 77.8 percent, associated the Snake.io app with Slither.io. A total of 147 respondents in the Control Group, or 58.1 percent, associated the Snake.io control app with

---

[54] See also Respondents 767484700, 767603256, 767729025, 767766186, 767773161, 767972705, 768010921, 768019303, 768088940, and 768101859.

Slither.io. Using the Control Group to net out survey "noise" yields a net overall confusion rate of 19.7 percent.

**Table 11: Overall Confusion Estimate – Logo Survey**

| Response | Test | | Control | | Net |
|---|---|---|---|---|---|
| | Count | Percent[1] | Count | Percent[1] | Percent |
| Snake.io | 193 | 77.8% | 147 | 58.1% | 19.7% |
| Agar.io | 24 | 9.7% | 42 | 16.6% | |
| Snake Clash! | 52 | 21.0% | 82 | 32.4% | |
| Wormate.io | 107 | 43.1% | 105 | 41.5% | |
| **Total Respondents** | **248** | | **253** | | |

*Q3a. Below, please select which app(s) you think is/are from the same company that puts out APP A, the app you were shown first.*
*Q4a. Below, please select which app(s) you think is/are associated or affiliated with APP A's company, the app you were shown first.*
*Q5a. Below, please select which app(s) you think is/are licensed or approved by APP A's company, the app you were shown first.*

Note: [1]Percent may not sum to 100 because respondents could select multiple options.

Source: *NERA Logo Survey*, February – March 2025

78.     These results demonstrate that the current Snake.io logo is likely to cause consumers to be confused and believe this app is from the same company that puts out the Slither.io game. The results also demonstrate that the current Snake.io logo is significantly[55] more likely than the 2016 logo to cause consumers to be confused and believe that Snake.io is put out by, affiliated with, or is approved by the company that puts out Slither.io.

---

[55] $p < 0.00001$. A p-value less than 0.05 indicates that there is a statistically significant difference between the observed rate of confusion across the two groups.

## VII. GAME DESIGN SURVEY

### 1. Main Questionnaire

79.    After qualifying for the survey, respondents in the Game Design Survey were taken to the main questionnaire and were provided with the following instructions:[56]

> Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.
>
> For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

80.    Respondents were then shown a video clip used to confirm that they were able to see and hear video content clearly. Respondents had to correctly identify the imagery (autumn leaves) and the audio played (sound of rain)[57] in the video, otherwise they were screened out.

81.    Respondents who passed this check were shown the following introduction on the next screen:

> We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.
>
> On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

---

[56] A copy of the questionnaire is attached in **Exhibit D.1**. Screenshots of the survey, as presented to respondents, is attached in **Exhibit D.2.**

[57] The other response options included "Horse jumping, sound of bell," "Bicycle racing, sound of car alarm," "Train tracks, sound of dog barking," "Mountain trail, sound of birds," and "None of these."

82.    As with the Logo Survey, respondents were shown a set of search results from an app store, based on the device type used most often, *i.e.*, an Apple or Android device.[58] Respondents were asked whether they could see the search results clearly and if not, they were screened out.[59]

83.    Next, respondents were shown the following introduction:

Now you will be shown brief video clips of some of the games from this search. Please make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the videos in landscape orientation.*

Also, please be sure that the volume on your device is turned up. These video clips may or may not have sound. The first game will be called **GAME 1**. When you are ready, press the "Play" button to begin the video.

84.    All respondents were then shown a video of "GAME 1," gameplay from Slither.io. Respondents were able to view the video again by clicking the replay button.[60] After proceeding to the next screen, respondents were asked to confirm whether they were able to see GAME 1 clearly, and only respondents who selected "Yes" proceeded with the survey.

85.    Next, respondents were shown three additional video clips, one at a time, and were asked a series of questions after each video. The order of the videos shown was randomized to guard against order effects. As described in detail in Section VII.2., the videos shown included either the Test Group video (Snake.io) or the Control Group video (Paper.io 2) and two distractor videos (Agar.io and Snake vs. Block).

---

[58] Respondents who indicated they own/use an Apple smartphone were shown a set of search results from the Apple App Store. Respondent who indicated they own/use an Android based smartphone were shown a set of search results from the Google Play Store.

[59] Respondents who selected "Don't know / unsure" at this question were also screened out of the survey.

[60] The instruction "If you would like to watch the video again, click the replay button above" was shown below the video. A variable recorded whether a respondent ever clicked the replay button to watch the video again.

86.     Before they were shown each video, respondents were shown the following instruction: "Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it."

87.     On the next screen, respondents were shown a video clip depicting the gameplay with the following instruction above the video: "When you are ready, press the 'Play' button to begin the video." Respondents were able to rewatch the video by clicking the replay button.[61] After continuing to the next screen, respondents were asked whether they were able to see the game clearly, and only respondents who selected "Yes" continued with the survey.

88.     Respondents were then asked a series of questions about the video they had watched. Above each question, respondents were shown an image from the video, with the instruction "*Click the image to watch the video for this game again.*" Respondents were also provided an option to re-review GAME 1, with the instruction "*Click here to see the game, GAME 1, you saw first*" below each question.[62]

89.     All respondents were asked whether they believed the game shown was put out by the same company that put out the first game shown or a different company. The exact question phrasing and response options are shown below. The first two response options were randomized to prevent order bias, and respondents were also provided with the response option "Don't know / no opinion."

---

[61] The instruction "If you would like to watch the video again, click the replay button above" was shown below the video. A variable recorded whether a respondent ever clicked the replay button to watch the video again.

[62] Variables in the data recorded whether a respondent clicked to replay any of the game videos.

Q. Do you believe the game shown here is made or put out by…?
1. The <u>same</u> company that puts out the first game you were shown (**GAME 1**)
2. A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)
3. Don't know / no opinion

90.　　Respondents who selected the response option "The <u>same</u> company that puts out the first gave you were shown (**GAME 1**)" were then asked why they believed the games were from the same company. After answering this question, respondents were taken to the next video. The exact wording is shown below:

Q. "What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?"[63]

91.　　Respondents who indicated that the game shown was made or put out by "A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)," or who selected "Don't know / no opinion" at this question, were asked an additional closed ended question. Specifically, respondents were asked whether they believed the game shown was connected to, affiliated with, or received permission from the company that puts out GAME 1. Again, the first two response options were randomized to guard against order effects, and respondents were provided with a "Don't know / no opinion" response option. The exact wording of the question is as follows:

Q. Do you think that the game shown here…?
1. <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)
2. Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**)
3. Don't know / no opinion

---

[63] At this question, respondents could also select a checkbox to indicate "Don't know / no opinion."

92.    Respondents who indicated that the game is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game, or indicated they did not know were skipped to the next game. Respondents who indicated that the game was connected to, affiliated with GAME 1, or received permission from GAME 1, were asked a final open-ended question:

> Q. "What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?"[64]

93.    Respondents completed this series of questions for all three videos (*i.e.*, the Test or Control video, and the two distractor videos) before being taken to the final screener questions. The final screener questions consisted of those described previously, after which respondents were thanked for their time, and the survey was complete.

## 2. Stimuli Shown

94.    As with the Logo Survey, I understand that both the Slither.io and Snake.io games are available for download on the Apple App Store and Google Play Store, and that these games often appear in the same set of search results.[65] Therefore, I showed all respondents a set of search results from either app store based on the type of smartphone they indicated they used most often. Portions of these search results are shown above in **Figure 1** in Section VI.2.[66]

---

[64] Respondents were provided with a "Don't know / no opinion" checkbox.

[65] See **Exhibit G**.

[66] Because the search results did not display the full clips of game play being tested in this survey, the search results for this survey did not differ by Test and Control Groups. The complete and full-size images and videos shown to respondents can be seen in **Exhibit D.3**.

95.    After they were shown the search results, all respondents were shown a video clip depicting the Slither.io gameplay, which was referred to as "**GAME 1**" throughout the survey.[67] I understand that this video depicts design elements of Plaintiff's game, including the user's "expanding snakelike creature in a playfield along with other expanding snakelike creatures and colorful food particles."[68] A still image from this video is shown below in **Figure 7**.

**Figure 7. Image From Slither.io Video**



96.    All respondents were shown three additional video clips for games that have appeared in the same set of search results as Slither.io.[69] Respondents in the Test Group were shown a video demonstrating the Snake.io gameplay.[70] A still image from this video is shown below in **Figure 8**.

---

[67] See, https://www.youtube.com/watch?v=fvH2YDnkiLc, last accessed April 2, 2025.

[68] *Complaint*, ¶ 29.

[69] See **Exhibit C.5**. As described above in footnote 48, because the survey was not intended as a test of the search results, respondents were shown a condensed version of these results.

[70] This video was also available on YouTube. See, https://www.youtube.com/watch?v=CxPeIR4bHpc&t=110s, last accessed April 2, 2025.

41

**Figure 8. Test Group –Snake.io**[71]



97.     As described in Section VI.2, a survey designed to test whether consumers are likely to confuse or mistakenly associate Snake.io's gameplay with Slither.io may also inadvertently include survey "noise" and may generate responses that are unrelated to the specific elements being tested which should be eliminated from the final calculation.[72] To measure this "noise" it is standard practice for survey researchers to also measure the perceptions of a separate group of respondents using a control group.[73]

98.     As with my other surveys, I included a separate Control Group. In this survey, I used a natural control, *i.e.*, an alternative video of game play that retains general elements without

---

[71] *Ibid.*

[72] *Diamond Control Foundations,* pp. 241-244.

[73] *Diamond Control Foundations,* pp. 247-248.

including the allegedly confusing design elements.[74] The Paper.io 2 game[75] is an appropriate control stimulus as it does not mimic the overall look and feel of Slither.io but, it does share aspects of Slither.io's general gameplay; for example, there are multiple characters shown in the same play field that appear to be competing, the game includes characters with long tails, and the game includes consuming items or other players and avoiding obstacles. Using Paper.io 2 as a control allows me to measure the extent to which respondents may generally associate this type of game (or any game shown) with a common source, or believe that all games are related, or who are guessing or are influenced by the survey design.[76] A still image from the Paper.io 2 gameplay video shown to Control Group respondents is shown below in **Figure 9**.

---

[74] Ericksen, E. P., & Pittaoulis, M. A. (2014). "Control Groups in Lanham Act Surveys," *Trademark Reporter*, 104(3), pp. 744-764, (hereinafter, "*Erickson & Pittaoulis*"), at pp. 758-760.

[75] See, https://www.youtube.com/watch?v=hcryCjoYUCo, last accessed April 2, 2025.

[76] *Diamond Control Foundations,* pp. 241-248.

**Figure 9. Control Group – Image from Paper.io 2 Video**[77]



99.     Respondents were also shown two distractor videos, one from Agar.io[78] and one from Snake vs. Block.[79,80] These games also appear in search results that include Snake.io and Slither.io, and I understand are not alleged to be infringing. Images from the gameplay videos for Agar.io and Snake vs. Block are shown below in **Figure 10** and **Figure 11**, respectively.

---

[77] See, https://www.youtube.com/watch?v=hcryCjoYUCo, last accessed April 2, 2025.

[78] See, https://www.youtube.com/watch?v=CjplaXlEi-c&t=38s, last accessed April 2, 2025.

[79] See, https://www.youtube.com/watch?v=-MNw3bSmY1Q&t=62s, last accessed April 2, 2025.

**Figure 10. Image from Agar.io Video**[81]



**Figure 11. Image From Snake vs. Block Video**[82]



---

[81] See, https://www.youtube.com/watch?v=CjplaXlEi-c&t=38s, last accessed April 2, 2025.

[82] See, https://www.youtube.com/watch?v=-MNw3bSmY1Q&t=62s, last accessed April 2, 2025.

### 3.  Game Design Survey Results

100.    A total of 505 respondents qualified for and completed the Game Design Survey. The data are attached as **Exhibit D.4.**[83]

101.    As shown in **Table 12**, respondents were a mix of men and women, and a mix of age groups.[84] Respondents were geographically distributed across, and representative of, the United States (see **Table 13**).

#### Table 12: Age and Gender Distribution

| Response | Male | | Female | | Overall | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| 13-17 | 45 | 8.9% | 56 | 11.1% | 101 | 20.0% |
| 18-34 | 78 | 15.4% | 71 | 14.1% | 151 | 29.9% |
| 35-54 | 90 | 17.8% | 75 | 14.9% | 165 | 32.7% |
| 55+ | 40 | 7.9% | 47 | 9.3% | 88 | 17.4% |
| **Total Respondents** | **253** | **50.1%** | **249** | **49.3%** | **505** | **100.0%** |

Note: Two respondents aged 18-34 and one respondent aged 55+ identified as non-binary.

Source: *NERA Game Design Survey*, February 2025

#### Table 13: Respondents' Regional Distribution

| Response | Count | Percent |
|---|---|---|
| Northeast | 77 | 15.2% |
| Midwest | 99 | 19.6% |
| South | 201 | 39.8% |
| West | 128 | 25.3% |
| **Total Respondents** | **505** | **100.0%** |

Source: *NERA Game Design Survey*, February 2025

---

[83] Data for the Game Design Survey were collected between February 14 and February 22, 2025.

[84] Click-balancing was used for the adult sample. This means that a sample representative of the US census in terms of age, gender, and geographic location was given the opportunity to begin and qualify for the survey. A quota was set to ensure at least 100 teenagers qualified for and completed the survey. For a detailed description of click balancing, *see, e.g., Kugler & Henn,* pp. 308-310.

102.    Roughly half of respondents (48.9 percent) indicated that they primarily use an Apple smartphone, and more than a third of respondents (34.3 percent) indicated they primarily use a Samsung smartphone. Respondents also indicated that they use smartphone brands like Motorola (7.7 percent), Google (4.0 percent), LG (2.4 percent) or some other brand (1.4 percent).[85]

103.    The vast majority of respondents (85.5 percent) indicated they had downloaded a game in the past six months, and over half of respondents (60.0 percent) indicated they had downloaded an entertainment app in the past six months. Nearly half of respondents (49.3 percent) indicated they had downloaded a "strategy" game or entertainment app, and over a third of respondents indicated they had downloaded an "arcade-style" (36.4 percent), "casual / hypercasual" (38.6 percent), or "action" (39.8 percent) game or entertainment app, in the past six months. Respondents who did not qualify based on their past downloads were asked about future downloads. The remaining respondents indicated they were likely to download a game (9.5 percent) and/or entertainment app (7.7 percent) in the next three months, and that the type of game and entertainment app was likely to be "casual / hypercasual" (5.1 percent), "strategy" (4.8 percent), "action" (3.6 percent) and/or "arcade-style" (3.2 percent).

104.    After viewing the app store search results and a video depicting the Slither.io gameplay, respondents were shown videos depicting the gameplay of other games in a randomized order. When shown Kooapps' allegedly infringing Snake.io game, a total of 65.5 percent of respondents in the Test Group indicated that they believed the game was put out by the same company that put out Lowtech's Slither.io. In contrast, 48.2 percent of respondents in the Control Group (shown the control game Paper.io 2) indicated the same. Even fewer respondents believed

---

[85] An additional 0.4 percent selected Nokia and 1.0 percent selected OnePlus.

that either Agar.io (30.2 percent in the Test Group, 27.3 percent in the Control Group) or Snake vs. Block (34.9 percent in the Test Group, 42.7 in the Control) were put out by the same company that put out Slither.io. These results are shown below in **Table 14**.

**Table 14: Games Identified as Put Out by Lowtech**

| Stimulus | The same company[1] | | A different company[2] | | Don't know / no opinion | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| **Test Group** | | | | | | |
| Snake.io | 165 | 65.5% | 65 | 25.8% | 22 | 8.7% |
| Agar.io | 76 | 30.2% | 137 | 54.4% | 39 | 15.5% |
| Snake vs. Block | 88 | 34.9% | 134 | 53.2% | 30 | 11.9% |
| **Total Test Respondents** | **252** | | | | | |
| **Control Group** | | | | | | |
| Paper.io 2 | 122 | 48.2% | 103 | 40.7% | 28 | 11.1% |
| Agar.io | 69 | 27.3% | 147 | 58.1% | 37 | 14.6% |
| Snake vs. Block | 108 | 42.7% | 125 | 49.4% | 20 | 7.9% |
| **Total Control Respondents** | **253** | | | | | |

*Q3_2/Q3_3/Q3_4. Do you believe the game shown here is made or put out by…?*

Notes: [1] The entire response option stated "The same company that puts out the first game you were shown (GAME 1)."

[2] The entire response option stated "A different company than the one that puts out the first game you were shown (GAME 1)."

Source: *NERA Game Design Survey*, February 2025

105.    When asked what specifically makes them say the Snake.io game is put out by the same company that put out Slither.io, a number of respondents referenced the similarities in the appearance of the game elements and graphics. Examples of these responses are shown on the next page in **Table 15**.

48

**Table 15. Test Group Responses Indicating Snake.io is Put Out by Slither.io**

| Respondent ID | Response at Q4_1_2 |
|---|---|
| 765664091 | It's the same game, snakes getting bigger |
| 765694185 | They are similar in theme like snake slithering |
| 766296552 | Samh type of graphics and gameplay |
| 765383011 | Because the worms follow the same pattern |
| 765392157 | it really comes down to the art style |
| 765402397 | They both are worm games where they eat and get longer and try to avoid hitting other worms and running out of room |
| 765669320 | I think the snake heads look very similar and the objective looks the same. |
| 766302601 | The design of the worm and dragon |
| 766276281 | Both games have the same graphics, game objective and mode of play. |
| 766271060 | looks like same animations and gameplay movements |
| 766282861 | Because it had the same snakes and the motions at the snakes were making are very very similar to the other activity of the snakes on the prior screen and game |
| 766296557 | The snakes or worms have a similar look and the action mimics both games |
| 765507820 | The colors and graphics are almost identical.  Also, the concept of the game appears to be the same with a subtle variation. |
| 766276304 | Because the way that the game is played is you get has many coins as you can before something eats or kills you. |
| 766276188 | I feel the game concept is very similar to each other. The snake/worm blocks off others and gets points as it intersects and eats up others. |

*Q4_1_2. What specifically makes you say this game is put out by the same company that puts out the game you were shown first* **(GAME 1)**?

Source: *NERA Game Design Survey*, February 2025

106.    Next, the survey asked respondents, who were not previously counted as confused regarding the source, whether they believed the game shown was connected to, affiliated with, or received permission from the company that puts out the first game shown, is not connected to, not affiliated with, and did not receive permission from the company that puts out the first game shown, or they do not know. A total of 7.9 percent of respondents in the Test Group and 6.7 percent of respondents in the Control Group indicated that the Defendants' Snake.io game was connected to, affiliated with, or received permission from Lowtech. These results are shown in **Table 16**.

49

**Table 16: Games Identified as Connected To, Affiliated With, or that Received Permission from Lowtech**

| Stimulus | Is Connected To[1] | | Is Not Connected To[2] | | Don't know / no opinion | | Not asked[3] | |
|---|---|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| **Test Group** | | | | | | | | |
| Snake.io | 20 | 7.9% | 42 | 16.7% | 25 | 9.9% | 165 | 65.5% |
| Agar.io | 30 | 11.9% | 111 | 44.0% | 35 | 13.9% | 76 | 30.2% |
| Snake vs. Block | 31 | 12.3% | 106 | 42.1% | 27 | 10.7% | 88 | 34.9% |
| **Total Test Respondents** | **252** | | | | | | | |
| **Control Group** | | | | | | | | |
| Paper.io 2 | 17 | 6.7% | 79 | 31.2% | 35 | 13.8% | 122 | 48.2% |
| Agar.io | 24 | 9.5% | 115 | 45.5% | 45 | 17.8% | 69 | 27.3% |
| Snake vs. Block | 29 | 11.5% | 92 | 36.4% | 24 | 9.5% | 108 | 42.7% |
| **Total Control Respondents** | **253** | | | | | | | |

*Q5_2/Q5_3/Q5_4. Do you think that the game shown here…?*

Notes: [1] The entire response option stated "Is connected to, affiliated with, or received permission from the company that puts out the first game you were shown (GAME 1)."

[2] The entire response option stated "Is not connected to, not affiliated with, and did not receive permission from the company that puts out the first game you were shown (GAME 1)."

[3] Respondents were only asked Q5_2/Q5_3/Q5_4 if at Q3_2/Q3_3/Q3_4 they indicated "A different company than the one that puts out the first game you were shown" or "Don't know / no opinion."

Source: *NERA Game Design Survey*, February 2025

107.    When asked what specifically makes them say the Snake.io game was connected to, affiliated with, or received permission from Lowtech, some respondents again mentioned the similarities in the graphics of the two games. For example, Respondent 765510646 indicated "It appears to have the same concepts and similar graphics" and Respondent 765670028 stated, "They have similar game styles and graphics."

108.    To estimate overall confusion, I tabulated the number of unique respondents who indicated that Defendants' Snake.io game was either from the same company as, or is connected to, affiliated with, or received permission from Lowtech. As shown below in **Table 17**, a total of 185 respondents in the Test Group, or 73.4 percent, associated Snake.io with Slither.io based on the gameplay shown. A total of 139 respondents in the Control Group, or 54.9 percent, associated Paper.io 2's gameplay with Slither.io. Using the Control Group to net out survey "noise" and/or guessing yields a net overall confusion rate of 18.5 percent attributable to Defendants' Snake.io gameplay.

**Table 17: Overall Confusion Estimate – Game Design Survey**

| | Test | | Control | | Net |
|---|---|---|---|---|---|
| **Stimulus** | **Count** | **Percent** | **Count** | **Percent** | **Percent** |
| Snake.io / Paper.io 2 | 185 | 73.4% | 139 | 54.9% | 18.5% |
| Agar.io | 106 | 42.1% | 93 | 36.8% | |
| Snake vs. Block | 119 | 47.2% | 137 | 54.2% | |
| **Total Respondents** | **252** | | **253** | | |

*Q3_2/Q3_3/Q3_4. Do you believe the game shown here is made or put out by…?*
*Q5_2/Q5_3/Q5_4. Do you think that the game shown here…?*

Source: *NERA Game Design Survey*, February 2025

109.     These results demonstrate a significant and probative level of confusion,[86] and the survey demonstrates that the look and design of the gameplay in Snake.io is likely to cause consumers to be confused and believe this game is associated with the company that put out Slither.io.

# VIII. CONSUMER PERCEPTION SURVEY

## 1. Main Questionnaire

110.     After qualifying, respondents in the Consumer Perception Survey were taken to the main questionnaire and were provided with the following instructions:[87]

> Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

> For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

111.     Respondents were then shown a video clip used to ensure that they were able to see and hear video content clearly. Respondents had to correctly identify the imagery (autumn leaves) and the audio played (sound of rain)[88] in the video, otherwise they were screened out.

112.     Respondents who passed this check were next shown another introduction, as follows:

---

[86] The rate of confusion in the Test Group is statistically significantly different than the rate of confusion in the Control Group ($p$ < 0.00001). Again, a p-value of less than 0.05 indicates that there is a statistically significant difference between the observed rate of confusion across the two groups. *Ezell & Sartore*, pp. 319-322.

[87] A copy of the questionnaire is attached in **Exhibit E.1**. Screenshots of the survey, as presented to respondents, is attached in **Exhibit E.2.**

[88] The other response options included "Horse jumping, sound of bell," "Bicycle racing, sound of car alarm," "Train tracks, sound of dog barking," "Mountain trail, sound of birds," and "None of these."

We would now like you to watch a brief video of a game you might download and/or play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in, and make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the video in landscape orientation.*

Also, please be sure that the volume on your device is turned up. The video will be shown once, but you will have the option to watch it again if you like. After you are finished watching the video, click ">" to continue.

113.     On the next screen, all respondents were then shown a video of the Snake.io game. Above the video, respondents were provided with the instruction "Click the 'play' button to start the video." Respondents were able to view the video again by clicking the replay button.[89] After proceeding to the next screen, respondents were asked to confirm whether they were able to see and hear the video clearly, and only respondents who selected "Yes" proceeded with the survey.

114.     Respondents were next asked a series of questions about the video they watched. Above each question, respondents were shown a thumbnail of the video with the instruction "Click the image to watch the video for this game again."

115.     On the next screen, respondents were asked whether they believed, when playing the game, they would be playing against human players over the internet, in real time. The exact question phrasing and response options were as follows:[90]

---

[89] The instruction "If you would like to watch the video again, click the replay button above." was shown below the video. A variable recorded whether a respondent clicked the Replay button.

[90] The first and second response options were rotated to guard against order effects.

Q. If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?

If I played this game…
1. I <u>would</u> be playing against human players over the internet, in real time
2. I would <u>not</u> be playing against human players over the internet, in real time
3. There is not enough information for me to determine
4. Don't know / unsure

116.     Respondents who indicated they would <u>not</u> be playing against other human players were directed to the final screening questions, after which the survey ended. All other respondents continued in the survey.

117.     Respondents who indicated that they <u>would</u> be playing against other human players over the internet in real time were next asked to describe what makes them say that. The exact question wording is as follows: "You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?"[91]

118.     All continuing respondents were next asked whether knowing that the other snakes in the games were bots would have an impact on their interest in downloading the game. The exact question phrasing and response options were as follows:

Q. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that…?[92]
1. <u>Have</u> an impact on your interest in downloading the game
2. <u>Not have</u> an impact on your interest in downloading the game
3. Don't know / unsure

119.     Respondents who indicated that knowing the other snakes in the game were bots would have an impact on their interest in downloading the game were next asked whether this

---

[91] Respondents were also provided with a "Don't know / unsure" checkbox.

[92] The first and second response options were rotated to guard against order effects.

information would make them more likely to download the game, less likely to download the game, or they did not know.[93] The exact wording of this question is as follows:

> Q. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be…?
>   1. <u>More</u> likely to download the game
>   2. <u>Less</u> likely to download the game
>   3. Don't know / unsure

120.    Respondents who indicated they would be more or less likely to download the game were asked the open-ended question, "What makes you say that?"[94]

121.    Respondents who previously indicated that they thought they <u>would</u> be playing against human players, or that there was not enough information to determine or did not know, were also asked whether knowing that the other snakes in the games were bots would have an impact on how often they play the game. The exact question phrasing and response options were as follows:[95]

> Q. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game…?
>   1. <u>More</u> often
>   2. <u>Less </u>often
>   3. Would have no impact on how often you play the game
>   4. Don't know / unsure

122.    Respondents who indicated that they would play the game more often, less often, or indicated that this would have no impact on how often they play the game were asked "What makes you say that?"[96]

---

[93] The first and second response options were rotated to guard against order effects.

[94] Respondents were also provided with a "Don't know / unsure" checkbox at this question.

[95] The first and second response options were rotated to guard against order effects.

[96] Respondents were also provided with a "Don't know / unsure" checkbox at this question.

123.    After completing this series of questions, all respondents were taken to the final two screening questions described previously,[97] after which respondents were thanked for their time, and the survey was complete.

## 2. Stimuli Shown

124.    My Consumer Perception survey presented all respondents with a brief video advertisement for Kooapps' Snake.io game.[98] This video includes several screens displaying the Snake.io gameplay as well as additional language describing features of the game, such as "No Lag and Smooth Game Play," "Daily Challenges" and "Dominate The Global Leaderboards." Still images from this video are shown below in **Figure 12**.

**Figure 12. Screenshots of Snake.io Video – Test Group**



---

[97] See paragraph 44.

[98] This video, titled "Snake.io New Redesign Trailer", appears to be published by Kooapps and can be found at https://www.youtube.com/watch?v=-gaCuTavtj4, last accessed March 28, 2025.  The stimuli for both the Test and Control Group are attached in **Exhibit E.3**.

**Figure 12. Screenshots of Snake.io Video – Test Group (cont.)**



125.    As with my previous two surveys, my Consumer Perception survey included a Control Group. Respondents in the Control Group were shown the exact same video that was shown to respondents in the Test Group, but the allegedly misleading aspects of the video and gameplay were altered or removed. In the Control Group these changes included: 1) the removal of the leaderboard showcasing other players' scores;[99] 2) changing the statement "Dominate the Global Leaderboards" to "Challenge the Bots;" 3) the removal of unique names shown for other snakes in the game; 4) the removal of a crown symbol designating where the "top score" player is located in the playing field; and, 5) the removal of the ".io" portion of the game title (*i.e.*, changing "Snake.io" to "Snake"). I also included text indicating that the game was a "Single Player Game" in the opening and closing credits. Still images from the Control Group video can be seen in **Figure 13**.

---

[99] In removing the leaderboard, additional text was added above the large white numbers to clarify that this number signifies the user's dynamic score.

**Figure 13. Screenshots of Snake.io Video – Control Group**





58

### 3. Consumer Perception Survey Results

126.     A total of 503 respondents qualified for and completed the Consumer Perception survey. The data are attached as **Exhibit E.4.**[100]

127.     As shown in **Table 18**, respondents were a mix of men and women, and a mix of age groups. [101] Respondents were geographically distributed across, and representative of, the United States (see **Table 19**).

### Table 18: Age and Gender Distribution

| Response | Male | | Female | | Overall | |
|---|---|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** | **Count** | **Percent** |
| 13-17 | 58 | 11.5% | 43 | 8.5% | 101 | 20.1% |
| 18-34 | 83 | 16.5% | 62 | 12.3% | 149 | 29.6% |
| 35-54 | 78 | 15.5% | 87 | 17.3% | 166 | 33.0% |
| 55+ | 41 | 8.2% | 46 | 9.1% | 87 | 17.3% |
| **Total Respondents** | **260** | **51.7%** | **238** | **47.3%** | **503** | **100.0%** |

Note: Four respondents aged 18-34 and one respondent aged 35-54 identified as "non-binary".

Source: *NERA Consumer Perception Survey*, March – April 2025

### Table 19: Respondents' Regional Distribution

| Response | Count | Percent |
|---|---|---|
| Northeast | 83 | 16.5% |
| Midwest | 121 | 24.1% |
| South | 189 | 37.6% |
| West | 110 | 21.9% |
| **Total Respondents** | **503** | **100.0%** |

Source: *NERA Consumer Perception Survey*, March – April 2025

---

[100] Data for the Consumer Perception survey were collected between March 18 and April 2, 2025.

[101] Click-balancing was used for the adult sample. This means that a sample representative of the US census in terms of age, gender, and geographic location was given the opportunity to begin and qualify for the survey. A quota was set to ensure at least 100 teenagers qualified for and completed the survey. For a detailed description of click balancing, *see, e.g., Kugler & Henn*, pp. 308-310.

128.    Roughly half of respondents (50.7 percent) indicated that they primarily use an Apple smartphone, and approximately one third of respondents (34.6) indicated that they primarily use a Samsung smartphone. Respondents also indicated that they use smartphone brands like Motorola (7.4 percent), Google (4.4 percent), or some other brand (1.0 percent).[102]

129.    The vast majority of respondents (86.7 percent) indicated they had downloaded a game in the past six months, and over half of respondents (63.6) indicated they had downloaded an entertainment app in the past six months. Over half of respondents (51.5 percent) indicated they had downloaded a "strategy" game or entertainment app in the past six months, while over a third of respondents indicated they had downloaded an "arcade-style" (38.0 percent), "casual / hypercasual" (28.8 percent), or "action" (36.6 percent) game or entertainment app in the past six months. Respondents who did not qualify based on their past downloads were asked about future downloads. The remaining respondents indicated they were likely to download games (8.7 percent) and/or entertainment app (8.0 percent), and that the types of games and/or entertainment app was likely to be "strategy" (5.4 percent), "casual / hypercasual" (4.4 percent), "arcade-style" (4.2 percent), and/or "action" (3.2 percent).

130.    As explained above, respondents were shown a brief video from Kooapps depicting its Snake.io game. After confirming they could see and hear the video clearly, respondents were asked if the game shown was played against other human players over the internet in real time. When shown Kooapps' video, 50.8 percent of respondents in the Test Group indicated that they believed they would be playing the game against other human players over the internet in real time (*i.e.*, a "multiplayer game"). In contrast, 30.7 percent of respondents in the Control Group (shown

---

[102] An additional 0.8 percent of respondents selected LG, 0.6 percent selected OnePlus, 0.4 percent selected Nokia, and 0.2 percent selected ZTE.

the modified Control video) indicated the same.[103] These results are shown below in **Table 20**. Therefore, a net 20.1 percent of respondents believed, based on Kooapps' representations of its game, that Snake.io was a multiplayer game, played live against other human players, over the internet, in real time.

**Table 20: Belief About Game Play – Multiplayer Game**

| Response | Test | | Control | | Net Percent |
|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | |
| *If I played this game…* | | | | | |
| I <u>would</u> be playing against human players over the internet, in real time | 128 | 50.8% | 77 | 30.7% | 20.1% |
| I would <u>not</u> be playing against human players over the internet, in real time | 60 | 23.8% | 119 | 47.4% | |
| There is not enough information for me to determine | 53 | 21.0% | 46 | 18.3% | |
| Don't know / unsure | 11 | 4.4% | 9 | 3.6% | |
| **Total Respondents** | **252** | **100.0%** | **251** | **100.0%** | |

*Q1. If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?*

Source: *NERA Consumer Perception Survey*, March – April 2025

131.    When asked what made them say that they believed they would be playing against other human players, respondents in the Test Group mentioned the "Dominate the Global Leaderboard" description, the leaderboard itself, names appearing for the other snakes in the game, or the .io extension of the game title. Examples of these responses are shown below in **Table 21**.

---

[103] $p < 0.00001$. Here, a p-value less than 0.05 indicates that there is a statistically significant difference in the observed rate at which respondents believe they would be playing against other human players, across the Test and Control groups.

**Table 21. Examples from Test Group Respondents Who Indicated Game was Multiplayer**

| ID | Response at Q2 |
|---|---|
| 770637894 | Scoreboard/standings |
| 770638478 | There's a leader board with player names |
| 770708060 | It mentions and shows a leaderboard |
| 770714136 | Becauee top right of screen displays other players |
| 770720114 | I saw other names on other snakes |
| 770724419 | The names above the other snakes. And the video stated global leader boards. |
| 770727651 | The little box on the right corner that had names and scores. |
| 771809479 | The names above the snakes. And the fact that it said io, input/output with outside world |
| 770752380 | You can see other players names in the corner board |
| 771240866 | Says dominants global play |
| 771259294 | Names on snakes |
| 771259316 | Upper right corner appears to have info on other players playing while you are playing in real time. |
| 771310544 | Because there are multiple snakes with usernames or gamer tags that to me indicate human against human. |
| 771326546 | The leaderboard in the top right corner. |
| 771328438 | The different names of the players |
| 771350427 | There were user names above the snakes head |
| 771837092 | Based on the other io games that pins you against other players |
| 771363297 | The fact there is a leaderboard and user names attached to other snakes |

*Q2. You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?*

Source: *NERA Consumer Perception Survey*, March – April 2025

132.     My survey also included a measure of the extent to which respondents who believed the game was multiplayer would be impacted if they understood the game was not this type of game. Regardless of whether they were in the Test or the Control Group, respondents who indicated that they would be playing against other human players, and respondents who indicated there was not enough information / did not know, were asked whether knowing that all other snakes in the game were bots, <u>not</u> human players, would impact their interest in downloading the game.

133.    In the Test Group, a total of 63 respondents (25.0 percent) indicated that knowing that the other snakes were bots would have an impact on their interest in downloading the game. These results are shown below in **Table 22**.

**Table 22: Knowing Other Snakes are Bots - Any Impact on Interest in Game**

| Response | Count | Percent |
|---|---|---|
| <u>Have</u> an impact on your interest in downloading the game | 63 | 25.0% |
| <u>Not have</u> an impact on your interest in downloading the game | 114 | 45.2% |
| Don't know / unsure | 15 | 6.0% |
| Not asked[1] | 60 | 23.8% |
| **Total Respondents** | **252** | **100.0%** |

*Q3. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that…?*

Note: [1] Only respondents who indicated "I would be playing against human players over the internet, in real time," or "There is not enough information for me to determine," "Don't know / unsure" at Q1 were asked Q3.

Source: *NERA Consumer Perception Survey*, March – April 2025

134.    Respondents who indicated that knowing the other snakes in the game were bots *would* have an impact on their interest in downloading the game were next asked *how* this information would impact their interest in downloading the game. Responses from the Test Group are shown on the next page in **Table 23**. A total of 42 Test Group respondents (16.7 percent) indicated they would be less likely to download the game if they knew the other snakes in the game were bots.

**Table 23. Knowing Other Snakes are Bots – How This Impacts Download Interest**

| Response | Count | Percent |
|---|---|---|
| <u>Less</u> likely to download the game | 42 | 16.7% |
| <u>More</u> likely to download the game | 17 | 6.7% |
| Don't know / unsure | 4 | 1.6% |
| Not asked[1] | 189 | 75.0% |
| **Total Respondents** | **252** | **83.3%** |

*Q4. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be…?*

Note: [1] Only respondents who indicated "<u>Have</u> an impact on your interest in downloading the game" in Q3 were asked Q4.

Source: *NERA Consumer Perception Survey*, March – April 2025

135.    Respondents who had previously indicated they would be playing against other human players and respondents who indicated there was not enough information / did not know were next asked whether knowing that all other snakes in the game were bots would make them play the game more often, less often, or have no impact on how often they play the game. A total of 53 respondents in the Test Group (21.0 percent) indicated that they would play the game less often if they knew the other snakes in the game were bots. These results are shown on the next page in **Table 24**.

64

**Table 24. Knowing Other Snakes are Bots – How This Impacts Frequency of Game Play**

| Response | Count | Percent |
|---|---|---|
| <u>Less</u> often | 53 | 21.0% |
| <u>More</u> often | 17 | 6.7% |
| Would have no impact on how often you play the game | 117 | 46.4% |
| Don't know / unsure | 5 | 2.0% |
| Not asked[1] | 60 | 23.8% |
| **Total Respondents** | **252** | **100.0%** |

*Q6. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game…?*

Note: [1] Only respondents who indicated "I would be playing against human players over the internet, in real time," or "There is not enough information for me to determine," "Don't know / unsure" at Q1 were asked Q6.

Source: *NERA Consumer Perception Survey*, March – April 2025

136.    I can evaluate the total number of Test Group respondents who believed that the game was a multiplayer game and who then indicated that they would be less likely to download the game or would play the game less often if they knew the other snakes in the game were bots, not other human players. In total, 22.2 percent of Test Group respondents believed the game was multiplayer and indicated that they would be less likely to download the game, and/or would play the game less often if they knew the other players in the game were bots.[104] These results are shown on the next page in **Table 25.**

---

[104] Respondents in the Control Group who believed they would be playing a multiplayer game also indicated that they would be less likely to download and/or less likely to play the game.

**Table 25. Respondents Who Believed Snake.io Was Multiplayer and Would be Less Likely to Download the Game If Playing Bots**

| Response | Count | Percent |
|---|---|---|
| Less likely to download / play the game less often | 56 | 22.2% |
| **Total Respondents** | **252** | |

*Q4. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be…?*

*Q6. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game…?*

Source: *NERA Consumer Perception Survey*, March – April 2025

137.    As shown above in **Table 20**, a statistically significant and substantively greater share of respondents in the Test Group compared to the Control Group believed that the game shown was multiplayer.[105] This demonstrates that the manner in which Kooapps presents its game is likely to cause consumers to be misled and believe the game is played in real time against other human players. The results in **Table 25** demonstrate that respondents who think a game is multiplayer and then find out it is not, would be less likely to download the game and/or would play the game less often (regardless of the source of the beliefs). These data suggest that consumers are less likely to want to play a game where they compete against bots, as opposed to competing against other live human players.

