# EXHIBIT 5

## PROPOSED TO BE FILED UNDER SEAL