# EXHIBIT 6

SIXTH EDITION

# SHANNON PRATT'S VALUING A BUSINESS

The Analysis and Appraisal of Closely Held Companies

SHANNON P. PRATT AND
ASA EDUCATIONAL FOUNDATION

ASA
Providing Value Worldwide
Educational Foundation

EXHIBIT
Bergman 1

The analyst should consult with any of the available reports on current macroeconomic conditions to obtain current information about economic conditions.[6]

Current market conditions such as levels of interest rates can impact a company's financial prospects in multiple ways. For example, in a high interest rate environment, consumers may have a difficult time obtaining credit and therefore impact consumption with companies that produce consumer durable goods. Those companies that produce durable goods are more likely to be impacted than companies that produce necessities or lower priced goods. A high interest rate environment may also make it difficult for companies to obtain financing, resulting in a reduction in capital spending. A low interest rate environment coupled with a low level of unemployment conversely would be expected to stimulate consumption. In an environment of low interest rates and a high level of unemployment where fiscal authorities are lowering rates to stimulate economic activities, the impact on companies could differ across sectors and industries. With the potential assistance of company management and industry research, the analyst needs to make the connections between interest rates and unemployment levels to the subject company's business model and strategies.

In addition to macroeconomic conditions, the valuation analyst should consider current financial market conditions. U.S. stock markets tend to be a leading economic indicator and, as such, changes in pricing of stocks of guideline public companies may suggest expected changes in macroeconomic conditions compared to those that are currently observed. The subject company's industry should be considered when evaluating the broad market indices. For example, if the subject company is in the technology sector, study of the trends in the NASDAQ index will likely be helpful. If the subject company is smaller, study of the trends in the Russell 2000 index will likely be helpful. If the company is in a specific industry sector, study of the trends in an industry specific index likely will be helpful. This review can inform the valuation analyst of how stock prices have been changing over time and how the stock market views prospects in the subject company's industry.

Industry surveys and security analyst reports for public companies operating in the same or similar industry as the subject company often contain information about the impacts on companies and industries of the current and expected economic conditions.

For a thorough valuation, the analyst needs to understand and evaluate current and expected economic conditions and consider the connection between those conditions and the inputs and assumptions underlying the subject company's forecasted economic income.

The analyst should ask the question, "How will each of the different observed long-term macro-trends, macroeconomic conditions, and financial market conditions impact the subject company's current financial situation and prospective performance and strategies and in turn impact the forecasted economic income?"

# Industry Considerations

Similar to the study and analysis of economic and market conditions, a study of the subject company's industry should be performed with the same goal of identifying industry factors that will be impactful on the company's expected economic income.

Companies do not operate in vacuums and unless they are a pure monopoly, their performance and prospects are influenced and impacted by competition that comes

[6] See Chapter 6, "Researching Economic and Industry Information," for suggested sources.

in many forms. The simplest form of competition would be competitive or substitute products and services. However, competitive analysis is more complex than simply identifying competing products and services. It is important to understand the structure of the industry in which the subject company operates and its competition. Direct or indirect competition can place constraints on a company's ability to achieve growth plans, impact its pricing strategies and margins, require altering its business strategies, and ultimately impact its prospective economic income.

Management can provide information about trade associations or trade groups and trade publications that may be relevant to the subject company. These sources can be consulted to provide the analyst information about the current status of the subject company's industry and emerging trends, as well as potentially identifying industry participants and competitors. In addition to trade publications, commercially available industry surveys could be consulted to learn about how the subject company's industry is structured, identifying any emerging trends in the industry and the key players in the industry.

In conducting research on the subject company's industry, the analyst should consider a variety of sources to obtain as broad a view of the industry as possible. If the subject company has public company competitors, the analyst should consider risk factors cited in those competitor companies' Securities and Exchange Commission (SEC) form 10-Ks. The question to ask is "Are similar risk factors relevant to the subject company?" The Management Discussion and Analysis sections of these 10-Ks could also provide insights into the competitive nature of the industry as well as provide indications of actions or strategies those competitors are undertaking that could be impactful on the prospects for the subject company.

Microeconomic factors include the analysis of the company's industry competitive structure and industry environment. For example, is the company the largest incumbent in an industry comprising only a few competitors; is it a small player in an industry dominated by a small number of large companies; is its industry comprised of many players not one of which dominate the industry; is the subject company's markets and competition domestic only or does it include international markets and international competition?

