# EXHIBIT 8

## PROPOSED TO BE FILED UNDER SEAL