# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

LOWTECH STUDIOS, LLC,

Plaintiff,

v.

KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,

Defendants.

CASE NO.: 1:23-cv-1437-DAE

KOOAPPS INC.,

Counterclaim-Plaintiff,

v.

LOWTECH STUDIOS, LLC and STEVEN HOWSE,

Counterclaim-Defendants.

**LOWTECH STUDIOS, LLC'S SUPPLEMENTAL RESPONSES TO DEFENDANT KOOAPPS LLC'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Lowtech Studios, LLC ("Lowtech" or "Plaintiff") hereby provides the below supplemental responses to the First Set of Interrogatories (the "Interrogatories") served by Kooapps LLC ("Kooapps"), as set forth below.

as follows:

Discovery in this case is ongoing, and Plaintiff will marshal proof of its allegations in its Complaint at a time and in a manner consistent with the Federal Rules of Civil Procedure. Plaintiff specifically disclaims any obligation to identify "each incident" or "all" documents relating to this issue at this time. In addition, some materials responsive to this interrogatory are in the possession, custody, or control of Kooapps and have been designated Attorneys Eyes Only by Kooapps.

Further, pursuant to Fed. R. Civ. P. 33(d), Plaintiff identifies the following documents that include information responsive to this interrogatory in addition to others that may be identified in the course of discovery: LOWTECH_10041995, LOWTECH_10041996, LOWTECH_10041998, LOWTECH_10041999, LOWTECH_10042000, LOWTECH_10042003, LOWTECH_10042004, LOWTECH_10042005, LOWTECH_10042006, LOWTECH_10042007, LOWTECH_10042010-LOWTECH_10042041, LOWTECH_10017920, LOWTECH_10034036, LOWTECH_10000991, LOWTECH_10000998, LOWTECH_10001004, LOWTECH_10001008, LOWTECH_10001019, LOWTECH_10001067, LOWTECH_10001078, LOWTECH_10001131, LOWTECH_10001135, LOWTECH_10001647, LOWTECH_10041820, LOWTECH_10041853, and LOWTECH_10041786.

**INTERROGATORY NO. 10:** Describe the circumstances, including the date, under which You first became aware of any alleged infringement by Kooapps' of the SLITHER MARKS at issue in this Action, including the individual who informed You and the specific mark(s) infringed.

**RESPONSE TO INTERROGATORY NO. 10:**

Plaintiff objects to this Interrogatory as vague and ambiguous due to its use of the undefined term "circumstances."

Subject to and without waiving any objections, Plaintiff answers as follows:

Plaintiff does not recall the exact date or circumstances under which it first became aware of Kooapps' deliberate infringement of its trademarks or other intellectual property.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

Plaintiff hereby incorporates by reference its previous objections to Interrogatory No. 10. Subject to and without waiver of the foregoing general and specific objections, it further responds as follows:

Lowtech became aware of Kooapps' use of the infringing Snake.io mark when searching for ".io games" on the Apple App Store in December 2020.

**INTERROGATORY NO. 11:** Identify and describe all enforcement efforts taken by Lowtech to enforce the SLITHER MARKS against anyone.

**RESPONSE TO INTERROGATORY NO. 11:**

Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, and harassing on the ground that it seeks information that is within the public domain that is equally accessible to Defendant as to Plaintiff.

Subject to and without waiving any objections, Plaintiff answers as follows:

Plaintiff has not retained records of every single enforcement action that he has taken since the release of Slither.io. Enforcement efforts undertaken by Plaintiff include, but are not limited to, enforcement efforts against the entities or individuals who caused the following apps to become publicly available:

- Slithering Snakes – Unlocked Skins Version of Slither.io Game
- Slithering Worms Battles – Rares Snakes skins Unlocked for Slither.io mobile game
- Wings.io Edition
- Snaker Dash – Color Snake Dance
- Worm.io – Snake & Worm IO Game
- Snake Hunt: Worm io Games Zone
- wormy.io: snake game

- Snaker Dash - Color Snake Dance
- Hans Stuffer - World's Hero, Inc
- Animal Simulator Games
- slither.io ® (APP59556)
- slither.io ™ (APP59556)

Additionally, pursuant to Fed. R. Civ. P. 33(d), Plaintiff identifies the following documents that include information responsive to this interrogatory: LOWTECH_10001733, LOWTECH_10001738, LOWTECH_10002067, LOWTECH_10002087, LOWTECH_10001958, LOWTECH_10017776, LOWTECH_10017777, LOWTECH_10017778, LOWTECH_10017779, LOWTECH_10019150, LOWTECH_10019175, LOWTECH_10019301, LOWTECH_10019829, LOWTECH_10019922, LOWTECH_10018991, LOWTECH_10020075, LOWTECH_10034108, LOWTECH_10020509, LOWTECH_10020384, LOWTECH_10019922, LOWTECH_10019911, LOWTECH_10019829, LOWTECH_10019298, LOWTECH_10019250, and LOWTECH_10019223.

Date: May 5, 2025

Respectfully submitted,

*/s/ Russell E. Blythe*

Lee Yeakel
lyeakel@kslaw.com
Matt Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

***ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT***

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on May 5, 2025, as follows:

**Via electronic mail to:**
Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

Eli B. Richlin *(pro hac vice)*
erichlin@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022

Thomas A. Nesbitt
**NESBITT LEGAL PLLC**
State Bar. No. 24007738
tom@nesbittlegal.com
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562
Fax: (512) 617-5563

Perry J. Narancic
**LEXANALYTICA**
3000 El Camino Real
Bldg. 4, Suite 200
Palo Alto, CA 94306
pjn@lexanalytica.com

***Counsel for Defendants***

/s/ *Russell E. Blythe*
Russell E. Blythe