# EXHIBIT 10

## PROPOSED TO BE FILED UNDER SEAL