# EXHIBIT 11

## PROPOSED TO BE FILED UNDER SEAL