# EXHIBIT 12

## PROPOSED TO BE FILED UNDER SEAL