# EXHIBIT 13

## PROPOSED TO BE FILED UNDER SEAL