# EXHIBIT 14

## PROPOSED TO BE FILED UNDER SEAL