# EXHIBIT 15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LOWTECH STUDIOS, LLC, ) CASE NO.:
Plaintiff, ) 1:23-cv-1437-DAE
)
v. )
)
KOOAPPS INC., JONATHAN CHANG, )
and CHUN-KAI WANG, )
Defendants. )
_____________________________ )
)
KOOAPPS INC., )
Counterclaim-Plaintiff, )
v. )
)
LOWTECH STUDIOS, LLC and STEVEN )
HOWSE, )
Counterclaim-Defendants.)

************************************

VIDEOTAPED ORAL DEPOSITION OF
SARAH BUTLER
SEPTEMBER 3, 2025

************************************

ORAL DEPOSITION OF SARAH BUTLER, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on September 3, 2025, from 9:08 a.m. to 6:06 p.m., before Kimberly Wheelis, CSR, RPR, CRR, in and for the State of Texas, reported by computerized stenotype machine, at 900 S. Capital of Texas Highway, Suite 500, Austin, Texas, pursuant to the Texas Rules of Civil Procedure and the

09:27:52 the Slither word mark -- let me back up.
09:28:02 A. Sure.
09:28:03 Q. Are you aware that the Plaintiff has a
09:28:05 registered trademark for the word slither?
09:28:08 A. Yes.
09:28:08 Q. Did you run a survey related to confusion
09:28:13 based on Kooapps' alleged use of the word slither?
09:28:21 A. I understand your question. So no, I did not
09:28:24 run a separate survey on any confusion associated with
09:28:27 Kooapps' use of the word slither.
09:28:31 Q. Do you express any opinions in either of your
09:28:35 reports regarding Kooapps' use of the word slither?
09:28:46 A. Aside from the fact that I, I certainly
09:28:50 indicate that displays of the apps and descriptions of
09:28:59 the apps contain, kind of, references that could
09:29:02 potentially cause confusion, aside from the, the logo on
09:29:05 its own. I'm not making some independent assessment as
09:29:10 to confusion that's solely attributable to Kooapps' use
09:29:16 of the word slither and its materials.
09:29:22 Q. So you express, no -- you don't plan to
09:29:24 express any opinion at trial regarding confusion related
09:29:31 to Kooapps' use of the word slither, correct?
09:29:34 MR. KEY: Objection.
09:29:36 A. Yeah. I, I think what I'd say is that, again,
09:29:39 if you're asking, have I created an independent

calculation of confusion solely attributable to Kooapps' use of the word slither, that's not a calculation or assessment that I would offer.

Q. (BY MR. BASKIN) You mentioned that in your report, you discuss displays of the Snake.io app, or descriptions of the Snake.io app that may contain slither. Where in your report do you discuss that?

A. I don't know that I said may necessarily contain slither, but may contain other elements that potentially contribute to consumer confusion. And so if we look at Exhibit 2, I have a discussion, Dr. Mishra's use of the apps in his control that may contain additionally confusing elements.

Q. Do you know if Dr. Mishra's use of the apps in his control includes use of the word slither?

A. I don't believe the particular app image he used contains the word slither. It, it contains other potentially confusing elements. But I think there are many examples I've provided of a display of the apps being proximate to each other. And some of those do, in fact, include the use of the word slither.

Q. When you talk about examples of the apps being proximate to one another, you're talking about the Slither.io app proximate to the Snake.io app?

A. That's correct.

Q. How did you choose logos that are labeled on page 74 C, D and E?

A. Sure. So, as I articulated in my report, those are apps and logos for those apps that appear in many of the search results that were conducted. So they're apps that pop up, and they're just intended to be distracters.

Q. Do these apps appear at the top of the search results you conducted?

A. So they aren't intended to represent apps that appear at any particular placement. They are apps that appear in the search results that were conducted in our apps that appear across different search results. So they're seen in examples of the search results that were conducted.

