# EXHIBIT 16

**App Store Listing – Slither.io**




**Butler Test Stimuli – Slither.io**



## Ratings & Reviews >

# 3.7

★★★★★
1.5K Ratings

**Review Summary** - Users say the game is fun and competitive. They enjoy the customization options, and the variety of skins available. Reviewers also appreciate the ad-free experience.

Automatically summarized from reviews

### Most Helpful Reviews

**REALLY GREAT GAME!**

★★★★★ 2y ago · Clover the gamer

This game is a really fun and addictive game. I love how you can make your own skin and name your snake whatever you want. The only thing I don't like is that dying is really annoying. Sometimes you'll just be chilling and someone will just appear and kill you. It...

## What's New >

Version 2.2.6 1mo ago

Improved controls!
Added the option to fade your name!

## App Privacy >

The developer, **Lowtech Studios LLC**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Not Collected**

The developer does not collect any data from this app.

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

| | |
|---|---|
| Seller | Lowtech Studios LLC |
| Size | 77.2 MB |
| Category | Action |
| Compatibility | Works on this iPhone |
| Languages | English and 24 more |
| Age Rating | 4+ |
| In-App Purchases | Yes |
| Copyright | © 2025 Lowtech Studios LLC |

**App Store Listing – Snake.io**




**Butler Test Stimuli – Snake.io**



Most Helpful Reviews

**Great**

★★★★★ Oct 18 · vacuvfhkgdf

The game is amazing it challenging and fun best game ever

**Developer Response** Oct 21

We're thrilled to know that you're enjoying our game! Thank you for playing Snake.io....

GAME CENTER

## Achievements




**0** / 47
Completed

## What's New >

Version 1.21.12 1w ago

Eat and battle snakes of all kinds in this exciting game!
Release Features: more

## In-App Purchases




Remove Ads

Remove ads from game

$1.99

## App Privacy >

The developer, **Kooapps**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

### Data Linked to You

The following data may be collected and linked to your identity:

- Purchases
- User Content
- Identifiers
- Usage Data

### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

| | |
|---|---|
| Seller | KOOAPPS INC. |
| Size | 215.2 MB |
| Category | Action |
| Compatibility | Works on this iPhone |
| Languages | English and 23 more |
| Age Rating | 4+ |
| In-App Purchases | Yes |
| Copyright | © 2016 Kooapps LLC |

## Slither.io Search Results







## Snake.io Search Results




