# EXHIBIT 18

Document Produced in Native Format

EXHIBIT
Butler 10

| Icon Pic | Name | Launch Date | Live 2020? | Live 2023? | Live 2025? |
|---|---|---|---|---|---|
|  | Anacondas Snake-I-O - Huge Slither Snake Games | Jul 19, 2016 | Yes | Yes | Yes |
|  | Retro Snake Online | Nov 9, 2016 | Yes | Yes | Yes |
|  | Snake Slither Go Chase | Nov 1, 2016 | Yes | Yes | Yes |
|  | Snake Rivals - Fun Snake Game | Oct 17, 2019 | Yes | Yes | Yes |
|  | Little Big Snake | Dec 21, 2018 | Yes | Yes | Yes |
|  | Snake Hunt: Worm io Games Zone | Jul 29, 2018 | Yes | Yes | Yes |
|  | Snake Run - Supper Light Io Snake | Oct 11, 2016 | Yes | Yes | Yes |
|  | Slither Editor - Unlocked Skin and Mod Game Slither.io | May 12, 2016 | Yes | Yes | Yes |
|  | Guide for Slither.io: Mods, Secrets and Cheats! | Jul 15, 2016 | Yes | Yes | Yes |

| Icon Pic | Name | Launch Date | Live 2020? | Live 2023? | Live 2025? |
|---|---|---|---|---|---|
|  | Real sNakE DrOp : StepPy Rocky Flip sLitHeriO | Sep 8, 2016 | Yes | Yes | |
|  | Slither Worm Snake - Switch Eat Color Coin Dotz | May 20, 2016 | Yes | Yes | |
|  | Slither Snake War | Sep 10, 2016 | Yes | Yes | |
|  | Crayon Slither Snake - Player | Feb 18, 2017 | Yes | Yes | |
|  | snake drogo | Mar 18, 2019 | Yes | Yes | |