## IX. CONCLUSIONS

138.    I conducted a series of surveys to evaluate the extent to which the actions of Defendant Kooapps is likely to cause relevant consumers to be confused as to the source or

---

[105] A two-sample test for equality of proportions yields $p < 0.0001$. A net rate of 20.1 percent is considered a "substantial proportion" of consumers who are likely to be misled. See *Ezell & Sartore*, pp. 327-330 and McCarthy, J. T. (2016). "False advertising," *McCarthy on Trademarks and Unfair Competition, Fourth Edition*, § 32:193.

affiliation of the Snake.io game or be misled as to the nature of the Snake.io gameplay. I conducted three separate surveys that evaluate: (1) potential confusion caused by Defendants' Snake.io logo, (2) the likelihood of confusion created by the overall look and design of Snake.io, and (3) the extent to which design elements of Snake.io, and statements about the game, caused consumers to believe that Snake.io is a multiplayer game.

139.    The results of my Logo Survey demonstrate that a significant portion of consumers are likely to be confused by Kooapps' use of the accused logo and would believe that an app with this logo is a game put out by, associated with, or licensed by Lowtech.

140.    The results of my Game Design survey similarly demonstrate that a significant portion of consumers are likely to be confused by overall look and design of Snake.io and this design would cause relevant consumers to believe Snake.io is put out by, is associated with, or received permission from the company that put out Slither.io (*i.e.*, Lowtech).

141.    Finally, the results of my Consumer Perception survey demonstrate that a significant proportion of consumers are misled and believe, based on the depiction of the Snake.io game in a video clip, that the game is an online, multiplayer game. Additionally, a substantial portion of consumers would be less interested in downloading the game or would play the game less often if they knew that the other snakes in the game were bots as opposed to other human players.

142.    My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty. My conclusions have been reached through the proper application of quantitative research methods, and using standard methodologies relied upon by experts in quantitative research methods. My opinions will continue to be informed by any

additional material that becomes available to me. I reserve the right to update and/or supplement my opinions if I am provided with additional information.

Sarah Butler, Senior Managing Director

May 19, 2025

# Exhibit A



**Sarah Butler**
Senior Managing Director

NERA Economic Consulting
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## SENIOR MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement: Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement: Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement: Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Sarah Butler

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

## Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

July 2006 - Present         **Senior Consultant – Senior Managing Director**
                            NERA Economic Consulting
                            San Francisco, California, USA

Oct 2005 – May 2006         **Special Consultant**
                            NERA Economic Consulting
                            London, England

Jan 2003 – Oct 2005         **Senior Analyst - Consultant**
                            NERA Economic Consulting
                            Philadelphia, Pennsylvania, USA

2002 - 2003                 **Consultant**
                            Integrated Marketing Associates
                            Bryn Mawr, PA, USA

Sarah Butler

| | |
|---|---|
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

# Expert Analysis and Testimony

<u>2025</u>

*Intellectual Property Matters*

<u>Cognipower, LLC v. Samsung Electronics Co., LTD.; Samsung Electronics America, Inc.</u>* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report.*

<u>Madaket, LLC* v. Sweet Grace Distilling Company, LLC, Premium Distributors of Washington, D.C., L.L.C., Safeway, Inc., and Uncorked, LLC.</u> United States District Court District of Columbia. *Expert Report.*

<u>The Toronto Dominion Bank* v Thomas John Dyas d/b/a TD Benefit Solutions.</u> Federal Court (Canada). *Expert Report.*

<u>Headwater Research, LLC v. Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.</u>* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report. Deposition.*

<u>Headwater Research, LLC v. T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp.</u>* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report. Deposition.*

<u>Headwater Research, LLC v. AT&T Inc., AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp.</u>* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report. Deposition.*

*Other Matters*

<u>John Doe One, Richard Roe, in his capacity as executor for John Doe Two, John Doe Six, and John Doe Seven, on behalf of themselves and all others similarly situated for the benefit of the general public v. CVS Pharmacy, Inc; Caremark, LLC; Caremark California Specialty</u>

Sarah Butler

Pharmacy, LLC; Garfield Beach CVS, LLC' CaremarkPCS Health, LLC, and DOES 1 – 10, inclusive.* United States District Court for the Northern District of California, San Francisco Division. *Expert Report. Deposition*.

Sage Chemical, Inc. et al* v. Supernus Pharmaceuticals, Inc. et al. United States District Court for the District of Delaware. *Expert Report. Deposition.*

2024

*Intellectual Property Matters*

Maxell, LTD. v. Samsung Electronics Co., LTD and Samsung Electronics America, Inc.* United States District Court for Eastern Districts of Texas Texarkana Division. *Rebuttal Report. Deposition.*

HomeVestors of America, Inc. v. Warner Bros. Discovery, Inc.* United States District Court for the District of Delaware. *Expert Report. Deposition.*

Carhartt, Inc. v. Costa Del Mar, Inc.* United States District Court for the Eastern District of Michigan. *Rebuttal Report. Deposition. Reply Report.*

Virtru Corporation v. Microsoft Corporation.* United States District Court for the Western District of Washington at Seattle. *Expert Report. Deposition.*

Copperweld Bimetallics, LLC* v. Cerro Wire, LLC, Southwire Company, LLC, Christel Hunter, and Dave Watson. United States District Court for the Northern District of Alabama, Eastern Division. *Expert Report. Reply Report. Deposition.*

Medline Industries, LP.* v. C.R. Bard, Inc. United States District Court Northern District of Georgia Atlanta Division. *Expert Report. Deposition.*

Seattle Metropolitans Hockey LLC v. Seattle Hockey Partners LLC.* United States District Court Western District of Washington at Seattle. *Expert Report. Rebuttal Report.*

City and County of San Francisco* v. City of Oakland, and Port of Oakland. United States District Court Northern District of California. *Expert Report. Reply Report.*

Fluidmaster, Inc., v. Danco, Inc.* United States District Court Northern District of Texas Dallas Division. *Rebuttal Report. Deposition.*

In the Matter of H&R Block, Inc., HRB Digital LLC, HRB Tax Groups, Inc. United States Federal Trade Commission, Washington DC. *Expert Report. Rebuttal Report. Deposition.*

Punchbowl, Inc. v. AJ Press LLC.* United States District Court Central District of California. *Expert Report.*

Sarah Butler

SharkNinja Operating LLC and SharkNinja Sales Company v. Dyson Inc. and Dyson Technology Limited.* United States District Court District of Massachusetts. *Expert Report. Deposition.*

Applied Innovation, Inc. v. Lowery Corporation DBA Applied Innovation.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Puma SE v. Zhang Kang.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report. Deposition.*

Headwater Research LLC v. Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.* United States District Court Eastern District of Texas Marshall Division. *Rebuttal Report. Deposition.*

CoStar Group, Inc. and Costar Realty Information, Inc.* v. Commercial Real Estate Exchange, Inc. United States District Court Central District of California. *Rebuttal Report. Deposition.*

Motiv Power Systems, Inc. v. Motive Technologies Inc.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report. Reply Report.*

WEX Inc.* v. HP Inc. and Hewlett-Packard Development Company, L.P. United States District Court District of Maine. *Declaration. Rebuttal Declaration.*

Proximo Spirits, Inc.* v. Green Lake Brewing Co., LLC d/b/a Fremont Brewing Co,; and Does 1-10, inclusive. United States District Court Central District of California, Western Division. *Expert Report.*

Gesture Technology Partners, LLC v. Motorola Mobility LLC.* United States District Court Northern District of Illinois, Eastern Division. *Rebuttal Report.*

General Access Solutions, Ltd. v. Verizon Communications, Inc. et al.* United States District Court Eastern District of Texas, Marshall Division. *Expert Report. Deposition.*

Benefit Cosmetics, LLC v. e.l.f. Cosmetics, Inc.* United States District Court Northern District of California, San Francisco Division. *Expert Report. Reply Report. Deposition. Trial Testimony.*

Corephotonics, LTD v. Apple Inc.* United States District Court Northern District of California. *Rebuttal Report. Deposition.*

Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. v. Zesty Paws LLC and Health and Happiness (H&H) US International Incorporated.* United States District Court Middle District of Florida, Orlando Division. *Expert Report. Deposition. P.I. Testimony.*

Blue Yonder Group, Inc.* v. Kinaxis Inc. and Kinaxis Corp. United States District Court Northern District of Texas, Dallas Division. *Expert Report.*

Sarah Butler

Puma SE, and Puma North America Inc. v. Brooks Sports, Inc.* United States District Court Southern District of Indiana, Indianapolis Division. *Expert Report. Deposition.*

*Class Action Matters*

Lori DeCostanzo, individually and on behalf of all others similarly situated v. Glaxosmithkline PLC and Glaxosmithkline LLC. United States District Court Eastern District of New York. *Expert Report. Deposition.*

Veronica Shirley, individually and on behalf of all others similarly situated v. Reynolds Consumer Products LLC.* United States District Court Northern District of Illinois Eastern Division. *Expert Report. Rebuttal Report.*

Tanysha Newman, individually and on behalf of all others similarly situated v. Bayer Corporation and Bayer Healthcare LLC.* United States District Court for the Southern District of New York. *Expert Report. Rebuttal Report. Deposition.*

Clark Alexandre, individually and on behalf of all others similarly situated v. Alcon Laboratories, Inc.* United States District Court for the Southern District of New York, White Plains Courthouse. *Expert Report.*

Jeffrey Albert Sjobring, on behalf of himself and all others similarly situated* v. First American Title Insurance Company, First American Title Company, and Does 1 – 500. Superior Court of the State of California in and for the County of Los Angeles. *Declaration. Deposition.*

Claudia Newton and Brandy Leandro v. R.C. Bigelow, Inc., and Does 1 through 10.* United States District Court Eastern District of New York. *Rebuttal Report. Deposition. Trial Testimony.*

Miguel Frias, Jessica Avilez, and Roy Campbell, individually and behalf of all others similarly situated v. Mars Wrigley Confectionary US LLC.* United States District Court Southern District of New York. *Rebuttal Report.*

In RE: Marriott International Inc., Customer Data Security Breach Litigation. City of Chicago* v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC. United States District Court for the District of Maryland, Southern Division. *Expert Report. Rebuttal Report. Deposition.*

Edward Pistorio et al. v. FCA US LLC.* United States District Court Eastern District of Michigan. *Expert Report. Deposition.*

Cat Brooks and Rasheed Shabazz, individually and on behalf of all others similarly situated* v. Thompson Reuters Corporation. United States District Court for the Northern District of California, San Francisco Division. *Expert Report.*

Nicholas Usler, et al., v. Vital Farms, Inc., et al.* United States District Court for the Western District of Texas. *Expert Report.*

Sarah Butler

William Lessin and Carol Smalley et al., on behalf of themselves and all others similarly situated v. Ford Motor Company, a Delaware corporation; and Does 1 through 10 inclusive.* United States District Court, Southern District of California. *Expert Report. Deposition.*

*Other Matters*

Megan White, Jeronimo Aguilar, Loren Wayne Kidd, Lyric Nash, Nicollette Jones, and Odette Zapata* v. Sacramento Police Department; The City of Sacramento; Daniel Hahn, and Does 1 – 200 (the names and numbers of which are currently unknown). United States District Court, Eastern District of California, Sacramento Division. *Expert Report. Deposition. Trial Testimony.*

2023

*Intellectual Property Matters*

SpaceTime3D, Inc. v. Apple Inc.* United States District Court Western District of Texas, Austin Division. *Expert Report. Deposition.*

PWNHealth, LLC d/b/a Everly Health Solutions v. Walgreen Co.* American Arbitration Association Case No. 01-22-0002-4919. *Rebuttal Report. Arbitration Testimony.*

Evolve Biosystems, Inc.; and the Regents of the University of California, a corporation* v. Abbott Laboratories. United States District Court for the Northern District of Illinois, Eastern Division. *Expert Report. Deposition.*

Lincare Holdings Inc. and Lincare Licensing Inc.* v. Doxo, Inc. United States District Court for the Middle District of Florida Tampa Division. *Expert Report. Deposition. Reply Report.*

Revelry Vintners, LLC, v. Mackay Restaurant Management Group, Inc., Fire & Vine Holdings, LLC, and Yellowhawk Resort WW, LLC.* United States District Court Eastern District of Washington at Spokane. *Rebuttal Report.*

Macy's IP Holdings, LLC,* v. Aroma360, LLC. United States District Court Southern District of New York. *Expert Report. Reply Report.*

Vans, Inc. and VF Outdoor, LLC, v. Walmart, Inc., The Doll Maker, LLC, and Trendy Trading, LLC.* United States District Court Central District Of California. *Rebuttal Report. Deposition.*

Smack Apparel Company v. Seattle Hockey Partners, LLC (dba Seattle Kraken), NHL Enterprises, LP, and National Hockey League.* United States District Court Western District of Washington. *Expert Report.*

Nike, Inc. v. StockX LLC.* United States District Court Southern District of New York. *Rebuttal Report. Deposition.*

Casa Tradición S.A. de C.V. v. Casa Azul Spirits, LLC.* United States District Court Southern District of Texas, Houston Division. *Rebuttal Report. Deposition. Trial Testimony.*

Sarah Butler

Tari Labs, LLC v. Lightning Labs, Inc.* United States District Court Northern District of California, San Francisco Division. *Expert Report.*

Edible IP, LLC and Edible Arrangements LLC* v. 1-800-Flowers.com, Inc. and 800-Flowers, Inc. United States District Court Northern District of Georgia Atlanta Division. *Expert Report. Rebuttal Report. Deposition.*

GOLO, LLC* v. Goli Nutrition Inc. United States District Court District of Delaware. *Expert Report. Reply Report. Deposition. Trial Testimony.*

NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited, v. Krafton, Inc. and PUBG Santa Monica, Inc.* Superior Court of California, County of Alameda. *Expert Report. Reply Report. Deposition. Trial Testimony.*

*Class Action Matters*

Tamika Miller and Julianne Chuanroong, individually and on behalf of themselves, the general public, and those similarly situated, v. Travel Guard Group, Inc., AIG Travel, Inc., And National Union Fire Insurance Company of Pittsburgh, PA.* United States District Court for the Northern District of California. *Expert Report. Reply Declaration. Deposition.*

Bruce Puterbaugh v. Oorah, Inc.; Kars4Kids, LLC (Erroneously Sued Herein as Kars4Kids and J.O.Y. of Our Youth) and DOES 1-50.* United States District Court for the Central District of California. *Expert Report. Rebuttal Report. Deposition.*

Tammy La Barbera v. Olé Mexican Foods, Inc.* United States District Court for the Central District of California. *Rebuttal Report. Deposition.*

Tamara Moore, Greta Ervin, Raff Arando, Nichols Smith, Renee Edgren, and Cynthia Welton, on behalf of themselves and all others similarly situated, v. Mars Petcare US, Inc, Hill's Pet Nutrition, Inc., and Royal Canin USA, Inc.* United States District Court for the Northern District of California. *Expert Report.*

Tiffany Coleman, Keli Swann, and Heather Brooke, individually and on behalf of all others similarly situated, v. Britax Child Safety Inc.* United States District Court of South Carolina, Rock Hill Division. *Expert Report. Deposition.*

William Rushing and Elizabeth Perlin, individually and on behalf of all others similarly situated, v. Williams-Sonoma, Inc.* United States District Court for the Northern District of California, San Francisco Division. *Expert Report. Reply Report.*

Kevin Shenkman v. Tesla, Inc. and DOES 1 to 50, inclusive.* Superior Court of California, County of Alameda. *Expert Report. Deposition.*

Sarah Butler

*Other Matters*

Apple Inc.* v.  Masimo Corporation and Sound United, LLC; Ceracor Laboratories, Inc. United States District Court for the District of Delaware. *Rebuttal Report. Deposition.*

Hawaii Foodservice Alliance, LLC v. Meadow Gold Dairies Hawaii, LLC, Hollandia Dairy, Inc., Heritage Distributing Company (dba Ninth Avenue Foods), and Saputo Dairy Foods USA, LLC.* United States District Court for the District of Hawaii. *Rebuttal Report. Deposition.*

Moxie Pest Control* v. Kyle Nielsen, et.al. United States District Court for the District of Utah, Central Division. *Expert Report. Reply Report. Deposition*.

AliveCor, Inc. v. Apple Inc.* United States District Court Northern District of California. *Expert Report. Deposition.*

2022

*Intellectual Property Matters*

Sports Marketing Monterrey Group, LLC* v. Socios Services US Inc., and Mediarex Enterprises Limited. United States District Court for the Northern District of California, San Francisco Division. *Declaration. Reply Declaration.*

Xerox Corporation (USA) v. Fujifilm Business Innovation Corp. (formerly known as Fuji Xerox Co., Ltd.) (Japan).* International Court of Arbitration of the International Chamber of Commerce. *Expert Report.*

F21 OPCO, LLC* v. AIRWAIR INTERNATIONAL LTD. United States District Court for the Central District of California, Western Division. *Expert Report. Rebuttal Report. Deposition.*

Florida Virtual School v. K12 Inc., and K12 Florida LLC.* United States District Court Middle District of Florida Orlando Division. *Expert Report. Deposition.*

ImprimisRX, LLC* v OSRX, Inc.; Ocular Science, Inc., United States District Court Southern District of California. *Expert Report. Deposition*.

WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc., Dell Inc., and EMC Corporation.* (Case No. 6:20-cv-473-ADA). United States District Court Western District of Texas Waco Division. *Expert Report. Deposition.*

Bluebonnet Internet Media Services, LLC* v. Pandora Media, LLC. United States District Court Western District of Texas Waco Division. *Expert Report.*

In re Application of Wine.com LLC.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Sarah Butler

Bilt Technologies, Inc. v. BILT, Inc.* United States District Court for The Southern District of New York. *Expert Report. Rebuttal Report. Deposition.*

Sazerac Brands, LLC* v. Eagle Trace Brewing Company LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

UV RML NL ASSETS LLC* v. Coulter Ventures LLC. United States District Court Central District of California. *Expert Report. Rebuttal Report.*

Tortilla Factory, LLC v. GT's Living Foods, LLC.* United States District Court for The Central District of California. *Expert Report. Trial Testimony.*

Sazerac Brands, LLC* v. Buffalo City Distillery, LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report. Deposition.*

Thrive Natural Care, Inc. v. Le-Vel Brands, LLC.* United States District Court Central District of California, Southern Division. *Expert Report. Deposition.*

Crystal Lagoons U.S. Corp and Crystal Lagoons Technologies, Inc. v. Desert Color Manager LLC, Desert Color St. George LLC, AJ Construction, Inc., Cole West Home LLC, Holmes Homes, Inc., Sullivan Homes LLC, and Pacific Aquascape International, Inc.* United States District Court District of Utah, Central Division. *Expert Report.*

Sazerac Brands, LLC,* v. Buffalo Chip Campground, LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Nichino America, Inc., v. Valent U.S.A., LLC.* United States District Court District of Delaware. *Expert Report. Reply Report. Deposition.*

Promotion in Motion Inc.,* v. The J.M. Smucker Company. United States District Court District of New Jersey. *Rebuttal Report.*

Chartwell Studio Inc., v. Team Impressions, Inc., and The Peel People, LLC.* United States District Court Northern District of Illinois Eastern Division. *Rebuttal Report. Deposition.*

Brooks Sports, Inc.* v. SPARC Group, LLC, Authentic Brands Group LLC, BB IPCO, LLC, BB OPCO, LLC., Simon Property Group, Inc., Simon Property Group, L.P. United States District Court Western District of Washington at Seattle. *Expert Report.*

Shanghai Zhenglang Technology Co., Ltd,* v. Mengku Technology Co., Ltd, and Qianan Li. United States District Court Eastern District Of New York. *Rebuttal Report.*

Harman International Industries, Inc.,* v. Jem Accessories, Inc. United States District Court for the Central District of California. *Expert Report.*

PepsiCo* v. Rockstar Industries, LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Sarah Butler

EBIN New York v. SIC Enterprise, Inc.* United States District Court Eastern District of New York. *Expert Report. Rebuttal Report. Deposition.*

Aqua Connect, Inc. and Strategic Technology Partners, LLC. v. TeamViewer US, LLC.* United States District Court District of Delaware. *Expert Report. Deposition. Trial Testimony.*

R80 LLC* v. Société des Produits Nestlé S.A., et al. United States District Court District of Maryland Southern Division. *Expert Report. Rebuttal Report.*

H&R Block, Inc.,* and HRB Innovations, Inc. v. Block, Inc. United States District Court Western District of Missouri. *Rebuttal Declaration. Reply Declaration. Expert Report.*

Vans, Inc. and VF Outdoor, LLC v. Walmart, Inc., The Doll Maker, Inc., and Trendy Trading, LLC.* United States District Court Central District of California Southern Division. *Declaration.*

Warner Bros. Entertainment Inc. v. Brian Biggs, Dawn Biggs, and Random Tuesday, Inc. *et al.* * United States District Court Central District of California. *Expert Report. Deposition.*

*Class Action Matters*

Ann Kenney, individually v. Fruit of the Earth, Inc., CVS Pharmacy, Inc.* United States District Court Southern District of California. *Expert Report.*

Holly Blaine Vanzant, and Sherry Nevius, on behalf of themselves and all others similarly situated v. Hill's Pet Nutrition, Inc. and PetSmart, LLC.* United States District Court for the Northern District of Illinois. *Expert Report. Deposition.*

In re: National Football League Sunday Ticket Antitrust Litigation. United States District Court Central District of California. *Expert Report. Deposition. Rebuttal Report. Expert Report. Rebuttal Report. Deposition.*

Kimberly Banks and Carol Cantwell v. R.C. Bigelow, Inc., and Does 1 through 10.* United States District Court Central District of California. *Rebuttal Report. Deposition. Trial Testimony.*

Mocha Gunaratna and Renee Camenforte v. Dr. Dennis Gross Skincare, LLC.* United States District Court Central District of California. *Expert Report. Deposition.*

Paul Orshan, Christopher Endara, David Henderson, and Steven Neocleous, v. Apple Inc.* United States District Court Northern District of California. *Expert Report. Deposition.*

Elizabeth Maisel v. S. C. Johnson, Inc.* United States District Court Northern District of California. *Expert Report.*

Sarah Butler

*Other Matters*

United States ex rel. Terrence Barrett, and on behalf of various States* v. Allergan, Inc. United States District Court Central District of California. *Expert Report.*

2021

*Intellectual Property Matters*

Power Home Remodeling Group, LLC* v. Power Home Solar LLC d/b/a Powerhome Solar, also d/b/a Powerhome Solar & Roofing, also d/b/a Power Home Solar and Roofing. United States District Court Eastern District of Pennsylvania. *Expert Report.*

Honda Motor Co., LTD., v. Microsoft Corporation.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Kaifi LLC v. T-Mobile US, Inc.; LAYER3 TV, Inc.; L3TV Dallas Cable System, LLC; METROPCS Texas, LLC; T-Mobile License LLC; T-Mobile USA, INC.; T-Mobile West LLC; T-Mobile West Tower LLC; IBSV LLC; Theory Mobile, Inc.; T-Mobile PCS Holdings LLC; T-Mobile Resources Corporation; and T-Mobile Subsidiary IV Corporation.* United States District Court Eastern District of Texas Marshall Division. *Expert Report. Deposition.*

Premier Specialty Brands LLC, d/b/a Kamado Joe v. Dansons US, LLC and Dansons, Inc. d/b/a Louisiana Grills.* United States District Court for the Northern District of Atlanta, Georgia Division. *Expert Report. Deposition.*

Crocs, Inc.* v. Effervescent, Inc. et. al. United States District Court for the District of Colorado. *Expert Report. Deposition.*

Theia Technologies LLC v. Theia Group, Inc. and Theia Holdings A, Inc.* United States District Court for the Eastern District of Pennsylvania. *Expert Report.*

Lambda Labs, Inc.* v. Lambda Inc.* United States District Court for the Northern District of California Oakland Division. *Expert Report.*

Storage Cap Management LP* v. Robarco, Inc. and SpareSpace Storage, LLC. United States District Court for the Southern District of Ohio Eastern Division. *Expert Report. Deposition.*

Clear Imaging Research, LLC v. Samsung Electronics Co. LTD and Samsung Electronics America.* *Expert Report. Deposition.*

Patagonia, Inc. and Patagonia Provisions, Inc. v. Anheuser-Busch, LLC dba Patagonia Brewing Co.* United States District Court for the Central District of California Western Division, Los Angeles. *Expert Report.*

Sarah Butler

In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same. United States International Trade Commission, Washington DC. *Expert Report*. *Deposition*. *Trial Testimony*.

Vivint Inc.* v. Alarm.com. United States District Court for the District of Utah. *Expert Report*. *Deposition*.

*Class Action Matters*

Kristen Schertzer, Meagan Hicks, Brittany Covell* v. Bank of America, N.A., Cardtronics, Inc., FCTI, Inc., Cash Depot, Ltd. And DOES 1-50. United States District Court Southern District of California. *Expert Report*. *Deposition*.

Warren Gross, Deborah Levin, Shelby Cooper, and Edward Buchannan v. Vilore Foods Company, Inc., Arizona Canning Company, LLC.* United States District Court Southern District of California. *Expert Report*. *Rebuttal Report. Deposition.*

Scott and Rhonda Burnett, Ryan Hendrickson, Jerod Breit, Scott Trupiano, and Jeremy Keel v. The National Association of Realtors, Realogy Holdings Corp., Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, Re/Max LLC, and Keller Williams Realty, Inc.* United States District Court for the Western District of Missouri, Western Division. *Expert Report.*

In re: Marriott International, Inc., Customer Data Security Breach Litigation. United States District Court of Maryland, Southern Division. *Expert Report*. *Deposition.*

Christopher Julian et. al. v. TTE Technology, Inc., dba TCL North America.* United States District Court for the Northern District of California. *Expert Report.*

Kaylan Morris, et. al. v. Walmart Inc., f/k/a/ Wal-mart Stores Inc.* United States District Court, Northern District of Alabama, Southern Division. *Expert Report. Deposition. Class Certification Testimony.*

Ricardo R. Garcia, Duane K. Glover, Paul E. Jacobson, Gaetano Calise, Mykhalo I. Holovatyuk, Brian Garcia, Paul Thompson, and David Hartman* v. Volkswagen Group of America, Inc. a/k/a Audi of America, Inc. and Volkswagen Aktiengesellschaff. United States District Court for the Eastern District of Virginia, Alexandria Division. *Expert Report*. *Deposition.*

Charles Tillage and Joseph Loomis* v. Comcast Corporation and Comcast Cable Communications, LLC and Does 1-20. United States District Court for the Northern District of California, San Francisco Division. *Expert Report.*

Kathleen Ryan-Blaufuss, Cathleen Mills, and Khek Kuan v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., INC., and DOE Defendants 1-10.* United States District Court for the Central District of California, Western Division. *Expert Report*. *Deposition.*

Sarah Butler

H. Cristina Chen-Oster, Shanna Orlich, Allison Gamba, and Mary De Luis* v. Goldman Sachs & Co. and The Goldman Sachs Group, Inc. United States District Court for the Southern District of New York. *Expert Report. Deposition.*

Michael Testone, Collin Shanks, and Lamartine Pierre, et. al., v. Barlean's Organic Oils, LLC.* United States District Court Southern District of California. *Expert Report. Deposition.*

Susan Wang Rene Lee v. StubHub, Inc.* Superior Court of the State of California for the County of San Francisco. *Expert Report.*

Michael Madea and Rick Smith, et. al, v. Kennedy Endeavors, Inc.* United States District Court for the District of Hawai'i. *Expert Report. Deposition.*

Shelly Benson and Lisa Caparelli, et. al, v. Newell Brands, Inc.* United States District Court for the Northern District of Illinois. *Expert Report. Deposition.*

Thomas Bailey, et. al, v. Rite Aid Corporation.* United States District Court for the Northern District of California. *Expert Report. Deposition.*

2020

*Intellectual Property Matters*

What A Smoke, LLC v. Duracell U.S. Operations, Inc.* United States District Court District of New Jersey. *Expert Report. Deposition.*

Nirvana LLC v. Marc Jacobs International LLC.* United States District Court Central District of California. *Expert Report. Deposition.*

Girl Scouts of the United States of America* v. Boy Scouts of America. United States District Court Southern District of New York. *Expert Report. Deposition.*

American Dairy Queen Corporation v. W. B. Mason Co. Inc.* United States District Court for the District of Minnesota. *Expert Report. Deposition. Trial Testimony.*

Seven Networks, LLC v. Apple Inc.* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report. Deposition.*

New NGC, Inc. d/b/a National Gypsum Company, NGC Industries, LLC, and National Gypsum Properties,* LLC v. Alpinebay, Inc. *Expert Report. Deposition. Trial Testimony.*

Glaxo Group Limited* v. Respirent Pharmaceuticals Co., LTD. United States District Court Southern District of New York. *Expert Report.*

Sarah Butler

Kaifi LLC v. AT&T Inc.; AT&T Corp.; AT&T Communications, LLC; AT&T Mobility, LLC; and AT&T Services, Inc.* United States District Court Eastern District of Texas Marshall Division. *Expert Report. Deposition.*

CFA Institute v. American Society of Pension Professionals & Actuaries, et. al.* United States District Court for the Western District of Virginia, Charlottesville Division. *Expert Report. Deposition.*

Match Group LLC* v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, and Badoo Technologies Limited. United States District Court for the Western District of Texas, Waco Division. *Expert Report. Deposition.*

ClearPlay, Inc. v. Dish Network, L.L.C. and Echostar Technologies, L.L.C.* United States District Court, District of Utah, Central Division. *Expert Report.*

*Class Action Matters*

Vicky Maldonado, et. al., v. Apple, Inc.* United States District Court, Northern District of California, San Francisco Division. *Expert Report. Deposition.*

Jason DeCarlo v. Costco Wholesale Corporation and MBNR.* United States District Court Southern District of California. *Expert Report.*

Javier Cardenas et al., Plaintiffs v. Toyota Motor Corporation et al., Defendants.* United States District Court Southern District of Florida. *Expert Report. Deposition. Trial Testimony.*

Brian Gozdenovich et al., v. AARP Inc., AARP Services, Inc., AARP Insurance Plan, UnitedHealth Group, Inc., and UnitedHealthCare Insurance Company.* United States District Court District of New Jersey. *Expert Report.*

Barbara Lewis, et al., v. Rodan & Fields, LLC.* United States District Court Northern District of California Oakland Division. *Expert Report. Deposition.*

Austin Rugg v. Johnson & Johnson Consumer Inc.* United States District Court Norther District of California San Jose Division. *Expert Report.*

Caryn Gorzo, et al., v. Rodan & Fields, LLC.* The Superior Court of California County of San Francisco. *Expert Report.*

Toya Edwards and Jamal Erakat, et al., v. Walmart, Inc.* United States District Court, Central District of California. *Expert Report. Deposition.*

Ohio State Troopers Association, Inc., et al., & Miguel Porras v. Point Blank Enterprises, Inc.* United States District Court, Southern District of Florida. *Expert Report. Deposition.*

Sarah Butler

*Other Matters*

<u>TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc.,* v. Keurig Green Mountain, Inc.</u> United States District Court for the Southern District of New York. *Expert Reports. Deposition.*

<u>2019</u>

*Intellectual Property Matters*

<u>Sazerac Brands, LLC* v. Bullshine Distillery, LLC.</u> In the United States Patent and Trademark Office Before the Trademark and Trial Appeal Board. Opposition No. 91227653. *Expert Report. Deposition.*

<u>X One* v. Uber Technologies, Inc.</u> United States District Court Northern District of California. *Expert Report. Deposition.*

<u>NIKE, Inc. v. Skechers U.S.A., Inc.</u>* United States District Court, Central District of California. *Expert Report. Deposition.*

<u>Vital Pharmaceuticals, Inc. v. Monster Energy Company and Reign Beverage Company, LLC.</u>* United States District Court Southern District of Florida. *Expert Report. Deposition.*

<u>Mahindra & Mahindra, Ltd. and Mahindra Automotive North America, Inc.</u>* v. FCA US LLC. United States District Court, Eastern District of Michigan. *Expert Report. Deposition. ITC Trial Testimony.*

<u>Rex Real Estate I., L.P., v. Rex Real Estate Exchange, Inc.</u>* United States District Court for the Eastern District of Texas, Sherman Division. *Expert Report.*

<u>adidas America, Inc., et al. v. Forever 21 Inc., et al.</u>* United States District Court District of Oregon Portland Division. *Expert Report.*

<u>Lodestar Anstalt v. Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited.</u>* United States District Court Central District of California, Western Division. *Expert Report. Deposition.*

*Class Action Matters*

<u>Paul Stockinger et al. v. Toyota Motor Sales, U.S.A., Inc.</u>* United States District Court Central District of California. *Expert Report. Deposition.*

<u>Thomas Allegra, et. al.* v. Luxottica Retail North America</u>, d/b/a LensCrafters, United States District Court, Eastern District of New York, Brooklyn Division. *Expert Report. Deposition.*

Sarah Butler

<u>Collin Shanks v. Jarrow Formulas, Inc.</u>* United States District Court Central District of California. *Expert Report.*

<u>Crystal Hilsley vs. Ocean Spray Cranberries, Inc.*, Arnold Worldwide LLC.</u> United States District Court Western District Southern District of California. *Expert Report. Deposition.*

<u>Erin Allen et al. v. Conagra Foods Inc.</u>* United States District Court Northern District of California San Francisco Division. *Expert Report. Deposition.*

<u>Riley Johannessohn, Daniel C. Badilla, James Kelley, Ronald Krans, Kevin R. Wonders, William Bates, James Pinion* v. Polaris Industries, Inc</u>. United States District Court District of Minnesota. *Expert Report. Deposition.*

*Other Matters*

<u>In re: Windstream Holdings, Inc., et al., Debtors. Windstream Holdings Inc., et. al.* v. Charter Communications, Inc. and Charter Communications Operating, LLC.</u> United States Bankruptcy Court, Southern District of New York. Chapter 11, Case No. 19-22312 (RDD). *Expert Report.*

<u>Belcher Pharmaceuticals, LLC v. Hospira, Inc.</u>* United States District Court for the Middle District of Florida, Tampa Division. *Expert Report. Deposition.*

<u>State of Washington* v. TVI, INC., d/b/a Value Village.</u> State of Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

<u>Obagi Cosmeceuticals LLC* v. ZO Skin Health, Inc. and Zein E. Obagi, M.D</u>. JAMS Arbitration Proceeding. *Expert Report. Deposition. Arbitration Testimony.*

<u>James Pudlowski, Louis C. Cross, III, Gail Henry, Steve Henry v. St. Louis Rams, LLC, St. Louis Rams Partnership, ITB Football Company, LLC.</u>* *Expert Report.*

<u>People of the State of California vs. The Hertz Corporation, American Traffic Solutions, Inc., ATS Processing Services, L.L.C., American Traffic Solutions Consolidated, L.L.C., PlatePass, L.L.C.</u>* *Deposition.*


\* Retaining party

## Publications and Presentations

NABE Panel – "Hypothetical Case for Challenge Panel: Using Surveys to Estimate the Value of Features in a Bundled Product." National Association for Business Economics Transfer Pricing Symposium, Washington, DC (July 2023).

"Proving and Arguing Monetary Remedies in Copyright, Trade Secret and Trademark Disputes." Panel on Damages at the *USC Gould Intellectual Property Institute Annual Meeting*, Santa Monica, California (March 2023).

"Examining the Confusion Survey Threshold in Trademark Cases." Debevoise and Plimpton Webinar, with David Bernstein and Christopher Ford (March 2022).

FDLI Panel – "Consumer Perceptions in Class Actions: Plaintiff Surveys, Defendant Surveys, and Everything in Between." Food and Drug Law Institute Food Advertising, Labeling, and Litigation Conference (September 2021).

"A tale of two cups: Acquired distinctiveness and survey evidence before the TTAB." (May-June 2020), with Healey Whitsett. *The Trademark Reporter.*

"Survey response bias and the 'privacy paradox': Evidence from a discrete choice experiment." (May, 2020), with Garrett Glasgow and Samantha Iyengar in *Applied Economics Letters.* DOI: 10.1080/13504851.2020.1770183.

NAD Panel – "Consumer Perception Survey Design Safeguards & Pitfalls." National Advertising Division Annual Meeting, New York, NY (September, 2019).

INTA Panel – "Surveys in the Brave New World: Designing and Using Survey Evidence in the Age of Online Shopping, Influencers and Hashtags." Annual Meeting, Boston MA (May, 2019).

"The value of non-personally identifiable information to consumers of online services: evidence from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*, DOI: 10.1080/13504851.2016.1197357.

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May 2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion Research,* Annual Meeting, Hollywood Florida.

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving & Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group Webinar.*

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360.*

"The Value of Personal Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

"An assessment of the nonmarket benefits of the Water Framework Directive for households in England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron,

Sarah Butler

Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antitrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

Exhibit B

**Exhibit B**
**Materials Considered**

<u>**Court Documents**</u>

- Defendants Kooapps LLC, Jonathan Chang, and Chun-Kai Wang's Answer to First Amended Complaint, *Lowtech Studios, LLC, v. Kooapps LLC, Jonathan Chang, and Chun-Kai Wang,* United States District Court Western District of Texas, Austin Division, Case No. 1:23-cv-1437-DII, dated November 27, 2024.

- Plaintiff's First Amended Complaint, *Lowtech Studios, LLC, v. Kooapps LLC, Jonathan Chang, and Chun-Kai Wang*, United States District Court Western District of Texas, Austin Division, Case No. 1:23-cv-1437-DII, dated October 28, 2024.

<u>**Survey Literature**</u>

- Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, *Third Edition,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 359-423.

- Diamond, S. S. (2022). "Control Foundations: Rationales and Approaches," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition,* edited by Diamond, S. S., and Swann, J. B., pp. 239-255.

- Ericksen, E. P., & Pittaoulis, M. A. (2014). "Control Groups in Lanham Act Surveys," *Trademark Reporter*, 104(3), pp. 744-764.

- Ezell, M. G. & Sartore, A. (2022). "Survey Percentages in Lanham Act Matters," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition,* edited by Diamond, S. S., and Swann, J. B., pp. 317-334.

- Jacoby, J. (2013). "Setting, Stimuli, and Tasks," *Trademark Surveys: Designing, Implementing, and Evaluating Surveys*, pp. 479-578.

- Kugler, M. B., & Henn, R. C., Jr. (2022). "Internet Surveys in Trademark Cases: Benefits, Challenges, and Solutions," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition*, edited by Diamond, S. S., and Swann, J. B., pp. 291-314.

- McCarthy, J. T. (2016). "False advertising," *McCarthy on Trademarks and Unfair Competition, Fourth Edition*, § 32:193.

- McCarthy, J. T. (2016). "Survey Formats—Product 'line-up' survey methods," *McCarthy on Trademarks and Unfair Competition, Fourth Edition,* § 32:177.

- McCarthy, J. T. (2016). "Survey Formats—Two commonly used formats to test for confusion," *McCarthy on Trademarks and Unfair Competition, Fourth Edition,* § 32:173.50.

- The Federal Judicial Center. (2004). *Manual for Complex Litigation, Fourth Edition,* §11.493.