Bringing together all the information the analyst gathers about the subject company's industry, the focus of this research is to evaluate how industry structure, competition, trends, and any other industry-wide factors potentially impact the subject company's growth prospects, profitability, and risks of achieving its targeted growth and profitability.

## Framework for Industry Analysis

The Porter Industry Competitive Structure Analysis (Porter's Five Forces) provides one framework for analyzing the impacts of the industry structure on the subject company's prospects. The Porter Five Forces analysis of an industry's competitive structure suggests consideration of the following five factors:[7]

1. Competition in the industry
2. Potential of new entrants into the industry
3. Power of suppliers
4. Power of customers
5. Threat of substitute products

[7] Michael E. Porter, *Competitive Strategy: Techniques for Analyzing Industries and Competitors* (New York: Free Press, 2008).

# Selection of Multiples

There are many possible pricing multiples available to the analyst, but not all multiples will provide useful indications of value. It is therefore incumbent upon the analyst to discern what multiples are relevant and useful in deriving a value indication from the application of the guideline public company method.

**Multiples of Income Streams.** As investors generally look for returns on their investments, multiples of income streams are often preferred by analysts in estimating market value. As previously discussed in this chapter, note that income is not referenced here in an accounting sense, but in a return sense, so income streams could be either income or cash flow streams measured in terms of returns to equity, such as net cash flow to equity, net income, or pretax income, or returns to invested capital, such as net cash flow to invested capital, net operating profit after taxes (NOPAT), EBIT, or EBITDA.

**Multiples of Revenue.** Multiples of revenue tend to be most highly correlated with return on sales, but the strength of the correlation varies greatly from one industry to another. Therefore, when considering using a multiple of sales, it is useful to first see whether the guideline company multiples of revenue are well correlated with return on sales. This valuation multiple tends to be more useful for industries where such a correlation is high than for those where it is not. Capitalization of revenues can be considered a shortcut to capitalization or earnings, since generally there is an implicit assumption that a certain level of revenues should be able to generate a specific earnings level in a given type of business.

Capitalization of revenues is applied most frequently to start-up companies and to less asset-intensive or service businesses, such as advertising agencies, insurance agencies, mortuaries, professional practices, and some types of publishing operations, though care should be taken when considering the application of multiples from much more mature, stable public companies to the start-up subject.

One can find guidance in arriving at an appropriate multiple of revenues for a particular business in both public stock market data and merger and acquisition data. There are quite a few publicly traded companies in most food manufacturing categories, such as processed meats, packaged vegetables, and baked goods. If the subject company's true return on sales is known, an estimate of a reasonable price/sales multiple can be derived by simple regression analysis using guideline companies' price/sales ratios and returns on sales.

Exhibit 13–3 illustrates the relationship between return on sales and price to revenue multiples for branded baked goods manufacturing companies as of December 31, 2019. The exhibit also presents the computation of a suggested price to revenue multiple for a subject insurance agency company realizing an 8.9% return on revenue at that time.

# Common Errors

The guideline public company method can be a powerful and useful tool in the valuation of closely held business interests. Proper application of it, however, requires some expertise in the analysis of publicly traded securities. This section discusses a few of the most common categories of errors frequently encountered in the use of the guideline public company method.

## Failure to Conduct an Adequate Search for Guideline Company Data

As noted early in the chapter, there are thousands of publicly traded stocks. Some services report on only a fraction of them, usually the largest ones. It is common to see reports that state something to the effect of "We searched for publicly traded companies in the industry, but there were none," when, in fact, a more thorough search might unearth several. A related error is to use only companies in some service that generally covers larger companies when smaller companies not included in that particular database may be more comparative to the subject company.

## Failure to Make Appropriate Financial Statement Adjustments to Guideline Companies

Sometimes an analyst will do a good job on adjustments to the subject company statements, but either fail or only nominally consider possible appropriate adjustments to the guideline companies' financials, particularly when analysts use a direct input of financial information from a third-party database rather than actually read the guideline public companies' financial statements. It is important that the analyst review the financial statements of the guideline companies to determine whether adjustments may be appropriate for one or more of the companies to put them on a basis as comparative as possible to the subject.

Along the same line, it is highly recommended that analysts review the guideline companies' original financial statements and SEC filings rather than—or in addition to—secondary sources, especially if the guideline company method is to be the primary method relied on. Secondary sources often do not provide the detail of data needed for certain adjustments. Also, people sometimes are not careful to understand the definition a secondary source may use for certain data, and thus may get caught in a mismatch when using it to value the subject company.