Q. Besides your contention that these apps appear across different search results, were there any other criteria you used to choose what are labeled as apps C, D and E on page 74 of Exhibit 9?

A. So they are -- they include logos that have some kind of worm or snake character. So you'll see the -- well, at least looking at page 74, app C and E have that kind of character. The Agar.io, I understand, is represented as a multiplayer game. So they're also apps that are, kind of, within the genre as being

01:28:05 described as action, arcade, hyper casual, casual, so
01:28:12 they're kind of games that are as well in this
01:28:15 marketplace of types of games for which the population
01:28:21 is screened to.
01:28:22 And they appear, again, in, in search
01:28:25 results for both Slither and Snake -- or search results
01:28:29 that generated both Slither and Snake.
01:28:32 Q. So other than appearing in search results,
01:28:41 that also showed Slither.io and Snake.io, and -- strike
01:28:54 that.
01:28:54 You mentioned that apps -- you chose apps
01:28:57 based on whether they had a snake in the logo, at least
01:29:00 in part?
01:29:02 A. I, I think I clarified that a little bit. I'd
01:29:05 say, you know, these are distracter apps, right, so
01:29:08 they're intended to ensure that the respondent isn't
01:29:13 making some one to one comparison. The way we choose
01:29:19 distracters is -- they're distracters, right. We're not
01:29:24 using them to measure anything in particular. But these
01:29:27 are apps that appear in the marketplace along with
01:29:32 Slither and Snake. They are apps that are described as
01:29:37 falling within the same kind of genre as Slither and
01:29:41 Snake.
01:29:42 And you'll see that, in fact, two of the
01:29:44 distracter apps I selected have a kind of worm or

01:29:49 snake-type character in them.
01:29:55 Q. Because these distracter apps appear in the search results that also contain Slither and Snake and are in the same genre, in your words, are these distracter apps, apps that compete for downloads with Slither and Snake?
01:30:15 A. Oh, I think you had asked something along those lines earlier. So if you're asking, do they compete in a broad sense in terms of, again, are they in the same kind of genre, did they appear in searches that a consumer might do, are they consumer-facing, sure, in that sense. If you're asking, are they competitors in some kind of other market definition, I mean, that's, that's not something I'm opining on. So I'm not saying that these are competitors in any other way than what I've just described.
01:30:56 Q. Okay. So you have no opinion, one way or another, as to whether the apps C, D, and E, on page 74 of Exhibit 9, are competitors to Snake.io or Slither.io, other than that they appear in searches that Slither.io and Snake.io also appear in?
01:31:23 MR. KEY: Objection.
01:31:25 A. No. I mean, I think as I articulated, they are described as being in the same kinds of genre, and they're classified as being in the same kind of genre.

MR. KEY: Objection, form.

A. I have not asked consumers who have downloaded Snake.io how likely would you be to also download Snake Clash or any of the other apps. Again, they're intended to be distracters, so consumers aren't making a one-to-one -- or respondents aren't making a one-to-one comparison within the context of the survey.

Q. (BY MR. BASKIN) Because you have not asked consumers who have downloaded Snake.io how likely they would also -- it would be to also download any of the other distracters apps also on page 74 of Exhibit 9, you haven't done any work to determine whether or not consumers would be more likely -- would be likely to download the distracter apps, have you?

A. I think if I understand your question, the research was not designed to ask down -- individuals who have downloaded Snake.io how likely they would be to download any of the distracter apps, that's just not the research, so, no.

Q. Let's go to Exhibit 6 to your deposition today.

A. Okay.

Q. Is a screenshot of some search results. It is a screenshot of the search results for the test group for Apple and Android.