**<u>Websites</u>**

- https://cloud.google.com/security/products/recaptcha?hl=en

- https://play.google.com/store/search?q=snake.io&c=apps&hl=en_US

- https://www.adjust.com/blog/how-to-make-a-hyper-casual-game-successful/

- https://www.dynata.com/wp-content/uploads/2024/01/Dynata_Panel_Book.pdf

- https://www.youtube.com/watch?v=-gaCuTavtj4

- https://www.youtube.com/watch?v=CjplaXlEi-c&t=38s

- https://www.youtube.com/watch?v=CxPeIR4bHpc&t=110s

- https://www.youtube.com/watch?v=fvH2YDnkiLc

- https://www.youtube.com/watch?v=hcryCjoYUCo

- https://www.youtube.com/watch?v=-MNw3bSmY1Q&t=62s

Exhibit C.1

# *Logo Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**
**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[INTRODUCTION]** Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

**[NEXT SCREEN]**

S1.   Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2.   What device are you using to complete this survey?
1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Mobile phone or cell phone
5. Other **[SCREEN OUT]**

1

S3.   Please verify that you are human.
        **[INSERT reCAPTCHA]**

S1TEEN. Are you a parent of any children under 18?
  1.   Yes
  2.   No **[SKIP TO PRE_INFO2]**

S2TEEN. What age range is your child? If you have multiple children, select all that apply.
  1.   Under 7 years old
  2.   7 – 12 years
  3.   13 – 15 years
  4.   16 – 17 years

**[IF S2TEEN = 3 OR 4, ASK S3TEEN; ELSE SKIP TO PRE_INFO2]**

S3TEEN. We have a brief survey that we would like a teenager (ages **[PIPE S2TEEN AGE RANGE]**) to answer about their online activities. Is a teenager (ages **[PIPE S2TEEN AGE RANGE]**) living in your household available to participate in this survey?
  1.   Yes, I will allow the **[PIPE S2TEEN AGE RANGE]**-year-old to participate in this survey with my supervision
  2.   No, I will not allow the **[PIPE S2TEEN AGE RANGE]**-year-old to participate in this survey **[SKIP TO PRE_INFO2]**
  3.   The **[PIPE S2TEEN AGE RANGE]**-year-old is not available to participate right now **[SKIP TO PRE_INFO2]**

**[PRE_INFO]** Please **only observe** the teenager between **[PIPE S2TEEN AGE RANGE]** years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.

**[NEXT SCREEN]**

S4TEEN. Before continuing with this survey, please carefully read these instructions:
  • Please take this survey in one session.
  • While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
  • Please do not view any other written material while taking this survey.
  • Please do not consult or talk with any person while taking this survey.
  • You will not be able to go back to previous screens to change your answers.

  1.   I have read the above instructions and understand them, and I will adhere to these instructions. **[SKIP TO S4]**
  2.   I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

2

**[SKIP PRE_INFO2 IF S4TEEN = 1]**
**[PRE_INFO2]** Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

**[NEXT SCREEN]**

**[ASK ALL]**
S4.   Are you…?
　　1.  Male
　　2.  Female
　　3.  Non-binary
　　4.  Other
　　5.  Prefer not to answer **[SCREEN OUT]**

S5. Please select your age.  **[PROVIDE DROP DOWN BOX WITH AGE; INCLUDE 'PREFER NOT TO ANSWER' IN DROP DOWN, SCREEN OUT IF SELECTED; MUST BE 13 OR OLDER; IF TEEN, SCREEN OUT IF AGE SELECTED DOESN'T MATCH S2TEEN SELECTION; SCREEN OUT IF ADULT IS TAKING SURVEY BUT AGE SELECTED IS 17 OR UNDER]**

S6.   Please select from the following:
　　1. I currently live in the United States
　　2. I currently live outside of the United States **[SCREEN OUT]**
　　3. Prefer not to answer **[SCREEN OUT]**

S7.   Please enter your zip code. **[TEXT BOX]**

S8.  In which state do you currently reside? **[INSERT DROP DOWN BOX WITH STATE; US STATES AND DC ONLY] [SCREEN OUT IF STATE & ZIP DO NOT MATCH]**

S9. Please indicate which brand(s) of **smartphone(s)** you currently own and use.
　　*(Select all that apply)* [RANDOMIZE 1-10]
　　1.  Apple
　　2.  Samsung
　　3.  Google
　　4.  Motorola
　　5.  LG
　　6.  Huawei
　　7.  Nokia
　　8.  OnePlus
　　9.  ZTE

3

10. Drexel **[SCREEN OUT]**
11. Other *(Please specify)* **[ANCHOR]**
12. I do not own or use a smartphone **[ANCHOR; EXCLUSIVE; SCREEN OUT]**
13. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[TERMINATE IF SELECT S9R10, S9R12, OR S9R13]**

**[ASK S10 IF MORE THAN ONE BRAND SELECTED AT S9]**
S10. Please indicate which brand of smartphone you use <u>most often</u>. **[DISPLAY SELECTED ANSWERS FROM S9 IN SAME ORDER AS S9]**
　　1. Apple
　　2. Samsung
　　3. Google
　　4. Motorola
　　5. LG
　　6. Huawei
　　7. Nokia
　　8. OnePlus
　　9. ZTE
　　10. **[PIPE THROUGH "OTHER" RESPONSE FROM S9]**
　　11. Don't know / unsure **[ANCHOR; SCREENOUT]**


**[QUALIFYING QUESTIONS]**


S11. Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?
　　*(Select all that apply)* **[RANDOMIZE 1-10]**
　　1. Games
　　2. Entertainment
　　3. Sports
　　4. Shopping
　　5. Social media
　　6. Messaging
　　7. News
　　8. Fitness
　　9. Transit
　　10. Banking
　　11. None of these **[ANCHOR; EXCLUSIVE]**
　　12. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S11=1 OR 2 ASK S12, ELSE SKIP TO S13]**
**[PIPE S12 LANGUAGE ACCORDING TO SELECTION(S) IN S11]**

4

S12.  Which of the following types of [games / [or] / entertainment apps], if any, have you downloaded to your smartphone in the past six months?
*(Select all that apply)* **[RANDOMIZE 1-11]**
1. Arcade-style
2. Strategy
3. Casual / hypercasual
4. Action
5. Adventure
6. Trivia
7. Shooter
8. Sports
9. Puzzles
10. Driving / racing
11. Cards
12. Other *(Please specify)* **[ANCHOR]**
13. Don't know / unsure **[ANCHOR; EXCLUSIVE; FLAG]**

**[IF S12 = 1-4 SKIP TO QUALIFYING; OTHERWISE ASK S13]**

S13.  Which of the following types of apps, if any, are you likely to download to your smartphone in the next three months?
*(Select all that apply)* **[SAME ORDER AS S11]**
1. Games
2. Entertainment
3. Sports
4. Shopping
5. Social media
6. Messaging
7. News
8. Fitness
9. Transit
10. Banking
11. None of these **[ANCHOR; EXCLUSIVE]**
12. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S13=1 OR 2 ASK S14, ELSE SKIP TO QUALIFYING]**
**[PIPE S14 LANGUAGE ACCORDING TO SELECTION(S) IN S13]**

S14.  Which of the following types of [games / [or] / entertainment apps], if any, are you likely to download to your smartphone in the next three months?
*(Select all that apply)* **[RANDOMIZE 1-11; OR SAME ORDER AS S12 IF ASKED]**
1. Arcade-style
2. Strategy
3. Casual / hypercasual
4. Action
5. Adventure

5

6. Trivia
7. Shooter
8. Sports
9. Puzzles
10. Driving / racing
11. Cards
12. Other *(Please specify)* **[ANCHOR]**
13. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[QUALIFYING CRITERIA: RESPONDENT MUST INDICATE THEY HAVE DOWNLOADED OR WILL DOWNLOAD AN ARCADE-STYLE, STRATEGY, CASUAL/HYPERCASUAL, OR ACTION GAME / ENTERTAINMENT APP]**

**[ASSIGN RESPONDENT TO APPLE OR ANDROID GROUP BASED ON QUALIFYING DEVICE; IF QUALIFY BASED ON "OTHER" DEVICE AT S9 / S10 ASSIGN TO ANDROID GROUP; REQUIRE HALF OF RESPONDENTS QUALIFY ON APPLE; OTHER HALF QUALIFY ON ANDROID]**

S15. Approximately how many times each week, if at all, do you do each of the following?
*(Select one response per item)* **[ROTATE COLUMN ORDER]**

| | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure **[ANCHOR]** |
|---|---|---|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | O | O | O | O | O | O | O | O |
| Engage in strenuous activity for 30 minutes or more | O | O | O | O | O | O | O | O |
| Please select [1- 5] [ time / times] each week for this item | O | O | O | O | O | O | O | O |
| Watch a full-length movie | O | O | O | O | O | O | O | O |
| Go out to eat in a restaurant | O | O | O | O | O | O | O | O |

**[IF S15R3 EQUAL TO RANDOMIZED SELECTION, CONTINUE TO MAIN SURVEY, ELSE SCREEN OUT]**

## MAIN QUESTIONNAIRE

**[RANDOMIZE TO TEST OR CONTROL]**

**[INTRO 2]** Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

**[NEXT SCREEN]**

**[INTRO 3]** We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

**[NEXT SCREEN] [ALLOCATE TO IMAGE BASED ON GROUP AND APPLE / ANDROID GROUP FROM S9/S10]**

**[10 SECOND DELAY BEFORE CONTINUE BUTTON APPEARS]**

7

**[TEST APPLE EXCERPT]**

**[TEST ANDROID EXCERPT]**



**[CONTROL APPLE EXCERPT]**

**[CONTROL ANDROID EXCERPT]**





**[NEXT SCREEN]**

Q1. Were you able to see the results clearly? **[ROTATE RESPONSE OPTIONS 1 AND 2]**
1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[NEXT SCREEN]**

**[INTRO 4]** Now you will be shown some of the apps from this search. Please review them as you normally would if you were considering downloading them from the app store. The first app will be called **APP A**. Please take as much time as you would like to review. There will be a brief delay before you can move forward in the survey.



**APP A**

**[5 SECOND DELAY BEFORE CONTINUE BUTTON APPEARS]**
**[NEXT SCREEN]**

Q2. Were you able to see **APP A** clearly? **[ROTATE RESPONSE OPTIONS 1 AND 2]**
1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[NEXT SCREEN]**

**[INTRO 5]** On the next page you will be shown images for **APPS B, C, D, and E** and asked some questions about them.

**[ALL SUBSEQUENT QUESTIONS, ONE PER SCREEN]**

**[RANDOMLY ASSIGN LOGOS TO LABELS: APPS B, C, D, AND E]**

**[Q3-Q5b: SHOW APP IMAGE(S); SHOW APP B ACCORDING TO CELL; ALLOW RESPONDENTS TO CLICK ON IMAGE TO ENLARGE; RECORD CLICKS]**

10

**Q3.** *Click any image to enlarge.* **[RECORD CLICKS]**



**[TEST GROUP]**

APP B    APP C    APP D    APP E

**[CONTROL GROUP]**

APP B    APP C    APP D    APP E

Do you think any of **APPS B, C, D, or E** <u>are from the same company</u> that puts out **APP A**, the app you were shown first? ***Click <u>here</u> to see APP A again***. **[RECORD CLICKS] [ROTATE RESPONSE OPTIONS 1 AND 2]**
1. Yes
2. No **[GO TO Q4]**
3. Don't know / no opinion **[GO TO Q4]**

**Q3a.**  *Click any image to enlarge.* **[RECORD CLICKS]**

Below, please select which app(s) you think is/are from the same company that puts out **APP A**, the app you were shown first. ***Click here to see APP A again.*** **[RECORD CLICKS]**



**[TEST GROUP]**

| APP B | APP C | APP D | APP E |

**[CONTROL GROUP]**

| APP B | APP C | APP D | APP E |

**Q3b.**  *Click the image to enlarge.* **[RECORD CLICKS]**

**[THUMBNAIL FOR APP SELECTED IN Q3a]**

You indicated **APP [ITERATE FOR EACH RESPONSE GIVEN IN Q3a]** is from the same company that puts out **APP A**. What makes you say that? ***Click here to see APP A again.*** **[RECORD CLICKS]**
*(Please type in your response)*
**[TEXT BOX]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**
**[REPEAT FOR EACH CHOICE SELECTED IN Q3a]**

**Q4.** *Click any image to enlarge.* **[RECORD CLICKS]**



Do you think any of **APPS B, C, D, or E** <u>are associated or affiliated with</u> **APP A's** company, the app you were shown first? ***Click <u>here</u> to see APP A again.*** **[RECORD CLICKS] [ROTATE RESPONSE OPTIONS 1 AND 2 CONSISTENT WITH Q3]**
1. Yes
2. No **[GO TO Q5]**
3. Don't know / no opinion **[GO TO Q5]**

**Q4a.** *Click any image to enlarge.* **[RECORD CLICKS]**

Below, please select which app(s) you think is/are associated or affiliated with **APP A's** company, the app you were shown first. ***Click here to see APP A again.* [RECORD CLICKS]**



**Q4b.** *Click the image to enlarge.* **[RECORD CLICKS]**

**[THUMBNAIL FOR APP SELECTED IN Q4a]**

You indicated **APP [ITERATE FOR EACH RESPONSE GIVEN IN Q4a]** is associated or affiliated with **APP A's** company. What makes you say that? ***Click here to see APP A again.***
**[RECORD CLICKS]**
*(Please type in your response)*
**[TEXT BOX]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**
**[REPEAT FOR EACH CHOICE SELECTED IN Q4a]**

**Q5.** *Click any image to enlarge.* **[RECORD CLICKS]**



Do you think any of **APPS B, C, D, or E** <u>are licensed or approved by</u> **APP A's** company, the app you were shown first? ***Click <u>here</u> to see APP A again.*** **[RECORD CLICKS]**
**[ROTATE RESPONSE OPTIONS 1 AND 2 CONSISTENT WITH Q3]**
1. Yes
2. No **[GO TO FINAL INTRO]**
3. Don't know / no opinion **[GO TO FINAL INTRO]**

15

**Q5a.** *Click any image to enlarge.* **[RECORD CLICKS]**

Below, please select which app(s) you think <u>is/are licensed or approved</u> by **APP A's** company, the app you were shown first. ***Click <u>here</u> to see APP A again.*** **[RECORD CLICKS]**



**Q5b.** *Click the image to enlarge.* **[RECORD CLICKS]**

**[THUMBNAIL FOR APP SELECTED IN Q5a]**

You indicated **APP [ITERATE FOR EACH RESPONSE GIVEN IN Q5a]** <u>is licensed or approved</u> by **APP A's** company. What makes you say that? ***Click <u>here</u> to see APP A again.***
**[RECORD CLICKS]**
*(Please type in your response)*
**[TEXT BOX]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**
**[REPEAT FOR EACH CHOICE SELECTED IN Q5a]**

16

**[FINAL SCREENER QUESTIONS]**

**[FINAL INTRO]** We have just a few final questions for you.

**[NEXT SCREEN]**

S16. Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?
*(Select one response per item)* **[SET AS GRID; RANDOMIZE ROWS, ROTATE YES/NO COLUMNS]**

|  | **Yes** | **No** | **Don't know / unsure** |
|---|---|---|---|
| Apps |  |  |  |
| Smartphones |  |  |  |
| Gaming |  |  |  |
| Podcasts |  |  |  |
| Video games |  |  |  |
| Board games |  |  |  |

**[FLAG1 IF 'APPS' OR 'GAMING' IS 'YES'; FLAG2 IF ANY ROWS ARE DK]**

S17. Do you or do any members of your household work for any of the following?
*(Select all that apply)* **[RANDOMIZE 1-6]**
1. A market research or advertising company **[FLAG]**
2. A company that makes or produces apps **[FLAG]**
3. A company that makes or produces a television show or series
4. A company that makes or produces smartphones
5. A museum
6. A company that makes or produces podcasts
7. None of these **[ANCHOR; EXCLUSIVE]**
8. Don't know / unsure **[ANCHOR; EXCLUSIVE; FLAG]**

**[END OF SURVEY; FORWARD TO PANEL THANK YOU PAGE]**

17

Exhibit C.2

# Logo Survey
## Desktop Screenshots

# Screener
# All Respondents

Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

>

Powered by Dynata

3

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○  I have read the above instructions and understand them, and I will adhere to these instructions.

○  I do not understand the above instructions, or I don't wish to agree to them.

>

Powered by Dynata

What device are you using to complete this survey?

○ Desktop computer

○ Laptop computer

○ Tablet computer

○ Mobile phone or cell phone

○ Other

---

>

Powered by Dynata

5

Please verify that you are human.

reCAPTCHA
I'm not a robot
Privacy - Terms

>

Powered by Dynata

6

Are you a parent of any children under 18?

○ Yes

○ No

7

What age range is your child? If you have multiple children, select all that apply.

☐ Under 7 years old

☐ 7 – 12 years

☐ 13 – 15 years

☐ 16 – 17 years

> 

Powered by Dynata

8

We have a brief survey that we would like a teenager (ages 13 - 17) to answer about their online activities. Is a teenager (ages 13 - 17) living in your household available to participate in this survey?

○ Yes, I will allow the 13 - 17-year-old to participate in this survey with my supervision

○ No, I will not allow the 13 - 17-year-old to participate in this survey

○ The 13 - 17-year-old is not available to participate right now

---

> 

Powered by Dynata

9

# Screener
# Teen 13-17 Years

Please **only observe** the teenager between 13 - 17 years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.

> >

11

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

<div style="text-align: right;">

> [>]

</div>

# Screener
# No Teen 13-17 years

Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

---

[ > ]

Powered by Dynata

14

# Screener (cont.) All Respondents

Are you...?

○ Male
○ Female
○ Non-binary
○ Other
○ Prefer not to answer

---

[ > ]

Please select your age.

-- Select --

> 

Powered by Dynata

17

Please select from the following:

○ I currently live in the United States

○ I currently live outside of the United States

○ Prefer not to answer

>

Please enter your zip code.

> 

Powered by Dynata

19

In which state do you currently reside?

-- Select --



Powered by Dynata

20

Please indicate which brand(s) of **smartphone(s)** you currently own and use.

*(Select all that apply)*

☐ Huawei

☐ Drexel

☐ Nokia

☐ Apple

☐ LG

☐ OnePlus

☐ Google

☐ ZTE

☐ Samsung

☐ Motorola

☐ Other *(Please specify)* [                    ]

☐ I do not own or use a smartphone

☐ Don't know / unsure

>

Please indicate which brand of smartphone you use <u>most often</u>.

○ Huawei

○ Nokia

○ Apple

○ LG

○ OnePlus

○ Google

○ ZTE

○ Samsung

○ Motorola

○ Don't know / unsure

> 

Powered by Dynata

22

Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

***(Select all that apply)***

- ☐ Shopping
- ☐ Banking
- ☐ Transit
- ☐ Social media
- ☐ Messaging
- ☐ Fitness
- ☐ Games
- ☐ News
- ☐ Entertainment
- ☐ Sports
- ☐ None of these
- ☐ Don't know / unsure

>

Which of the following <u>types of games or entertainment apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

***(Select all that apply)***

- ☐ Adventure
- ☐ Sports
- ☐ Shooter
- ☐ Driving / racing
- ☐ Cards
- ☐ Arcade-style
- ☐ Strategy
- ☐ Trivia
- ☐ Casual / hypercasual
- ☐ Action
- ☐ Puzzles
- ☐ Other ***(Please specify)*** [_____]
- ☐ Don't know / unsure

>

Which of the following <u>types of apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

**(Select all that apply)**

- [ ] Shopping
- [ ] Banking
- [ ] Transit
- [ ] Social media
- [ ] Messaging
- [ ] Fitness
- [ ] Games
- [ ] News
- [ ] Entertainment
- [ ] Sports
- [ ] None of these
- [ ] Don't know / unsure

<button>></button>

Which of the following <u>types of games or entertainment apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

**(Select all that apply)**

- ☐ Adventure
- ☐ Sports
- ☐ Shooter
- ☐ Driving / racing
- ☐ Cards
- ☐ Arcade-style
- ☐ Strategy
- ☐ Trivia
- ☐ Casual / hypercasual
- ☐ Action
- ☐ Puzzles
- ☐ Other **(Please specify)** [                    ]
- ☐ Don't know / unsure

>

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per item)*

| | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure |
|---|---|---|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Engage in strenuous activity for 30 minutes or more | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Please select 1 time each week for this item | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Watch a full-length movie | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Go out to eat in a restaurant | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

> 

Powered by Dynata

27

# Main Questionnaire Test Group

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

> >

Powered by Dynata

29

We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

---

>

# Android Test Stimulus

31

  

**Sponsored** 



Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★　⊡ 10M+　 🄴 Everyone

Contains ads



Install

In-app purchases



slither.io



Install

32

# Lowtech Studios

Contains ads

In-app purchases

3.9 ★
5M reviews ⓘ

500M+
Downloads

E
Everyone ⓘ



👤✦ 200+

Playability anywhere

👤✦ 200+  Smooth offline play

👤✦ 300+  Unintuitive controls

Play online with people all over the world. Can YOU become the longest player?

---

Sponsored · ## Related to your search ⋮



Snake.io - Fun
Snake .io Gam...

4.3 ★



Snake Clash!

4.4 ★



Worms Zone .io
- Hungry Snake

4.2 ★

Sr
Sr

4.

# Limited-time events

 **PUBG MOBILE**

Level Infinite • Action • Gun

4.3 ★    ⊙ 500M+    

 **CodyCross: Crossword Puz...**

Fanatee, Inc. • Word • Crossword

4.7 ★    ⊙ 100M+    

 **Pixel Art - Color by Number**

Easybrain • Puzzle • Coloring

4.4 ★    ⊙ 100M+    

35



**Free Fire MAX**

Garena International I • Action

4.4 ★    ⊡ 500M+    



**Harry Potter: Hogwarts Mys...**

Jam City, Inc. • Adventure

4.6 ★    ⊡ 50M+    ⛊ Editors' Choice    

# You might also like    →

            

36



My Little Pony: Magic Princess

4.0 ★

Mini Metro

$0.99 

Learn Chess with Dr. Wolf

4.7 ★

Bl

4.



Little Big Snake

ShockwaveLLC • Action

4.1 ★   ⊡ 10M+





Snake.io NETFLIX

Netflix, Inc. • Arcade • Action

4.5 ★   ⊡ 500K+





## Snake Rivals - Fun Snake G...

Supersolid • Action • IO game

4.3 ★    ⤓ 10M+





## Snake Clash!

Supercent, Inc. • Arcade • Action

4.4 ★    ⤓ 50M+





## Snake.io - Fun Snake .io Ga...

Kooapps Games | Fun Ar... • Action

4.3 ★    ⤓ 100M+



38



## Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★   ⤓ 500M+





## wormate.io

Oleksandr Godoba • Action

3.6 ★   ⤓ 10M+





## Agar.io

Miniclip.com • Action • IO game

3.8 ★   ⤓ 100M+





## Snaky Cat



Appxplore (iCandy) • Arcade

Coming soon 🏷 Reward





## Merge Snake !

Wuhan Weipai Network ... • Casual

4.5 ★  ⬇ 10M+





## SSSnaker

Habby • Casual • Role Playing

4.2 ★  ⬇ 5M+





## Slitherlink: Loop the Snake

Conceptis Ltd • Puzzle • Logic





4.6 ★ ⤓ 100K+



# Snake Towers

Set Snail • Arcade • Offline

4.3 ★ ⤓ 50K+

# Similar apps →







Idle Shark
World - Tycoo...

4.0 ★

hocus.

4.7 ★

Pocket Build

4.3 ★

M

$0

## Related searches

🔍    snake game 2023

🔍    snake game 2024

🔍    snake game 2021

snake zone

🔍 snake game 2020

Sponsored · Suggested for you



Factor_
Prepared Mea...

BitLife - Life
Simulator

Words With
Friends Word ...

Co
Re



## Slink.io - Snake Games

Apps2US Studios • Adventure

4.3 ★     ⊡ 50M+





## Worm Hunt - Snake game i...

Peaky Muzzle • Action • IO game

4.5 ★     ⊡ 10M+





## Wormax.io

Elyland • Action • IO game

4.6 ★     ⊡ 10M+



44



## Squad Busters

Supercell • Action • IO game

4.3 ★    ⤓ 10M+



## Hungry Shark Evolution

Ubisoft Entertainment • Action

4.5 ★    ⤓ 500M+    



## Sneak Snake-Slither Worm …

Hippo Lab • Action • IO game

4.2 ★    ⤓ 1M+



## Paper io 2



VOODOO • Arcade • Action

3.7 ★  ⬇ 100M+





# Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★  ⬇ 10M+





# Crossy Road

HIPSTER WHALE • Action

4.5 ★  ⬇ 100M+





# 8 Ball Pool



46

> <

Powered by Dynata

47

# Apple Test Stimulus







**slither.io**

Multiplayer slithering game

★★★★☆  224K



Get

In-App Purchases

**#30** in Action  |  Multiplayer    Simulation    Entertainment





 Snake.io - Fun Online Snake

New Battle Royale Snake Games

★★★★⯪ 368K



Get

In-App Purchases

#6 in Strategy | Multiplayer    Entertainment    Leaderboard

HAPPENING NOW



51





52








54



# worms2one.io - Hungry Snake

Grow worms 2 eat every slither

★★★★½ 37K

☀ Action | Entertainment   Casual





# wormate.io

Online snake game



Get



★★★★☆ **30K**

In-App Purchases

✴ Action | Multiplayer | 👤 Oleksandr Godoba





**Snake Clash!**

Grow to Eat! Snake Battle Game

★★★★★ **247K**



In-App Purchases

**#26** in Simulation  |  Multiplayer  |  Supercent, Inc.









# Worm Hunt - slither snake ar...

Grow Big Beast in Battle zone

★★★★☆  830

Get

In-App Purchases

☀ Action   |   Leaderboard   Casual    Peaky Muzzle





## Snake Rivals - io Snakes Ga...

Slither & worm snape io game

Get



★★★★★ 19K

In-App Purchases

☀ Action | Multiplayer   Battle Royale   PvP   Casual



### Snake Battle - Snake Game

Multiplayer slithering games

★★★★★ 5.1K



Get

In-App Purchases

59

♟ Board | Multiplayer | 👤 Duozr Technology Co.,Ltd





## Wormax.io

Survive in PvP slither game!

★★★★⯨ 4.2K

 Get

In-App Purchases

✳ Action | Multiplayer | PvP | 👤 ELYLAND INVESTMENT...

60



 **Little Big Snake**

Multiplayer Slither Worm Arena

★★★★½ 6.3K

 Casual  |  Multiplayer   LittleBigSnake, Inc

Get

In-App Purchases

61





## Snake Slither Go Chase

Frontier Battler With Worm

★★★☆☆  1.4K

Get

In-App Purchases

🎁 Entertainment  |  Action  👤 Pham Luong



 

## Amaze Snake: Gradient io W...

Grow snakes & camera zoom gain

★★★★⯪ 561

▷ Racing | Entertainment 👤 Oleksandr Lushpihan





 **Worm.io - Snake & Worm IO...**

#1 IO Game, Worm Battle Arena

★★★★☆ 20K

Get

In-App Purchases

Simulation | Entertainment  Quyen Doan





# Idle Snake World - Evolution



Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K

Get

In-App Purchases



**✱ Action**    |    **Tycoon**    **Idle**    **Simulation**    **Evolution**





65











67





# Main Questionnaire (cont.)
# Test Group

Were you able to see the results clearly?

○ Yes

○ No

○ Don't know / unsure

> 

Powered by Dynata

70

Now you will be shown some of the apps from this search. Please review them as you normally would if you were considering downloading them from the app store. The first app will be called **APP A**. Please take as much time as you would like to review. There will be a brief delay before you can move forward in the survey.



**APP A**

> 

Powered by Dynata

**Were you able to see APP A clearly?**

○ Yes

○ No

○ Don't know / unsure

<div align="right">

`>`

</div>

Powered by Dynata

72

On the next page you will be shown images for **APPS B, C, D, and E** and asked some questions about them.

> 

Powered by Dynata

*Click any image to enlarge.*



| APP B | APP C | APP D | APP E |

Do you think any of **APPS B, C, D, or E** <u>are from the same company</u> that puts out **APP A**, the app you were shown first? *Click <u>here</u> to see APP A again.*

○ No

○ Yes

○ Don't know / no opinion

`>`

Powered by Dynata

74

*Click any image to enlarge.*

Below, please select which apps(s) you think <u>is/are from the same company</u> that puts out **APP A**, the app you were shown first. ***Click <u>here</u> to see APP A again.***



| APP B | APP C | APP D | APP E |

>

Powered by Dynata

75

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is from the same company</u> that puts out **APP A**. What makes you say that?
*Click **here** to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

`>`

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is from the same company</u> that puts out **APP A**. What makes you say that? *Click here to see APP A again.*

**(Please type in your response)**



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is from the same company</u> that puts out **APP A**. What makes you say that?
*Click here to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

>

**Click the image to enlarge.**



APP E

You indicated **APP E** is from the same company that puts out **APP A**. What makes you say that?
**Click _here_ to see APP A again.**

**(Please type in your response)**

[ text input area ]

☐ Don't know / no opinion

>

*Click any image to enlarge.*



| APP B | APP C | APP D | APP E |

Do you think any of **APPS B, C, D, or E** <u>are associated or affiliated with</u> **APP A's** company, the app you were shown first? *Click __here__ to see APP A again.*

- ○ No
- ○ Yes
- ○ Don't know / no opinion

>

Powered by Dynata

80

*Click any image to enlarge.*

Below, please select which app(s) you think <u>is/are associated or affiliated with</u> **APP A's** company, the app you were shown first. ***Click <u>here</u> to see APP A again.***



| APP B | APP C | APP D | APP E |

>

Powered by Dynata

81

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click here to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click **here** to see APP A again.*

**(Please type in your response)**



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? ***Click <u>here</u>*** to see APP A again.

*(Please type in your response)*



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

**(Please type in your response)**



☐ Don't know / no opinion

>

*Click any image to enlarge.*



| APP B | APP C | APP D | APP E |

Do you think any of **APPS B, C, D, or E** <u>are licensed or approved by</u> **APP A's** company, the app you were shown first? ***Click here*** to see APP A again.

○ No

○ Yes

○ Don't know / no opinion

>

*Click any image to enlarge.*

Below, please select which app(s) you think is/are licensed or approved by **APP A's** company, the app you were shown first. *Click here to see APP A again.*



| APP B | APP C | APP D | APP E |

Powered by Dynata

87

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click **here** to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? **Click _here_ to see APP A again.**

**(Please type in your response)**

☐ Don't know / no opinion

<div align="right">

> 

</div>

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? **Click *here* to see APP A again.**

*(Please type in your response)*



☐ Don't know / no opinion

<div style="text-align:right">

> 

</div>

*Click the image to enlarge.*



APP E

You indicated **APP E** is licensed or approved by **APP A's** company. What makes you say that? ***Click here** to see APP A again.*

**(Please type in your response)**



☐ Don't know / no opinion

>

# Main Questionnaire Control Group

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

93

We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

>

# Android Control Stimulus

  

## Sponsored





### Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★  ⊡ 10M+  **E** Everyone

Contains ads



**Install**

In-app purchases



### slither.io



**Install**

## Lowtech Studios

Contains ads

In-app purchases

3.9 ★

5M reviews ⓘ

500M+

Downloads

E

Everyone ⓘ

 200+

Playability anywhere

 200+    Smooth offline play

 300+    Unintuitive controls

Play online with people all over the world. Can YOU become the longest player?

Sponsored · **Related to your search**







Snake.io - Fun Snake .io Gam...

4.3 ★

Snake Clash!

4.4 ★

Worms Zone .io - Hungry Snake

4.2 ★

98

# Limited-time events

 PUBG MOBILE

Level Infinite • Action • Gun

4.3 ★     500M+

 CodyCross: Crossword Puz...

Fanatee, Inc. • Word • Crossword

4.7 ★     100M+

 Pixel Art - Color by Number

Easybrain • Puzzle • Coloring

4.4 ★    100M+    

 **Free Fire MAX**

Garena International I • Action

4.4 ★    ⤓ 500M+    

 **Harry Potter: Hogwarts Mys...**

Jam City, Inc. • Adventure

4.6 ★    ⤓ 50M+    ⬡ Editors' Choice    

# You might also like    →

   

100



My Little Pony:
Magic Princess

4.0 ★

Mini Metro

$0.99 

Learn Chess
with Dr. Wolf

4.7 ★

Bl

4.



Little Big Snake

ShockwaveLLC • Action

4.1 ★   ⬇ 10M+



Snake.io NETFLIX

Netflix, Inc. • Arcade • Action

4.5 ★   ⬇ 500K+

101



## Snake Rivals - Fun Snake G...

Supersolid • Action • IO game

4.3 ★    ⬇ 10M+





## Snake Clash!

Supercent, Inc. • Arcade • Action

4.4 ★    ⬇ 50M+





## Snake.io - Fun Snake .io Ga...

Kooapps Games | Fun Ar... • Action

4.3 ★    ⬇ 100M+





# Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★   ⤓ 500M+





# wormate.io

Oleksandr Godoba • Action

3.6 ★   ⤓ 10M+





# Agar.io

Miniclip.com • Action • IO game

3.8 ★   ⤓ 100M+





# Snaky Cat



Appxplore (iCandy) • Arcade

Coming soon   🏷 Reward





# Merge Snake !

Wuhan Weipai Network ... • Casual

4.5 ★   ⬇ 10M+





# SSSnaker

Habby • Casual • Role Playing

4.2 ★   ⬇ 5M+





# Slitherlink: Loop the Snake

Conceptis Ltd • Puzzle • Logic



4.6 ★  ⬇ 100K+



# Snake Towers

Set Snail  •  Arcade  •  Offline

4.3 ★  ⬇ 50K+



# Similar apps  →







Idle Shark World - Tycoo...

4.0 ★

hocus.

4.7 ★

Pocket Build

4.3 ★

M

$0

## Related searches

🔍  snake game 2023

🔍  snake game 2024

🔍  snake game 2021

snake zone

snake game 2020

Sponsored · Suggested for you



Factor_
Prepared Mea...

BitLife - Life
Simulator

Words With
Friends Word ...

Co
Re

4.4 ★

4.1 ★



### Slink.io - Snake Games

Apps2US Studios • Adventure

4.3 ★    ⊡ 50M+





### Worm Hunt - Snake game i...

Peaky Muzzle • Action • IO game

4.5 ★    ⊡ 10M+





### Wormax.io

Elyland • Action • IO game

4.6 ★    ⊡ 10M+





## Squad Busters

Supercell • Action • IO game

4.3 ★    ⊡ 10M+



## Hungry Shark Evolution

Ubisoft Entertainment • Action

4.5 ★    ⊡ 500M+    



## Sneak Snake-Slither Worm ...

Hippo Lab • Action • IO game

4.2 ★    ⊡ 1M+



## Paper io 2



VOODOO • Arcade • Action

3.7 ★  ⬇ 100M+



Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★  ⬇ 10M+



Crossy Road

HIPSTER WHALE • Action

4.5 ★  ⬇ 100M+



8 Ball Pool






Games

Apps

Search

Offers

Books

>

Powered by Dynata

111

# Apple Control Stimulus







**slither.io**

Multiplayer slithering game

★★★★☆  224K

Get

In-App Purchases

**#30** in Action    |    Multiplayer    Simulation    Entertainment







 ### Snake.io - Fun Online Snake
New Battle Royale Snake Games

★★★★⯪ 368K

**Get**

In-App Purchases

**#6** in Strategy  |  Multiplayer   Entertainment   Leaderboard

## HAPPENING NOW







★ ★ ★ ★ ½ 2.2M

In-App Purchases

**#9** in Action    |    👤 Voodoo






# Agar.io

**Play with friends online**

Get

★★★★½ 216K

In-App Purchases

☀ Action    |    Multiplayer    Entertainment    👤 Miniclip.com







# worms2one.io - Hungry Snake

Grow worms 2 eat every slither

★★★★⯪ 37K

Get

In-App Purchases

✹ Action   |   Entertainment   Casual





# wormate.io

Online snake game

Get



★★★★☆ 30K

In-App Purchases

☀ Action  |  Multiplayer  👤 Oleksandr Godoba





## Snake Clash!

Grow to Eat! Snake Battle Game

★★★★★ 247K



Get

In-App Purchases

120

**#26** in Simulation  |  Multiplayer  |  Supercent, Inc.









# Worm Hunt: Slither snake are...

Grow Big Beast in Battle zone

★★★★☆ 830

 Get

In-App Purchases

 Action   |   Leaderboard     Casual     Peaky Muzzle



# Snake Rivals - io Snakes Ga...

Slither & worm snake io game

Get

★★★★★ 19K

In-App Purchases

✳ Action  |  Multiplayer  Battle Royale  PvP  Casual





**Snake Battle - Snake Game**

Multiplayer slithering games

★★★★★ 5.1K


Get

In-App Purchases

123

♟ Board   |   Multiplayer   👤 Duozr Technology Co.,Ltd





# Wormax.io

Survive in PvP slither game!

★★★★☆ 4.2K

Get

In-App Purchases

✳ Action   |   Multiplayer   PvP    ELYLAND INVESTMENT...



 **Little Big Snake**

Multiplayer Slither Worm Arena

★★★★⯪ 6.3K

**Get**

In-App Purchases

 Casual  |  Multiplayer    LittleBigSnake, Inc

125





## Snake Slither Go Chase

Frontier Battler With Worm

★★★☆☆ 1.4K

Get

In-App Purchases

🏛 Entertainment | Action 👤 Pham Luong







## Amaze Snake: Gradient io W...

Grow snakes & camera zoom gain

★★★★⯨ 561

**Get**

In-App Purchases

🏁 Racing  |  Entertainment   Oleksandr Lushpihan







# Worm.io - Snake & Worm IO...

#1 IO Game, Worm Battle Arena

★★★★☆ 20K

Get

In-App Purchases

Simulation | Entertainment | Quyen Doan





# Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

 ★ ★ ★ ★ ★  1.1K



**Get**

In-App Purchases

✳ Action  |  Tycoon  Idle  Simulation  Evolution

  

129





## Slide.io - Free Style Games

Can you kill all other colors?

★★★★½  23K

**Get**

In-App Purchases

 Casual | Multiplayer    Akbari Bhaveshbhai











# diep.io

Action

★★★★☆ 20K

Get

☀ Action | Simulation    Entertainment    👤 VexxusArts Ltd





### Pixel Sword Fish io

Evolve and dominate! Have fun!

Get

Today     Games     Apps     Arcade     Search

# Main Questionnaire (cont.) Control Group

Were you able to see the results clearly?

○ No

○ Yes

○ Don't know / unsure

<div align="right">

**>**

</div>

Powered by Dynata

Now you will be shown some of the apps from this search. Please review them as you normally would if you were considering downloading them from the app store. The first app will be called **APP A**. Please take as much time as you would like to review. There will be a brief delay before you can move forward in the survey.



**APP A**

---

> 

Powered by Dynata

Were you able to see **APP A** clearly?

○ No

○ Yes

○ Don't know / unsure

> `>`

Powered by Dynata

On the next page you will be shown images for **APPS B, C, D, and E** and asked some questions about them.

>

Powered by Dynata

*Click any image to enlarge.*



Do you think any of **APPS B, C, D, or E** <u>are from the same company</u> that puts out **APP A**, the app you were shown first? ***Click here to see APP A again.***

○ Yes
○ No
○ Don't know / no opinion

>

*Click any image to enlarge.*

Below, please select which apps(s) you think is/are from the same company that puts out **APP A**, the app you were shown first. *Click here to see APP A again.*



| APP B | APP C | APP D | APP E |

> 

Powered by Dynata

*Click the image to enlarge.*



APP B

You indicated **APP B** is from the same company that puts out **APP A**. What makes you say that? **Click *here*** to see APP A again.