## Multiples that Mismatch Numerator and Denominator

There are many ways to mismatch the numerator in a valuation multiple (the multiple selected based on guideline company market evidence) with the denominator (the fundamental data for the subject company to which the numerator is applied to produce an indication of value). Two of the most common are mismatched time periods and mismatched definitions.

**Mismatched Time Periods.** It is not uncommon to find valuation multiples computed from guideline company data for some time period applied to subject company data for a different time period. This inconsistency can result in serious distortions, especially if industry conditions differed significantly between the time periods. At a market turning point for a cyclical industry, a single quarter's difference in the fundamental data used between the guideline companies and the subject company can result in seriously misleading valuation multiples.

In order to avoid such distortion, it is often necessary to work with interim (versus fiscal year-end) data for the guideline companies in order to match time periods as closely as possible with available subject company data closest to the effective date of the valuation. This usually requires more work on the part of the analyst but often is worth it to produce a more reliable result.

**Mismatched Definitions of Variables.** If a valuation multiple is computed based on guideline company data defined in a certain manner, that multiple should be applied to fundamental data defined the same manner for the subject company. In other words, if subject company data are defined in a certain manner, the same definition should be used for guideline company data from which a valuation multiple is computed.

Elementary as this sounds, inexperienced analysts often make data mismatches. A few of the more common data mismatches are:

- Fully diluted data used for the guideline companies or the subject company, but not for both
- Subject company—but not guideline company—data adjusted for nonrecurring item
- After-tax pricing multiples for guideline companies applied to pretax data for the subject company
- Income data after officers' compensation for guideline companies applied to subject company income data before owner/officer compensation

The above list provides a flavor of typical mismatches. Analysts should be on the lookout to avoid them.

## Reliance on Average of Guideline Company Multiples Without Comparative Analysis

Unless the guideline and subject companies are extremely homogeneous in their operating and financial characteristics, the mean or median of the guideline company pricing multiples may not be the most appropriate pricing multiples for the subject company. Yet analysts sometimes use the mean or median guideline company pricing multiple with no explanation to justify the implied notion that the subject company's characteristics indicate that it should be valued right at the average of the guideline companies.

A section of this chapter was devoted to selecting the pricing multiple for the subject company relative to guideline company pricing multiples, including considering adjustments to reflect the differences between the guideline companies and the subject company. Such analysis is little more than common sense, yet it is surprising how often it is ignored.

FINANCE

# Analyze and Appraise Any Business with the Most Trusted Guide to Valuation

"*Valuing a Business* is an invaluable resource that has on-point chapters on recurring questions and contexts, enabling you to brush up quickly, dig more deeply when necessary, and forge a practical approach to sensibly answering difficult valuation questions."

—**LEO E. STRINE, JR.**, Of Counsel, Wachtell, Lipton, Rosen & Katz; former Chief Justice and Chancellor, Delaware

"Dealing with valuation issues can be a daunting task. *Valuing a Business* is one of my go-to resources for addressing the principles and practical applications of valuation theory. The Sixth Edition should be included in every law firm library."

—**JOHN W. PORTER**, Esq., Baker Botts, LLP, Houston TX

"It is not hyperbole to say that Shannon Pratt's *Valuing a Business* has played a central role in creating the architecture around which the modern appraisal business has been built. The sixth edition of this book continues that tradition by laying out the first principles as well as suggested practices on every aspect of valuation."

—**PROFESSOR ASWATH DAMODARAN**, PhD, Kerschner Family Chair in Finance Education, Leonard N. Stern School of Business, New York University

"Shannon Pratt's *Valuing a Business*, Sixth Edition is the masterpiece of business valuation texts. This edition brings much new material to the body of knowledge. I especially commend the readable language used throughout, thus making this edition accessible not only as an updated reference for experienced practitioners, but as a thoroughly comprehensible text for newer valuators."

—**HOWARD A. LEWIS**, MA, MS, CVA (Emeritus), ABAR (Emeritus), former National Program Manager, IRS Engineering & Valuation Program

"A comprehensive and authoritative survey of professional business valuation practice. A new standard reference for the field."

—**JERALD E. PINTO**, PhD, CFA Senior Director (ret.), CFA Institute

**Learn more. Do more.™**
MHPROFESSIONAL.COM
FOLLOW US: BusinessBlog

ALSO AVAILABLE AS AN EBOOK

ISBN: 978-1-260-12156-8
MHID: 1-260-12156-9
EAN
90000
9 781260 121568