A. Yes.
Q. Along with the control groups as well, correct?
A. Yes.
Q. There are other potential choices for distracter apps within the search result, correct?
A. Sure.
Q. For example, right below Snake.io is Paper.io2; see that?
A. Yes.
Q. You use Paper.io2 as a control in your game design survey, correct? A video of Paper.io2.
A. That's correct.
Q. How come you didn't use Paper.io2 as a distracter app in your logo survey?
A. It wasn't necessary. I mean, again, the distracters are meant to represent other possible apps that are in the marketplace. But they're simply intended to distract. They're not being used as some metric by which we're assessing some other association.
Q. The distracter apps you chose are all fairly visually dissimilar to the Snake.io logo, correct?
A. Oh, well, that, I mean, that sounds like an opinion. I mean, obviously, if we look at the results, there are certainly respondents who believe that the

distracter apps are also associated with Slither.io. We're not asking people to compare the distracter apps to Snake.io.

Q. There are other potential distracter apps that are listed in the search results in Exhibit 6 that have snakes in the same orientation as the Snake.io app, correct?

A. Well, if by orientation you mean the kind of skinny part of the snake is coming from the left and the head is to the right, Snake Clash is one of the apps that's used as a distracter that has that orientation if that's what you're describing.

Q. That is what I'm describing.

Let's look at page 7 of Exhibit 6. There's a Snake Rivals app there.

A. Yes.

Q. That has a snake in the same orientation as well, right?

A. So it has the skinny part coming from the left, and the head to the right, just like Snake Clash does as well. So yes, there are other logos that have other visual depiction.

Q. That app has an orange Snake, just like the Snake.io logo, correct? Snake, Snake Rivals.

A. Yes. It has an orange background --

01:39:28 Q. Orange Snake, I'm sorry.
01:39:29 A. The -- sorry. Yes, an orange snake, yes.
01:39:32 Q. It has a blue background, correct, just like
01:39:35 the Snake.io logo?
01:39:36 A. That's correct, yes.
01:39:42 Q. And the snake has a large eye with a pupil on
01:39:47 it, correct, just like the Snake.io logo?
01:39:55 A. I don't think it's just -- I mean, again, now
01:39:58 you're asking, kind of, for my own personal
01:40:01 interpretation of -- to aesthetics. I don't think that
01:40:09 snake's face looks like the Slither or Snake.io face. I
01:40:14 mean, the eyes for the worm mate, which was actually
01:40:18 included in the survey, to me are more cartoon-like.
01:40:21 But, I mean, this is --
01:40:25 Q. You chose not to use the Snake Rivals logo in
01:40:29 your array, correct?
01:40:31 A. I think that kind of misrepresents the
01:40:33 process. It's not like I looked at every single logo
01:40:37 that shows up in all the different possible searches and
01:40:42 said, I affirmatively choose not to select that logo. I
01:40:47 certainly picked two distracters that include snake or
01:40:54 worm-like shapes. One that, in fact, has different
01:40:59 multi colored rings. One that has an orientation that's
01:41:02 kind of similar. One that is reddish. I mean, so they
01:41:08 are distracters, again, I'm not measuring the extent to

01:41:12 which any of the distracters may be associated with
01:41:18 Slither.com, but I selected from a series that's offered
01:41:26 in the search results.
01:41:27 Q. You did not use the Snake Rivals logo in your
01:41:31 array, correct?
01:41:32 A. There are many logos that show up in the
01:41:34 search results that I did not use, that's correct.
01:41:38 Q. Did you do a search for all potential logos
01:41:49 that you could have used as distracters?
01:42:00 A. I think if I understand your question, I mean,
01:42:03 I certainly looked at the logos, logos that appear
01:42:07 within different searches. So, for example, we go back
01:42:12 to Exhibit 3 of this deposition, we see that Snake
01:42:22 Clash, which is one that I used, appeared. Let's see,
01:42:27 the Agar.io appears, Wormate.io appears in the results
01:42:34 for Slither that start on page 34.
01:42:39 Q. Did you search for all potential snake games
01:42:46 available on either the Google Play Store or the Apple
01:42:50 App Store in your effort to identify distracter logos?
01:42:59 A. Again, I'm not sure what you mean by all
01:43:02 potential snake games. But again, if you look at
01:43:05 Exhibit 3, and you look for Android search results for
01:43:12 snake, Snake Clash appears there. So that was one of
01:43:22 the distracters.
01:43:28 Q. Did you do any research as to whether there