**(Please type in your response)**

☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP C

You indicated **APP C** is from the same company that puts out **APP A**. What makes you say that?
*Click here to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP D

You indicated **APP D** is from the same company that puts out **APP A**. What makes you say that? *Click here to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

\>

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is from the same company</u> that puts out **APP A**. What makes you say that?
**Click _here_** to see APP A again.

**(Please type in your response)**

[ text input box ]

☐ Don't know / no opinion

<div align="right">

**>**

</div>

*Click any image to enlarge.*



Do you think any of **APPS B, C, D, or E** <u>are associated or affiliated with</u> **APP A's** company, the app you were shown first? ***Click <u>here</u> to see APP A again.***

○ Yes

○ No

○ Don't know / no opinion

---

<div style="text-align:right">

` > `

</div>

*Click any image to enlarge.*

Below, please select which app(s) you think <u>is/are associated or affiliated with</u> **APP A's** company, the app you were shown first. ***Click <u>here</u> to see APP A again.***



| APP B | APP C | APP D | APP E |

>

Powered by Dynata

145

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? **Click *here*** to see APP A again.

**(Please type in your response)**



☐ Don't know / no opinion

<div align="right">

> 

</div>

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click **here** to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

**(Please type in your response)**



☐ Don't know / no opinion

**Click the image to enlarge.**



APP E

You indicated **APP E** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? **Click _here_ to see APP A again.**

**(Please type in your response)**



☐ Don't know / no opinion

>

*Click any image to enlarge.*



| APP B | APP C | APP D | APP E |

Do you think any of **APPS B, C, D, or E** <u>are licensed or approved by</u> **APP A's** company, the app you were shown first? ***Click here to see APP A again.***

○ Yes

○ No

○ Don't know / no opinion

<div align="right">></div>

*Powered by Dynata*

*Click any image to enlarge.*

Below, please select which app(s) you think <u>is/are licensed or approved</u> by **APP A's** company, the app you were shown first. *Click here to see APP A again.*



| APP B | APP C | APP D | APP E |

---

<button>></button>

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? **Click _here_** to see APP A again.

**(Please type in your response)**



☐ Don't know / no opinion

<div align="right">

<span style="background-color:#8faa4f;color:white;"> **>** </span>

</div>

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click here to see APP A again.*

*(Please type in your response)*



☐ Don't know / no opinion

>

**Click the image to enlarge.**



APP D

You indicated **APP D** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? **Click _here_** to see APP A again.

**(Please type in your response)**



☐ Don't know / no opinion

**>**

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? **Click *here*** to see APP A again.

**(Please type in your response)**

☐ Don't know / no opinion

<button>></button>

# Final Screener

We have just a few final questions for you.

> 

Powered by Dynata

157

Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?

*(Select one response per item)*

| | Yes | No | Don't know / unsure |
|---|---|---|---|
| Board games | ○ | ○ | ○ |
| Gaming | ○ | ○ | ○ |
| Apps | ○ | ○ | ○ |
| Video games | ○ | ○ | ○ |
| Smartphones | ○ | ○ | ○ |
| Podcasts | ○ | ○ | ○ |

>

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

- ☐ A company that makes or produces podcasts
- ☐ A company that makes or produces apps
- ☐ A company that makes or produces a television show or series
- ☐ A company that makes or produces smartphones
- ☐ A market research or advertising company
- ☐ A museum
- ☐ None of these
- ☐ Don't know / unsure

<div align="right">></div>

# Logo Survey
## Mobile Screenshots

# Screener
# All Respondents

Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.



Powered by Dynata

162

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

> 

Powered by Dynata

163

What device are you using to complete this survey?

○ Desktop computer

○ Laptop computer

○ Tablet computer

○ Mobile phone or cell phone

○ Other

>

Powered by Dynata

Please verify that you are human.

I'm not a robot

reCAPTCHA
Privacy - Terms

>

Powered by Dynata

Are you a parent of any children under 18?

O  Yes

O  No

---

>

Powered by Dynata

What age range is your child? If you have multiple children, select all that apply.

- [ ] Under 7 years old
- [ ] 7 – 12 years
- [ ] 13 – 15 years
- [ ] 16 – 17 years

> 

Powered by Dynata

167

We have a brief survey that we would like a teenager (ages 13 - 17) to answer about their online activities. Is a teenager (ages 13 - 17) living in your household available to participate in this survey?

○ Yes, I will allow the 13 - 17-year-old to participate in this survey with my supervision

○ No, I will not allow the 13 - 17-year-old to participate in this survey

○ The 13 - 17-year-old is not available to participate right now

> 

Powered by Dynata

168

# Screener
# Teen 13-17 Years

Please **only observe** the teenager between 13 - 17 years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.



Powered by Dynata

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

[ > ]

Powered by Dynata

# Screener
# No Teen 13-17 years

Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

>

Powered by Dynata

# Screener (cont.)
# All Respondents

## Are you...?

○ Male

○ Female

○ Non-binary

○ Other

○ Prefer not to answer

---

[ > ]

Powered by Dynata

Please select your age.

-- Select -- ⌄

\>

Powered by Dynata

Please select from the following:

O  I currently live in the United States

O  I currently live outside of the United States

O  Prefer not to answer

---

>

Powered by Dynata

Please enter your zip code.

>

Powered by Dynata

In which state do you currently reside?

-- Select --

>

Powered by Dynata

Please indicate which brand(s) of **smartphone(s)** you currently own and use.

*(Select all that apply)*

☐ ZTE

☐ Huawei

☐ Motorola

☐ Apple

☐ LG

☐ Google

☐ Samsung

☐ OnePlus

☐ Nokia

☐ Drexel

☐ Other *(Please specify)*　[＿＿＿＿＿＿]

☐ I do not own or use a smartphone

☐ Don't know / unsure

>

Please indicate which brand of smartphone you use <u>most often</u>.

○ ZTE

○ Huawei

○ Motorola

○ Apple

○ LG

○ Google

○ Samsung

○ OnePlus

○ Nokia

○ Don't know / unsure

<div style="text-align:center">

**>**

</div>

Powered by Dynata

Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

*(Select all that apply)*

☐ Games

☐ Shopping

☐ Transit

☐ Sports

☐ Messaging

☐ Banking

☐ Fitness

☐ Entertainment

☐ News

☐ Social media

☐ None of these

☐ Don't know / unsure

>

Powered by Dynata

Which of the following <u>types of games or entertainment apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

*(Select all that apply)*

☐ Trivia

☐ Sports

☐ Shooter

☐ Cards

☐ Strategy

☐ Arcade-style

☐ Action

☐ Casual / hypercasual

☐ Puzzles

☐ Adventure

☐ Driving / racing

☐ Other *(Please specify)* [                    ]

☐ Don't know / unsure

> 

183

Which of the following <u>types of apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

*(Select all that apply)*

☐ Games

☐ Shopping

☐ Transit

☐ Sports

☐ Messaging

☐ Banking

☐ Fitness

☐ Entertainment

☐ News

☐ Social media

☐ None of these

☐ Don't know / unsure

> 

Powered by Dynata

184

Which of the following <u>types of games or entertainment apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

*(Select all that apply)*

☐ Trivia

☐ Sports

☐ Shooter

☐ Cards

☐ Strategy

☐ Arcade-style

☐ Action

☐ Casual / hypercasual

☐ Puzzles

☐ Adventure

☐ Driving / racing

☐ Other *(Please specify)*  [                    ]

☐ Don't know / unsure

> 

Powered by Dynata

185

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per item)*

| | More than 5 times each week | 5 times each week | 4 times each week | 3 times each week | 2 times each week |
|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | ○ | ○ | ○ | ○ | ○ |
| Engage in strenuous activity for 30 minutes or more | ○ | ○ | ○ | ○ | ○ |
| Please select 4 times each week for this item | ○ | ○ | ○ | ○ | ○ |
| Watch a full-length movie | ○ | ○ | ○ | ○ | ○ |
| Go out to eat in a restaurant | ○ | ○ | ○ | ○ | ○ |

186

>

Powered by Dynata

# Main Questionnaire Test Group

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

189

We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

> 

Powered by Dynata

190

# Android Test Stimulus



**Sponsored**

**Little Big Snake**
ShockwaveLLC • Action
*Conquer the arena, survive.*
4.1★  ⬇ 10M+  E Everyone
Contains ads

**Install**
In-app purchases

**slither.io**
Lowtech Studios
Contains ads

**Install**
In-app purchases

| 3.9★ | 500M+ | E |
|------|-------|---|
| 5M reviews ⓘ | Downloads | Everyone ⓘ |

**200+**

**Playability anywhere**

**200+** Smooth offline play

**300+** Unintuitive controls

Play online with people all over the world! Can YOU become the longest player?

**Sponsored · Related to your search**





192



Snake.io - Fun
Snake .io Gam...
4.3 ★

Snake Clash!
4.4 ★



Worms Zone .io
– Hungry Snake
4.2 ★

Sr
Sr
4.

## Limited-time events



### PUBG MOBILE
Level Infinite • Action • Gun
4.3 ★    ⤓ 500M+    ♛



### CodyCross: Crossword Puz...
Fanatee, Inc. • Word • Crossword
4.7 ★    ⤓ 100M+    ♛



### Pixel Art - Color by Number
Easybrain • Puzzle • Coloring
4.4 ★    ⤓ 100M+    🎀



### Free Fire MAX
Garena International I • Action
4.4 ★    ⤓ 500M+

### Harry Potter: Hogwarts Mys...
Jam City, Inc. • Adventure
4.6 ★    ⤓ 50M+    ♛ Editors' Choice

## You might also like    →



My Little Pony:
Magic Princess



Mini Metro



Learn Chess
with Dr. Wolf



Bl

 Little Big Snake
ShockwaveLLC • Action
4.1★   ⊡ 10M+


 Snake.io NETFLIX
Netflix, Inc. • Arcade • Action
4.5★   ⊡ 500K+


 Snake Rivals - Fun Snake G...
Supersolid • Action • IO game
4.3★   ⊡ 10M+


 Snake Clash!
Supercent, Inc. • Arcade • Action
4.4★   ⊡ 50M+


 Snake.io - Fun Snake .io Ga...
Kooapps Games | Fun Ar... • Action
4.3★   ⊡ 100M+


 Worms Zone .io - Hungry S...
CASUAL AZUR GAMES • Action
4.2★   ⊡ 500M+


 wormate.io
Oleksandr Godoba • Action
3.6★   ⊡ 10M+


 Agar.io
Miniclip.com • Action • IO game
3.8★   ⊡ 100M+


 Snaky Cat

194

 Appxplore (iCandy) • Arcade
Coming soon 🏷 Reward

 **Merge Snake !**
Wuhan Weipai Network ... • Casual
4.5★    ⬇ 10M+    

 **SSSnaker**
Habby • Casual • Role Playing
4.2★    ⬇ 5M+    

 **Slitherlink: Loop the Snake**
Conceptis Ltd. • Puzzle • Logic
4.6★    ⬇ 100K+    

 **Snake Towers**
Set Snail • Arcade • Offline
4.3★    ⬇ 50K+

## Similar apps    →

        

Idle Shark
World - Tycoo...        hocus.              Pocket Build        M
4.0★                    4.7★  🎏             4.3★                $0

## Related searches

🔍    snake game 2023

🔍    snake game 2024

195

snake game 2021

 snake zone

 snake game 2020

Sponsored · **Suggested for you**






Factor_
Prepared Mea...
4.6 ★

BitLife - Life
Simulator
4.4 ★

Words With
Friends Word ...
4.1 ★

C
R
4.

 **Slink.io - Snake Games**
Apps2US Studios · Adventure
4.3 ★   ⬇ 50M+


 **Worm Hunt - Snake game i...**
Peaky Muzzle · Action · IO game
4.5 ★   ⬇ 10M+

 **Wormax.io**
Elyland · Action · IO game
4.6 ★   ⬇ 10M+

 **Squad Busters**
Supercell · Action · IO game
4.3 ★   ⬇ 10M+


 **Hungry Shark Evolution**
Ubisoft Entertainment · Action


196



Sneak Snake-Slither Worm ...
Hippo Lab • Action • IO game
4.2 ★   ⬇ 1M+

Paper.io 2
VOODOO • Arcade • Action
3.7 ★   ⬇ 100M+

Tangled Snakes
Popcore Games • Puzzle • Logic
4.2 ★   ⬇ 10M+

Crossy Road
HIPSTER WHALE • Action
4.5 ★   ⬇ 100M+

8 Ball Pool

Games    Apps    Search    Offers    Books

>

Powered by Dynata

Apple Test Stimulus

12:05

Search

Cancel

### All in Hole
Ad Puzzle Match with a Black Hole
★★★★★ 11K

Get

In-App Purchases

#50 in Puzzle | Entertainment Casual 🎮 HOMA GAMES



### slither.io

Multiplayer slithering game
★★★★☆ 224K

Get

In-App Purchases

#30 in Action | Multiplayer Simulation Entertainment



### Snake.io - Fun Online Snake

New Battle Royale Snake Games
★★★★★ 368K

Get

In-App Purchases

#6 in Strategy | Multiplayer Entertainment Leaderboard

199



COMPETITION
**Snake Games: Lunar Party #2**
Ready to party? Let's welcome the New Year!



**Snake.io - Fun Online Snake**
New Battle Royale Snake Games

Get

In-App Purchases

**Paper.io 2**
Conquer the entire territory!
★★★★½ 2.2M

Get

In-App Purchases

#9 in Action | 🎮 Voodoo







**Agar.io**
Play with friends online
★★★★½ 216K

Get

In-App Purchases

❄️ Action | Multiplayer Entertainment | 🎮 Miniclip.com





**MANY DIFFERENT SKINS!**



**WormsZone.io - Hungry Snake**
Grow worms 2 eat every slither
★★★★⯪ 37K

**Get**

In-App Purchases

☀ Action | Entertainment  Casual



**wormate.io**
Online snake game
★★★★☆ 30K

**Get**

In-App Purchases

☀ Action | Multiplayer | 🖻 Oleksandr Godoba



**Snake Clash!**
Grow to Eat! Snake Battle Game
★★★★★ 247K

**Get**

In-App Purchases

**#26** in Simulation | Multiplayer | 🖻 Supercent, Inc.

201







 **Worm Hunt: slither snake are...**
Grow Big Beast in Battle zone
★★★★☆ 830

**Get**

In-App Purchases

☀ Action | Leaderboard   Casual   🖼 Peaky Muzzle



 **Snake Rivals - io Snakes Ga...**
Slither & worm arena io game
★★★★★ 19K

**Get**

In-App Purchases

☀ Action | Multiplayer   Battle Royale   PvP   Casual



202

**Snake Battle - Snake Game**
Multiplayer slithering games

**Get**

★★★★★ 5.1K

In-App Purchases

♙ Board  |  Multiplayer   ⬚ Duozr Technology Co.,Ltd



 **Wormax.io**

Survive in PvP slither game!

★★★★★ 4.2K

**Get**

In-App Purchases

☀ Action  |  Multiplayer  PvP   ⬚ ELYLAND INVESTMENT…



 **Little Big Snake**

Multiplayer Slither Worm Arena

★★★★★ 6.3K

**Get**

In-App Purchases

♙ Casual  |  Multiplayer   ⬚ LittleBigSnake, Inc



203

### Snake Slither Go Chase
Frontier Battler With Worm

★★★½☆ 1.4K

Get

In-App Purchases

🎭 Entertainment | Action  👤 Pham Luong



### Amaze Snake: Gradient io W...
Grow snakes & camera zoom gain

★★★★½ 561

**Get**

In-App Purchases

🏁 Racing | Entertainment  👤 Oleksandr Lushpihan



### Worm.io - Snake & Worm IO...
#1 IO Game, Worm Battle Arena

★★★★☆ 20K

**Get**

In-App Purchases

🎲 Simulation | Entertainment  👤 Quyen Doan



204

### Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K

**Get**

In-App Purchases

☀ Action | Tycoon  Idle  Simulation  Evolution

  

### Slide.io - Free Style Games

Can you kill all other colors?

★★★★½ 23K

**Get**

In-App Purchases

♟ Casual | Multiplayer  🖼 Akbari Bhaveshbhai

  

### diep.io

Action

★★★★☆ 20K

**Get**

☀ Action | Simulation  Entertainment  🖼 VexxusArts Ltd

205

Awesome Tank Battles!



**Pixel Sword Fish io**
Evolve and dominate! Have fun!

Get

Today    Games    Apps    Arcade    **Search**

\>

Powered by Dynata

# Main Questionnaire (cont.)
# Test Group

Were you able to see the results clearly?

O  No

O  Yes

O  Don't know / unsure

---

> 

Powered by Dynata

Now you will be shown some of the apps from this search. Please review them as you normally would if you were considering downloading them from the app store. The first app will be called **APP A**. Please take as much time as you would like to review. There will be a brief delay before you can move forward in the survey.



**APP A**

> 

Powered by Dynata

209

Were you able to see **APP A** clearly?

○ Yes

○ No

○ Don't know / unsure

---

>

Powered by Dynata

On the next page you will be shown images for **APPS B, C, D, and E** and asked some questions about them.



Powered by Dynata

*Click any image to enlarge.*



Do you think any of **APPS B, C, D, or E** <u>are from the same company</u> that puts out **APP A**, the app you were shown first?
***Click <u>here</u> to see APP A again.***

○  Yes

○  No

○  Don't know / no opinion



212

*Click any image to enlarge.*

Below, please select which apps(s) you think
is/are from the same company that puts out
**APP A**, the app you were shown first.
***Click here to see APP A again.***



APP B                    APP C

APP D                    APP E



*Click the image to enlarge.*



APP B

You indicated **APP B** is from the same company that puts out **APP A**. What makes you say that? ***Click here to see APP A again.***

*(Please type in your response)*

[ ] Don't know / no opinion

>

Powered by Dynata

214

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is from the same company</u> that puts out **APP A**. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> 

Powered by Dynata

215

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is from the same company</u> that puts out **APP A**. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

[ ] Don't know / no opinion

> 

Powered by Dynata

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is from the same company</u> that puts out **APP A**. What makes you say that? ***Click <u>here</u> to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

> 

Powered by Dynata

217

*Click any image to enlarge.*



Do you think any of **APPS B, C, D, or E** <u>are associated or affiliated with</u> **APP A's** company, the app you were shown first?
***Click <u>here</u> to see APP A again.***

○  Yes

○  No

○  Don't know / no opinion



*Click any image to enlarge.*

Below, please select which app(s) you think <u>is/are</u> <u>associated or affiliated with</u> **APP A's** company, the app you were shown first.
*Click <u>here</u> to see APP A again.*



APP B          APP C

APP D          APP E



*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP C

You indicated **APP C** is associated or affiliated with **APP A's** company. What makes you say that? *Click here to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> 

Powered by Dynata

221

*Click the image to enlarge.*



APP D

You indicated **APP D** is associated or affiliated with **APP A's** company. What makes you say that? ***Click here to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? ***Click <u>here</u> to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

> 

Powered by Dynata

223

*Click any image to enlarge.*



Do you think any of **APPS B, C, D, or E** <u>are licensed or approved by</u> **APP A's** company, the app you were shown first?
***Click <u>here</u> to see APP A again.***

○   Yes

○   No

○   Don't know / no opinion

> 

Powered by Dynata

*Click any image to enlarge.*

Below, please select which app(s) you think is/are licensed or approved by **APP A's** company, the app you were shown first.

***Click here to see APP A again.***



APP B

APP C

APP D

APP E



Powered by Dynata

225

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> 

Powered by Dynata

226

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

Don't know / no opinion

>

Powered by Dynata

227

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

>

Powered by Dynata

228

*Click the image to enlarge.*



APP E

You indicated **APP E** is licensed or approved by **APP A's** company. What makes you say that? *Click here to see APP A again.*

*(Please type in your response)*

[ ] Don't know / no opinion

>

Powered by Dynata

229

# Main Questionnaire Control Group

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

>

Powered by Dynata

232

# Android Control Stimulus

Sponsored                                    ⋮



## Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★  ⊡ 10M+  **E** Everyone

Contains ads



**Install**

In-app purchases

---



## slither.io

Lowtech Studios

Contains ads



**Install**

In-app purchases

| 3.9★ | 500M+ | **E** |
|---|---|---|
| 5M reviews ⓘ | Downloads | Everyone ⓘ |

| 👥 200+ | 👥 200+ Smooth offline play |
|---|---|
| **Playability anywhere** | 👥 300+ Unintuitive controls |

Play online with people all over the world! Can YOU become the longest player?

---

Sponsored · ## Related to your search    ⋮



Snake.io - Fun          Snake Clash!          Worms Zone .io    Sn

234

## Limited-time events

 **PUBG MOBILE**
Level Infinite • Action • Gun
4.3 ★   ⬇ 500M+ 

 **CodyCross: Crossword Puz...**
Fanatee, Inc. • Word • Crossword
4.7 ★   ⬇ 100M+ 

 **Pixel Art - Color by Number**
Easybrain • Puzzle • Coloring
4.4 ★   ⬇ 100M+ 

 **Free Fire MAX**
Garena International I • Action
4.4 ★   ⬇ 500M+

 **Harry Potter: Hogwarts Mys...**
Jam City, Inc. • Adventure
4.6 ★   ⬇ 50M+   ☺ Editors' Choice

## You might also like   →


My Little Pony: Magic Princess
4.0 ★


Mini Metro
$0.99


Learn Chess with Dr. Wolf
4.7 ★


Bl...
4.

235

 Little Big Snake
ShockwaveLLC • Action
4.1★   ⤓ 10M+



 Snake.io NETFLIX
Netflix, Inc. • Arcade • Action
4.5★   ⤓ 500K+



 Snake Rivals - Fun Snake G...
Supersolid • Action • IO game
4.3★   ⤓ 10M+



 Snake Clash!
Supercent, Inc. • Arcade • Action
4.4★   ⤓ 50M+



 Snake.io - Fun Snake .io Ga...
Kooapps Games | Fun Ar... • Action
4.3★   ⤓ 100M+



 Worms Zone .io - Hungry S...
CASUAL AZUR GAMES • Action
4.2★   ⤓ 500M+



 wormate.io
Oleksandr Godoba • Action
3.6★   ⤓ 10M+



 Agar.io
Miniclip.com • Action • IO game
3.8★   ⤓ 100M+



 Snaky Cat
Appxplore (iCandy) • Arcade
Coming soon   🏷 Reward

236



### Merge Snake?
Wuhan Weipai Network ... • Casual
4.5★   ⬇ 10M+




### SSSnaker
Habby • Casual • Role Playing
4.2★   ⬇ 5M+




### Slitherlink: Loop the Snake
Conceptis Ltd. • Puzzle • Logic
4.6★   ⬇ 100K+


### Snake Towers
Set Snail • Arcade • Offline
4.3★   ⬇ 50K+


## Similar apps                                    →







Idle Shark
World - Tycoo...
4.0★

hocus.
4.7★   ▨

Pocket Build
4.3★

M
$(

## Related searches

🔍   snake game 2023

🔍   snake game 2024

🔍   snake game 2021

237

🔍  snake zone

🔍  snake game 2020

Sponsored · **Suggested for you**                    ⋮







Factor_          BitLife - Life      Words With        C
Prepared Mea...  Simulator          Friends Word ...   R
4.6 ★            4.4 ★              4.1 ★              4

  **Slink.io - Snake Games**                 
             Apps2US Studios • Adventure
             4.3 ★   ⊡ 50M+

  **Worm Hunt - Snake game i...**            
             Peaky Muzzle • Action • IO game
             4.5 ★   ⊡ 10M+

  **Wormax.io**                              
             Elyland • Action • IO game
             4.6 ★   ⊡ 10M+

  **Squad Busters**                         
             Supercell • Action • IO game
             4.3 ★   ⊡ 10M+

  **Hungry Shark Evolution**                
             Ubisoft Entertainment • Action
             4.5 ★   ⊡ 500M+   🧧



Sneak Snake–Slither Worm …

Hippo Lab • Action • IO game

4.2 ★   ⬇ 1M+

Paper.io 2

VOODOO • Arcade • Action

3.7 ★   ⬇ 100M+

Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★   ⬇ 10M+

Crossy Road

HIPSTER WHALE • Action

4.5 ★   ⬇ 100M+

8 Ball Pool

Games    Apps    Search    Offers    Books

>

Powered by Dynata

239

# Apple Control Stimulus

12:05 🔕

📶 📶 🔋 7⁴

🔍 _____ ⊗     Cancel



**All in Hole**
`Ad`  Puzzle Match with a Black Hole
★★★★★ 11K

Get

In-App Purchases

#50 in Puzzle  |  Entertainment  Casual  📱 HOMA GAMES



**slither.io**
Multiplayer slithering game
★★★★☆ 224K

Get

In-App Purchases

#30 in Action  |  Multiplayer  Simulation  Entertainment



**Snake.io - Fun Online Snake**
New Battle Royale Snake Games
★★★★⯪ 368K

Get

In-App Purchases

241



**COMPETITION**
Snake Games: Lunar Party #2
Ready to party? Let's welcome the New Year!

Snake.io - Fun Online Snake
New Battle Royale Snake Games

Get

In-App Purchases



**Paper.io 2**
Conquer the entire territory!
★★★★⯪ 2.2M

Get

In-App Purchases

#9 in Action |  Voodoo



 **Agar.io**
Play with friends online
★★★★⯪ 216K

Get

In-App Purchases

 Action | Multiplayer Entertainment | Miniclip.com

242





**MANY DIFFERENT SKINS!**



### WormsZone.io - Hungry Snake

Grow worms 2 eat every slither

★★★★½ 37K

Get

In-App Purchases

☀ Action  |  Entertainment  |  Casual



### wormate.io

Online snake game

★★★★☆ 30K

Get

In-App Purchases

☀ Action  |  Multiplayer  |  👤 Oleksandr Godoba



### Snake Clash!

Grow to Eat! Snake Battle Game

★★★★★ 247K

Get

In-App Purchases

#26 in Simulation  |  Multiplayer  |  👤 Supercent, Inc.

243







 Worm Hunt: slither snake are...

Grow Big Beast in Battle zone

★★★★☆ 830

Get

In-App Purchases

☀ Action  |  Leaderboard   Casual   📷 Peaky Muzzle



Snake Rivals - io Snakes Ga...

Slither & worm arena io game

★★★★★ 19K

Get

In-App Purchases

☀ Action  |  Multiplayer   Battle Royale   PvP   Casual



244

Snake Battle - Snake Game

Get

Multiplayer slithering games

★★★ 5.1K                                In-App Purchases

🎖 Board  |  Multiplayer   ▣ Duozr Technology Co.,Ltd





### Wormax.io
Survive in PvP slither game!
★★★★★ 4.2K

**Get**

In-App Purchases

☀ Action  |  Multiplayer   PvP   ▣ ELYLAND INVESTMENT…





### Little Big Snake
Multiplayer Slither Worm Arena
★★★★★ 6.3K

**Get**

In-App Purchases


♟ Casual  |  Multiplayer   ▣ LittleBigSnake, Inc



245

Snake Slither Go Chase

### Snake Slither Go Chase

★★★☆☆ 1.4K

🎮 Entertainment | Action   👤 Pham Luong



### Amaze Snake: Gradient io W...

Grow snakes & camera zoom gain

★★★★⯪ 561

⚄ Racing | Entertainment   👤 Oleksandr Lushpihan



### Worm.io - Snake & Worm IO...

#1 IO Game, Worm Battle Arena

★★★★☆ 20K

🐌 Simulation | Entertainment   👤 Quyen Doan



Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K

**Get**

In-App Purchases

☀ Action | Tycoon Idle Simulation Evolution

  



### Slide.io - Free Style Games

Can you kill all other colors?

★★★★⯪ 23K

**Get**

In-App Purchases

👥 Casual | Multiplayer 🖻 Akbari Bhaveshbhai

  



### diep.io

Action

★★★★☆ 20K

**Get**

☀ Action | Simulation Entertainment 🖻 VexxusArts Ltd

247



**Pixel Sword Fish io**

Evolve and dominate! Have fun!

**Get**

Today    Games    Apps    Arcade    Search

Powered by Dynata

>

# Main Questionnaire (cont.)
# Control Group

Were you able to see the results clearly?

○  No

○  Yes

○  Don't know / unsure

---

> 

Powered by Dynata

Now you will be shown some of the apps from this search. Please review them as you normally would if you were considering downloading them from the app store. The first app will be called **APP A**. Please take as much time as you would like to review. There will be a brief delay before you can move forward in the survey.



**APP A**

> 

Powered by Dynata

251

Were you able to see **APP A** clearly?

○  No

○  Yes

○  Don't know / unsure

---

> 

Powered by Dynata

On the next page you will be shown images for **APPS B, C, D, and E** and asked some questions about them.



Powered by Dynata

*Click any image to enlarge.*



Do you think any of **APPS B, C, D, or E** <u>are from the same company</u> that puts out **APP A**, the app you were shown first?

***Click <u>here</u> to see APP A again.***

○  Yes

○  No

○  Don't know / no opinion

> 

254

*Click any image to enlarge.*

Below, please select which apps(s) you think
is/are from the same company that puts out
**APP A**, the app you were shown first.
*Click here to see APP A again.*



APP B        APP C

APP D        APP E

>

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is from the same company</u> that puts out **APP A**. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> \>

*Click the image to enlarge.*



APP C

You indicated **APP C** is from the same company that puts out **APP A**. What makes you say that? ***Click here to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

\>

Powered by Dynata



APP D

You indicated **APP D** <u>is from the same company</u> that puts out **APP A**. What makes you say that? ***Click <u>here</u> to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

>

*Click the image to enlarge.*



APP E

You indicated **APP E** is from the same company that puts out **APP A**. What makes you say that? ***Click here to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

\>



Do you think any of **APPS B, C, D, or E** <u>are</u> <u>associated or affiliated with</u> **APP A's** company, the app you were shown first?
***Click <u>here</u> to see APP A again.***

O   Yes

O   No

O   Don't know / no opinion

>

*Click any image to enlarge.*

Below, please select which app(s) you think <u>is/are</u> <u>associated or affiliated with</u> **APP A's** company, the app you were shown first.

**Click <u>here</u> to see APP A again.**



APP B          APP C

APP D          APP E



Powered by Dynata

261

*Click the image to enlarge.*



APP B

You indicated **APP B** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

>

Powered by Dynata

*Click the image to enlarge.*



APP C

You indicated **APP C** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> >

Powered by Dynata

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? ***Click <u>here</u> to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

\> 

Powered by Dynata

264

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is associated or affiliated with</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> >

Powered by Dynata

265

*Click any image to enlarge.*



APP B          APP C

APP D          APP E

Do you think any of **APPS B, C, D, or E** are licensed or approved by **APP A's** company, the app you were shown first?
***Click here to see APP A again.***

○ Yes

○ No

○ Don't know / no opinion



266

*Click any image to enlarge.*

Below, please select which app(s) you think is/are licensed or approved by **APP A's** company, the app you were shown first.

***Click here to see APP A again.***



---



*Click the image to enlarge.*



APP B

You indicated **APP B** is licensed or approved by **APP A's** company. What makes you say that? ***Click here to see APP A again.***

*(Please type in your response)*

☐ Don't know / no opinion

> >

*Click the image to enlarge.*



APP C

You indicated **APP C** is licensed or approved by **APP A's** company. What makes you say that? *Click here to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

> >

Powered by Dynata

269

*Click the image to enlarge.*



APP D

You indicated **APP D** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

☐ Don't know / no opinion

>

Powered by Dynata

270

*Click the image to enlarge.*



APP E

You indicated **APP E** <u>is licensed or approved by</u> **APP A's** company. What makes you say that? *Click <u>here</u> to see APP A again.*

*(Please type in your response)*

[ ]

☐ Don't know / no opinion

> 

Powered by Dynata

271

# Final Screener

We have just a few final questions for you.



Powered by Dynata

Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?

*(Select one response per item)*

|  | Yes | No | Don't know / unsure |
|---|:---:|:---:|:---:|
| Gaming | O | O | O |
| Board games | O | O | O |
| Podcasts | O | O | O |
| Video games | O | O | O |
| Smartphones | O | O | O |
| Apps | O | O | O |

> 

Powered by Dynata

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

☐ A company that makes or produces apps

☐ A company that makes or produces smartphones

☐ A market research or advertising company

☐ A company that makes or produces podcasts

☐ A company that makes or produces a television show or series

☐ A museum

☐ None of these

☐ Don't know / unsure

---

> 

Powered by Dynata

275

# Exhibit C.3

# Search Results
# Apple - Test Group





★★★★☆ 224K

**#30** in Action | Multiplayer Simulation Entertainment





# Snake.io - Fun Online Snake

New Battle Royale Snake Games

★★★★★ 368K



In-App Purchases

**#6** in Strategy | Multiplayer Entertainment Leaderboard

**HAPPENING NOW**



COMPETITION

Snake Games: Lunar Party #2

Ready to party? Let's welcome the New Year!

3



### Snake.io – Fun Online Snake
New Battle Royale Snake Games



**Get**

In-App Purchases



### Paper.io 2
Conquer the entire territory!
★★★★½ 2.2M

**#9** in Action  |  📷 Voodoo

**Get**

In-App Purchases







### Agar.io
Play with friends online
★★★★½ 216K

**Get**

In-App Purchases

✳ Action  |  Multiplayer  Entertainment  📷 Miniclip.com



4





### WormsZone.io - Hungry Snake

Grow worms 2 eat every slither

★★★★⯪ 37K

**Get**

In-App Purchases

☀ Action   |   Entertainment   Casual





### wormate.io

Online snake game

★★★★☆ 30K

**Get**

In-App Purchases

☀ Action   |   Multiplayer    Oleksandr Godoba







## Snake Clash!

Grow to Eat! Snake Battle Game

★★★★★ 247K


Get

In-App Purchases

**#26** in Simulation | Multiplayer | 👤 Supercent, Inc.








Worm Hunt: slither snake are...

Get

Grow Big Beast in Battle zone
★★★★☆ 830

In-App Purchases

☀ Action | Leaderboard  Casual  👤 Peaky Muzzle



 **Snake Rivals - io Snakes Ga...**
Slither & worm arena io game
★★★★★ 19K

**Get**

In-App Purchases

☀ Action | Multiplayer  Battle Royale  PvP  Casual



 **Snake Battle - Snake Game**

**Get**

7

Multiplayer slithering games

★★★★★ 5.1K

In-App Purchases

♟ Board  |  Multiplayer   👤 Duozr Technology Co.,Ltd



### Wormax.io

Survive in PvP slither game!

★★★★⯪ 4.2K



Get

In-App Purchases

✺ Action  |  Multiplayer   PvP   👤 ELYLAND INVESTMENT...





### Little Big Snake

8



### Little Big Snake
Multiplayer Slither Worm Arena

★★★★½ 6.3K

In-App Purchases

🏛 Casual  |  Multiplayer  👤 LittleBigSnake, Inc





### Snake Slither Go Chase
Frontier Battler With Worm

★★★★☆ 1.4K



In-App Purchases

🏛 Entertainment  |  Action  👤 Pham Luong



9



### Amaze Snake: Gradient io W...
Grow snakes & camera zoom gain

★★★★⯪ 561

🎮 Racing  |  Entertainment    👤 Oleksandr Lushpihan

Get

In-App Purchases



### Worm.io - Snake & Worm IO...
#1 IO Game, Worm Battle Arena

★★★★☆ 20K

🎮 Simulation  |  Entertainment    👤 Quyen Doan

Get

In-App Purchases







# Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K



**Get**

In-App Purchases

✴ Action  |  Tycoon  Idle  Simulation  Evolution








# Slide.io - Free Style Games

Can you kill all other colors?

★★★★⯪ 23K

**Get**

In-App Purchases

🎭 Casual  |  Multiplayer  ⬡ Akbari Bhaveshbhai





11





## diep.io

Action

★★★★☆ 20K

**Get**

✷ Action | Simulation | Entertainment | 🖵 VexxusArts Ltd



## Pixel Sword Fish io

Evolve and dominate! Have fun!

**Get**

Today | Games | Apps | Arcade | **Search**

# Search Results
# Apple - Control Group



In-App Purchases

★★★★☆ 224K

**#30** in Action  |  Multiplayer   Simulation   Entertainment





## Snake.io - Fun Online Snake

New Battle Royale Snake Games

★★★★★ 368K



In-App Purchases

**#6** in Strategy  |  Multiplayer   Entertainment   Leaderboard

**HAPPENING NOW**



COMPETITION
## Snake Games: Lunar Party #2
Ready to party? Let's welcome the New Year!

15



### Snake.io – Fun Online Snake
New Battle Royale Snake Games

**Get**

In-App Purchases

### Paper.io 2
Conquer the entire territory!

★★★★☆ 2.2M

**Get**

In-App Purchases

**#9** in Action   |   🖾 Voodoo







### Agar.io
Play with friends online

★★★★☆ 216K

**Get**

In-App Purchases

✳ Action   |   Multiplayer   Entertainment   🖾 Miniclip.com



16





### WormsZone.io - Hungry Snake

Grow worms 2 eat every slither

★★★★⯪ 37K

**Get**

In-App Purchases

☀ Action  |  Entertainment   Casual





### wormate.io

Online snake game

★★★★☆ 30K

**Get**

In-App Purchases

☀ Action  |  Multiplayer    Oleksandr Godoba





## Snake Clash!

Grow to Eat! Snake Battle Game

★★★★★ 247K

**Get**

In-App Purchases

**#26** in Simulation  |  Multiplayer  |  Supercent, Inc.



**GROW BIGGER!!**



**EAT EVERYTHING!**



**KILL SNAKES!!**



## Worm Hunt: slither snake are...

Grow Big Beast in Battle zone

**Get**

★★★★☆ 830

In-App Purchases

☀ Action  |  Leaderboard  Casual  👤 Peaky Muzzle





## Snake Rivals - io Snakes Ga...

Slither & worm arena io game

★★★★★ 19K

**Get**

In-App Purchases

☀ Action  |  Multiplayer  Battle Royale  PvP  Casual





## Snake Battle - Snake Game

**Get**

Multiplayer slithering games

★★★★★ 5.1K

♟ Board | Multiplayer   👤 Duozr Technology Co.,Ltd



### Wormax.io

Survive in PvP slither game!

★★★★⯨ 4.2K

**Get**

In-App Purchases

✳ Action | Multiplayer   PvP   👤 ELYLAND INVESTMENT...



### Little Big Snake

### Little Big Snake
Multiplayer Slither Worm Arena

★★★★⯪ 6.3K

🟦 Casual  |  Multiplayer  🖼 LittleBigSnake, Inc

**Get**

In-App Purchases





### Snake Slither Go Chase
Frontier Battler With Worm

★★★★☆ 1.4K

🏛 Entertainment  |  Action  🖼 Pham Luong

**Get**

In-App Purchases





### Amaze Snake: Gradient io W...
Grow snakes & camera zoom gain

★★★★⯪ 561

Get

In-App Purchases

🏁 Racing  |  Entertainment  👤 Oleksandr Lushpihan



### Worm.io - Snake & Worm IO...
#1 IO Game, Worm Battle Arena

★★★★☆ 20K

Get

In-App Purchases

🐢 Simulation  |  Entertainment  👤 Quyen Doan





# Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K



**Get**

In-App Purchases

☀ Action | Tycoon Idle Simulation Evolution

  

# Slide.io - Free Style Games

Can you kill all other colors?