01:43:32 were logos for games -- strike that.
01:43:42 Do you ever -- did you do any research as
01:43:45 to whether, during the relevant time period for this
01:43:48 case, which let's define as 2019 to 2025.
01:43:54 A. Okay.
01:43:55 Q. There have been other games on the Google Play
01:44:03 Store or the Apple App Store that have logos that are
01:44:09 similar to the Slither.io logo?
01:44:17 A. Sorry, did I do any research?
01:44:20 Q. Did you canvas to see if there, during that
01:44:23 time period, 2019 to 2025, there have been other games
01:44:27 available on the Android Google Play Store or the Apple
01:44:32 App Store that have logos similar to the Slither.io
01:44:36 logo?
01:44:41 A. So, so I guess -- I mean, I take your question
01:44:43 as being one of -- which is to what extent would
01:44:49 consumers see other logos as being similar. And
01:44:54 certainly, I have data that shows that some of those
01:45:01 distracter apps people see some similarity with Slither.
01:45:07 Now, I don't have a control for those, so we can't
01:45:09 really -- we have to be careful about how one interprets
01:45:11 those data. But what we can tell from the results is
01:45:15 that incrementally, the Snake.io logo is far more
01:45:24 confusing.
01:45:27 Q. Let's mark as Exhibit 10 a document produced

01:45:37 in this case, with a Bates stamp Kooapps-00129222.
01:45:50 I'll represent this was produced in Excel
01:45:58 form, but we printed it onto paper, the best we can.
01:46:06 Have you seen this document before?
01:46:12 A. I don't believe so, no.
01:46:17 Q. If we turn to page 2 of the printed exhibit,
01:46:21 there's a column on the left called: Icon pick.
01:46:25 Do you see that?
01:46:26 A. Yes.
01:46:27 Q. And then below that, there's a number of icons
01:46:33 continuing onto page 3.
01:46:36 A. Okay.
01:46:37 Q. And then if we look at the third column,
01:46:40 starting on page 2, launch date, fourth column, live
01:46:45 2020; do you see those?
01:46:47 A. Yes.
01:46:48 Q. And will you take my representation that
01:46:53 launch date means the date this icon became available
01:46:58 on --
01:46:58 A. Sure.
01:46:59 Q. -- an app store. And then live 2020, to be
01:47:05 the date -- to be a yes or no as to whether that icon
01:47:10 was available in 2020 on an app store.
01:47:14 A. Okay.
01:47:15 Q. Do you have any reason to believe that any of

01:47:17 these icons would not be available in search results for
01:47:25 consumers to find on either the Apple App Store or the
01:47:29 Google Play Store?
01:47:33 MR. KEY: Objection.
01:47:36 A. Do I have any reason to believe... I, I don't
01:47:41 know how this list was particularly made. I mean, I, I
01:47:45 could look at the actual searches we've done and see to
01:47:52 what -- to what extent any of these apps show up. I
01:47:58 think the Little Big Snake and I think the Snake Rivals
01:48:04 are two that show up. But there are also, I guess,
01:48:10 other ones in here that show up in search results that
01:48:14 don't appear in this list.
01:48:17 Q. (BY MR. BASKIN) Let's mark as Exhibit 11, this
01:48:45 is a document that I'll represent, I made of screenshots
01:48:51 of games available on the Google Play Store as of this
01:49:00 week.
01:49:04 A. Okay.
01:49:33 Q. If you turn -- apologize, these are not
01:49:41 numbered, but...
01:49:56 To about the 16th page, there's a listing
01:50:04 for a game called Snakes Zone.io Battle Arena. And I can
01:50:09 show you, and you can find it.
01:50:20 A. Okay. Is it Snake and Worm.io -- no -- sorry.
01:50:23 Q. Snake Zone.io.
01:50:32 A. Not Snake Zone War, sorry.