★★★★⯪ 23K

**Get**

In-App Purchases

🁢 Casual | Multiplayer 🔲 Akbari Bhaveshbhai

  

23





## diep.io

Action

★★★★☆ 20K

**Get**

✷ Action  |  Simulation   Entertainment   ▣ VexxusArts Ltd



## Pixel Sword Fish io

Evolve and dominate! Have fun!

**Get**

Today   Games   Apps   Arcade   Search



# Search Results
# Android- Test Group

  

## Sponsored





### Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★  ⊡ 10M+  **E** Everyone

Contains ads

**Install**

In-app purchases



### slither.io

Lowtech Studios

Contains ads



**Install**

In-app purchases

**3.9★**

5M reviews ⓘ

**500M+**

Downloads

**E** 

Everyone ⓘ

 200+

 Smooth offline



**Playability anywhere**

300+ Unintuitive controls

Play online with people all over the world! Can YOU become the longest player?

---

Sponsored · **Related to your search**



Snake.io - Fun Snake .io Gam...

4.3 ★

Snake Clash!

4.4 ★



Worms Zone .io - Hungry Snake

4.2 ★

Sn Sn

4.

# Limited-time events



PUBG MOBILE

Level Infinite · Action · Gun

27



4.3 ★    ⤓ 500M+    🏅



## CodyCross: Crossword Puz...

Fanatee, Inc. • Word • Crossword

4.7 ★    ⤓ 100M+    ☑    



## Pixel Art - Color by Number

Easybrain • Puzzle • Coloring

4.4 ★    ⤓ 100M+    🎌    



## Free Fire MAX

Garena International I • Action

4.4 ★    ⤓ 500M+    



## Harry Potter: Hogwarts Mys...

Jam City, Inc. • Adventure

4.6 ★    ⤓ 50M+    ☑ Editors' Choice

# You might also like    →








**My Little Pony: Magic Princess**

4.0 ★

**Mini Metro**

$0.99 

**Learn Chess with Dr. Wolf**

4.7 ★

Bl
4.



**Little Big Snake**

ShockwaveLLC • Action

4.1 ★    ⤓ 10M+





**Snake.io NETFLIX**

Netflix, Inc. • Arcade • Action

4.5 ★    ⤓ 500K+





**Snake Rivals - Fun Snake G...**

Supersolid • Action • IO game

4.3 ★    ⤓ 10M+



**Snake Clash!**

Supercent, Inc. • Arcade • Action

4.4 ★    ⤓ 50M+





**Snake.io - Fun Snake .io Ga...**



Kooapps Games | Fun Ar... • Action

4.3 ★   ⬇ 100M+



### Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★   ⬇ 500M+



### wormate.io

Oleksandr Godoba • Action

3.6 ★   ⬇ 10M+



### Agar.io

Miniclip.com • Action • IO game

3.8 ★   ⬇ 100M+



### Snaky Cat

Appxplore (iCandy) • Arcade

Coming soon   🏷 Reward



### Merge Snake !

Wuhan Weipai Network ... • Casual

4.5 ★   ⬇ 10M+

30



## SSnaker

Habby • Casual • Role Playing

4.2 ★  ⊞ 5M+





## Slitherlink: Loop the Snake

Conceptis Ltd. • Puzzle • Logic

4.6 ★  ⊞ 100K+





## Snake Towers

Set Snail • Arcade • Offline

4.3 ★  ⊞ 50K+



# Similar apps                                              →



Idle Shark
World - Tycoo...

4.0 ★



hocus.

4.7 ★  🎨



Pocket Build

4.3 ★

M

$(

# Related searches

🔍     snake game 2023

🔍     snake game 2024

🔍     snake game 2021

🔍     snake zone

🔍     snake game 2020

Sponsored · **Suggested for you**                    ⋮









Factor_
Prepared Mea...

BitLife - Life
Simulator

Words With
Friends Word ...



## Slink.io - Snake Games

Apps2US Studios • Adventure

4.3 ★   50M+





## Worm Hunt - Snake game i...

Peaky Muzzle • Action • IO game

4.5 ★   10M+





## Wormax.io

Elyland • Action • IO game

4.6 ★   10M+





## Squad Busters

Supercell • Action • IO game

4.3 ★   10M+





## Hungry Shark Evolution

Ubisoft Entertainment • Action

4.5 ★   500M+





## Sneak Snake-Slither Worm ...



Hippo Lab • Action • IO game

4.2 ★   ⊡ 1M+



## Paper.io 2

VOODOO • Arcade • Action

3.7 ★   ⊡ 100M+





## Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★   ⊡ 10M+





## Crossy Road

HIPSTER WHALE • Action

4.5 ★   ⊡ 100M+



## 8 Ball Pool



|  |  |  |  |  |
|---|---|---|---|---|
| 🎮 Games | 88 Apps | 🔍 **Search** | 🏷 Offers | 📖 Books |

# Search Results
# Android - Control Group

  

**Sponsored** 



## Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★  ⬇ 10M+  **E** Everyone

Contains ads

 **Install**

In-app purchases

---



## slither.io

Lowtech Studios

Contains ads

 **Install**

In-app purchases

| 3.9★ | 500M+ | **E** |
|---|---|---|
| 5M reviews ⓘ | Downloads | Everyone ⓘ |

 200+

 Smooth offline



## Playability anywhere



**300+**    Unintuitive controls

Play online with people all over the world! Can YOU become the longest player?

Sponsored · **Related to your search**



Snake.io - Fun Snake .io Gam...

4.3 ★



Snake Clash!

4.4 ★



Worms Zone .io - Hungry Snake

4.2 ★

Sr Sn

4.

# Limited-time events



PUBG MOBILE

Level Infinite • Action • Gun

37

4.3 ★   ⬇ 500M+   🎖



## CodyCross: Crossword Puz...

Fanatee, Inc. • Word • Crossword

4.7 ★   ⬇ 100M+   ☑





## Pixel Art - Color by Number

Easybrain • Puzzle • Coloring

4.4 ★   ⬇ 100M+   📁





## Free Fire MAX

Garena International I • Action

4.4 ★   ⬇ 500M+





## Harry Potter: Hogwarts Mys...

Jam City, Inc. • Adventure

4.6 ★   ⬇ 50M+   ☑ Editors' Choice



# You might also like   →








## My Little Pony: Magic Princess
4.0 ★

**Mini Metro**
$0.99 

**Learn Chess with Dr. Wolf**
4.7 ★

Bl
4.

 **Little Big Snake**
ShockwaveLLC • Action
4.1 ★  ⬇ 10M+

 **Snake.io NETFLIX**
Netflix, Inc. • Arcade • Action
4.5 ★  ⬇ 500K+

 **Snake Rivals - Fun Snake G...**
Supersolid • Action • IO game
4.3 ★  ⬇ 10M+

 **Snake Clash!**
Supercent, Inc. • Arcade • Action
4.4 ★  ⬇ 50M+

 Snake.io - Fun Snake .io Ga...



Kooapps Games | Fun Ar... • Action

4.3★    ⬇ 100M+



Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2★    ⬇ 500M+



wormate.io

Oleksandr Godoba • Action

3.6★    ⬇ 10M+



Agar.io

Miniclip.com • Action • IO game

3.8★    ⬇ 100M+



Snaky Cat

Appxplore (iCandy) • Arcade

Coming soon    🏷 Reward

Merge Snake !

Wuhan Weipai Network ... • Casual

4.5★    ⬇ 10M+







40



## SSnaker

Habby • Casual • Role Playing

4.2 ★  ⊡ 5M+





## Slitherlink: Loop the Snake

Conceptis Ltd. • Puzzle • Logic

4.6 ★  ⊡ 100K+





## Snake Towers

Set Snail • Arcade • Offline

4.3 ★  ⊡ 50K+



# Similar apps                                                →



Idle Shark
World - Tycoo...

4.0 ★



hocus.

4.7 ★  🇽



Pocket Build

4.3 ★

M

$0

# Related searches

🔍  snake game 2023

🔍  snake game 2024

🔍  snake game 2021

🔍  snake zone

🔍  snake game 2020

Sponsored · Suggested for you ⋮









Factor_
Prepared Mea...

BitLife - Life
Simulator

Words With
Friends Word ...



### Slink.io - Snake Games
Apps2US Studios • Adventure
4.3 ★   ⊡ 50M+





### Worm Hunt - Snake game i...
Peaky Muzzle • Action • IO game
4.5 ★   ⊡ 10M+





### Wormax.io
Elyland • Action • IO game
4.6 ★   ⊡ 10M+





### Squad Busters
Supercell • Action • IO game
4.3 ★   ⊡ 10M+





### Hungry Shark Evolution
Ubisoft Entertainment • Action
4.5 ★   ⊡ 500M+   



### Sneak Snake-Slither Worm ...

 Hippo Lab • Action • IO game

4.2 ★  ⬇ 1M+

 Paper.io 2

VOODOO • Arcade • Action

3.7 ★  ⬇ 100M+



 Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★  ⬇ 10M+



 Crossy Road

HIPSTER WHALE • Action

4.5 ★  ⬇ 100M+



 8 Ball Pool



|  Games | Apps |  Search | Offers |  Books |

Logo Tiles

# Slither.io



# Snake.io -Test Group



# Snake.io - Control Group



# Agar.io



# Snake Clash!



# Wormate.io



# Exhibit C.4

Produced in native format.

Exhibit C.5

# Search Results Apple

12:05



### All in Hole
**Ad** Puzzle Match with a Black Hole
★★★★★ 11K

**Get**
In-App Purchases

#50 in Puzzle  |  Entertainment  Casual  👤 HOMA GAMES

### slither.io
Multiplayer slithering game
★★★★☆ 224K

**Get**
In-App Purchases

#30 in Action  |  Multiplayer  Simulation  Entertainment





 **Snake.io - Fun Online Snake**
New Battle Royale Snake Games
★★★★☆ 368K

**Get**

In-App Purchases

**#6** in Strategy  |  Multiplayer    Entertainment    Leaderboard

**HAPPENING NOW**



COMPETITION
## Snake Games: Lunar Party #2
Ready to party? Let's welcome the New Year!

Snake.io - Fun Online Snake
New Battle Royale Snake Games

**Get**

In-App Purchases

 **Paper.io 2**
Conquer the entire territory!

**Get**

3



★★★★⯪ 2.2M                                          In-App Purchases

**#9** in Action    |    👤 Voodoo



 **Agar.io**

Play with friends online

★★★★⯪ 216K

 **Get**

In-App Purchases

☀ Action    |    Multiplayer    Entertainment    👤 Miniclip.com





### WormsZone.io - Hungry Snake
Grow worms 2 eat every slither
★★★★½ 37K



In-App Purchases

☀ Action   |   Entertainment   Casual



### wormate.io
Online snake game
★★★★☆ 30K

**Get**

In-App Purchases

☀ Action   |   Multiplayer   👤 Oleksandr Godoba



### Snake Clash!
Grow to Eat! Snake Battle Game



**Get** 

5


★★★★★ 247K

In-App Purchases

**#26** in Simulation  |  Multiplayer  👤 Supercent, Inc.







### Worm Hunt: slither snake are...

Grow Big Beast in Battle zone

★★★★☆ 830

**Get**

In-App Purchases

☀ Action  |  Leaderboard  Casual  👤 Peaky Muzzle






### Snake Rivals - io Snakes Ga...
Slither & worm arena io game
★★★★★ 19K

**Get**

In-App Purchases

✴ Action  |  Multiplayer   Battle Royale   PvP   Casual



New Snake Game!



### Snake Battle - Snake Game
Multiplayer slithering games
★★★★★ 5.1K

**Get**

In-App Purchases

🏆 Board  |  Multiplayer   👤 Duozr Technology Co.,Ltd





### Wormax.io
Survive in PvP slither game!

**Get**

7



★★★★⯪ 4.2K    In-App Purchases

✳ Action | Multiplayer    PvP    👤 ELYLAND INVESTMENT…





### Little Big Snake
Multiplayer Slither Worm Arena
★★★★⯪ 6.3K



In-App Purchases

🔔 Casual | Multiplayer    👤 LittleBigSnake, Inc





### Snake Slither Go Chase
Frontier Battler With Worm
★★★☆☆ 1.4K



In-App Purchases

🏛 Entertainment | Action    👤 Pham Luong

8





### Amaze Snake: Gradient io W...

Grow snakes & camera zoom gain

★★★★⯪ 561

Get

In-App Purchases

🎮 Racing   |   Entertainment   |   👤 Oleksandr Lushpihan





### Worm.io - Snake & Worm IO...

#1 IO Game, Worm Battle Arena

★★★★☆ 20K

Get

In-App Purchases

🎲 Simulation   |   Entertainment   |   👤 Quyen Doan







### Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K



Get

In-App Purchases

☀ Action | Tycoon  Idle  Simulation  Evolution







### Slide.io - Free Style Games

Can you kill all other colors?

★★★★⯪ 23K



Get

In-App Purchases

🎎 Casual | Multiplayer  👤 Akbari Bhaveshbhai

10





### diep.io

Action

★★★★☆ 20K

**Get**

☀ Action  |  Simulation  Entertainment  👤 VexxusArts Ltd





### Pixel Sword Fish io

Evolve and dominate! Have fun!

★★★★★ 127K



In-App Purchases

11

👾 Casual    |    Multiplayer    Entertainment    Action





### Nebulous.io

Deceptively Simple Blob Eating

★★★★☆ 2.5K

**Get**

In-App Purchases

♟ Strategy    |    Multiplayer    Clans    Leaderboard    Action





### Io Ninja Games - Fun Slice

Fun and cool game with no wifi

★★★★☆ 53

**Get**

In-App Purchases

☀ Action    |    Entertainment    Music    👤 Eugene Mikhalevskiy







### Mitos.is: The Game
Strategy
★★★★☆ 627

**Get**

In-App Purchases

🎮 Strategy | Multiplayer   Entertainment   Action





### Tangled Snakes
Slither your way to freedom!
★★★★⯪ 85K

**Get**

In-App Purchases

✛ Puzzle    |    👤 Popcore GmbH







**Snake.io NETFLIX**

Grow fast, slither to survive

★★★★★ 1.3K

Get

In-App Purchases

☀ Action    |    Leaderboard    |    👤 Netflix, Inc.





**Worm.is: The Game**

Casual

Get



★★★★⯨ 206

In-App Purchases

👾 Casual  |  Multiplayer  Entertainment  👤 Freakinware Studios



### Survivor!.io

Survive the fun!

★★★★★ 227K

**Get**

In-App Purchases

**#27** in Action  |  Monsters  Zombie  Roguelike  Casual







### Paper.io 3D
Enter the new dimension!
★★★★⯪ 294K



In-App Purchases

🎭 Casual | Drawing Games | 🎮 Voodoo







### Snake & Worm Slither Away
Snaky Rivals & Ball 2020
★★★★☆ 154

Get

In-App Purchases

¿? Trivia | Entertainment | Racing | 🎮 Matej Lupsina











### Viper.io - Worm & snake game

Online multiplayer slither fun

★★★★☆ 707

Get

In-App Purchases

✳ Action  |  Multiplayer   Entertainment   👤 Mikhail Prysiazhniy





### Snake Slither: Rivals io Game

Merge snake to be Snake King!

★★★★★ 2

Get

🔔 Casual  |  Multiplayer   Adventure   Entertainment   👤 振开 徐







### Merge Snake!!

Slither game that can evolve !

★★★★★ 672



In-App Purchases

👤 Casual  |  Idle   Merge Games   👤 Wuhan Weipai Network T...





### Insatiable.io - Snakes

Be Biggest Snake

★★★★⯪ 18K



In-App Purchases

✷ Action  |  Entertainment   👤 MagicLab



18



### Subway Surfers

Join the endless running fun!

★★★★★ 3.2M    ⚜ Editors' Choice ⚜



In-App Purchases

**#4** in Action    |    Entertainment    Endless Mode    Casual







### Harvest.io

Farming arcade & simulator

★★★★½ 44K

Get

In-App Purchases

🎮 Casual    |    Driving Simulation    Simulation    Farming Simulation





19







### Snake Run Race • 3D Runnin...
A racing battle with obstacles

★★★★★ 110K

**Get**

In-App Purchases

**#34** in Racing   |   Casual   |   👤 Freeplay LLC







### Soul.io
The Most Fun Classic .io Game

★★★★★ 6.9K

**Get**

👤 Casual   |   Multiplayer   Battle Royale   Action   👤 Jointsoft

20



 **Soul.io 3D - .io Games For Fun**
NEW - Most Fun .io games
★★★★⯪ 3.8K

**Get**

In-App Purchases

✛ Puzzle    |     Leaderboard    👤 Jointsoft



 **Battle Bug 3D**
New Worms & Snake Slither Game
★★★★☆ 1.9K

**Get**

In-App Purchases

🕹 Casual    |    Shooter    Action    👤 Jambox Games Pte Ltd

    

21







### Snake '97: retro phone classic

Play Snake like it's 1997!

★★★★★ 3.7K

☀ Action  |  Sequel   👤 dsd 164





Get



### Snake Cosmos - io Game Slit...

Fun Snake / Slither io Game

Get

22



Fun Snake / Slither io Game

★★★★★ 1

In-App Purchases

👤 Casual    |    Entertainment    👤 玉琴 甄





### Surround.io : slither in city

Snake 3D chase arena io game!

★★★★★ 12

Get

👤 Casual    |    Multiplayer    👤 Beijing Popeach Networ...





Apple Arcade



**Apple Arcade**

## Snake.io+

★★★★☆ 19K


Get

☀ Action | Battle Royale | 👤 Kooapps





## Meow - Cat Fighter

Can you become the biggest?

★★★★☆ 9.2K


Get

In-App Purchases

☀ Action | Multiplayer | Entertainment | Casual





## Jelly Monster 3d: io Games

Swallow the world!

★★★★☆ 2K


Get

In-App Purchases

24

🎮 Casual  |  Idle    🖼 Exomind LTD







### Death Worm™ Deluxe

Alien Monster Simulator

★★★★★ 582

**Get**

In-App Purchases

🖼 Adventure  |  Monsters   Aliens   Survival   Entertainment





25



### Fence.io - Chicken Slither 3D

Paper snake surrounded!

★★★★★ 5

🎮 Casual | Strategy    👤 Beijing Popeach Networ...







### Numbers.io

Addictive & relaxing io game

★★★★★ 1.8K

In-App Purchases

🎮 Casual | Strategy | Education    👤 zurab inaishvili



26

NUMBERS



### Creatur.io - PvP Eat & Evolve

New Online .io Battle Kooverse

★★★★★ 1.1K

🚀 Games | Multiplayer | PvP | Leaderboard | 👤 Kooapps

**Get**









### Snake Mania.io

use snake to win funny io game

★★★☆☆ 19

👥 Casual | Racing | 👤 Shenzhen Shi Youyou Te...

**Get**



27





### Slither Snake & Apple

A snake logic puzzle game

★★★☆☆ 5

🎙 Casual  |  Entertainment  |  👤 敏 孙





### War.io Tanks !

The ultimate Tank War.io game!

★★★★☆ 215

✴ Action  |  Multiplayer  Vehicle Game  Tanks  Leaderboard



28





### Snake VS Block

A classic game, revisited

★★★★☆ 593K

**Get**

In-App Purchases

☀ Action  |  Entertainment  Casual  📷 Voodoo







### Snowball.io™

Push Off Your Opponents

★★★★★ 434K

**Get**

☀ Action  |  📷 Geisha Tokyo Inc.





29




### String.io

Conquer, defend and survive!

★★★★⯨ 1.8K

**Get**

In-App Purchases

☀ Action  |  Multiplayer  Entertainment  Casual   Metajoy





### Snake Arena 3D: Battle Rivals!

Eat apples, race, grow bigger!

★★★★⯨ 53K

**Get**

In-App Purchases

☀ Action  |  Island   AI Games FZ

30







## Hole.io

Eat the world

★★★★☆ 2M

**#3** in Sports  |  Casual  |  🖥 Voodoo

**Get**

In-App Purchases







### Brawl Stars
Epic PvP Battle Royale MOBA
★★★★★ 2.4M   ⚜ Editors' Choice ⚜



Get

In-App Purchases

#6 in Action  |  Battle Royale   Multiplayer   Entertainment   PvP



### Alien Blob io
Size matters! Eat agar foes!
★★★★⯪ 1.9K



Get

In-App Purchases

👾 Casual  |  Multiplayer   Aliens   Simulation











### Balls.io 3D

Welcome to the colorful race!

★★★★★ 365

**Get**

In-App Purchases

☀ Action  |  Racing   🖽 Akbari Bhaveshbhai







### Snake Evolution: Idle Merge IO

Hungry Snakes Simulator

★★★★★ 250

**Get**

In-App Purchases

🐉 Casual  |  Idle   Merge Games   Simulation   Entertainment





33





### Snake Battle Worm Snake Ga...



Battle Royale Slither War Game

★★★★☆ 45

Get

☀ Action | Entertainment    👤 Yevhen Isayev



### Hexa.io – Online paper draw it



Grab and protect territory

★★★★⯪ 625

Get

☀ Action | Multiplayer | Entertainment    👤 Mikhail Prysiazhniy





GRAB THE TERRITORY



### Music Tiles 2 - Fun Piano Ga...
#1 Music Game, Offline-No Wifi
★★★★⯨ 12K



Get

In-App Purchases

🎵 Music  |  Music Game    Entertainment    Piano    Rhythm



ENDLESS RHYTHM          PIANO IN YOUR POCKET



### Attack Hole - Black Hole Ga...
Swallow & eat the whole world
★★★★★ 174K



Get

In-App Purchases

✛ Puzzle  |  Entertainment    Casual    🎮 HOMA GAMES





35





### gulper.io - Online Snake Game
Multiplayer snake battle arena
★★★★☆ 126

Get

In-App Purchases

♟ Simulation  |  Multiplayer    Entertainment    ⊡ P S





### Dinosaur.io Jurassic Dino
World of rampage battle
★★★★⯪ 637

Get

In-App Purchases

♔ Action  |  Battle Royale    Dinosaurs    ⊡ Vipera Games sp. z o.o.



36

Action   |   Battle Royale   Dinosaurs   🎬 Vipera Games Sp. z o.o.



 **ProgressBar95 - retro arcade**

Old school games

★★★★★ 2.3K

Get

In-App Purchases

🎮 Casual   |   Simulation   |   Entertainment   |   Hypercasual

  

 **SSSnaker**

Slink, snack, shoot!

Get

37



★★★★⯪ 4.6K                                    In-App Purchases

🎮 Adventure  |  Shooter   Dungeons   Roguelike   Casual



| Today | Games | Apps | Arcade | Search |

# Search Results
# Android



**Sponsored**

**Little Big Snake**
ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★  ⊡ 10M+  ⓔ Everyone
Contains ads

**Install**
In-app purchases

**slither.io**
Lowtech Studios
Contains ads

**Install**
In-app purchases

3.9★
5M reviews ⓘ

500M+
Downloads

Ⓔ
Everyone ⓘ

👤✦ 200+

**Playability anywhere**

👤✦ 200+  Smooth offline play

👤✦ 300+  Unintuitive controls

Play online with people all over the world! Can YOU become the longest player?

**Sponsored** • Related to your search



40

Snake.io - Fun    Snake Clash!    Worms Zone .io    Sr
Snake .io Gam...    4.4★    Hungry Snake    Sr
4.3★    4.2★    4.

## Limited-time events

 **PUBG MOBILE**
Level Infinite • Action • Gun
4.3★  ⬇ 500M+  🏆 

 **CodyCross: Crossword Puz...**
Fanatee, Inc. • Word • Crossword
4.7★  ⬇ 100M+  🏆 

 **Pixel Art - Color by Number**
Easybrain • Puzzle • Coloring
4.4★  ⬇ 100M+ 

 **Free Fire MAX**
Garena International I • Action
4.4★  ⬇ 500M+ 

 **Harry Potter: Hogwarts Mys...**
Jam City, Inc. • Adventure
4.6★  ⬇ 50M+  🏆 Editors' Choice 

## You might also like →

 My Little Pony: Magic Princess
4.0★

 Mini Metro
$0.99

 Learn Chess with Dr. Wolf
4.7★

 Bl
4.

 **Little Big Snake**
ShockwaveLLC • Action
4.1★  ⬇ 10M+ 

41



Snake.io NETFLIX
Netflix, Inc. • Arcade • Action
4.5★ ⊞ 500K+



Snake Rivals - Fun Snake G...
Supersolid • Action • IO game
4.3★ ⊞ 10M+

Snake Clash!
Supercent, Inc. • Arcade • Action
4.4★ ⊞ 50M+

Snake.io - Fun Snake .io Ga...
Kooapps Games | Fun Ar... • Action
4.3★ ⊞ 100M+

Worms Zone .io - Hungry S...
CASUAL AZUR GAMES • Action
4.2★ ⊞ 500M+



wormate.io
Oleksandr Godoba • Action
3.6★ ⊞ 10M+



Agar.io
Miniclip.com • Action • IO game
3.8★ ⊞ 100M+

Snaky Cat
Appxplore (iCandy) • Arcade
Coming soon • 🏷 Reward



Merge Snake !
Wuhan Weipai Network ... • Casual
4.5★ ⊞ 10M+



SSSnaker
Habby • Casual • Role Playing

42

4.2 ★    ⬇ 5M+



**Slitherlink: Loop the Snake**
Conceptis Ltd. • Puzzle • Logic
4.6 ★    ⬇ 100K+





**Snake Towers**
Set Snail • Arcade • Offline
4.3 ★    ⬇ 50K+



## Similar apps    →







Idle Shark World - Tycoo...    hocus.    Pocket Build    M
4.0 ★    4.7 ★ 🅼    4.3 ★    $0

## Related searches

🔍    snake game 2023

🔍    snake game 2024

🔍    snake game 2021

🔍    snake zone

🔍    snake game 2020

Sponsored · **Suggested for you**    ⋮







43



| | | | |
|---|---|---|---|
| Factor_ Prepared Mea... | BitLife - Life Simulator | Words With Friends Word ... | C... Re... |
| 4.6 ★ | 4.4 ★ | 4.1 ★ | 4. |

 **Slink.io - Snake Games**
Apps2US Studios • Adventure
4.3 ★  ⊡ 50M+  

 **Worm Hunt - Snake game i...**
Peaky Muzzle • Action • IO game
4.5 ★  ⊡ 10M+  

 **Wormax.io**
Elyland • Action • IO game
4.6 ★  ⊡ 10M+  

 **Squad Busters**
Supercell • Action • IO game
4.3 ★  ⊡ 10M+  

 **Hungry Shark Evolution**
Ubisoft Entertainment • Action
4.5 ★  ⊡ 500M+  🎮  

 **Sneak Snake-Slither Worm ...**
Hippo Lab • Action • IO game
4.2 ★  ⊡ 1M+  

 **Paper.io 2**
VOODOO • Arcade • Action
3.7 ★  ⊡ 100M+  

 **Tangled Snakes**
Popcore Games • Puzzle • Logic
4.2 ★  ⊡ 10M+

**Crossy Road**
HIPSTER WHALE • Action

 44


**8 Ball Pool**
Miniclip.com • Sports • Billiards
4.7★  ⬇ 1B+  ♢ Editors' Choice



**Subway Surfers**
SYBO Games • Action • Runner
4.6★  ⬇ 1B+  ♢ Editors' Choice



**Candy Crush Soda Saga**
King • Puzzle • Match 3 • Casual
4.6★  ⬇ 500M+  ♢



**Best Fiends - Match 3 Puzzl...**
Seriously Digital Entertai... • Puzzle
4.6★  ⬇ 50M+



**Hungry Shark World**
Ubisoft Entertainment • Arcade
4.6★  ⬇ 100M+  ♢



**Pocket Champs: 3D Racing ...**
Madbox • Arcade • Action
4.5★  ⬇ 10M+



**CodyCross: Crossword Puz...**
Fanatee, Inc. • Word • Crossword
4.7★  ⬇ 100M+  ♢



**Mob Control**
VOODOO • Arcade • Action
4.2★  ⬇ 100M+



**Geometry Dash Lite**
RobTop Games • Action • Runner
4.4★  ⬇ 100M+



**Chess - Play and Learn**

45

 **Golf Battle**
Miniclip.com • Sports • Mini golf
4.5★ ⬇ 50M+ 

 **Snake Evolution: Idle Merge...**
Tapps Games • Simulation • Idle
4.5★ ⬇ 1M+ 

 **Farm Heroes Saga**
King • Puzzle • Match 3 • Casual
4.7★ ⬇ 100M+ 

 **Survivor.io**
Habby • Adventure • Role Playing
4.5★ ⬇ 10M+ 

 **Angry Birds 2**
Rovio Entertainment Oy • Puzzle
4.2★ ⬇ 100M+ 🏆 

 **Marble Woka Woka: Jungle ...**
Two Desperados Ltd • Puzzle
4.4★ ⬇ 10M+ 

 **Soul Knight**
ChillyRoom • Action • Role Playing
4.6★ ⬇ 50M+ 🏆 Editors' Choice 

 **Snake Battle - Slither Game**
Fruit Puzzle Games • Arcade
3.9★ ⬇ 100K+ 

 **My Very Hungry Caterpillar**
Sto... • Ages up to 5 • Educational
4.3★ 🏆 Teacher Approved 

46

 Worm.io - Snake & Worm IO...
Kasimi Apps • Action • IO game
3.9★  ⭳ 1M+


 Pou
Zakeh • Simulation • Pet • Casual
4.3★  ⭳ 1B+


 Cobra.io - Big Snake Game
hikBOO Studios • Adventure
3.7★  ⭳ 500K+


 Two Dots: Connect the dots
PlayDots • Board • Puzzle
4.3★  ⭳ 50M+  ⚲ Editors' Choice


 Burrito Bison: Launcha Libre
Kongregate • Action • Arcade
4.8★  ⭳ 10M+


 Tetris®
PLAYSTUDIOS US, LLC • Puzzle
4.2★  ⭳ 10M+


 Tomb of the Mask: Old Maze
Playgendary Limited • Action
4.3★  ⭳ 100M+  ⚲


 Idle Miner Tycoon: Gold & C...
Kolibri Games • Simulation
4.5★  ⭳ 100M+  ⚲


 Snake Hunt: Worm io Game...
My Games Island - Play ... • Action
4.6★  ⭳ 10M+


 Holein eating games io offli...
"Inkos" io games • Arcade

47

4.2★  ⊡ 5M+



**Color Clash**

VOODOO • Strategy • Casual

3.7★  ⊡ 5M+





**Bingo Abradoodle: Mobile B...**

Abradoodle Games - fu... • Casino

4.7★  ⊡ 5M+





**Banana Kong**

FDG Entertainment Gmb... • Action

4.7★  ⊡ 100M+





**Slugterra: Slug it Out 2**

Nightmarket Games • Puzzle

4.7★  ⊡ 10M+





**Death Worm™**

PlayCreek Games • Arcade

4.7★  ⊡ 50M+





**Summoners Greed: Tower D...**

PIXIO • Strategy • Tower defense

4.7★  ⊡ 10M+  ⚲ Editors' Choice





**Coin Master**

Moon Active • Casino • Casual

4.7★  ⊡ 100M+





**Hexa Sort**

Lion Studios Plus • Puzzle • Sort

4.4★  ⊡ 10M+





**Zombie Tsunami**

Mobigame SAS • Action • Runner

4.5★  ⊡ 500M+  ⚲





**Rodeo Stampede: Sky Zoo ...**

48



Yodo1 Games • Casual • Action

3.8★  ⤓ 50M+





### Pizza Snake

Ino • Arcade • Action • Casual

4.1★  ⤓ 500K+





### Jetpack Joyride

Halfbrick Studios • Action

4.4★  ⤓ 100M+





### Pokémon Quest

The Pokémon Com... • Role Playing

4.2★  ⤓ 10M+





### Angry Birds Dream Blast

Rovio Entertainment Oy • Puzzle

4.5★  ⤓ 10M+  ♛ Editors' Choice





### Lemmings: Puzzle Survival

Exient • Puzzle • Logic • Casual

4.3★  ⤓ 5M+





### PAC-MAN

Bandai Namco Entertain... • Puzzle

4.4★  ⤓ 100M+





### Slack

SLACK TECHNOLOGI... • Business

3.4★  ⤓ 10M+





### Archero

Habby • Action • Role Playing

4.3★  ⤓ 50M+  ♛ Editors' Choice



### Swamp Attack

Moving Eye • Action • Bulletstorm

4.6★  ⤓ 100M+

49



**Snake Lite - Snake Game**

Hippo Lab • Action • IO game

4.7★  ⬇ 100M+



---



**Phase 10: Casual Card Game**

Mattel163 Limited • Card

4.7★  ⬇ 10M+



---



**Smash Hit**

Mediocre • Arcade • Puzzle

4.5★  ⬇ 100M+



---



**Flow Free**

Big Duck Games LLC • Puzzle

4.7★  ⬇ 100M+  

---



**Marble Master**

TEEWEE LIMITED • Puzzle

4.6★  ⬇ 10M+



---



**TIDAL Music: HiFi sound**

TIDAL • Music & Audio

4.1★  ⬇ 10M+



---



**Red Ball 4**

FDG Entertainment Gmb... • Action

4.7★  ⬇ 100M+  

---



**Mahjong**

CanaryDroid • Puzzle • Casual

4.8★  ⬇ 10M+



---



**Annelids: Online battle**

Michal Srb • Action • Run & gun

4.6★  ⬇ 50M+  🎯

---

**NYT Games: Word, Number,...**

The New York Times Com... • Word

4.6★  ⬇ 5M+



### Block Jam 3D

VOODOO • Puzzle • Match 3

4.1★  ⤓ 5M+





### Hungry Dragon: by Hungry …

Ubisoft Entertainment • Arcade

4.4★  ⤓ 10M+





### Moy 7 - Virtual Pet Game

Frojo A… • Ages 6-12 • Simulation

4.5★  ⤓ 100M+  🏆





### Stacky Bird: Fun Offline Ga…

Kooapps Games | Fun Ar… • Action

4.5★  ⤓ 50M+  🎮





### Dragon Mania Legends

Gameloft SE • Adventure

4.4★  ⤓ 100M+  🏆





### All in Hole

Homa • Puzzle • Casual

4.8★  ⤓ 1M+





### The Ants: Underground Kin…

StarUnion • Strategy • 4X • Insect

4.2★  ⤓ 50M+





### Marble Match Origin

LeisureLab Studios • Puzzle

4.7★  ⤓ 10M+





### Sling Kong

Protostar • Arcade • Action

4.7★  ⤓ 10M+  🎮





### Energy: Anti-Stress Loops



Infinity Games, Lda • Puzzle
4.5★ ⬇ 10M+ 🧩



**Bloons TD 6**
ninja kiwi • Ages 9+ • Strategy
4.8★ $6.99 🏅 Teacher Approved



**Stardew Valley**
ConcernedApe • Role Playing
4.6★ 🌈 $4.99 🏅



**Insatiable.io -Slither Snakes**
MagicLab • Action • IO game
3.9★ ⬇ 10M+



**Angry Birds POP Bubble Sh...**
Rovio Entertainment Oy • Puzzle
4.5★ ⬇ 10M+



**Tag with Ryan**
WildWorks • Ages 6-12 • Casual
3.8★ ⬇ 10M+ 🏅



**PAC-MAN 256 - Endless Ma...**
BANDAI NAMCO Entert... • Arcade
4.5★ ⬇ 10M+



**Block Puzzle**
Candy Mobile • Puzzle • Block
4.6★ ⬇ 10M+



**Bouncemasters: Penguin G...**
CASUAL AZUR GAMES • Action
4.5★ ⬇ 100M+ 🏅



**Snakes and Ladders**
Stormwind Games • Board • Dice
4.6★ ⬇ 100K+



**Slitherlink**
Ejelta LLC • Puzzle • Logic
4.8★  ⬇ 500K+



**Orbia**
JOX Development LLC • Action
4.7★  ⬇ 5M+  



**Snake Breakout: Collect Blo...**
Games for Friends - Ad... • Casual
4.1★  ⬇ 500K+



**Axolochi**
HyperBeard • Simulation • Pet
4.8★  ⬇ 10M+



**hocus.**
gamebra.in • Ages 9+ • Puzzle
4.7★  🎖  ⚲ Teacher Approved



**Brick Out - Shoot the ball**
Puzzle1Studio • Puzzle • Casual
4.4★  ⬇ 5M+



**Ant Legion: For The Swarm**
37GAMES • Strategy • 4X • Insect
4.6★  ⬇ 10M+



**Infinity Loop: Relaxing Puzzle**
Infinity Games, Lda • Puzzle
4.7★  ⬇ 10M+  



**Nonogram.com - Picture Cr...**
Easybrain • Puzzle • Nonogram
4.1★  ⬇ 50M+  



**Block Puzzle**
Block Puzzle - Puzzle Ga... • Puzzle
4.7★  ⬇ 50M+

53



**Fishing Food**
Diced Pixel, LLC • Simulation
4.8★  ⬇ 5M+





**Tangle Rope 3D: Untwist Kn...**
Susua Global • Puzzle • Logic
4.5★  ⬇ 5M+





**Kingdom Guard:Tower Defe...**
Tap4fun (Hong Kong) ... • Strategy
4.3★  ⬇ 10M+





**PBS KIDS Games App**
PBS... • Ages up to 8 • Educational
4.4★  ⬇ 10M+  ⚲





**Fluffy Fall**
Kilosaurus • Action • Platformer
4.7★  ⬇ 10M+





**Slither Snake Run: Snake G...**
Dark Halo • Arcade • Action
⬇ 100K+   Early access





**ClassDojo**
ClassDojo • Education
4.8★  ⬇ 10M+  ⚲ Editors' Choice





**Rider – Stunt Bike Racing**
Ketchapp • Arcade • Racing
4.5★  ⬇ 100M+





**Shark vs Fish .io-Hungry W...**
Arbalest Studio • Action
4.1★  ⬇ 500K+



**Super Snail**
Qcplay Limited. • Adventure

54



**Ball Blast Cannon blitz mania**
VOODOO • Arcade • Action
4.2 ★    ⬇ 50M+





**Snail Bob 3**
ROASUP Games • Action • Casual
4.5 ★    ⬇ 5M+





**Hungry Caterpillar Play Sch...**
Story... • Ages up to 5 • Education
4.0 ★    🏅 Teacher Approved





**Word Snake**
Justinas Mekšėnas • Word
4.4 ★    ⬇ 10K+





**Sudoku.com - Classic Sudoku**
Easybrain • Puzzle • Sudoku
4.5 ★    ⬇ 50M+





**Snake Farm-Idle Merge IO ...**
Arbalest Studio • Action
3.2 ★    ⬇ 1M+





**Snake Off - More Play,More...**
Wuhan Weipai Network ... • Action
3.5 ★    ⬇ 5M+





**Marble Puzzle Shoot**
JackJonesGame • Puzzle
4.6 ★    ⬇ 50M+





**Golfmasters - Fun Golf Game**
Playgendary Limited • Arcade
4.3 ★    ⬇ 5M+



**Alien Invasion: RPG Idle Spa...**



### Cut the Rope: Magic
ZeptoLab • Puzzle • Logic
4.4★ ⤓ 10M+





### Word Wow Big City
DonkeySoft Inc. • Word • Search
4.6★ ⤓ 1M+





### Old Snake Game: Classic 97
FireFly I.T. Solutions • Casual
4.0★ ⤓ 10K+





### Connection: Logic Games
Infinity Games, Lda • Puzzle
4.4★ ⤓ 1M+ 



### Like A Dino!
super_toki • Music • Performance
4.9★ ⤓ 10M+





### Mars: Mars
Pomelo Games • Action
4.6★  ♕ Editors' Choice



### Solitaire - Classic Card Gam...
MobilityWare • Card • Solitaire
4.5★ ⤓ 100M+ 



### Super Slime - Black Hole Ga...
Supercent, Inc. • Action • Casual
4.2★ ⤓ 10M+





### Slink.io 2 - Snake Game
Apps2US Studios • Adventure
Coming soon



56


**Fork N Sausage**
SayGames Ltd • Puzzle • Physics
4.5★  ⬇ 50M+



**Walkers Attack**
VOODOO • Action • Bulletstorm
4.3★  ⬇ 1M+



**Snakes and Ladders**
Juju Software • Board
⬇ 50K+



**sand:box**
SmellyMoo • Ages 6+ • Simulation
4.6★  ⬇ 50M+  ⚲



**Cube Crusher 3D**
VOODOO • Puzzle • Merge
3.4★  ⬇ 1M+



**Smashero.io - Hack n slash ...**
Cannon Cracker • Action
4.6★  ⬇ 100K+



**Cookie Clickers™**
Tiny Games Srl • Simulation • Idle
3.8★  ⬇ 10M+



**Screw Jam**
Rollic Games • Puzzle • Logic
4.4★  ⬇ 1M+



**Minesweeper**
Evkar games • Puzzle • Logic
4.7★  ⬇ 10M+



**Battle Snakes**
Skyrocket Games • Casual

57

 **Worms Merge: idle snake g...**
Hippo Lab • Action • IO game
4.7★  ⬇ 10M+


 **Snake Dungeon: Idle Merge...**
Freeplay Inc • Simulation
⬇ 10K+


 **Slink.io 3D: Fun IO Snake Ga...**
Apps2US Studios • Adventure
⬇ 5K+


 **Shapes: Logic & Brain Traini...**
Infinity Games, Lda • Puzzle
4.5★  ⬇ 1M+  🎮


 **Xtreme Bingo! Slots Bingo ...**
Meme, Inc • Casino • Bingo
4.6★  ⬇ 100K+


 **Bubble Shooter**
Mouse Games • Puzzle
4.6★  ⬇ 10M+


 **Hissy Fit: Make Snake Break**
Panda Arcade • Action
⬇ 5K+


 **Do Not Fall .io**
CASUAL AZUR GAMES • Arcade
4.4★  ⬇ 50M+


 **Follow the Line 2D Deluxe**
Undead Swarm Games • Casual
4.1★  ⬇ 10M+


 **Kahoot! Numbers by Drago...**

58

 Kah... • Ages up to 8 • Educational
4.6★ ⬇ 1M+ 

 Snake Doodle - Worm .io G...
Hippo Lab • Action • IO game
4.7★ ⬇ 1M+ 

 Glow Snake
Jamie Ford • Arcade
3.9★ ⬇ 100K+ 

 Fill-a-Pix: Minesweeper Puz...
Conceptis Ltd. • Puzzle
4.6★ ⬇ 100K+ 

 Ludo & Snakes and Ladders...
Touchzing Media Private ... • Board
4.5★ ⬇ 500K+ 

 Snake VS Block
VOODOO • Arcade • Action
4.0★ ⬇ 50M+ 

 Moose Math by Duck Duck ...
Duck ... • Ages up to 5 • Education
4.3★ ⬇ 500K+ 

papergames.io - 2 player g...
papergames.io • Casual
4.6★ ⬇ 10K+

 Snakebird


Games   Apps   Search   Offers   Books

59

# Exhibit D.1

# *Game Design Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**
**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[INTRODUCTION]** Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

**[NEXT SCREEN]**

S1.  Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2.  What device are you using to complete this survey?
1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Mobile phone or cell phone
5. Other **[SCREEN OUT]**

1

S3.   Please verify that you are human.
      **[INSERT reCAPTCHA]**

S1TEEN. Are you a parent of any children under 18?
1. Yes
2. No **[SKIP TO PRE_INFO2]**

S2TEEN. What age range is your child? If you have multiple children, select all that apply.
1. Under 7 years old
2. 7 – 12 years
3. 13 – 15 years
4. 16 – 17 years

**[IF S2TEEN = 3 OR 4, ASK S3TEEN; ELSE SKIP TO PRE_INFO2]**

S3TEEN. We have a brief survey that we would like a teenager (ages **[PIPE S2TEEN AGE RANGE 13-17]**) to answer about their online activities. Is a teenager (ages **[PIPE S2TEEN AGE RANGE 13-17]**) living in your household available to participate in this survey?
1. Yes, I will allow the **[PIPE S2TEEN AGE RANGE 13-17]**-year-old to participate in this survey with my supervision
2. No, I will not allow the **[PIPE S2TEEN AGE RANGE 13-17]**-year-old to participate in this survey **[SKIP TO PRE_INFO2]**
3. The **[PIPE S2TEEN AGE RANGE 13-17]**-year-old is not available to participate right now **[SKIP TO PRE_INFO2]**

**[PRE_INFO]** Please **only observe** the teenager between **[PIPE S2TEEN AGE RANGE 13-17]** years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.