01:50:35 Q. There are a lot of snake games in this list.
01:50:59 A. Okay, this? Sorry, is this the right?
01:51:02 Q. That is the one I'm looking at, correct.
01:51:04 A. That's the one. Okay. Okay.
01:51:06 Q. This icon for Snake Zone.io Battle Arena has a
01:51:12 snake in the same orientation as the icon for
01:51:20 Slither.io, right?
01:51:21 A. I believe so, yes.
01:51:22 Q. And it has big eyes with dark pupils, similar
01:51:32 to the eyes on the Slither.io icon?
01:51:37 A. I see the eyes and -- they are dark in the
01:51:42 middle and white around the outside, yes.
01:51:44 Q. And it has a smiley face on the snake, similar
01:51:51 to the Slither.io icon, correct?
01:51:55 A. Yes, it's a green snake with a smiley face,
01:52:00 round eyes, and a little crown on its head.
01:52:07 Q. This app has over a million downloads on
01:52:10 Google Play, according to this listing, right?
01:52:15 A. Yes, it says it's for teens, so I don't know
01:52:17 if there's something different -- oops -- about this
01:52:21 app, but yes, I mean, if you're asking me to look at the
01:52:24 page that you identified, it says it has 1 million
01:52:30 downloads.
01:52:31 Q. Okay. You did not choose the logo for
01:52:45 Snake Zone.io as a distracter logo in your survey,

01:52:52 correct?
01:52:53 A. I don't -- I have not seen the
01:52:58 Snake Zone.io Battle Arena, I don't think it appeared in
01:53:04 any of the searches that I conducted that are in
01:53:09 Exhibit 3 or 4, or the body of my report, no.
01:53:36 Q. If we go back to Exhibit 6. And go to page 8
01:53:44 of Exhibit 6.
01:53:49 A. Okay.
01:54:00 Q. There's a game called Wormax.io on page 8.
01:54:04 A. Yes.
01:54:05 Q. You didn't use the logo for Wormax.io as a
01:54:10 distracter logo in your logo survey, did you?
01:54:13 A. Again, there are many logos that weren't
01:54:16 included as a distracter. So Wormax was not one of the
01:54:20 logos that was a distracter logo.
01:54:30 Q. But that one appeared in the search results
01:54:33 that you cited in your report, correct?
01:54:36 A. Sure. So did Snake Clash, which is what we
01:54:39 used, so did Agar.io, which is what I used. So did
01:54:46 the -- I think it was called worm, Wormate.io.
01:55:01 Q. Let's mark as Exhibit 11, I believe I'm on --
01:55:20 12, excuse me. I'll represent to you these are the
01:55:38 app -- pages of apps that result from my search of the
01:55:53 word snake on the Apple App Store that we looked at
01:55:59 earlier. And snake was a search you conducted --

01:56:08 A. That's correct.
01:56:08 Q. -- when you were -- sorry, let me.
01:56:11 A. Oh, sorry.
01:56:12 Q. I -- snake was a search you conducted when you
01:56:13 were determining which distracter apps to include in
01:56:26 your logo survey, correct?
01:56:28 A. So snake, slither, there were other search
01:56:31 terms used, yes, that generated a similar set of apps.
01:56:39 Q. And if we turn to -- three pages from the
01:56:52 back, Snake Zone.io Worms Game appears in this exhibit,
01:57:03 correct?
01:57:09 A. Snake game worms.io zone, is that what
01:57:12 you're --
01:57:14 Q. Snake Zone.io-Worms Game.
01:57:18 A. Oh, yes, I see.
01:57:19 Q. Okay. And here it says, it's -- this app is
01:57:26 for ages 4 plus years old.
01:57:29 A. Yes.
01:57:29 Q. That's the same age notation as for Snake.io,
01:57:36 correct?
01:57:36 A. I believe so, yes.
01:57:37 Q. And the same age notation as for Slither.io?
01:57:42 A. I believe so, yes.
01:57:43 Q. Okay. Let's talk about the control icon you
01:58:22 used when you wrote the survey.