**[NEXT SCREEN]**

S4TEEN. Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions. **[SKIP TO S4]**
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

2

**[SKIP PRE_INFO2 IF S4TEEN = 1]**
**[PRE_INFO2]** Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

**[NEXT SCREEN]**

**[ASK ALL]**
S4.   Are you…?
1.   Male
2.   Female
3.   Non-binary
4.   Other
5.   Prefer not to answer **[SCREEN OUT]**

S5. Please select your age.  **[PROVIDE DROP DOWN BOX WITH AGE; INCLUDE 'PREFER NOT TO ANSWER' IN DROP DOWN, SCREEN OUT IF SELECTED; MUST BE 13 OR OLDER; IF TEEN, SCREEN OUT IF AGE SELECTED DOESN'T MATCH S2TEEN SELECTION; SCREEN OUT IF ADULT IS TAKING SURVEY BUT AGE SELECTED IS 17 OR UNDER]**

S6.   Please select from the following:
1. I currently live in the United States
2. I currently live outside of the United States **[SCREEN OUT]**
3. Prefer not to answer **[SCREEN OUT]**

S7.   Please enter your zip code. **[TEXT BOX]**

S8.  In which state do you currently reside? **[INSERT DROP DOWN BOX WITH STATE; US STATES AND DC ONLY] [SCREEN OUT IF STATE & ZIP DO NOT MATCH]**

S9. Please indicate which brand(s) of **smartphone(s)** you currently own and use.
     *(Select all that apply)* [RANDOMIZE 1-10]
1.   Apple
2.   Samsung
3.   Google
4.   Motorola
5.   LG
6.   Huawei
7.   Nokia
8.   OnePlus
9.   ZTE

3

10. Drexel **[SCREEN OUT]**
11. Other *(Please specify)* **[ANCHOR]**
12. I do not own or use a smartphone **[ANCHOR; EXCLUSIVE; SCREEN OUT]**
13. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[TERMINATE IF SELECT S9R10, S9R12, OR S9R13]**

**[ASK S10 IF MORE THAN ONE BRAND SELECTED AT S9]**
S10. Please indicate which brand of smartphone you use <u>most often</u>. **[DISPLAY SELECTED ANSWERS FROM S9 IN SAME ORDER AS S9]**
1. Apple
2. Samsung
3. Google
4. Motorola
5. LG
6. Huawei
7. Nokia
8. OnePlus
9. ZTE
10. **[PIPE THROUGH "OTHER" RESPONSE FROM S9]**
11. Don't know / unsure **[ANCHOR; SCREENOUT]**

**[QUALIFYING QUESTIONS]**

S11. Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?
*(Select all that apply)* **[RANDOMIZE 1-10]**
1. Games
2. Entertainment
3. Sports
4. Shopping
5. Social media
6. Messaging
7. News
8. Fitness
9. Transit
10. Banking
11. None of these **[ANCHOR; EXCLUSIVE]**
12. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S11=1 OR 2 ASK S12, ELSE SKIP TO S13]**
**[PIPE S12 LANGUAGE ACCORDING TO SELECTION(S) IN S11]**

4

S12.  Which of the following types of [games / [or] / entertainment apps], if any, have you downloaded to your smartphone in the past six months?
    *(Select all that apply)* **[RANDOMIZE 1-11]**
    1. Arcade-style
    2. Strategy
    3. Casual / hypercasual
    4. Action
    5. Adventure
    6. Trivia
    7. Shooter
    8. Sports
    9. Puzzles
    10.  Driving / racing
    11.  Cards
    12.  Other *(Please specify)* **[ANCHOR]**
    13.  Don't know / unsure **[ANCHOR; EXCLUSIVE; FLAG]**

**[IF S12 = 1-4 SKIP TO QUALIFYING; OTHERWISE ASK S13]**

S13.  Which of the following types of apps, if any, are you likely to download to your smartphone in the next three months?
    *(Select all that apply)* **[SAME ORDER AS S11]**
    1. Games
    2. Entertainment
    3. Sports
    4. Shopping
    5. Social media
    6. Messaging
    7. News
    8. Fitness
    9. Transit
    10.  Banking
    11.  None of these **[ANCHOR; EXCLUSIVE]**
    12.  Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S13=1 OR 2 ASK S14, ELSE SKIP TO QUALIFYING]**
**[PIPE S14 LANGUAGE ACCORDING TO SELECTION(S) IN S13]**

S14.  Which of the following types of [games / [or] / entertainment apps], if any, are you likely to download to your smartphone in the next three months?
    *(Select all that apply)* **[RANDOMIZE 1-11; OR SAME ORDER AS S12 IF ASKED]**
    1.   Arcade-style
    2.   Strategy
    3.   Casual / hypercasual
    4.   Action
    5.   Adventure

6.   Trivia
7.   Shooter
8.   Sports
9.   Puzzles
10.  Driving / racing
11.  Cards
12.  Other *(Please specify)* [ANCHOR]
13.  Don't know / unsure [ANCHOR; EXCLUSIVE; SCREEN OUT]

[QUALIFYING CRITERIA: RESPONDENT MUST INDICATE THEY HAVE DOWNLOADED OR WILL DOWNLOAD AN ARCADE-STYLE, STRATEGY, CASUAL/HYPERCASUAL, OR ACTION GAME / ENTERTAINMENT APP]

[ASSIGN RESPONDENT TO APPLE OR ANDROID GROUP BASED ON QUALIFYING DEVICE; IF QUALIFY BASED ON "OTHER" DEVICE AT S9 / S10 ASSIGN TO ANDROID GROUP; REQUIRE HALF OF RESPONDENTS QUALIFY ON APPLE; OTHER HALF QUALIFY ON ANDROID]

S15.  Approximately how many times each week, if at all, do you do each of the following?
*(Select one response per item)* [ROTATE COLUMN ORDER]

|  | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure [ANCHOR] |
|---|---|---|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | O | O | O | O | O | O | O | O |
| Engage in strenuous activity for 30 minutes or more | O | O | O | O | O | O | O | O |
| Please select [1- 5] [ time / times] each week for this item | O | O | O | O | O | O | O | O |
| Watch a full-length movie | O | O | O | O | O | O | O | O |
| Go out to eat in a restaurant | O | O | O | O | O | O | O | O |

[IF S15R3 EQUAL TO RANDOMIZED SELECTION, CONTINUE TO MAIN SURVEY, ELSE SCREEN OUT]

## MAIN QUESTIONNAIRE

**[RANDOMIZE TO TEST OR CONTROL]**

**[INTRO 2]** Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

**[NEXT SCREEN]**

For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

**[NEXT SCREEN]**

    **[INSERT VIDEO TEST; DISABLE ">" BUTTON UNTIL VIDEO IS WATCHED]**

**[NEXT SCREEN]**

AT1:  Which of the following best describes the video you just watched? **[RANDOMIZE 1-5]**
   1. Horse jumping, sound of bell
   2. Bicycle racing, sound of car alarm
   3. Train tracks, sound of dog barking
   4.  Autumn leaves, sound of rain **[MUST SELECT TO CONTINUE, OTHERWISE SCREEN OUT]**
   5. Mountain trail, sound of birds
   6. None of these **[ANCHOR; SCREEN OUT]**

**[MUST SELECT AT1=5 TO CONTINUE, ELSE SCREEN OUT]**

**[NEXT SCREEN]**

**[INTRO 3]** We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

**[NEXT SCREEN]**

**[BLOCK 1]**

7

**[ALLOCATE TO SEARCH IMAGE BASED ON APPLE / ANDROID GROUP FROM S9/S10]**

**[10 SECOND DELAY BEFORE CONTINUE BUTTON APPEARS]**

**[APPLE EXCERPT]**                    **[ANDROID EXCERPT]**



**[NEXT SCREEN]**

Q0. Were you able to see the results clearly? **[ROTATE RESPONSE OPTIONS 1 AND 2]**
   1. Yes
   2. No **[SCREEN OUT]**
   3. Don't know / unsure **[SCREEN OUT]**

**[NEXT SCREEN]**

**[INTRO 4]** Now you will be shown brief video clips of some of the games from this search. Please make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the videos in landscape orientation.*

Also, please be sure that the volume on your device is turned up. These video clips may or may not have sound. The first game will be called **GAME 1**. When you are ready, press the "Play" button to begin the video.

**[REQUIRE ONE FULL VIDEO PLAY BEFORE CONTINUE BUTTON APPEARS] [RECORD TIME ON PAGE]**

**[SHOW VIDEO]**



### GAME 1 [SLITHER.IO GAME PLAY]



**[AFTER ONE FULL VIDEO PLAY, SHOW: "**If you would like to watch the video again, click the replay button above.**"; ENABLE REPLAY FUNCTIONALITY]**

**[NEXT SCREEN]**

9

Q1. Were you able to see **GAME 1** clearly? **[ROTATE RESPONSE OPTIONS 1 AND 2]**
  1.  Yes
  2.  No **[SCREEN OUT]**
  3.  Don't know / unsure **[SCREEN OUT]**

**[RANDOMIZE ORDER OF BLOCKS 2, 3, AND 4; RECORD ORDER]**

**[BLOCK 2]**

**[INTRO 5]** Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

**[NEXT SCREEN]**

When you are ready, press the "Play" button to begin the video.

**[REQUIRE ONE FULL VIDEO PLAY BEFORE CONTINUE BUTTON APPEARS]**
**[RECORD TIME ON PAGE]**

**[TEST – SNAKE.IO GAME PLAY]**



**[CONTROL – PAPER.IO 2 GAME PLAY]**



10

**[AFTER ONE FULL VIDEO PLAY, SHOW: "**If you would like to watch the video again, click the replay button above.**"; ENABLE REPLAY FUNCTIONALITY]**

**[NEXT SCREEN]**

Q2_2. Were you able to see the game clearly? **[USE SAME ORDER AS Q1]**
1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[VIDEO THUMBNAIL APPEARS ABOVE Q3_2-Q6_2 WITH INSTRUCTION "*Click the image to watch the video for this game again.*"; RECORD CLICKS]**

Q3_2. Do you believe the game shown here is made or put out by…?
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[RANDOMIZE 1 AND 2 OR KEEP ORDER CONSISTENT WITH Q3_3 OR Q3_4 (WHICHEVER DISPLAYED FIRST)]**
1. The <u>same</u> company that puts out the first game you were shown (**GAME 1**) **[CONTINUE TO Q4_2]**
2. A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**) **[SKIP TO Q5_2]**
3. Don't know / no opinion **[SKIP TO Q5_2]**

Q4_2. What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?
*(Please answer as completely as possible. You are not limited by the size of the answer box.)*
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**

    **[IF ASKED Q4_2 I.E., Q3_2=1, SKIP TO NEXT BLOCK OR FINAL INTRO]**

Q5_2. Do you think that the game shown here…?
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[RANDOMIZE 1 AND 2 OR KEEP ORDER CONSISTENT WITH Q5_3 OR Q5_4 (WHICHEVER DISPLAYED FIRST]**
1. <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**) **[CONTINUE TO Q6_2]**
2. Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**) **[SKIP TO NEXT BLOCK OR FINAL INTRO]**
3. Don't know / no opinion **[SKIP TO NEXT BLOCK OR FINAL INTRO]**

11

Q6_2. What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?
*(Please answer as completely as possible. You are not limited by the size of the answer box.)*
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**

**[GO TO NEXT BLOCK OR FINAL INTRO]**

**[BLOCK 3]**

**[INTRO 6]** Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

**[NEXT SCREEN]**

When you are ready, press the "Play" button to begin the video.

**[REQUIRE ONE FULL VIDEO PLAY BEFORE CONTINUE BUTTON APPEARS]**
**[RECORD TIME ON PAGE]**

**[AGAR.IO GAME PLAY]**



**[AFTER ONE FULL VIDEO PLAY, SHOW: "**If you would like to watch the video again, click the replay button above.**"; ENABLE REPLAY FUNCTIONALITY]**

**[NEXT SCREEN]**

Q2_3. Were you able to see the game clearly? **[USE SAME ORDER AS Q1]**
1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[VIDEO THUMBNAIL APPEARS ABOVE Q3_3-Q6_3 WITH INSTRUCTION "*Click the image to watch the video for this game again.*"; RECORD CLICKS]**

Q3_3. Do you believe the game shown here is made or put out by…?
*(Click <u>here</u> to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[RANDOMIZE 1 AND 2 OR KEEP ORDER CONSISTENT WITH Q3_2 OR Q3_4 (WHICHEVER DISPLAYED FIRST)]**
1. The <u>same</u> company that puts out the first game you were shown (**GAME 1**) **[CONTINUE TO Q4_3]**
2. A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**) **[SKIP TO Q5_3]**
3. Don't know / no opinion **[SKIP TO Q5_3]**

Q4_3. What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?
*(Please answer as completely as possible. You are not limited by the size of the answer box.)*
*(Click <u>here</u> to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**

**[IF ASKED Q4_3 I.E., Q3_3=1, SKIP TO NEXT BLOCK OR FINAL INTRO]**

Q5_3. Do you think that the game shown here…?
*(Click <u>here</u> to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[RANDOMIZE 1 AND 2 OR KEEP ORDER CONSISTENT WITH Q5_2 OR Q5_4 (WHICHEVER DISPLAYED FIRST]**
1. <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**) **[CONTINUE TO Q6_3]**
2. Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**) **[SKIP TO NEXT BLOCK OR FINAL INTRO]**
3. Don't know / no opinion **[SKIP TO NEXT BLOCK OR FINAL INTRO]**

Q6_3. What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?
*(Please answer as completely as possible. You are not limited by the size of the answer box.)*
*(Click <u>here</u> to see the game, GAME 1, you saw first.)*

13

**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**

**[ASK NEXT BLOCK OR FINAL INTRO]**

**[BLOCK 4]**

**[INTRO 7]** Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

**[NEXT SCREEN]**

When you are ready, press the "Play" button to begin the video.

**[REQUIRE ONE FULL VIDEO PLAY BEFORE CONTINUE BUTTON APPEARS]**
**[RECORD TIME ON PAGE]**

**[SNAKE VS BLOCK GAME PLAY]**



**[AFTER ONE FULL VIDEO PLAY, SHOW: "**If you would like to watch the video again, click the replay button above.**"; ENABLE REPLAY FUNCTIONALITY]**

**[NEXT SCREEN]**

Q2_4. Were you able to see the game clearly? **[USE SAME ORDER AS Q1]**
  1. Yes
  2. No **[SCREEN OUT]**
  3. Don't know / unsure **[SCREEN OUT]**

**[THUMBNAILS APPEAR ABOVE Q3_4-Q6_4 WITH INSTRUCTION "*Click the image to watch the video for this game again.*"; RECORD CLICKS]**

14

Q3_4. Do you believe the game shown here is made or put out by…?
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[RANDOMIZE 1 AND 2 OR KEEP ORDER CONSISTENT WITH Q3_2 OR Q3_3 (WHICHEVER DISPLAYED FIRST)]**
  1. The <u>same</u> company that puts out the first game you were shown (**GAME 1**) **[CONTINUE TO Q4_4]**
  2. A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**) **[SKIP TO Q5_4]**
  3. Don't know / no opinion **[SKIP TO Q5_4]**

Q4_4. What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?
*(Please answer as completely as possible. You are not limited by the size of the answer box.)*
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**

**[IF ASKED Q4_4 I.E., Q3_4=1, SKIP TO NEXT SECTION OR FINAL INTRO]**

Q5_4. Do you think that the game shown here…?
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[RANDOMIZE 1 AND 2 OR KEEP ORDER CONSISTENT WITH Q5_2 OR Q5_3 (WHICHEVER DISPLAYED FIRST]**
  1. <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**) **[CONTINUE TO Q6_4]**
  2. Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**) **[SKIP TO NEXT BLOCK OR FINAL INTRO]**
  3. Don't know / no opinion **[SKIP TO NEXT BLOCK OR FINAL INTRO]**

Q6_4. What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?
*(Please answer as completely as possible. You are not limited by the size of the answer box.)*
*(Click here to see the game, GAME 1, you saw first.)* **[RECORD CLICKS]**
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / no opinion**"; DO NOT ALLOW BLANK TEXT BOX IF DK/NO OPINION BOX IS NOT CHECKED]**

**[GO TO NEXT BLOCK OR FINAL INTRO]**

15

**[FINAL SCREENER QUESTIONS]**

**[FINAL INTRO]** We have just a few final questions for you.

**[NEXT SCREEN]**

S16. Other than the survey you just completed, have you taken a survey on any of the following topics in the past month?
*(Select one response per item)* **[SET AS GRID; RANDOMIZE ROWS, ROTATE YES/NO COLUMNS]**

|  | Yes | No | Don't know / unsure |
|---|---|---|---|
| Apps |  |  |  |
| Smartphones |  |  |  |
| Gaming |  |  |  |
| Podcasts |  |  |  |
| Video games |  |  |  |
| Board games |  |  |  |

**[FLAG1 IF 'APPS' OR 'GAMING' IS 'YES'; FLAG2 IF ANY ROWS ARE DK]**

S17. Do you or do any members of your household work for any of the following?
   *(Select all that apply)* **[RANDOMIZE 1-6]**
   1. A market research or advertising company **[FLAG]**
   2. A company that makes or produces apps **[FLAG]**
   3. A company that makes or produces a television show or series
   4. A company that makes or produces smartphones
   5. A museum
   6. A company that makes or produces podcasts
   7. None of these **[ANCHOR; EXCLUSIVE]**
   8. Don't know / unsure **[ANCHOR; FLAG]**

**[END OF SURVEY; FORWARD TO PANEL THANK YOU PAGE]**

16

# Exhibit D.2

# Game Design Survey
## Desktop Screenshots

# Screener
# All Respondents

Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

>

Powered by Dynata

3

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

>

4

What device are you using to complete this survey?

○ Desktop computer
○ Laptop computer
○ Tablet computer
○ Mobile phone or cell phone
○ Other

>

5

Please verify that you are human.

I'm not a robot
reCAPTCHA
Privacy - Terms

>

Powered by Dynata

6

## Are you a parent of any children under 18?

○ Yes

○ No

**>**

What age range is your child? If you have multiple children, select all that apply.

☐ Under 7 years old

☐ 7 – 12 years

☐ 13 – 15 years

☐ 16 – 17 years

> 

Powered by Dynata

8

We have a brief survey that we would like a teenager (ages 13 - 17) to answer about their online activities. Is a teenager (ages 13 - 17) living in your household available to participate in this survey?

○ Yes, I will allow the 13 - 17-year-old to participate in this survey with my supervision

○ No, I will not allow the 13 - 17-year-old to participate in this survey

○ The 13 - 17-year-old is not available to participate right now

> 

9

# Screener
# Teen 13-17 Years

Please **only observe** the teenager between 13 - 17 years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.

>

Powered by Dynata

11

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○  I have read the above instructions and understand them, and I will adhere to these instructions.

○  I do not understand the above instructions, or I don't wish to agree to them.

<div align="right">

`>`

</div>

# Screener
# No Teen 13-17 years

Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

>

# Screener (cont.) All Respondents

Are you...?

○ Male

○ Female

○ Non-binary

○ Other

○ Prefer not to answer

---

<button>></button>

Please select your age.

-- Select --



Please select from the following:

○ I currently live in the United States

○ I currently live outside of the United States

○ Prefer not to answer

---

>

Please enter your zip code.

>

Powered by Dynata

19

In which state do you currently reside?

-- Select -- ▼

>

Powered by Dynata

20

Please indicate which brand(s) of **smartphone(s)** you currently own and use.

*(Select all that apply)*

☐ Huawei

☐ Drexel

☐ Nokia

☐ Apple

☐ LG

☐ OnePlus

☐ Google

☐ ZTE

☐ Samsung

☐ Motorola

☐ Other *(Please specify)* [                    ]

☐ I do not own or use a smartphone

☐ Don't know / unsure

`>`

Please indicate which brand of smartphone you use <u>most often</u>.

○ Huawei

○ Nokia

○ Apple

○ LG

○ OnePlus

○ Google

○ ZTE

○ Samsung

○ Motorola

○ Don't know / unsure

> 

22

Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

***(Select all that apply)***

- ☐ Shopping
- ☐ Banking
- ☐ Transit
- ☐ Social media
- ☐ Messaging
- ☐ Fitness
- ☐ Games
- ☐ News
- ☐ Entertainment
- ☐ Sports
- ☐ None of these
- ☐ Don't know / unsure

>

Which of the following <u>types of games or entertainment apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

**(Select all that apply)**

- ☐ Adventure
- ☐ Sports
- ☐ Shooter
- ☐ Driving / racing
- ☐ Cards
- ☐ Arcade-style
- ☐ Strategy
- ☐ Trivia
- ☐ Casual / hypercasual
- ☐ Action
- ☐ Puzzles
- ☐ Other **(Please specify)** [_____]
- ☐ Don't know / unsure

>

Which of the following <u>types of apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

***(Select all that apply)***

- [ ] Shopping
- [ ] Banking
- [ ] Transit
- [ ] Social media
- [ ] Messaging
- [ ] Fitness
- [ ] Games
- [ ] News
- [ ] Entertainment
- [ ] Sports
- [ ] None of these
- [ ] Don't know / unsure

>

Which of the following <u>types of games or entertainment apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

**(Select all that apply)**

- [ ] Adventure
- [ ] Sports
- [ ] Shooter
- [ ] Driving / racing
- [ ] Cards
- [ ] Arcade-style
- [ ] Strategy
- [ ] Trivia
- [ ] Casual / hypercasual
- [ ] Action
- [ ] Puzzles
- [ ] Other **(Please specify)** [                    ]
- [ ] Don't know / unsure

>

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per item)*

| | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure |
|---|---|---|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Engage in strenuous activity for 30 minutes or more | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Please select 1 time each week for this item | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Watch a full-length movie | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Go out to eat in a restaurant | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

>

Powered by Dynata

27

# Main Questionnaire

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

29

For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

> `>`

Powered by Dynata

30



>

Which of the following best describes the video you just watched?

○ Bicycle racing, sound of car alarm

○ Mountain trail, sound of birds

○ Train tracks, sound of dog barking

○ Autumn leaves, sound of rain

○ Horse jumping, sound of bell

○ None of these

>

We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

> 

Powered by Dynata

33

# Android Search Results

  

## Sponsored





# Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★   ⊡ 10M+   **E** Everyone

Contains ads



**Install**

In-app purchases

---



slither.io



**Install**

# Lowtech Studios

Contains ads                                    In-app purchases

3.9★                    500M+                    
5M reviews ⓘ            Downloads                Everyone ⓘ

👤✦ 200+                 👤✦ Smooth offline
                         200+    play

Playability
anywhere                 👤✦ Unintuitive
                         300+    controls

Play online with people all over the world. Can YOU become the longest player?

Sponsored · Related to your search



**Snake.io - Fun Snake .io Gam...**

4.3 ★



**Snake Clash!**

4.4 ★



**Worms Zone .io - Hungry Snake**

4.2 ★

37

# Limited-time events



## PUBG MOBILE

Level Infinite • Action • Gun

4.3 ★   ⬇ 500M+   



## CodyCross: Crossword Puz...

Fanatee, Inc. • Word • Crossword

4.7 ★   ⬇ 100M+   



## Pixel Art - Color by Number

Easybrain • Puzzle • Coloring

4.4 ★   ⬇ 100M+   



38

 **Free Fire MAX**

Garena International I • Action

4.4 ★    ⬇ 500M+    

 **Harry Potter: Hogwarts Mys...**

Jam City, Inc. • Adventure

4.6 ★    ⬇ 50M+    ⍟ Editors' Choice    

# You might also like    →








My Little Pony: Magic Princess

4.0 ★

Mini Metro

$0.99 

Learn Chess with Dr. Wolf

4.7 ★

Bl

4.

 Little Big Snake

ShockwaveLLC • Action

4.1 ★   ⬇ 10M+

 Snake.io NETFLIX

Netflix, Inc. • Arcade • Action

4.5 ★   ⬇ 500K+

 Snake Rivals - Fun Snake G...

Supersolid • Action • IO game

4.3 ★    ⊡ 10M+ 

 Snake Clash!

Supercent, Inc. • Arcade • Action

4.4 ★    ⊡ 50M+ 

 Snake.io - Fun Snake .io Ga...

Kooapps Games | Fun Ar... • Action

4.3 ★    ⊡ 100M+ 

41



# Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★   ⬇ 500M+



# wormate.io

Oleksandr Godoba • Action

3.6 ★   ⬇ 10M+



# Agar.io

Miniclip.com • Action • IO game

3.8 ★   ⬇ 100M+



# Snaky Cat

42



Appxplore (iCandy)  •  Arcade

Coming soon    🏷 Reward





Merge Snake !

Wuhan Weipai Network ...  •  Casual

4.5 ★    ⬇ 10M+





SSSnaker

Habby  •  Casual  •  Role Playing

4.2 ★    ⬇ 5M+





Slitherlink: Loop the Snake

Conceptis Ltd  •  Puzzle  •  Logic



43



4.6 ★  ⬇ 100K+

## Snake Towers

Set Snail • Arcade • Offline

4.3 ★  ⬇ 50K+



# Similar apps →





Idle Shark
World - Tycoo...

hocus.

Pocket Build

M

4.0 ★

4.7 ★

4.3 ★

$0

## Related searches

🔍 snake game 2023

🔍 snake game 2024

🔍 snake game 2021

snake zone

snake game 2020

Sponsored · Suggested for you



Factor_
Prepared Mea...

BitLife - Life
Simulator

Words With
Friends Word ...

Co
Re

4.6 ★   4.4 ★   4.1 ★   4.



## Slink.io - Snake Games

Apps2US Studios • Adventure

4.3 ★   ⊡ 50M+





## Worm Hunt - Snake game i...

Peaky Muzzle • Action • IO game

4.5 ★   ⊡ 10M+





## Wormax.io

Elyland • Action • IO game

4.6 ★   ⊡ 10M+



47



## Squad Busters

Supercell • Action • IO game

4.3 ★    ⊡ 10M+



## Hungry Shark Evolution

Ubisoft Entertainment • Action

4.5 ★    ⊡ 500M+    



## Sneak Snake-Slither Worm …

Hippo Lab • Action • IO game

4.2 ★    ⊡ 1M+



## Paper io 2



VOODOO • Arcade • Action

3.7 ★    ⊡ 100M+



# Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★    ⊡ 10M+



# Crossy Road

HIPSTER WHALE • Action

4.5 ★    ⊡ 100M+



# 8 Ball Pool









49

> \>

# Apple Search Results







## slither.io

Multiplayer slithering game

★★★★☆ 224K

Get

In-App Purchases

**#30** in Action | Multiplayer  Simulation  Entertainment





 **Snake.io - Fun Online Snake**

New Battle Royale Snake Games

★★★★½  368K

 **Get**

In-App Purchases

**#6** in Strategy  |  Multiplayer  Entertainment  Leaderboard

**HAPPENING NOW**









★★★★☆ 2.2M    In-App Purchases

#9 in Action  |  👤 Voodoo










# worms2one.io - Hungry Snake

Grow worms 2 eat every slither

★★★★⯨ 37K



☀ Action | Entertainment    Casual

**Get**

In-App Purchases



# wormate.io

Online snake game

**Get**





★★★★☆ **30K**

In-App Purchases

☀ Action  |  Multiplayer  👤 Oleksandr Godoba



## Snake Clash!

Grow to Eat! Snake Battle Game



★★★★★ **247K**

**Get**

In-App Purchases



#26 in Simulation  |  Multiplayer  •  Supercent, Inc.









## Worm Hunt - Slither snake are...
Grow Big Beast in Battle zone

⭐ Get

★★★★☆ 830

In-App Purchases



☀ **Action**   |   **Leaderboard**   **Casual**   👤 **Peaky Muzzle**



## Snake Rivals - io Snakes Ga...

⭐ Get





★★★★★ 19K    In-App Purchases

☀ Action | Multiplayer   Battle Royale   PvP   Casual



**Snake Battle - Snake Game**

Multiplayer slithering games

★★★★★ 5.1K



Get

In-App Purchases

62

♟ Board    |    Multiplayer    ⬚ Duozr Technology Co.,Ltd





# Wormax.io

Survive in PvP slither game!

★★★★☆  4.2K

 Get

In-App Purchases

✷ Action    |    Multiplayer    PvP    ⬚ ELYLAND INVESTMENT...

63



 **Little Big Snake**

Multiplayer Slither Worm Arena

★★★★⯪ 6.3K

 Casual | Multiplayer  LittleBigSnake, Inc

Get

In-App Purchases





## Snake Slither Go Chase

Frontier Battler With Worm

★★★☆☆ 1.4K

Get

In-App Purchases

🎟 Entertainment | Action  Pham Luong





**Amaze Snake: Gradient io W...**

Grow snakes & camera zoom gain

★★★★☆ 561

Get

In-App Purchases

 Racing  |  Entertainment   Oleksandr Lushpihan







# Worm.io - Snake & Worm IO...

#1 IO Game, Worm Battle Arena

★★★★☆ 20K

Get

In-App Purchases

Simulation | Entertainment | Quyen Doan





# Idle Snake World - Evolution

 Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K

Get

In-App Purchases

✳ Action | Tycoon   Idle   Simulation   Evolution 

  



 



  





# diep.io

Action

★★★★☆ 20K

Get

☀ Action | Simulation Entertainment 👤 VexxusArts Ltd

70





## Pixel Sword Fish io

Evolve and dominate! Have fun!

Get

# Main Questionnaire (cont.)

**Were you able to see the results clearly?**

○ No

○ Yes

○ Don't know / unsure

---



Powered by Dynata

73

Now you will be shown brief video clips of some of the games from this search. Please make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the videos in landscape orientation.*

Also, please be sure that the volume on your device is turned up. These video clips may or may not have sound. The first game will be called **GAME 1**. When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

>

74

Were you able to see **GAME 1** clearly?

○ Yes

○ No

○ Don't know / unsure

> 

75

# Block 2 Stimulus - Test Group Snake.io Gameplay

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

>

Powered by Dynata

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

Were you able to see the game clearly?

○ Yes

○ No

○ Don't know / unsure

<div align="right">

`>`

</div>

Powered by Dynata

79

*Click the image to watch the video for this game again.*



Do you believe the game shown here is made or put out by…?

*(Click [here](here) to see the game, GAME 1, you saw first.)*

○ A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)

○ The <u>same</u> company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

<div style="text-align:right">**>**</div>

Click the image to watch the video for this game again.



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

**(Please answer as completely as possible. You are not limited by the size of the answer box.)**

(Click **here** to see the game, GAME 1, you saw first.)



☐ Don't know / no opinion

> 

Powered by Dynata

**Click the image to watch the video for this game again.**



Do you think that the game shown here...?

*(Click [here](#) to see the game, GAME 1, you saw first.)*

○ Is connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Is not connected to, not affiliated with, and did not receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

Click the image to watch the video for this game again.



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click* [here](#) *to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

> 

Powered by Dynata

# Block 2 Stimulus - Control Group Paper.io Gameplay

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

>

Powered by Dynata

85

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

Were you able to see the game clearly?

○ Yes

○ No

○ Don't know / unsure

<div align="right">

> 

</div>

87

*Click the image to watch the video for this game again.*



Do you believe the game shown here is made or put out by…?

*(Click **here** to see the game, GAME 1, you saw first.)*

- ○ The <u>same</u> company that puts out the first game you were shown (**GAME 1**)
- ○ A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)
- ○ Don't know / no opinion

>

*Click the image to watch the video for this game again.*



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

>

*Click the image to watch the video for this game again.*



Do you think that the game shown here…?

*(Click here to see the game, GAME 1, you saw first.)*

○ Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

---

<div style="text-align: right;">

> 

</div>

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

> 

91

# Block 3 Stimulus Agar.io

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

>

Powered by Dynata

93

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

>

Were you able to see the game clearly?

○ Yes

○ No

○ Don't know / unsure

---

<input type="button" value=">" />

Powered by Dynata

95

*Click the image to watch the video for this game again.*



Do you believe the game shown here is made or put out by…?

*(Click **here** to see the game, GAME 1, you saw first.)*

○ The <u>same</u> company that puts out the first game you were shown (**GAME 1**)

○ A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

>

*Click the image to watch the video for this game again.*



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

**(Please answer as completely as possible. You are not limited by the size of the answer box.)**

*(Click* **here** *to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

> 

Powered by Dynata

***Click the image to watch the video for this game again.***



Do you think that the game shown here…?

**(Click here to see the game, GAME 1, you saw first.)**

○ Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

<div align="right">

`>`

</div>

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click **here** to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

>

Powered by Dynata

# Block 4 Stimulus Snake vs Block

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

>

Powered by Dynata

101

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

Were you able to see the game clearly?

○ Yes

○ No

○ Don't know / unsure

>

*Click the image to watch the video for this game again.*



Do you believe the game shown here is made or put out by…?

*(Click here to see the game, GAME 1, you saw first.)*

○ The <u>same</u> company that puts out the first game you were shown (**GAME 1**)

○ A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

>

*Click the image to watch the video for this game again.*



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

\>

*Click the image to watch the video for this game again.*



Do you think that the game shown here…?

*(Click here to see the game, GAME 1, you saw first.)*

○ Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ **Is** connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

>

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*



☐ Don't know / no opinion

>

107

# Final Screener

We have just a few final questions for you.

> 

Powered by Dynata

109

Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?

*(Select one response per item)*

| | Yes | No | Don't know / unsure |
|---|---|---|---|
| Board games | ○ | ○ | ○ |
| Gaming | ○ | ○ | ○ |
| Apps | ○ | ○ | ○ |
| Video games | ○ | ○ | ○ |
| Smartphones | ○ | ○ | ○ |
| Podcasts | ○ | ○ | ○ |

<div align="right">

`>`

</div>

Do you or do any members of your household work for any of the following?

***(Select all that apply)***

☐ A company that makes or produces podcasts

☐ A company that makes or produces apps

☐ A company that makes or produces a television show or series

☐ A company that makes or produces smartphones

☐ A market research or advertising company

☐ A museum

☐ None of these

☐ Don't know / unsure

>

# Game Design Survey
## Mobile Screenshots

# Screener
# All Respondents

Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.



Powered by Dynata

114

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

[ > ]

Powered by Dynata

115

What device are you using to complete this survey?

○ Desktop computer

○ Laptop computer

○ Tablet computer

○ Mobile phone or cell phone

○ Other

---

> 

Powered by Dynata

Please verify that you are human.

I'm not a robot

reCAPTCHA
Privacy - Terms

>

Powered by Dynata

Are you a parent of any children under 18?