02:04:05 So it really just depends on the exact way in which
02:04:08 you've designed the research.

02:04:10 Q. All right. So if the control is to ensure you
02:04:15 are measuring confusion related to the elements that are
02:04:20 accused, is the control -- should the control therefore
02:04:26 be designed to eliminate the elements that are confused,
02:04:29 so you are testing the test logo with the elements that
02:04:32 are accused and a control logo without those elements?

02:04:37 A. There -- there's -- again, there's different
02:04:40 ways to go about that. That's why, in fact, sometimes
02:04:43 as researchers, we have a natural control. Sometimes,
02:04:48 in fact, in surveys, we have control questions, not
02:04:51 control stimuli.

02:04:52 So in this circumstance, the control is a
02:05:03 non-accused version of the Kooapps app. I don't -- it's
02:05:07 not my understanding that the prior 2016 Kooapps app was
02:05:13 accused. And that allows me to evaluate both the extent
02:05:21 to which the current version of the app logo causes
02:05:29 confusion and also causes confusion relative to a prior
02:05:32 iteration that Kooapps obviously found commercially
02:05:35 acceptable.

02:05:36 Q. Okay. So, it's your understanding that the
02:05:43 control logo is not accused to infringe the plaintiff's
02:05:49 trademark in this case?

02:05:52 A. My understanding is that the current logo is

02:05:55 the logo that is being accused of infringing at this
02:05:59 point in time in the litigation.
02:06:08 Q. Does the plaintiff, in your understanding,
02:06:10 accuse the control logo in your logo survey of
02:06:17 infringing its trademark?
02:06:21 A. I mean, they may have at some point in some
02:06:24 discussion of papers, but my understanding is, and I
02:06:28 think if you look in the Complaint and you look at the
02:06:30 report, my understanding is that Plaintiffs have alleged
02:06:34 and asserted that Kooapps has changed its logo over time
02:06:39 to be more similar, even more similar to Lowtech's logo.
02:06:47 And so, again, the control I have allows me to test not
02:06:54 only the extent to which there is confusion and, and
02:06:57 measure the extent to which there's noise. But measure
02:07:00 the incremental change between, kind of, an earlier
02:07:05 iteration of a logo and a current logo.
02:07:08 Q. Can you testify today, one way or another, as
02:07:12 to whether the control logo in your 2016 -- sorry.
02:07:18 What --
02:07:20 Can you testify today, one way or another,
02:07:22 as to whether the control logo in your logo survey
02:07:26 infringes the Slither.io logo trademark?
02:07:33 MR. KEY: Objection.
02:07:35 A. I mean, if, if you're asking me for a, a legal
02:07:39 opinion, or an opinion as to, you know, whether

02:07:43 Plaintiff would be -- find that folder or logo
02:07:49 acceptable, that's not an opinion I've been asked to
02:07:52 offer, nor am I offering that opinion.
02:07:54 My understanding is that part of the
02:07:56 allegation is that was an earlier logo used by Kooapps,
02:08:02 they found it to be a commercially acceptable logo. And
02:08:08 that part of the allegation is the change over time has
02:08:12 caused -- or Kooapps has changed its logo over time to be
02:08:18 more similar to Lowtech's logo. And so I can measure the
02:08:23 extent to which that is, in fact, true.
02:08:28 Q. (BY MR. BASKIN) Let's talk about the test logo
02:08:31 back to Exhibit 9, page 74.
02:08:45 A. Okay.
02:08:45 Q. What are the allegedly infringing aspects of
02:08:52 the test logo?
02:09:00 A. Sure. I mean, I don't have the Complaint in
02:09:02 front of me, like, memorized, but I understand that it
02:09:05 is the kind of body of the snake moving from left to
02:09:12 right. It is orange. It is ringed. It is on a blue
02:09:20 background. It has black cartoon eyes with white
02:09:28 centers and white rings around the outside. Has a
02:09:39 little -- has half moon mouth. So --
02:10:03 Q. I just want to make sure you've listed all the
02:10:06 ones you, you know of.
02:10:07 A. Yep, I -- again, I don't have the Complaints