O  Yes

O  No

---

>

Powered by Dynata

What age range is your child? If you have multiple children, select all that apply.

☐ Under 7 years old

☐ 7 – 12 years

☐ 13 – 15 years

☐ 16 – 17 years

---

> 

Powered by Dynata

We have a brief survey that we would like a teenager (ages 13 - 17) to answer about their online activities. Is a teenager (ages 13 - 17) living in your household available to participate in this survey?

○ Yes, I will allow the 13 - 17-year-old to participate in this survey with my supervision

○ No, I will not allow the 13 - 17-year-old to participate in this survey

○ The 13 - 17-year-old is not available to participate right now

> 

Powered by Dynata

120

# Screener
# Teen 13-17 Years

Please **only observe** the teenager between 13 - 17 years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.



Powered by Dynata

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

[ > ]

Powered by Dynata

123

# Screener
# No Teen 13-17 years

Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

>

Powered by Dynata

# Screener (cont.)
# All Respondents

## Are you...?

○  Male

○  Female

○  Non-binary

○  Other

○  Prefer not to answer

---

[  >  ]

Powered by Dynata



Please select your age.

-- Select --

>

Powered by Dynata

Please select from the following:

○ I currently live in the United States

○ I currently live outside of the United States

○ Prefer not to answer

---

> [ > ]

Powered by Dynata

129

Please enter your zip code.

>

Powered by Dynata

In which state do you currently reside?

-- Select -- ⇕

>

Powered by Dynata

Please indicate which brand(s) of **smartphone(s)** you currently own and use.

*(Select all that apply)*

☐ ZTE

☐ Huawei

☐ Motorola

☐ Apple

☐ LG

☐ Google

☐ Samsung

☐ OnePlus

☐ Nokia

☐ Drexel

☐ Other *(Please specify)* [                    ]

☐ I do not own or use a smartphone

☐ Don't know / unsure

> 

Powered by Dynata

Please indicate which brand of smartphone you use <u>most often</u>.

○ ZTE

○ Huawei

○ Motorola

○ Apple

○ LG

○ Google

○ Samsung

○ OnePlus

○ Nokia

○ Don't know / unsure

> 

Powered by Dynata

Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

*(Select all that apply)*

☐ Games

☐ Shopping

☐ Transit

☐ Sports

☐ Messaging

☐ Banking

☐ Fitness

☐ Entertainment

☐ News

☐ Social media

☐ None of these

☐ Don't know / unsure

>

Powered by Dynata

134

Which of the following <u>types of games or entertainment apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

*(Select all that apply)*

☐ Trivia

☐ Sports

☐ Shooter

☐ Cards

☐ Strategy

☐ Arcade-style

☐ Action

☐ Casual / hypercasual

☐ Puzzles

☐ Adventure

☐ Driving / racing

☐ Other *(Please specify)* [                    ]

☐ Don't know / unsure

> 

135

Which of the following <u>types of apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

*(Select all that apply)*

☐ Games

☐ Shopping

☐ Transit

☐ Sports

☐ Messaging

☐ Banking

☐ Fitness

☐ Entertainment

☐ News

☐ Social media

☐ None of these

☐ Don't know / unsure

>

Powered by Dynata

136

Which of the following <u>types of games or entertainment apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

*(Select all that apply)*

☐ Trivia

☐ Sports

☐ Shooter

☐ Cards

☐ Strategy

☐ Arcade-style

☐ Action

☐ Casual / hypercasual

☐ Puzzles

☐ Adventure

☐ Driving / racing

☐ Other *(Please specify)* [                    ]

☐ Don't know / unsure

[ > ]

Powered by Dynata

137

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per item)*

| | More than 5 times each week | 5 times each week | 4 times each week | 3 times each week | 2 times each week |
|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | ○ | ○ | ○ | ○ | ○ |
| Engage in strenuous activity for 30 minutes or more | ○ | ○ | ○ | ○ | ○ |
| Please select 4 times each week for this item | ○ | ○ | ○ | ○ | ○ |
| Watch a full-length movie | ○ | ○ | ○ | ○ | ○ |
| Go out to eat in a restaurant | ○ | ○ | ○ | ○ | ○ |

138

>

Powered by Dynata

# Main Questionnaire

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

>

Powered by Dynata



>

Powered by Dynata

Which of the following best describes the video you just watched?

○ Bicycle racing, sound of car alarm

○ Train tracks, sound of dog barking

○ Autumn leaves, sound of rain

○ Horse jumping, sound of bell

○ Mountain trail, sound of birds

○ None of these

> 

Powered by Dynata

We would now like you to imagine you are searching for a game to download and play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in.

On the next page you will be shown a set of search results. You may review the page for as long as you would like. Please note there will be a brief delay before you can proceed in the survey. Once you are finished looking at the page, you may move to the next screen by clicking the ">" button.

>

Powered by Dynata

145

# Android Search Results



Sponsored

**Little Big Snake**
ShockwaveLLC • Action
*Conquer the arena, survive.*
4.1★  ⊡ 10M+  **E** Everyone
Contains ads

**Install**
In-app purchases

**slither.io**
Lowtech Studios
Contains ads

**Install**
In-app purchases

| 3.9★ | 500M+ | **E** |
|------|-------|-------|
| 5M reviews ⓘ | Downloads | Everyone ⓘ |

**200+**

**Playability anywhere**

**200+** Smooth offline play

**300+** Unintuitive controls

Play online with people all over the world! Can YOU become the longest player?

Sponsored • **Related to your search**





147

Snake.io - Fun
Snake .io Gam...
4.3 ★

Snake Clash!
4.4 ★

Worms Zone .io
– Hungry Snake
4.2 ★

Sn
Sn
4.

## Limited-time events



PUBG MOBILE
Level Infinite • Action • Gun
4.3 ★    ⊡ 500M+    ♔



CodyCross: Crossword Puz...
Fanatee, Inc. • Word • Crossword
4.7 ★    ⊡ 100M+    ♔



Pixel Art - Color by Number
Easybrain • Puzzle • Coloring
4.4 ★    ⊡ 100M+    🎗



Free Fire MAX
Garena International I • Action
4.4 ★    ⊡ 500M+



Harry Potter: Hogwarts Mys...
Jam City, Inc. • Adventure
4.6 ★    ⊡ 50M+    ♔ Editors' Choice

## You might also like    →



My Little Pony:
Magic Princess

Mini Metro

Learn Chess
with Dr. Wolf

Bl



### Little Big Snake
ShockwaveLLC • Action
4.1★  ⬇ 10M+





### Snake.io NETFLIX
Netflix, Inc. • Arcade • Action
4.5★  ⬇ 500K+





### Snake Rivals - Fun Snake G...
Supersolid • Action • IO game
4.3★  ⬇ 10M+





### Snake Clash!
Supercent, Inc. • Arcade • Action
4.4★  ⬇ 50M+





### Snake.io - Fun Snake .io Ga...
Kooapps Games | Fun Ar... • Action
4.3★  ⬇ 100M+





### Worms Zone .io - Hungry S...
CASUAL AZUR GAMES • Action
4.2★  ⬇ 500M+





### wormate.io
Oleksandr Godoba • Action
3.6★  ⬇ 10M+





### Agar.io
Miniclip.com • Action • IO game
3.8★  ⬇ 100M+

149

### Snaky Cat



Appxplore (iCandy) • Arcade
Coming soon 🏷 Reward

 Merge Snake !
Wuhan Weipai Network ... • Casual
4.5 ★   ⤓ 10M+ 

 SSSnaker
Habby • Casual • Role Playing
4.2 ★   ⤓ 5M+ 

 Slitherlink: Loop the Snake
Conceptis Ltd. • Puzzle • Logic
4.6 ★   ⤓ 100K+ 

 Snake Towers
Set Snail • Arcade • Offline
4.3 ★   ⤓ 50K+ 

## Similar apps   →



Idle Shark
World - Tycoo...
4.0 ★



hocus.
4.7 ★ 🎮



Pocket Build
4.3 ★

M
$(

## Related searches

🔍   snake game 2023

🔍   snake game 2024

150

snake game 2021

snake zone

snake game 2020

Sponsored · **Suggested for you**                    ⋮






Factor_
Prepared Mea...
4.6 ★

BitLife - Life
Simulator
4.4 ★

Words With
Friends Word ...
4.1 ★

Co
Re
4.


### Slink.io - Snake Games
Apps2US Studios • Adventure
4.3 ★   ⬇ 50M+



### Worm Hunt - Snake game i...
Peaky Muzzle • Action • IO game
4.5 ★   ⬇ 10M+



### Wormax.io
Elyland • Action • IO game
4.6 ★   ⬇ 10M+



### Squad Busters
Supercell • Action • IO game
4.3 ★   ⬇ 10M+



### Hungry Shark Evolution
Ubisoft Entertainment • Action

151



Sneak Snake-Slither Worm ...
Hippo Lab • Action • IO game
4.2 ★    ⬇ 1M+

Paper.io 2
VOODOO • Arcade • Action
3.7 ★    ⬇ 100M+

Tangled Snakes
Popcore Games • Puzzle • Logic
4.2 ★    ⬇ 10M+

Crossy Road
HIPSTER WHALE • Action
4.5 ★    ⬇ 100M+

8 Ball Pool

Games    Apps    Search    Offers    Books

>

Powered by Dynata

# Apple Search Results

12:05

🔍 Search                    ⊗    Cancel



**All in Hole**

Ad  Puzzle Match with a Black Hole

★★★★★ 11K

Get

In-App Purchases

#50 in Puzzle  |  Entertainment  Casual  📷 HOMA GAMES



**slither.io**

Multiplayer slithering game

★★★★☆ 224K

Get

In-App Purchases

#30 in Action  |  Multiplayer  Simulation  Entertainment





**Snake.io - Fun Online Snake**

New Battle Royale Snake Games

★★★★☆ 368K

Get

In-App Purchases

#6 in Strategy  |  Multiplayer  Entertainment  Leaderboard



COMPETITION
## Snake Games: Lunar Party #2
Ready to party? Let's welcome the New Year!

 **Snake.io - Fun Online Snake**
New Battle Royale Snake Games

**Get**
In-App Purchases



**Paper.io 2**
Conquer the entire territory!
★★★★½ 2.2M

**Get**
In-App Purchases

**#9** in Action | 👤 Voodoo

  

**Agar.io**
Play with friends online
★★★★½ 216K

**Get**
In-App Purchases

❄️ Action | Multiplayer Entertainment | 👤 Miniclip.com







155




**MANY DIFFERENT SKINS!**

### WormsZone.io - Hungry Snake

Grow worms 2 eat every slither

★★★★☆ 37K

**Get**

In-App Purchases

☀ Action | Entertainment | Casual



### wormate.io

Online snake game

★★★★☆ 30K

**Get**

In-App Purchases

☀ Action | Multiplayer | 🖾 Oleksandr Godoba



### Snake Clash!

Grow to Eat! Snake Battle Game

★★★★★ 247K

**Get**

In-App Purchases

#26 in Simulation | Multiplayer | 🖾 Supercent, Inc.

156









### Worm Hunt: slither snake are...
Grow Big Beast in Battle zone
★★★★☆ 830

**Get**

In-App Purchases

☀ Action  |  Leaderboard   Casual   🖵 Peaky Muzzle



### Snake Rivals - io Snakes Ga...
Slither & worm arena io game
★★★★★ 19K

**Get**

In-App Purchases

☀ Action  |  Multiplayer   Battle Royale   PvP   Casual





### Snake Battle - Snake Game
Multiplayer slithering games

**Get**

157

★★★★★ 5.1K    In-App Purchases

🏆 Board | Multiplayer    🖵 Duozr Technology Co.,Ltd



 **Wormax.io**
Survive in PvP slither game!
★★★★★ 4.2K

**Get**

In-App Purchases

🌟 Action | Multiplayer    PvP    🖵 ELYLAND INVESTMENT...



 **Little Big Snake**
Multiplayer Slither Worm Arena
★★★★★ 6.3K

**Get**

In-App Purchases

🐉 Casual | Multiplayer    🖵 LittleBigSnake, Inc



158

### Snake Slither Go Chase
Frontier Battler With Worm

**Get**

★★★½☆ 1.4K

In-App Purchases

🏛 Entertainment | Action | 👤 Pham Luong



### Amaze Snake: Gradient io W...
Grow snakes & camera zoom gain

**Get**

★★★★½ 561

In-App Purchases

🏁 Racing | Entertainment | 👤 Oleksandr Lushpihan



### Worm.io - Snake & Worm IO...
#1 IO Game, Worm Battle Arena

**Get**

★★★★☆ 20K

In-App Purchases

🐍 Simulation | Entertainment | 👤 Quyen Doan



159

### Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K

Get

In-App Purchases

☀ Action  |  Tycoon   Idle   Simulation   Evolution

  

### Slide.io - Free Style Games

Can you kill all other colors?

★★★★½ 23K

Get

In-App Purchases

🏛 Casual  |  Multiplayer   🖼 Akbari Bhaveshbhai

  

### diep.io

Action

★★★★☆ 20K

Get

☀ Action  |  Simulation   Entertainment   🖼 VexxusArts Ltd

160

Awesome Tank Battles!



Powered by Dynata

# Main Questionnaire (cont.)

Were you able to see the results clearly?

○  No

○  Yes

○  Don't know / unsure

---

> 

Powered by Dynata

Now you will be shown brief video clips of some of the games from this search. Please make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the videos in landscape orientation.*

Also, please be sure that the volume on your device is turned up. These video clips may or may not have sound. The first game will be called **GAME 1**. When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

>

Were you able to see **GAME 1** clearly?

○ Yes

○ No

○ Don't know / unsure

---

>

Powered by Dynata

# Block 2 Stimulus - Test Group Snake.io Gameplay

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.



Powered by Dynata

167

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

> 

Powered by Dynata

Were you able to see the game clearly?

○  Yes

○  No

○  Don't know / unsure

---

[ > ]

Powered by Dynata

*Click the image to watch the video for this game again.*



Do you believe the game shown here is made or put out by...?

*(Click here to see the game, GAME 1, you saw first.)*

○ The same company that puts out the first game you were shown (**GAME 1**)

○ A different company than the one that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

> 

Powered by Dynata

170

*Click the image to watch the video for this game again.*



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

>

***Click the image to watch the video for this game again.***



Do you think that the game shown here…?

***(Click here to see the game, GAME 1, you saw first.)***

○  Is connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○  Is not connected to, not affiliated with, and did not receive permission from the company that puts out the first game you were shown (**GAME 1**)

○  Don't know / no opinion

<div align="right">

`>`

</div>

Powered by Dynata

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> 

173

# Block 2 Stimulus - Control Group Paper.io Gameplay

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.



Powered by Dynata

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.



Powered by Dynata

Were you able to see the game clearly?

O  Yes

O  No

O  Don't know / unsure

---

> 

Powered by Dynata

***Click the image to watch the video for this game again.***



Do you believe the game shown here is made or put out by…?

***(Click here to see the game, GAME 1, you saw first.)***

○ A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)

○ The <u>same</u> company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

---

> 

Powered by Dynata

178

***Click the image to watch the video for this game again.***



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click [here](#) to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> 

Powered by Dynata

179

***Click the image to watch the video for this game again.***



Do you think that the game shown here…?

**(Click here to see the game, GAME 1, you saw first.)**

○ <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

> >

Powered by Dynata

180

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> \>

Powered by Dynata

181

# Block 3 Stimulus
# Agar.io

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.

>

Powered by Dynata

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.



Powered by Dynata

184

Were you able to see the game clearly?

O  Yes

O  No

O  Don't know / unsure

---

[ > ]

Powered by Dynata

*Click the image to watch the video for this game again.*



Do you believe the game shown here is made or put out by…?

*(Click here to see the game, GAME 1, you saw first.)*

○ A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)

○ The <u>same</u> company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

<div style="text-align:right;">

> 

</div>

Powered by Dynata

186

*Click the image to watch the video for this game again.*



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> 

Powered by Dynata

187

*Click the image to watch the video for this game again.*



Do you think that the game shown here…?

*(Click here to see the game, GAME 1, you saw first.)*

○ <u>Is</u> connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Is <u>not</u> connected to, <u>not</u> affiliated with, and did <u>not</u> receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

---

<div align="center">

[ > ]

</div>

Powered by Dynata

188

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> 

189

# Block 4 Stimulus
# Snake vs Block

Now please look at the game on the next page. After you are done reviewing the video for this game, you will be asked some questions about it.



Powered by Dynata

When you are ready, press the "Play" button to begin the video.



If you would like to watch the video again, click the replay button above.

>

Powered by Dynata

192

Were you able to see the game clearly?

O  Yes

O  No

O  Don't know / unsure

---

> 

Powered by Dynata

***Click the image to watch the video for this game again.***



Do you believe the game shown here is made or put out by…?

***(Click here to see the game, GAME 1, you saw first.)***

○   A <u>different</u> company than the one that puts out the first game you were shown (**GAME 1**)

○   The <u>same</u> company that puts out the first game you were shown (**GAME 1**)

○   Don't know / no opinion

> **>**

Powered by Dynata

194

***Click the image to watch the video for this game again.***



What specifically makes you say this game is put out by the same company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click [here](#) to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> 

Powered by Dynata

195

*Click the image to watch the video for this game again.*



Do you think that the game shown here…?

*(Click here to see the game, GAME 1, you saw first.)*

○ Is connected to, affiliated with, or received permission from the company that puts out the first game you were shown (**GAME 1**)

○ Is not connected to, not affiliated with, and did not receive permission from the company that puts out the first game you were shown (**GAME 1**)

○ Don't know / no opinion

―――――――――――――――――――――――――――――――――――――

> `>`

Powered by Dynata

196

*Click the image to watch the video for this game again.*



What specifically makes you say that this game is connected to, affiliated with, or received permission from the company that puts out the game you were shown first (**GAME 1**)?

*(Please answer as completely as possible. You are not limited by the size of the answer box.)*

*(Click here to see the game, GAME 1, you saw first.)*

☐ Don't know / no opinion

> \>

Powered by Dynata

197

# Final Screener

We have just a few final questions for you.



Powered by Dynata

Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?

*(Select one response per item)*

| | No | Yes | Don't know / unsure |
|---|---|---|---|
| Gaming | O | O | O |
| Apps | O | O | O |
| Board games | O | O | O |
| Smartphones | O | O | O |
| Podcasts | O | O | O |
| Video games | O | O | O |

> 

Powered by Dynata

200

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

☐ A museum

☐ A company that makes or produces apps

☐ A company that makes or produces a television show or series

☐ A market research or advertising company

☐ A company that makes or produces podcasts

☐ A company that makes or produces smartphones

☐ None of these

☐ Don't know / unsure

> 

Powered by Dynata

201

# Exhibit D.3

Video files produced in native format.

# Search Results Apple





Multiplayer slithering game

★★★★☆ 224K    In-App Purchases

**#30** in Action | Multiplayer Simulation Entertainment





### Snake.io - Fun Online Snake
New Battle Royale Snake Games

★★★★⯪ 368K

Get

In-App Purchases

**#6** in Strategy | Multiplayer Entertainment Leaderboard

**HAPPENING NOW**



COMPETITION
Snake Games: Lunar Party #2
Ready to party? Let's welcome the New Year!

Snake.io - Fun Online Snake
New Battle Royale Snake Games

Get

In-App Purchases

3



**Paper.io 2**

Conquer the entire territory!

★★★★⯨ 2.2M

**Get**

In-App Purchases

#9 in Action  |  🖼 Voodoo







**Agar.io**

Play with friends online

★★★★⯨ 216K

**Get**

In-App Purchases

☀ Action  |  Multiplayer   Entertainment   🖼 Miniclip.com



4



### WormsZone.io - Hungry Snake

Grow worms 2 eat every slither

★★★★☆ 37K



In-App Purchases

☀ Action    |    Entertainment    Casual



### wormate.io

Online snake game

★★★★☆ 30K

Get

In-App Purchases

☀ Action    |    Multiplayer    ◻ Oleksandr Godoba



### Snake Clash!

Get

Grow to Eat! Snake Battle Game

★★★★★ 247K    In-App Purchases

**#26** in Simulation    |    Multiplayer    🎮 Supercent, Inc.







### Worm Hunt: slither snake are...

Grow Big Beast in Battle zone

★★★★☆ 830    **Get**    In-App Purchases

☀ Action    |    Leaderboard    Casual    🎮 Peaky Muzzle



6

### Snake Rivals - io Snakes Ga...

Slither & worm arena io game
★★★★★ 19K

**Get**

In-App Purchases

☀ Action  |  Multiplayer   Battle Royale   PvP   Casual





### Snake Battle - Snake Game

Multiplayer slithering games
★★★★★ 5.1K

**Get**

In-App Purchases

♟ Board  |  Multiplayer   ▣ Duozr Technology Co.,Ltd





### Wormax.io

Survive in PvP slither game!
★★★★⯪ 4.2K

**Get**

In-App Purchases

☀ Action  |  Multiplayer   PvP   ▣ ELYLAND INVESTMENT...

7





### Little Big Snake

Multiplayer Slither Worm Arena

★★★★⯪ 6.3K

**Get**

In-App Purchases



🎭 Casual  |  Multiplayer  👤 LittleBigSnake, Inc





### Snake Slither Go Chase

Frontier Battler With Worm

★★★⯪☆ 1.4K

**Get**

In-App Purchases

🎭 Entertainment  |  Action  👤 Pham Luong



8



### Amaze Snake: Gradient io W...

Grow snakes & camera zoom gain

★★★★⯪ 561

**Get**

In-App Purchases

🎮 Racing  |  Entertainment   👤 Oleksandr Lushpihan



### Worm.io - Snake & Worm IO...

#1 IO Game, Worm Battle Arena

★★★★☆ 20K

**Get**

In-App Purchases

🎲 Simulation  |  Entertainment   👤 Quyen Doan





9



## Idle Snake World - Evolution

Grow, Evolve & Smash! Mega fun

★★★★★ 1.1K



Get

In-App Purchases

☀ Action  |  Tycoon   Idle   Simulation   Evolution





## Slide.io - Free Style Games

Can you kill all other colors?

★★★★⯪ 23K



Get

In-App Purchases

🎮 Casual  |  Multiplayer   👤 Akbari Bhaveshbhai









### diep.io
Action
★★★★☆ 20K

✳ Action | Simulation    Entertainment    👤 VexxusArts Ltd

**Get**



### Pixel Sword Fish io
Evolve and dominate! Have fun!

**Get**



Today    Games    Apps    Arcade    Search

# Search Results
# Android

  

**Sponsored** ⋮



## Little Big Snake

ShockwaveLLC • Action

*Conquer the arena, survive.*

4.1★ ⬇ 10M+ **E** Everyone

Contains ads


Install

In-app purchases

---



## slither.io

Lowtech Studios

Contains ads


Install

In-app purchases

| 3.9★ | 500M+ | **E** |
|------|-------|-------|
| 5M reviews ⓘ | Downloads | Everyone ⓘ |

 200+

 Smooth offline

13



## Playability anywhere

<div>

**300+**

**Unintuitive controls**

</div>

Play online with people all over the world! Can YOU become the longest player?

Sponsored · **Related to your search**



Snake.io - Fun Snake .io Gam...

4.3 ★



Snake Clash!

4.4 ★



Worms Zone .io - Hungry Snake

4.2 ★

Sr Sr

4.

# Limited-time events



## PUBG MOBILE

Level Infinite · Action · Gun





Level Infinite • Action • Gun

4.3 ★    ⊡ 500M+    



## CodyCross: Crossword Puz...

Fanatee, Inc. • Word • Crossword

4.7 ★    ⊡ 100M+    



## Pixel Art - Color by Number

Easybrain • Puzzle • Coloring

4.4 ★    ⊡ 100M+    



## Free Fire MAX

Garena International I • Action

4.4 ★    ⊡ 500M+



## Harry Potter: Hogwarts Mys...

Jam City, Inc. • Adventure

4.6 ★    ⊡ 50M+    ✓ Editors' Choice

# You might also like    →








My Little Pony:
Magic Princess

4.0 ★

Mini Metro

$0.99 

Learn Chess
with Dr. Wolf

4.7 ★

Bl
4.



### Little Big Snake

ShockwaveLLC • Action

4.1 ★    ⬇ 10M+





### Snake.io NETFLIX

Netflix, Inc. • Arcade • Action

4.5 ★    ⬇ 500K+





### Snake Rivals - Fun Snake G...

Supersolid • Action • IO game

4.3 ★    ⬇ 10M+





### Snake Clash!

Supercent, Inc. • Arcade • Action

4.4 ★    ⬇ 50M+





### Snake.io - Fun Snake .io Ga...

16



Kooapps Games | Fun Ar... • Action

4.3 ★    ⬇ 100M+

 

Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★    ⬇ 500M+

 

wormate.io

Oleksandr Godoba • Action

3.6 ★    ⬇ 10M+

 

Agar.io

Miniclip.com • Action • IO game

3.8 ★    ⬇ 100M+

 

Snaky Cat

Appxplore (iCandy) • Arcade

Coming soon    🏷 Reward

Merge Snake !

Wuhan Weipai Network ... • Casual

4.5 ★    ⬇ 10M+

17



## SSnaker

Habby • Casual • Role Playing

4.2 ★   ⤓ 5M+





## Slitherlink: Loop the Snake

Conceptis Ltd. • Puzzle • Logic

4.6 ★   ⤓ 100K+





## Snake Towers

Set Snail • Arcade • Offline

4.3 ★   ⤓ 50K+



# Similar apps                                    →



Idle Shark
World - Tycoo...

4.0 ★



hocus.

4.7 ★   🎨



Pocket Build

4.3 ★

M

$0

# Related searches

🔍   snake game 2023

🔍   snake game 2024

🔍   snake game 2021

🔍   snake zone

🔍   snake game 2020

Sponsored · **Suggested for you**                                    ⋮







Factor_          BitLife - Life        Words With
Prepared Mea...  Simulator             Friends Word ...

19



### Slink.io - Snake Games
Apps2US Studios • Adventure
4.3 ★   ⬇ 50M+





### Worm Hunt - Snake game i…
Peaky Muzzle • Action • IO game
4.5 ★   ⬇ 10M+





### Wormax.io
Elyland • Action • IO game
4.6 ★   ⬇ 10M+





### Squad Busters
Supercell • Action • IO game
4.3 ★   ⬇ 10M+





### Hungry Shark Evolution
Ubisoft Entertainment • Action
4.5 ★   ⬇ 500M+   



### Sneak Snake-Slither Worm …



Hippo Lab • Action • IO game

4.2 ★    ⬇ 1M+



Paper.io 2

VOODOO • Arcade • Action

3.7 ★    ⬇ 100M+





Tangled Snakes

Popcore Games • Puzzle • Logic

4.2 ★    ⬇ 10M+





Crossy Road

HIPSTER WHALE • Action

4.5 ★    ⬇ 100M+

8 Ball Pool



🎮
Games

🔳
Apps

🔍
Search

🏷
Offers

📑
Books

# Exhibit D.4

Produced in native format.

Exhibit E.1

# *Consumer Perception Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**
**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[INTRODUCTION]** Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

**[NEXT SCREEN]**

S1.   Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2.   What device are you using to complete this survey?
1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Mobile phone or cell phone
5. Other **[SCREEN OUT]**

1

S3.   Please verify that you are human.
         **[INSERT reCAPTCHA]**

S1TEEN. Are you a parent of any children under 18?
   1.   Yes
   2.   No **[SKIP TO PRE_INFO2]**

S2TEEN. What age range is your child? If you have multiple children, select all that apply.
   1.   Under 7 years old
   2.   7 – 12 years
   3.   13 – 15 years
   4.   16 – 17 years

**[IF S2TEEN = 3 OR 4, ASK S3TEEN; ELSE SKIP TO PRE_INFO2]**

S3TEEN. We have a brief survey that we would like a teenager (ages **[PIPE S2TEEN AGE RANGE]**) to answer about their online activities. Is a teenager (ages **[PIPE S2TEEN AGE RANGE]**) living in your household available to participate in this survey?
   1.   Yes, I will allow the **[PIPE S2TEEN AGE RANGE]**-year-old to participate in this survey with my supervision
   2.   No, I will not allow the **[PIPE S2TEEN AGE RANGE]**-year-old to participate in this survey **[SKIP TO PRE_INFO2]**
   3.   The **[PIPE S2TEEN AGE RANGE]**-year-old is not available to participate right now **[SKIP TO PRE_INFO2]**

**[PRE_INFO]** Please <u>**only observe**</u> the teenager between **[PIPE S2TEEN AGE RANGE]** years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.

**[NEXT SCREEN]**

S4TEEN. Before continuing with this survey, please carefully read these instructions:
   • Please take this survey in one session.
   • While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
   • Please do not view any other written material while taking this survey.
   • Please do not consult or talk with any person while taking this survey.
   • You will not be able to go back to previous screens to change your answers.

   1.   I have read the above instructions and understand them, and I will adhere to these instructions. **[SKIP TO S4]**
   2.   I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

2

**[SKIP PRE_INFO2 IF S4TEEN = 1]**
**[PRE_INFO2]** Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

**[NEXT SCREEN]**

**[ASK ALL]**
S4.   Are you…?
   1. Male
   2. Female
   3. Non-binary
   4. Other
   5. Prefer not to answer **[SCREEN OUT]**

S5. Please select your age.  **[PROVIDE DROP DOWN BOX WITH AGE; INCLUDE 'PREFER NOT TO ANSWER' IN DROP DOWN, SCREEN OUT IF SELECTED; MUST BE 13 OR OLDER; IF TEEN, SCREEN OUT IF AGE SELECTED DOESN'T MATCH S2TEEN SELECTION; SCREEN OUT IF ADULT IS TAKING SURVEY BUT AGE SELECTED IS 17 OR UNDER]**

S6.   Please select from the following:
   1. I currently live in the United States
   2. I currently live outside of the United States **[SCREEN OUT]**
   3. Prefer not to answer **[SCREEN OUT]**

S7.   Please enter your zip code. **[TEXT BOX]**

S8.  In which state do you currently reside? **[INSERT DROP DOWN BOX WITH STATE; US STATES AND DC ONLY] [SCREEN OUT IF STATE & ZIP DO NOT MATCH]**

S9. Please indicate which brand(s) of **smartphone(s)** you currently own and use.
   *(Select all that apply)* [RANDOMIZE 1-10]
   1. Apple
   2. Samsung
   3. Google
   4. Motorola
   5. LG
   6. Huawei
   7. Nokia
   8. OnePlus
   9. ZTE

3

10. Drexel **[SCREEN OUT]**
11. Other *(Please specify)* **[ANCHOR]**
12. I do not own or use a smartphone **[ANCHOR; EXCLUSIVE; SCREEN OUT]**
13. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[TERMINATE IF SELECT S9R10, S9R12, OR S9R13]**

**[ASK S10 IF MORE THAN ONE BRAND SELECTED AT S9]**
S10.  Please indicate which brand of smartphone you use <u>most often</u>. **[DISPLAY SELECTED ANSWERS FROM S9 IN SAME ORDER AS S9]**
   1. Apple
   2. Samsung
   3. Google
   4. Motorola
   5. LG
   6. Huawei
   7. Nokia
   8. OnePlus
   9. ZTE
   10. **[PIPE THROUGH "OTHER" RESPONSE FROM S9]**
   11. Don't know / unsure **[ANCHOR; SCREENOUT]**


**[QUALIFYING QUESTIONS]**


S11.  Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?
   *(Select all that apply)* **[RANDOMIZE 1-10]**
   1. Games
   2. Entertainment
   3. Sports
   4. Shopping
   5. Social media
   6. Messaging
   7. News
   8. Fitness
   9. Transit
   10. Banking
   11. None of these **[ANCHOR; EXCLUSIVE]**
   12. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S11=1 OR 2 ASK S12, ELSE SKIP TO S13]**
**[PIPE S12 LANGUAGE ACCORDING TO SELECTION(S) IN S11]**

4

S12.  Which of the following types of [games / [or] / entertainment apps], if any, have you downloaded to your smartphone in the past six months?
*(Select all that apply)* **[RANDOMIZE 1-11]**
1. Arcade-style
2. Strategy
3. Casual / hypercasual
4. Action
5. Adventure
6. Trivia
7. Shooter
8. Sports
9. Puzzles
10.  Driving / racing
11.  Cards
12.  Other *(Please specify)* **[ANCHOR]**
13.  Don't know / unsure **[ANCHOR; EXCLUSIVE; FLAG]**

**[IF S12 = 1-4 SKIP TO QUALIFYING; OTHERWISE ASK S13]**

S13.  Which of the following types of apps, if any, are you likely to download to your smartphone in the next three months?
*(Select all that apply)* **[SAME ORDER AS S11]**
1. Games
2. Entertainment
3. Sports
4. Shopping
5. Social media
6. Messaging
7. News
8. Fitness
9. Transit
10.  Banking
11.  None of these **[ANCHOR; EXCLUSIVE]**
12.  Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S13=1 OR 2 ASK S14, ELSE SKIP TO QUALIFYING]**
**[PIPE S14 LANGUAGE ACCORDING TO SELECTION(S) IN S13]**

S14.  Which of the following types of [games / [or] / entertainment apps], if any, are you likely to download to your smartphone in the next three months?
*(Select all that apply)* **[RANDOMIZE 1-11; OR SAME ORDER AS S12 IF ASKED]**
1.  Arcade-style
2.  Strategy
3.  Casual / hypercasual
4.  Action
5.  Adventure

5

6.   Trivia
7.   Shooter
8.   Sports
9.   Puzzles
10. Driving / racing
11. Cards
12. Other *(Please specify)* [ANCHOR]
13. Don't know / unsure [ANCHOR; EXCLUSIVE; SCREEN OUT]

[QUALIFYING CRITERIA: RESPONDENT MUST INDICATE THEY HAVE DOWNLOADED OR WILL DOWNLOAD AN ARCADE-STYLE, STRATEGY, CASUAL/HYPERCASUAL, OR ACTION GAME / ENTERTAINMENT APP]

[ASSIGN RESPONDENT TO APPLE OR ANDROID GROUP BASED ON QUALIFYING DEVICE; IF QUALIFY BASED ON "OTHER" DEVICE AT S9 / S10 ASSIGN TO ANDROID GROUP; REQUIRE HALF OF RESPONDENTS QUALIFY ON APPLE; OTHER HALF QUALIFY ON ANDROID]

S15.  Approximately how many times each week, if at all, do you do each of the following?
    *(Select one response per item)* [ROTATE COLUMN ORDER]

| | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure [ANCHOR] |
|---|---|---|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | O | O | O | O | O | O | O | O |
| Engage in strenuous activity for 30 minutes or more | O | O | O | O | O | O | O | O |
| Please select [1- 5] [ time / times] each week for this item | O | O | O | O | O | O | O | O |
| Watch a full-length movie | O | O | O | O | O | O | O | O |
| Go out to eat in a restaurant | O | O | O | O | O | O | O | O |

[IF S15R3 EQUAL TO RANDOMIZED SELECTION, CONTINUE TO MAIN SURVEY, ELSE SCREEN OUT]

## MAIN QUESTIONNAIRE

**[RANDOMIZE TO TEST OR CONTROL]**

**[INTRO 2]** Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess. Click ">" to proceed.

**[NEXT SCREEN]**

For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

**[NEXT SCREEN]**

   **[INSERT VIDEO TEST; DISABLE ">" BUTTON UNTIL VIDEO IS WATCHED]**

**[NEXT SCREEN]**

AT1:  Which of the following best describes the video you just watched? **[RANDOMIZE 1-5]**
   1.  Horse jumping, sound of bell
   2.  Bicycle racing, sound of car alarm
   3.  Train tracks, sound of dog barking
   4.   Autumn leaves, sound of rain **[MUST SELECT TO CONTINUE, OTHERWISE SCREEN OUT]**
   5.  Mountain trail, sound of birds
   6.  None of these **[ANCHOR; SCREEN OUT]**

**[MUST SELECT AT1=5 TO CONTINUE, ELSE SCREEN OUT]**

**[NEXT SCREEN]**

**[INTRO 3]** We would now like you to watch a brief video of a game you might download and/or play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in, and make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the video in landscape orientation.*

Also, please be sure that the volume on your device is turned up. The video will be shown once, but you will have the option to watch it again if you like. After you are finished watching the video, click ">" to continue.

**[NEXT SCREEN]**

7

**[INTRO 3 VIDEO SHOWN ABOVE VIDEO:]** Click the "play" button to start the video. **[IF MOBILE INCLUDE:** *"If viewing on mobile device, please turn your phone sideways and view this page in landscape mode."*]

<div align="center">

**[TEST VIDEO]**[1]

</div>



<div align="center">

**[CONTROL VIDEO]**

</div>



---

[1] https://www.youtube.com/watch?v=-gaCuTavtj4

**["**>**" BUTTON APPEARS WHEN VIDEO IS WATCHED ONCE WITH INSTRUCTION "**If you would like to watch the video again, click the replay button above.**"] [RECORD CLICKS]**

QV1. Were you able to see and hear the video clearly? **[ROTATE OPTIONS 1 AND 2]**
1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[NEW SCREEN]**

**[ABOVE Q1 INCLUDE THUMBNAIL (SHOWN ABOVE) WHICH LINKS TO VIDEO AND ALLOWS RESPONDENT TO WATCH AGAIN; INCLUDE INSTRUCTION "*Click the image to watch the video for this game again.*"; IF MOBILE INCLUDE "*If viewing on mobile device, please turn your phone sideways and view this page in landscape mode.*"; RECORD CLICKS]**

Q1. If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?