02:42:32 write down a list is, I can certainly compare visually
02:42:35 the 2020 logo for Snake, and compare it to the
02:42:42 Slither.io logo. I don't need to write out a list.

02:42:52 Q. When you decided to use the 2016 logo as the
02:42:55 control logo in your logo survey, was that because the
02:43:00 2016 control logo does not infringe Lowtech's Slither.io
02:43:10 icon trademark?

02:43:14 A. I think maybe, maybe you asked me that before.
02:43:18 I mean, asking about whether something infringes, that
02:43:21 is a -- my understanding is that's a determination made
02:43:25 by a judge and a jury, on a whole set of factors. I
02:43:33 certainly understand that as part of its Complaint,
02:43:36 Plaintiffs allege that that prior logo, that there has
02:43:39 been a change from that 2016 logo to the 2020 logo, that
02:43:44 has increased the rate of confusion. And I, I can test
02:43:53 that empirically as part of my study.

02:43:57 Q. When you decided to use the 2016 logo as the
02:44:01 control logo in your logo survey, was that because it
02:44:04 did not contain any characteristics whose influence on
02:44:14 the 2020 accused logo is being assessed?

02:44:18 MR. KEY: Objection.

02:44:23 A. If by characteristics in the 2020 logo, and I
02:44:30 think we kind of -- we started to walk through some of
02:44:32 these comparisons, if you mean, does the 2016 logo use
02:44:40 orange in the exact same way as the 2020 logo? It does

not.

If you're asking, does it have the exact same eyes as the 2020 logo? It doesn't. If you're asking, does it use blue in the background the same way as the 2020 logo? It doesn't. So --

Q (BY MR. BASKIN) So does the 2016 logo contain any of the characteristics of the 2020 logo you are assessing in your logo survey?

A. If by assessing, you mean, does it contain any of the characteristics that I am -- that are in the specific combination and the manner in which they are rendered in the 2020 logo? The 2016 logo is not the same as the 2020 logo.

Q. Does it contain any of the same characteristics that you are assessing?

A. Again, if we mean same characteristics by the exact same use of or manner in which some set of characteristics are displayed, the 2016 logo does not contain that exact combination of characteristics.

Q. Is what you are testing in a logo survey the exact combination of characteristics in the 2020 icon?

A. Well, the, the logo has a set of characteristics. I mean, it just does.

Q. You mentioned a number of characteristics earlier on, including the blue background, the orange

02:46:25 color. If Kooapps changed only one of that set of characteristics, would that be sufficient to your understanding such that Lowtech would not accuse Kooapps of infringing its Slither.io icon?

MR. KEY: Objection.

A. I mean, I don't know what that change necessarily would be, and I'm certainly not representative for Lowtech, so I don't want to offer opinions as to what they would or would not say.