If I played this game… **[ROTATE 1-2; 2-1]**
1. I <u>would</u> be playing against human players over the internet, in real time
2. I would <u>not</u> be playing against human players over the internet, in real time
3. There is not enough information for me to determine **[ANCHOR]**
4. Don't know / unsure **[ANCHOR]**

**[ASK Q2 IF Q1=1]**
**[ABOVE Q2 INCLUDE INSTRUCTION "*Click <u>here</u> to watch the video for this game again.*"; LINK TO VIDEO AND ALLOW RESPONDENT TO WATCH AGAIN; RECORD CLICKS]**

Q2. You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?
   *(Please type in your response and be as detailed and specific as possible)*
   **[TEXT BOX FOR ANSWER]**
   **[CHECK BOX FOR "**Don't know / unsure**"; DO NOT ALLOW BLANK TEXT BOX IF DK/UNSURE BOX IS NOT CHECKED]**

**[ASK Q3 IF Q1=1, 3, OR 4; OTHERWISE SKIP TO FINAL INTRO]**

Q3. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that…? **[RANDOMIZE 1 AND 2]**
1. <u>Have</u> an impact on your interest in downloading the game
2. <u>Not have</u> an impact on your interest in downloading the game **[SKIP TO Q6]**
3. Don't know / unsure **[ANCHOR; SKIP TO Q6]**

9

Q4. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be…? [**RANDOMIZE 1 AND 2**]
1. <u>More</u> likely to download the game
2. <u>Less</u> likely to download the game
3. Don't know / unsure [**ANCHOR**]

**[ASK Q5 IF Q4=1 OR 2; OTHERWISE SKIP TO Q6]**

Q5. What makes you say that?
*(Please type in your response and be as detailed and specific as possible.)*
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / unsure**"; DO NOT ALLOW BLANK TEXT BOX IF DK/UNSURE BOX IS NOT CHECKED]**

Q6. If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game…? [**RANDOMIZE 1 AND 2**]
1. <u>More</u> often
2. <u>Less</u> often
3. Would have no impact on how often you play the game [**ANCHOR**]
4. Don't know / unsure [**ANCHOR**]

**[ASK Q7 IF Q6=1, 2, OR 3; OTHERWISE SKIP TO FINAL INTRO]**

Q7. What makes you say that?
*(Please type in your response and be as detailed and specific as possible.)*
**[TEXT BOX FOR ANSWER]**
**[CHECK BOX FOR "**Don't know / unsure**"; DO NOT ALLOW BLANK TEXT BOX IF DK/UNSURE BOX IS NOT CHECKED]**

10

**[FINAL SCREENER QUESTIONS]**

**[FINAL INTRO]** We have just a few final questions for you.

**[NEXT SCREEN]**

S16. Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?
*(Select one response per item)* **[SET AS GRID; RANDOMIZE ROWS, ROTATE YES/NO COLUMNS]**

|  | Yes | No | Don't know / unsure |
|---|---|---|---|
| Apps | | | |
| Smartphones | | | |
| Gaming | | | |
| Podcasts | | | |
| Video games | | | |
| Board games | | | |

**[FLAG1 IF 'APPS' OR 'GAMING' IS 'YES'; FLAG2 IF ANY ROWS ARE DK]**

S17. Do you or do any members of your household work for any of the following?
*(Select all that apply)* **[RANDOMIZE 1-6]**
1. A market research or advertising company **[FLAG]**
2. A company that makes or produces apps **[FLAG]**
3. A company that makes or produces a television show or series
4. A company that makes or produces smartphones
5. A museum
6. A company that makes or produces podcasts
7. None of these **[ANCHOR; EXCLUSIVE]**
8. Don't know / unsure **[ANCHOR; FLAG]**

**[END OF SURVEY; FORWARD TO PANEL THANK YOU PAGE]**

11

Exhibit E.2

# Consumer Perception Survey
## Desktop Screenshots

1

# Screener
# All Respondents

Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

>

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

<div style="text-align:right">[ > ]</div>

Powered by Dynata

4

What device are you using to complete this survey?

○ Desktop computer

○ Laptop computer

○ Tablet computer

○ Mobile phone or cell phone

○ Other

<div align="right">

`>`

</div>

Please verify that you are human.

reCAPTCHA
I'm not a robot

Privacy - Terms

>

Powered by Dynata

6

Are you a parent of any children under 18?

○ Yes

○ No

<div align="right">> </div>

What age range is your child? If you have multiple children, select all that apply.

☐ Under 7 years old

☐ 7 – 12 years

☐ 13 – 15 years

☐ 16 – 17 years

> 

Powered by Dynata

8

We have a brief survey that we would like a teenager (ages 13 - 17) to answer about their online activities. Is a teenager (ages 13 - 17) living in your household available to participate in this survey?

○ Yes, I will allow the 13 - 17-year-old to participate in this survey with my supervision

○ No, I will not allow the 13 - 17-year-old to participate in this survey

○ The 13 - 17-year-old is not available to participate right now

---

>

# Screener
# Teen 13-17 Years

Please **<u>only observe</u>** the teenager between 13 - 17 years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.

> 

Powered by Dynata

11

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

<div align="right">

`>`

</div>

# Screener
# No Teen 13-17 years

Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

>

# Screener (cont.)
# All Respondents

Are you...?

- ◯ Male
- ◯ Female
- ◯ Non-binary
- ◯ Other
- ◯ Prefer not to answer

---

[ > ]

16

Please select your age.

-- Select -- ▾



Powered by Dynata

17

Please select from the following:

○ I currently live in the United States

○ I currently live outside of the United States

○ Prefer not to answer

---

<button>></button>

Please enter your zip code.

> 

Powered by Dynata

19

In which state do you currently reside?

-- Select --



Powered by Dynata

20

Please indicate which brand(s) of **smartphone(s)** you currently own and use.

*(Select all that apply)*

☐ Huawei

☐ Drexel

☐ Nokia

☐ Apple

☐ LG

☐ OnePlus

☐ Google

☐ ZTE

☐ Samsung

☐ Motorola

☐ Other *(Please specify)*  [                    ]

☐ I do not own or use a smartphone

☐ Don't know / unsure

>

Please indicate which brand of smartphone you use <u>most often</u>.

○ Huawei

○ Nokia

○ Apple

○ LG

○ OnePlus

○ Google

○ ZTE

○ Samsung

○ Motorola

○ Don't know / unsure

>

Powered by Dynata

22

Which of the following <u>types of apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

***(Select all that apply)***

☐ Shopping

☐ Banking

☐ Transit

☐ Social media

☐ Messaging

☐ Fitness

☐ Games

☐ News

☐ Entertainment

☐ Sports

☐ None of these

☐ Don't know / unsure

[ > ]

Powered by Dynata

23

Which of the following <u>types of games or entertainment apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

**(Select all that apply)**

- ☐ Adventure
- ☐ Sports
- ☐ Shooter
- ☐ Driving / racing
- ☐ Cards
- ☐ Arcade-style
- ☐ Strategy
- ☐ Trivia
- ☐ Casual / hypercasual
- ☐ Action
- ☐ Puzzles
- ☐ Other **(Please specify)** [＿＿＿＿＿＿]
- ☐ Don't know / unsure

>

Which of the following <u>types of apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

***(Select all that apply)***

- ☐ Shopping
- ☐ Banking
- ☐ Transit
- ☐ Social media
- ☐ Messaging
- ☐ Fitness
- ☐ Games
- ☐ News
- ☐ Entertainment
- ☐ Sports
- ☐ None of these
- ☐ Don't know / unsure

>

Which of the following <u>types of games or entertainment apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

**(Select all that apply)**

- [ ] Adventure
- [ ] Sports
- [ ] Shooter
- [ ] Driving / racing
- [ ] Cards
- [ ] Arcade-style
- [ ] Strategy
- [ ] Trivia
- [ ] Casual / hypercasual
- [ ] Action
- [ ] Puzzles
- [ ] Other **(Please specify)** [_____]
- [ ] Don't know / unsure

>

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per item)*

| | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure |
|---|---|---|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Engage in strenuous activity for 30 minutes or more | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Please select 1 time each week for this item | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Watch a full-length movie | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Go out to eat in a restaurant | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

>

Powered by Dynata

27

# Main Questionnaire

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / no opinion." Please do not guess. Click ">" to proceed.

> 

Powered by Dynata

29

For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

>

Powered by Dynata

30



>

Which of the following best describes the video you just watched?

○ Bicycle racing, sound of car alarm

○ Mountain trail, sound of birds

○ Train tracks, sound of dog barking

○ Autumn leaves, sound of rain

○ Horse jumping, sound of bell

○ None of these

>

We would now like you to watch a brief video of a game you might download and/or play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in, and make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the video in landscape orientation.*

Also, please be sure that the volume on your device is turned up. The video will be shown once, but you will have the option to watch it again if you like. After you are finished watching the video, click ">" to continue.

>

# Main Questionnaire Test Group

Click the "play" button to start the video.



If you would like to watch the video again, click the replay button above.

>

Were you able to see and hear the video clearly?

○ Yes

○ No

○ Don't know / unsure

---

<button>></button>

Powered by Dynata

36

***Click the image to watch the video for this game again.***



If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?

If I played this game...

○ I would <u>not</u> be playing against human players over the internet, in real time

○ I <u>would</u> be playing against human players over the internet, in real time

○ There is not enough information for me to determine

○ Don't know / unsure

> 

Powered by Dynata

**Click *here* to watch the video for this game again.**

You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?

*(Please type in your response and be as detailed and specific as possible)*



☐ Don't know / unsure

>

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that...?

○ <u>Have</u> an impact on your interest in downloading the game

○ <u>Not have</u> an impact on your interest in downloading the game

○ Don't know / unsure

>

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be...?

○ <u>More</u> likely to download the game

○ <u>Less</u> likely to download the game

○ Don't know / unsure

>

What makes you say that?

**(Please type in your response and be as detailed and specific as possible.)**



☐ Don't know / unsure

\>

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game...?

○ <u>More</u> often

○ <u>Less</u> often

○ Would have no impact on how often you play the game

○ Don't know / unsure

>

42

**What makes you say that?**

***(Please type in your response and be as detailed and specific as possible.)***



☐ Don't know / unsure



43

# Main Questionnaire Control Group

Click the "play" button to start the video.



If you would like to watch the video again, click the replay button above.

> 

45

Were you able to see and hear the video clearly?

○ Yes

○ No

○ Don't know / unsure

---

<button>></button>

**Click the image to watch the video for this game again.**



If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?

If I played this game...

○    I would <u>not</u> be playing against human players over the internet, in real time

○    I <u>would</u> be playing against human players over the internet, in real time

○    There is not enough information for me to determine

○    Don't know / unsure

>

**Click [here](#) to watch the video for this game again.**

You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?

***(Please type in your response and be as detailed and specific as possible)***



☐ Don't know / unsure

> 

Powered by Dynata

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that...?

○ <u>Not have</u> an impact on your interest in downloading the game

○ <u>Have</u> an impact on your interest in downloading the game

○ Don't know / unsure

>

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be…?

○ <u>More</u> likely to download the game

○ <u>Less</u> likely to download the game

○ Don't know / unsure

---

<div style="text-align:right">

**>**

</div>

Powered by Dynata

What makes you say that?

**(Please type in your response and be as detailed and specific as possible.)**



☐ Don't know / unsure

>

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game...?

○ <u>More</u> often

○ <u>Less</u> often

○ Would have no impact on how often you play the game

○ Don't know / unsure

> 

Powered by Dynata

52

What makes you say that?

***(Please type in your response and be as detailed and specific as possible.)***



☐ Don't know / unsure

---

> >

# Final Screener

We have just a few final questions for you.

> 

Powered by Dynata

55

Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?

***(Select one response per item)***

| | Yes | No | Don't know / unsure |
|---|---|---|---|
| Board games | ○ | ○ | ○ |
| Gaming | ○ | ○ | ○ |
| Apps | ○ | ○ | ○ |
| Video games | ○ | ○ | ○ |
| Smartphones | ○ | ○ | ○ |
| Podcasts | ○ | ○ | ○ |

>

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

- ☐ A company that makes or produces podcasts
- ☐ A company that makes or produces apps
- ☐ A company that makes or produces a television show or series
- ☐ A company that makes or produces smartphones
- ☐ A market research or advertising company
- ☐ A museum
- ☐ None of these
- ☐ Don't know / unsure

<kbd>></kbd>

Powered by Dynata

57

# Consumer Perception Survey
## Mobile Screenshots

# Screener
# All Respondents

Thank you for your willingness to participate in our study. If you normally wear eyeglasses or corrective lenses when looking at a computer, tablet, or mobile phone screen, please wear them while taking this survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.



Powered by Dynata

60

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

[ > ]

Powered by Dynata

61

What device are you using to complete this survey?

O  Desktop computer

O  Laptop computer

O  Tablet computer

O  Mobile phone or cell phone

O  Other

>

Powered by Dynata

62

Please verify that you are human.

I'm not a robot

reCAPTCHA
Privacy - Terms

>

Powered by Dynata

Are you a parent of any children under 18?

○ Yes

○ No

>

Powered by Dynata

What age range is your child? If you have multiple children, select all that apply.

- [ ] Under 7 years old
- [ ] 7 – 12 years
- [ ] 13 – 15 years
- [ ] 16 – 17 years

> 

Powered by Dynata

We have a brief survey that we would like a teenager (ages 13 - 17) to answer about their online activities. Is a teenager (ages 13 - 17) living in your household available to participate in this survey?

○ Yes, I will allow the 13 - 17-year-old to participate in this survey with my supervision

○ No, I will not allow the 13 - 17-year-old to participate in this survey

○ The 13 - 17-year-old is not available to participate right now

> 

Powered by Dynata

66

# Screener
# Teen 13-17 Years

Please **<u>only observe</u>** the teenager between 13 - 17 years of age while they are completing the survey. Please have the teenager press the ">" to begin the survey.



Powered by Dynata

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

[ > ]

Powered by Dynata

69

# Screener
# No Teen 13-17 years

Thank you. We are still interested in hearing about your opinions. To continue with the survey, click the ">" button.

>

Powered by Dynata

71

# Screener (cont.)
# All Respondents

## Are you...?

○  Male

○  Female

○  Non-binary

○  Other

○  Prefer not to answer

---

>

Powered by Dynata

Please select your age.

-- Select -- ⇕

>

Powered by Dynata

Please select from the following:

○ I currently live in the United States

○ I currently live outside of the United States

○ Prefer not to answer

---

>

Powered by Dynata

75

Please enter your zip code.

\>

Powered by Dynata

In which state do you currently reside?

-- Select -- ⇕

>

Powered by Dynata

Please indicate which brand(s) of **smartphone(s)** you currently own and use.

*(Select all that apply)*

- ☐ ZTE
- ☐ Huawei
- ☐ Motorola
- ☐ Apple
- ☐ LG
- ☐ Google
- ☐ Samsung
- ☐ OnePlus
- ☐ Nokia
- ☐ Drexel
- ☐ Other *(Please specify)* [_____]
- ☐ I do not own or use a smartphone
- ☐ Don't know / unsure

> 

Powered by Dynata

78

Please indicate which brand of smartphone you use <u>most often</u>.

○ ZTE

○ Huawei

○ Motorola

○ Apple

○ LG

○ Google

○ Samsung

○ OnePlus

○ Nokia

○ Don't know / unsure

---

> >

Powered by Dynata

Which of the following types of apps, if any, have you downloaded to your smartphone in the past six months?

*(Select all that apply)*

☐ Games

☐ Shopping

☐ Transit

☐ Sports

☐ Messaging

☐ Banking

☐ Fitness

☐ Entertainment

☐ News

☐ Social media

☐ None of these

☐ Don't know / unsure

> 

Powered by Dynata

80

Which of the following <u>types of games or entertainment apps</u>, if any, have you downloaded to your smartphone in the <u>past six months</u>?

*(Select all that apply)*

☐ Trivia

☐ Sports

☐ Shooter

☐ Cards

☐ Strategy

☐ Arcade-style

☐ Action

☐ Casual / hypercasual

☐ Puzzles

☐ Adventure

☐ Driving / racing

☐ Other *(Please specify)* [＿＿＿＿＿＿＿]

☐ Don't know / unsure

> 

81

Which of the following <u>types of apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

*(Select all that apply)*

☐ Games

☐ Shopping

☐ Transit

☐ Sports

☐ Messaging

☐ Banking

☐ Fitness

☐ Entertainment

☐ News

☐ Social media

☐ None of these

☐ Don't know / unsure

> 

Powered by Dynata

82

Which of the following <u>types of games or entertainment apps</u>, if any, are you likely to download to your smartphone in the <u>next three months</u>?

*(Select all that apply)*

☐ Trivia

☐ Sports

☐ Shooter

☐ Cards

☐ Strategy

☐ Arcade-style

☐ Action

☐ Casual / hypercasual

☐ Puzzles

☐ Adventure

☐ Driving / racing

☐ Other *(Please specify)*  [                    ]

☐ Don't know / unsure

>

Powered by Dynata

83

Approximately how many times each week, if at all, do you do each of the following?

*(Select one response per item)*

| | More than 5 times each week | 5 times each week | 4 times each week | 3 times each week | 2 times each week |
|---|---|---|---|---|---|
| Follow a recipe to prepare a meal | O | O | O | O | O |
| Engage in strenuous activity for 30 minutes or more | O | O | O | O | O |
| Please select 4 times each week for this item | O | O | O | O | O |
| Watch a full-length movie | O | O | O | O | O |
| Go out to eat in a restaurant | O | O | O | O | O |

84

>

Powered by Dynata

# Main Questionnaire

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

For this section of the survey, we would like you to watch a brief video demonstration. First, we would like to make sure that your audio and video capabilities are working properly. Please turn up your speakers or put on your headphones now. Click ">" to proceed.

>

Powered by Dynata

88





Powered by Dynata

Which of the following best describes the video you just watched?

○ Bicycle racing, sound of car alarm

○ Train tracks, sound of dog barking

○ Autumn leaves, sound of rain

○ Horse jumping, sound of bell

○ Mountain trail, sound of birds

○ None of these

>

Powered by Dynata

We would now like you to watch a brief video of a game you might download and/or play on your smartphone. If you wear glasses or contact lenses to play games on your phone or device, please be sure that you have your glasses on or contacts in, and make sure that your viewing window is maximized or is sized large enough to easily view a video. *If viewing on a mobile device, it is recommended that you turn your phone sideways and view the video in landscape orientation.*

Also, please be sure that the volume on your device is turned up. The video will be shown once, but you will have the option to watch it again if you like. After you are finished watching the video, click ">" to continue.

---

| > |

Powered by Dynata

91

# Main Questionnaire
# Test Group

Click the "play" button to start the video.

*If viewing on mobile device, please turn your phone sideways and view this page in landscape mode.*



If you would like to watch the video again, click the replay button above.



Powered by Dynata

Were you able to see and hear the video clearly?

○ Yes

○ No

○ Don't know / unsure

\>

Powered by Dynata

*Click the image to watch the video for this game again.*
*If viewing on mobile device, please turn your phone sideways and view this page in landscape mode.*



If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?

If I played this game...

○ I would <u>not</u> be playing against human players over the internet, in real time

○ I <u>would</u> be playing against human players over the internet, in real time

○ There is not enough information for me to determine

○ Don't know / unsure

<div style="text-align:right">

> 

</div>

Powered by Dynata

*Click [here](#) to watch the video for this game again.*

You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?

*(Please type in your response and be as detailed and specific as possible)*

☐ Don't know / unsure

> [ > ]

Powered by Dynata

96

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that...?

○ <u>Not have</u> an impact on your interest in downloading the game

○ <u>Have</u> an impact on your interest in downloading the game

○ Don't know / unsure

[ > ]

Powered by Dynata

97

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be...?

○ <u>More</u> likely to download the game

○ <u>Less</u> likely to download the game

○ Don't know / unsure

<div style="text-align:right">[ > ]</div>

Powered by Dynata

What makes you say that?

*(Please type in your response and be as detailed and specific as possible.)*

☐ Don't know / unsure

\>

Powered by Dynata

99

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game...?

○ <u>More</u> often

○ <u>Less</u> often

○ Would have no impact on how often you play the game

○ Don't know / unsure

> 

Powered by Dynata

100

What makes you say that?

*(Please type in your response and be as detailed and specific as possible.)*

☐ Don't know / unsure

> 

Powered by Dynata

# Main Questionnaire Control Group

Click the "play" button to start the video.

*If viewing on mobile device, please turn your phone sideways and view this page in landscape mode.*



If you would like to watch the video again, click the replay button above.



Powered by Dynata

103

Were you able to see and hear the video clearly?

○ Yes

○ No

○ Don't know / unsure

>

Powered by Dynata

*Click the image to watch the video for this game again.*
*If viewing on mobile device, please turn your phone sideways and view this page in landscape mode.*



If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?

If I played this game...

○  I would <u>not</u> be playing against human players over the internet, in real time

○  I <u>would</u> be playing against human players over the internet, in real time

○  There is not enough information for me to determine

○  Don't know / unsure

<div align="right">

> 

</div>

Powered by Dynata

105

*Click here to watch the video for this game again.*

You indicated that if you played the game in the video shown, you would be playing against human players over the internet, in real time. What makes you say that?

*(Please type in your response and be as detailed and specific as possible)*

☐ Don't know / unsure

> 

Powered by Dynata

106

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would that…?

○ <u>Not have</u> an impact on your interest in downloading the game

○ <u>Have</u> an impact on your interest in downloading the game

○ Don't know / unsure

> 

Powered by Dynata

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would you be...?

○  <u>More</u> likely to download the game

○  <u>Less</u> likely to download the game

○  Don't know / unsure

> 

Powered by Dynata

What makes you say that?

*(Please type in your response and be as detailed and specific as possible.)*

☐ Don't know / unsure

>

Powered by Dynata

109

If you knew that all of the other snakes in this game were bots and <u>were not</u> other human players, would this make you play the game...?

○ <u>More</u> often

○ <u>Less</u> often

○ Would have no impact on how often you play the game

○ Don't know / unsure

> 

Powered by Dynata

What makes you say that?

*(Please type in your response and be as detailed and specific as possible.)*

☐ Don't know / unsure

> >

Powered by Dynata

111

# Final Screener

We have just a few final questions for you.



Powered by Dynata

Other than the survey you just completed, have you taken a survey on any of the following topics in the <u>past month</u>?

*(Select one response per item)*

| | Yes | No | Don't know / unsure |
|---|---|---|---|
| Gaming | O | O | O |
| Board games | O | O | O |
| Podcasts | O | O | O |
| Video games | O | O | O |
| Smartphones | O | O | O |
| Apps | O | O | O |

>

Powered by Dynata

114

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

☐ A company that makes or produces apps

☐ A company that makes or produces smartphones

☐ A market research or advertising company

☐ A company that makes or produces podcasts

☐ A company that makes or produces a television show or series

☐ A museum

☐ None of these

☐ Don't know / unsure

---

> >

Powered by Dynata

115

# Exhibit E.3

Produced in native format.

# Exhibit E.4

Produced in native format.

Exhibit F

# Apple App Store Classification of Snake.io









## Snake.io - Fun Online Snake

New Battle Royale Snake Games

 388K



In-App Purchases

**#15** in Action  |  Multiplayer    Strategy    Leaderboard



5

# Google Play Store Classification of Snake.io



← snake.io

**Snake Clash!**
Supercent, Inc. • Arcade • Action
4.5★ ⊡ 50M+

**Snake Rivals - Fun Snake G...**
Supersolid • Action • IO game
4.3★ ⊡ 10M+

**Snake.io NETFLIX**
Netflix, Inc. • Arcade • Action
4.6★ ⊡ 1M+

**Little Big Snake**
ShockwaveLLC • Action
4.0★ ⊡ 10M+

Sponsored · **Suggested for you**



Words With
Friends Word ...

NYT Games:
Word, Number...

Wordscapes
4.4★

Te

4.

Games    Apps    **Search**    Offers    Books

7



  



# Snake.io - Fun Snake .io Games

Kooapps Games | Fun Arcade and Casual Action Games

Contains ads • In-app purchases



4.3 ★
992K
reviews ⓘ



100M+
Downloads



Everyone ⓘ

**Install**




## About this game  →

Slither Eat Battle. Play this addicting online &



Games    Apps    **Search**    Offers    Books

9

# Exhibit G

# Apple
# Search Results for "Snake"







2:53

🔍 snake ⊗    Cancel

game   simulator   color   puzzle   identify

**Snake.io - Fun Online Sna...**
Ad  New Battle Royale Snake...
★★★★☆ 387K                Get
                           In-App Purchases

#12 in Action  |  Multiplayer   Strategy   Leaderboard

**Snake.io - Fun Online Sna...**
New Battle Royale Snake Games
★★★★☆ 387K                Get
                           In-App Purchases

#12 in Action  |  Multiplayer   Strategy   Leaderboard

**Snake Clash!**

2



Grow to Eat! Snake Battle Game

★★★★★ 328K

**Get**

In-App Purchases

**#11** in Simulation  |  Multiplayer  Supercent, Inc.





### slither.io

Multiplayer slithering game

★★★★☆ 408

**Get**

In-App Purchases

**#34** in Action  |  Multiplayer  Simulation  Entertainment







### Snake '97: retro phone cl...

Play Snake like it's 1997!

**Get**

3



★★★★★ 3.7K

☀ Action | Sequel Casual | 👤 dsd 164

  



⚘ STORY

Subway Surfers

View



WormsZone.io - Hungry...

Grow worms 2 eat every slither

★★★★⯪ 38K

Get

In-App Purchases

☀ Action | Casual Entertainment





Snake Game ++

4



Classic Worm Slither

★★★★☆ 354



👥 Casual   |   🖼 JUAN PABLO RODRIGUE...







### Snake VS Block

A classic game, revisited

★★★★☆ 594K

Get

In-App Purchases

☀ Action   |   Casual   Entertainment   🖼 Voodoo







### Paper.io 2

Conquer the entire territory!

Get

5



★★★★½ 2.3M                                    In-App Purchases

**#11** in Action   |   👤 Voodoo



   

### Snake Rivals - io Snakes...
Slither & worm arena io game
★★★★★ 19K                                    In-App Purchases

☀ Action   |   Multiplayer   PvP   Battle Royale   Casual



### Little Big Snake
Multiplayer Slither Worm Arena
★★★★½ 6.3K                                    In-App Purchases

 Casual   |   Multiplayer   Action   👤 LittleBigSnake, Inc



6





# Apple
# Search Results for "Slither"

2:52

Q slither    Cancel

**Snake.io - Fun Online Sna...**
Ad  New Battle Royale Snake...
★★★★☆ 387K

Get
In-App Purchases

#12 in Action | Multiplayer  Strategy  Leaderboard



**slither.io**
Multiplayer slithering game
★★★★☆ 408

Get
In-App Purchases

#34 in Action | Multiplayer  Simulation  Entertainment

  



**Snake.io - Fun Online Sna...**

New Battle Royale Snake Games

★★★★☆ 387K


In-App Purchases

**#12** in Action   |   Multiplayer   Strategy   Leaderboard





**Paper.io 2**

Conquer the entire territory!

★★★★☆ 2.3M


In-App Purchases

**#11** in Action   |   🎮 Voodoo

  



**Agar.io**

Play with friends online

★★★★☆ 217K


In-App Purchases

🕸 Action   |   Multiplayer   Strategy   Entertainment



**EAT OR BE EATEN!**

 **wormate.io**

Online snake game

★★★★☆ 30K

Action  |  Multiplayer  |  Oleksandr Godoba

Get

In-App Purchases



 **WormsZone.io - Hungry...**

Grow worms 2 eat every slither

★★★★⯨ 38K

Action  |  Casual  Entertainment

Get

In-App Purchases





### Snake Clash!

Grow to Eat! Snake Battle Game

★★★★★ 328K

**Get**

In-App Purchases

**#11** in Simulation    |    Multiplayer    👤 Supercent, Inc.







### Snake Rivals - io Snakes...

Slither & worm arena io game

★★★★★ 19K

**Get**

In-App Purchases

☀ Action    |    Multiplayer    Battle Royale    PvP    Casual





### Worm Hunt: slither snake...

Grow Big Beast in Battle zone

★★★★☆ 880

**Get**

In-App Purchases

12

☀ Action  |  Leaderboard   Casual   🔲 Peaky Muzzle





**Little Big Snake**

# Apple
# Search Results for "hypercasual io games"

2:55

hypercasual io games ⊗    Cancel

**Fortune Slot: Win Real Ca...**

[Ad] Casual

★★★★★ 34K    Get

**#48** in Casual  |  Prinsloo Game Studio



**Paper.io 2**

Conquer the entire territory!

★★★★½ 2.3M    Get

In-App Purchases

**#11** in Action  |  Voodoo






15

  



### Hole.io
Eat the world
★★★★⯪ 2M

Get

In-App Purchases

**#2** in Sports    |    Voodoo

  



### Agar.io
Play with friends online
★★★★⯪ 217K

Get

In-App Purchases

✳ Action    |    Multiplayer    Strategy    Entertainment



16



EAT OR BE EATEN!



### Snake.io - Fun Online Sna...
New Battle Royale Snake Games
★★★★☆ 387K


Get

In-App Purchases

**#12** in Action | Multiplayer  Strategy  Leaderboard





### Subway Surfers
Join the endless running fun!
★★★★☆ 3.3M  ⚜ Editors' Choice ⚜


Get

In-App Purchases

**#2** in Action | Endless Mode  Casual  Entertainment

**NOW AVAILABLE**



MAJOR UPDATE
Celebrate Easter in Edinburgh!
Egg-citing rewards await this Easter.

17



**Subway Surfers**
Join the endless running fun!

Get

In-App Purchases



### Hexar.io - #1 in IO Games
Capture blocks! Don't get hit!
★★★★½ 11K

Get

In-App Purchases

Casual | Action  Entertainment    MochiBits, LLC







### Survivor!.io
Survive the fun!
★★★★★ 231K

Get

In-App Purchases

**#38** in Action | Roguelike  Monsters  Zombie  Casual





18

  



### Paper.io
Cover all the other colors
★★★★⯪ 156K

**Get**

In-App Purchases

👥 Casual  |  Entertainment  |  👤 Voodoo





 STORY
Survivor!.io

**View**



### Lep's World - Jump n Ru...
Game -Best Jumping Platformer!
★★★★★ 97K

**Get**

In-App Purchases

👥 Casual  |  Multiplayer  Platformer  Tournament



 **Temple Run 2: Endless Es...**

Run, Jump & Escape Danger!

★★★★⯨ 480K     Editors' Choice

**Get**

In-App Purchases

**#16** in Adventure    |    Endless Mode    Endless Runner

  

 **2 Player Games : the Chal...**

Two players on one device!

★★★★★ 183K

**Get**

In-App Purchases

**#4** in Family    |    Local Multiplayer    Racing    Hockey    Sports

  





 **Do Not Fall .io**

Epic Knockout Arena Battle!

★★★★☆ 36K

🏃 Casual | Physics-Based | 👤 AI Games FZ

**Get**

In-App Purchases





 **Soul.io**

The Most Fun Classic .io Game

★★★★★ 7.1K

🏃 Casual | Multiplayer | Battle Royale | Action

**Get**



 **Offline Games - No Wifi G...**
Classic brain train minigames
★★★★★ 142K

**Get**

In-App Purchases

**#19** in Casual  |  Minesweeper  Solitaire  Hangman





 COLLECTION

# Essential Casual Games

*See All*

 MONOPOLY GO!
Roll, Build, Dream, & Scheme!

**Get**

In-App Purchases



22



### PAC-MAN
8Bit Retro Classic Arcade Game



Get

In-App Purchases



### Johnny Trigger
Bullet time!

★★★★★ 684K



Get

In-App Purchases

☀ Action  |  Shooter   Casual   Entertainment







### aquapark.io
Best water slide game

★★★★☆ 2.5M



Get

In-App Purchases

#15 in Racing  |  👤 Voodoo





23

  

 **Temple Run**
The original endless runner
★★★★☆ 384K

**Get**

In-App Purchases

**#20** in Action   |   Endless Runner   Casual   Temple

  

 **Geometry Dash Lite**
Music
★★★★☆ 204K

**Get**

**#2** in Music   |   Platformer   Music Rhythm   Action   Casual



24





### Alien Invasion: RPG Idle S...

Spider evolution venom games!

★★★★★ 113K

**Get**

In-App Purchases

☀ Action  |  Action RPG   Idle   Role Playing   Aliens







### Brawl Stars

PvP & 5v5 Battle Royale MOBA

★★★★★ 2.5M   ⚜ Editors' Choice ⚜

**Get**

In-App Purchases

**#10** in Action  |  Multiplayer   Battle Royale   PvP



### slither.io

Multiplayer slithering game

★★★☆☆ 408

**Get**

In-App Purchases

**#34** in Action  |  Multiplayer   Simulation   Entertainment

25





 **Count Masters: Crowd Ru...**
City takeover running games
★★★★☆ 547K

**Get**
In-App Purchases

**#49** in Action   |   Racing   Casual   Entertainment





 **Mario Kart Tour**
Race around the world!
★★★★★ 1M

**Get**
In-App Purchases

★ ★ ★ ★ ★ TM

**#12** in Racing  |  Multiplayer   Vehicle Game   Drift Driving



Today     Games     Apps     Arcade     **Search**

# Android
# Search Results for
# "Snake"

 snake  

Rating ⌄    Editors' Choice    Widgets

---

**Sponsored** 

 Snake.io - Fun Snake .io Ga...
Kooapps Games | Fun Arcade an...
4.3 ★   ⬇ 100M+      

 Snake Clash!
Supercent, Inc. • Arcade • Action
4.5 ★   ⬇ 50M+      

 Snake 1997: Classic Retro G...
Peaksel Games • Arcade • Action
4.3 ★   ⬇ 10M+      



# Snake Clash!

Supercent, Inc. • Arcade • Action

4.5 ★  ⤓ 50M+




## Snake.io - Fun Snake .io Ga...

Kooapps Games | Fun Ar... • Action

4.3 ★  ⤓ 100M+




## slither.io

Lowtech Studios • Action

3.9 ★  ⤓ 500M+




## Snake Rivals - Fun Snake G...

Supersolid • Action • IO game

4.3 ★  ⤓ 10M+




## Little Big Snake

ShockwaveLLC • Action

4.0 ★  ⤓ 10M+




## Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★  ⤓ 500M+

# Offers for you



Ends on 4/18/25

## $2 off games and more

Save this offer to use tow...

**Save**

Terms apply



## SSnaker

Habby • Casual • Role Playing

4.2 ★  ⊡ 5M+



Sponsored • **Suggested for you**



Angry Birds 2

4.2 ★

NYT Games:
Word, Number...

4.7 ★

Wordscapes

4.4 ★

W
Fr

4.



## Retro Snake

Julien Charbonneau • Arcade

4.5 ★   ⬇ 100K+

## Worm Hunt

Peaky Muzzle • Action • IO game

4.4 ★   ⬇ 10M+

## Snake Shooter: Tower Battle

24 HIT Riga SIA • Casual

4.1 ★   ⬇ 100K+

## Snake.io NETFLIX

Netflix, Inc. • Arcade • Action

🎮          ⬚⬚          🔍          🏷          📖
Games      Apps       Search      Offers      Books

# Android
# Search Results for
# "Slither"

 slither     



### slither.io
Lowtech Studios
Contains ads


In-app purchases

**3.9** ★
5M
reviews ⓘ

**500M+**
Downloads

**E**
Everyone ⓘ



👤✦ 100+

**Smooth offline play**

👤✦
100+
**Offline capability question**

👤✦
400+
**Slow loading online**

Play online with people all over the world! Can YOU become the longest player?

34

**Sponsored** · # Related to your search ⋮


Snake.io - Fun Snake .io Gam...

4.3 ★


Snake Clash!

4.5 ★


Worms Zone .io - Hungry Snake

4.2 ★

Pa...

3.

# Limited-time events


### UNO!™
Mattel163 Limited · Card

4.4 ★   ⬇ 100M+   


### Chess - Play and Learn
Chess.com · Board · Chess

4.7 ★   ⬇ 100M+


### Bubble Shooter: Panda Pop!
Jam City, Inc. · Puzzle · Casual




Show more ⌄

## You might also like →

  

Railways - Train
Simulator

3.7 ★ | $1.99 

Panda Games:
Music & Piano

3.4 ★

Sesame Street
Alphabet Kitc...

3.8 ★ 

Ha
St

4.

 Snake Rivals - Fun Snake G...

Supersolid • Action • IO game

4.3 ★   ⤓ 10M+ 

 Little Big Snake

ShockwaveLLC • Action

4.0 ★   ⤓ 10M+ 



## Snake.io NETFLIX

Netflix, Inc. • Arcade • Action

4.6 ★    ⬇ 1M+





## Snake Clash!

Supercent, Inc. • Arcade • Action

4.5 ★    ⬇ 50M+





## Worms Zone .io - Hungry S...

CASUAL AZUR GAMES • Action

4.2 ★    ⬇ 500M+





## Snake.io - Fun Snake .io Ga...

Kooapps Games | Fun Ar... • Action

4.3 ★    ⬇ 100M+





## Agar.io

Miniclip.com • Action • IO game

3.8 ★    ⬇ 100M+





## Snaky Cat

Appxplore (iCandy) • Arcade





## SSSnaker

Habby • Casual • Role Playing

4.2 ★ ⬇ 5M+





## wormate.io

Oleksandr Godoba • Action

3.6 ★ ⬇ 10M+





## Paper.io 2

VOODOO • Arcade • Action

3.9 ★ ⬇ 100M+





## Merge Snake !

Wuhan Weipai Network ... • Casual

4.5 ★ ⬇ 10M+



 Games    Apps    🔍 Search     Offers     Books

# Exhibit H

**Logo Survey**
**Overall Confusion Estimate**
**S16 & S17 Flags Removed**

| Response | Test | | Control | | Net |
|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Percent |
| Snake.io[1] | 118 | 75.2% | 84 | 53.2% | 22.0% |
| **Total Respondents: Flags Removed[2]** | **157** | | **158** | | |

*Q3a. Below, please select which app(s) you think is/are from the same company that puts out APP A , the app you were shown first.*

*Q4a. Below, please select which app(s) you think is/are associated or affiliated with APP A's company, the app you were shown first.*

*Q5a. Below, please select which app(s) you think is/are licensed or approved by APP A's company, the app you were shown first.*

Notes: [1] Includes respondents who selected the Snake.io thumbnail at Q3a, Q4a, or Q5a.

[2] Respondents were flagged at S16 if they indicated they had taken a survey on "Apps" or "Gaming", or indicated they did not know for any topic. Respondents were flagged at S17 if they selected "A market research or advertising company," "A company that makes or produces apps," or "Don't know / unsure."

**Game Design Survey**
**Overall Confusion Estimate**
**S16 & S17 Flags Removed**

| Response | Test | | Control | | Net |
|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Percent |
| Snake.io / Paper.io 2[1] | 118 | 75.2% | 87 | 52.4% | 22.7% |
| **Total Respondents: Flags Removed[2]** | **157** | | **166** | | |

*Q3_2.  Do you believe the game shown here is made or put out by…?*

*Q5_2. Do you think that the game shown here…?*

Notes: [1] Includes respondents who selected Snake.io or Paper.io 2 at Q3_2 or Q5_2.

[2] Respondents were flagged at S16 if they indicated they had taken a survey on "Apps" or "Gaming", or indicated they did not know for any topic. Respondents were flagged at S17 if they selected "A market research or advertising company," "A company that makes or produces apps," or "Don't know / unsure."

**Consumer Perception Survey**
**Whether Respondents Believe This Game Involves Human Players**
**S16 & S17 Flags Removed**

| Response | Test | | Control | | Net |
|---|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** | **Percent** |
| *If I played this game…* | | | | | |
| I <u>would</u> be playing against human players over the internet, in real time | 88 | 56.8% | 48 | 31.6% | 25.2% |
| I would <u>not</u> be playing against human players over the internet, in real time | 31 | 20.0% | 71 | 46.7% | |
| There is not enough information for me to determine | 31 | 20.0% | 29 | 19.1% | |
| Don't know / unsure | 5 | 3.2% | 4 | 2.6% | |
| **Total Respondents: Flags Removed[1]** | **155** | **100.0%** | **152** | **100.0%** | |

*Q1. If you played the game in the video shown, do you or do you not think you would be playing against human players over the internet, in real time?*

Note: [1] Respondents were flagged at S16 if they indicated they had taken a survey on "Apps" or "Gaming", or indicated they did not know any topic. Respondents were flagged at S17 if they selected "A market research or advertising company," "A company that makes or produces apps," or "Don't know / unsure."

**Consumer Perception Survey**
**What Respondents Would Do If They Knew Other Players Were Bots**
**S16 & S17 Flags Removed**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Less likely to download / play the game less often | 33 | 21.3% | 27 | 17.8% |
| **Total Respondents: Flags Removed[1]** | **155** | | **152** | |

*Q4. If you knew that all of the other snakes in this game were bots and were not other human players, would you be…?*

*Q6. If you knew that all of the other snakes in this game were bots and were not other human players, would this make you play the game…?*

Note: [1] Respondents were flagged at S16 if they indicated they had taken a survey on "Apps" or "Gaming", or indicated they did not know for any topic. Respondents were flagged at S17 if they selected "A market research or advertising company," "A company that makes or produces apps," or "Don't know / unsure."