Q. (BY MR. BASKIN) Is there such a thing as a devised control method of confusion surveys, correct?

A. Sure.

Q. You didn't use a devised control here, correct?

A. No.

Q. Did you consider using a devised control?

A. Not that I recall, no.

Q. Why not?

A. I didn't need to.

Q. Because you had the 2016 logo available as a control?

A. Because I have the 2016 logo available as a control. It allows me to control for the elements in the 2020 logo design. And it also allows me to test a hypothesis that the change in the logo over time, or at

02:54:44 would confuse Snake.io and Slither.io, would believe
02:54:51 Snake.io was a game put out by or associated with the
02:54:53 company that put out Slither.io?
02:54:56 A. Generally speaking, yes.
02:55:00 Q. And when you say, the overall look and design
02:55:02 of the game, is that, in your mind, the trade dress?
02:55:08 A. I think that's usually how trade dress is
02:55:10 characterized, yes.
02:55:14 Q. Okay. How did you define the, the Slither.io
02:55:22 trade dress in this case?
02:55:27 A. And just by how, do you mean, like, how did I
02:55:30 come about that, or how did -- how -- what were the
02:55:33 elements?
02:55:34 Q. What the -- what is the -- what are the
02:55:36 elements?
02:55:36 A. Sure.
02:55:36 Q. Start there.
02:55:38 A. So my understanding is that generally
02:55:40 speaking, the elements were kind of a snake that eats
02:55:46 brightly colored food particles, that grows with those
02:55:51 food particles, I think the -- those were the main -- I
02:56:02 have to go back to the description.
02:56:03 Q. Well, let me --
02:56:05 A. Sure.
02:56:05 Q. Just to try to be helpful. Let's look at

02:56:08 paragraph 95 of your report.
02:56:11 A. Thank you. Okay.
02:56:16 Q. And I think you cite to the Complaints --
02:56:18 A. Yes.
02:56:18 Q. -- here, and you say: I understand that this
02:56:29 video depicts design elements of Plaintiff's game,
02:56:32 including the user's expanding snake-like creature in a
02:56:36 play field along with other expanding snake-like
02:56:39 creatures and colorful food particles.
02:56:42 A. Yes.
02:56:43 Q. Is that how you define the elements of the
02:56:48 trade dress for purposes of your game design survey?
02:56:54 A. I believe that was kind of the general
02:56:56 description of the trade dress, yes.
02:56:59 Q. Okay. Beyond expanding snake-like creature in
02:57:03 a play field, along with other expanding snake-like
02:57:07 creatures, and colorful food particles, are there any
02:57:11 other elements of the trade dress that you were testing
02:57:16 in your game design survey?
02:57:18 A. I mean, I guess -- the manner in which those
02:57:32 snake-like creatures, because it says in a play field,
02:57:35 so they're obviously moving kind of throughout that
02:57:42 field, and they are expanding -- the description doesn't
02:57:47 say expanding lengthwise, but they're getting longer,
02:57:50 not fatter, let's say. Yeah, I think those were kind of

02:58:01 the general elements.
02:58:03 Q. Are there any other elements?
02:58:07 A. There may have been other elements that are
02:58:09 kind of specified in the interrogatory responses. I'd
02:58:13 have to go back and look.
02:58:17 Q. Did you consider any other elements when
02:58:21 designing your game design survey?
02:58:28 A. I mean, obviously, I, I watched the different
02:58:32 video games, so I understand how they kind of visually
02:58:37 appear and move around in those games. But if you're
02:58:44 asking kind of is there some other specific articulated
02:58:48 list, other than the Complaint and the interrogatory
02:58:51 responses, no.
02:59:14 Q. You identified a snake that eats brightly
02:59:22 colored food and grows after eating that food as one of
02:59:26 the elements, correct?
02:59:27 A. Yes.
02:59:27 Q. Is the -- is that snake growing as it eats the
02:59:33 food a mechanic of how you play Snake.io?
02:59:41 MR. KEY: Objection.
02:59:46 A. I'm not sure what you mean by mechanic. I
02:59:48 mean, it's certainly something that visually appears to
02:59:53 a consumer, that -- I mean, so there are lots of other
02:59:57 things, like Pac Man, where you eat things and you
03:00:00 don't -- doesn't get longer, right, it -- I don't even

Kimberly Wheelis

Kimberly Wheelis, CSR, RPR, CRR
Texas CSR 8510
Expiration: 4/30/27