# EXHIBIT 19

10:35 G •

# Cobra.io - Big Snake Game

hikBOO Studios

Contains ads

3.6★ 546 reviews ⓘ | 500K+ Downloads | E Everyone ⓘ

Install




## About this game →

Test your slithering & snake game .io skills and become the biggest snake!

Adventure | Action | IO game

Casual | Offline | Single player

Competitive multiplayer | Stylized

Games | Apps | Search | Offers | Books

EXHIBIT

Butler 11


10:35
Slithering Snake .IO : Battle
Kxsoft Game Studio
Contains ads
Install
100+
Downloads
Everyone 10+
See details
You might also like
Dan the Man: Action Platformer
4.7 ★
Fluffy Fall
4.7 ★
Zombie Catchers : Hunt & sell
4.5 ★
Sponsored · Related to this app
Snake Battle: Worm Snake Game
Clash of Slimes: IO Game
Snakes Zone .io: Battle Arena
Games
Apps
Search
Offers
Books

10:35

# Wormax.io

Elyland

Contains ads • In-app purchases

4.6★
273K reviews ⓘ

10M+
Downloads

Teen ⓘ

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite




## About this game

Official application - Wormax.io App.

Action | IO game | Snake | Offline

Games | Apps | Search | Offers | Books


10:35
Snake Fun Worm - Snake Game...
Phoenix AK labs
Contains ads
Install
2.9★
2K reviews ⓘ
1M+
Downloads
E
Everyone ⓘ
See details
You might also like
Bubble Shooter Rainbow
4.7 ★
Jigsaw Puzzles - Puzzle Games
4.6 ★
Block Puzzle
4.8 ★
Sponsored · Related to this app
Snakes Zone .io: Battle Arena
Little Big Snake .io game
Snake Battle: Worm Snake Game
Games
Apps
Search
Offers
Books


10:36
The Snake Slither - Snake Game
SuperShell Games
Contains ads
Install
In-app purchases
100+
Downloads
Everyone
See details
You might also like
Fishing and Life
4.2 ★
Fishing Food
4.8 ★
Fishing Clash: Sport Simulator
4.7 ★
Sponsored · Related to this app
Snakes Zone .io: Battle Arena
Little Big Snake .io game
Clash of Slimes: IO Game
Games
Apps
Search
Offers
Books

10:36

# Worms Merge: idle snake game

Hippo Lab

Contains ads • In-app purchases

| 4.4★ | 50M+ | E |
|---|---|---|
| 42K reviews ⓘ | Downloads | Everyone ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game

Worms Merge to grow bigger&longer snake! Play the fun Idle&Merge io snake game!

Games Apps Search Offers Books


10:36
Snakes Battle.io
Wenzhi Games
Contains ads
Install
In-app purchases
4.2★
464 reviews ⓘ
100K+
Downloads
E
Everyone ⓘ
See details
You might also like
Snake Doodle - Worm .io Game
4.7 ★
Bubble Shooter Ocean Pop
4.7 ★
Pou
4.4 ★
Sponsored · Related to this app
Snake Battle: Worm Snake Game
Little Big Snake .io game
Snakes Zone .io: Battle Arena
Games
Apps
Search
Offers
Books

10:36 G •

←



# Snake Lite - Snake Game

Hippo Lab

Contains ads • In-app purchases

| 4.6★ | 100M+ | E |
|---|---|---|
| 382K reviews ⓘ | Downloads | Everyone 10+ ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game →

Slither, grow, dominate! Play the addictive IO snake game now!

Games Apps Search Offers Books

10:37



# Snake Rivals - Fun Snake Game

Supersolid

Contains ads • In-app purchases

| 4.3★ | 10M+ | E |
|---|---|---|
| 150K reviews ⓘ | Downloads | Everyone ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite




## About this game

Snake Game .io - Worm around in 3D Multiplayer Snake io Games!

Games Apps Search Offers Books

10:37

# Snake Hunt: Worm io Games Zone

My Games Island - Play game for fun

Contains ads • In-app purchases

4.6★
73K reviews ⓘ

10M+
Downloads

E
Everyone ⓘ

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game

Slither on the battle arena, eat fun yummies with little & big snake - online

Games Apps Search Offers Books


10:37
Snakes Battle Lite.io
Wenzhi Games
Contains ads
Install
In-app purchases
5K+
Downloads
Everyone
See details
You might also like
Dragon City: Mobile Adventure
4.7
Merge Dragons!
4.5
Dragon Mania Legends
4.4
Sponsored · Related to this app
Snake Battle: Worm Snake Game
Snake Hero
3.1
Snake Snacky
4.2
Games
Apps
Search
Offers
Books


10:37
Snake Zone.io Slither Worm
RR Brothers
Contains ads
Install
50K+
Downloads
Everyone
See details
You might also like
THOMAS & FRIENDS
MINIS
BUDGE
Thomas & Friends Minis
4.6 ★
Smolsies 2 - Cute Pet Stories
4.0 ★
Coloring & Learn
4.3 ★
Sponsored · Related to this app
Sneak Snake-Slither Worm Game
Snakes Zone .io: Battle Arena
Snake Doodle - Worm .io Game
Games
Apps
Search
Offers
Books

10:38



# Snake vs Worms: Fun .io Zone

My Games Island - Play game for fun

Contains ads • In-app purchases

4.4★ 19K reviews | 5M+ Downloads | E Everyone

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite





## About this game

Play fun and competitive snake arcade game. Use all your skill to be winner

Games Apps Search Offers Books


10:38
Snake Eater Battle.io
Patchwork Games SL
Contains ads
Install
10K+
Downloads
Everyone
See details
You might also like
Snake Doodle - Worm .io Game
4.7
Worm Hunt
4.3
Worms Merge: idle snake game
4.4
Sponsored · Related to this app
Snake Battle: Worm Snake Game
Sneak Snake-Slither Worm Game
Mosquito.io
4.4
Games
Apps
Search
Offers
Books

10:39

Snake LikeEat

HT MOTOR & SUPER CARS COMPAN...

Contains ads

Install

500+
Downloads

Everyone ⓘ



## About this game

Eat stars, grow bigger, devour rivals, and become the Snake King!

Casual

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

10:39 G

←

Sushi Party
WinterStudio
Contains ads

Install

5.0★
100 reviews ⓘ

10K+
Downloads

M
Mature 17+ ⓘ



## About this game →

Sushiparty.io is a snake game in slither kawaii-style.

Action

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

10:40

Snake Wars: City Battle
SciPlay Games Turkey Yazılım Geliştir...
Contains ads

Install
In-app purchases

100K+
Downloads

Everyone 10+ ⓘ



## About this game

Defeat the other snakes and win!

Casual

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

10:40 G •

←



# Snake Clash - Worm Snake Game

Timuz Games

Contains ads • In-app purchases

| 3.6★ | 50K+ | E |
|---|---|---|
| 128 reviews ⓘ | Downloads | Everyone ⓘ |

Install



## About this game →

Play the endless battle of snake game, grow as big as possible.

Casual

## Data safety →

Safety starts with understanding how developers collect

Games Apps Search Offers Books

10:40

Snake Zone War .io
Casual gamer
Contains ads

Install

100K+
Downloads

Everyone ⓘ

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game

Hungry Snake hunts and grow to compete with other snakes in Snake Zone War .io

Arcade

## Data safety

Games Apps Search Offers Books

11:57

# Slink.io - Snake Games

Apps2US Studios

Contains ads

| 4.3★ | 50M+ | E |
|---|---|---|
| 144K reviews ⓘ | Downloads | Everyone ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite




## About this game →

Grow as big as you can and block the way of other snakes to kill them.

Adventure | Action | IO game

Games | Apps | Search | Offers | Books

11:57

# Worm.io - Snake & Worm IO Game

Kasimi Apps

Contains ads • In-app purchases

| 3.9★ | 1M+ | E |
|---|---|---|
| 6K reviews ⓘ | Downloads | Everyone ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite





## About this game →

An awesome arcade game, where you can become the great champion of the arena

Games Apps Search Offers Books

11:58



# Snake Battle: Worm Snake Game

Gametertain

Contains ads • In-app purchases

4.5★ 125K reviews ⓘ | 10M+ Downloads | E Everyone ⓘ

Install




## About this game →

Slither, eat, and grow your worm in addictive snake games and worm io battles!

Action | IO game | Snake

Competitive | Offline | Single player

Stylized

Games | Apps | Search | Offers | Books

11:58

Snakes Battle: Snake Game
Foji Tech

Install

1K+
Downloads

E
Everyone ⓘ

See details

## You might also like

Cube Zone io
3.3 ★

Tasty Planet Forever
4.0 ★

Red Ball 4
4.7 ★

Su
4.

Sponsored · **Related to this app**

Clash of Slimes: IO Game

Snake.io - Fun Snake .io Games

Little Big Snake .io game

Gu
Sn

Games Apps Search Offers Books

11:59

Snake and Fruit 2
aiwan
Contains ads

Install
In-app purchases

3.6 ★ 448 reviews ⓘ | 100K+ Downloads | E Everyone ⓘ

See details

## You might also like

Pou
4.4 ★

Snake Doodle - Worm .io Game
4.7 ★

Worm Hunt
4.3 ★

Cu
3.:

Sponsored · **Related to this app**

Snake.io - Fun Snake .io Games

Jelly Cube Run 2048 - Merge io

Little Big Snake .io game

Cl
Ga

Games Apps Search Offers Books

11:59



# Worm Hunt

Peaky Muzzle

Contains ads • In-app purchases

| 4.3★ | 50M+ | E |
|---|---|---|
| 60K reviews ⓘ | Downloads | Everyone ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite





## About this game →

Slither on the fun battle arena online with hungry little worms & eat big snake

Action | IO game | Snake | Offline

Games | Apps | Search | Offers | Books

12:02

Snake Zone Worm IO
App Studio LTD
Contains ads

Install

10K+
Downloads

Everyone



## About this game

Very enjoyable great snake power game eat & fight.

Casual

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:02

Snakes Battle Lite.io
Wenzhi Games
Contains ads

Install
In-app purchases

5K+
Downloads

Everyone ⓘ






## About this game

Keep eating and growing their body to become the final winner,survivor in worms.

Casual

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:03

Snake Zone.io Slither Worm
RR Brothers
Contains ads

Install

50K+
Downloads

E
Everyone ⓘ



## About this game

Eat more grow more hit other snake to grow faster.

Adventure

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:04

Snake and Worm .io Battle Game
Spark Gamez Studio
Contains ads

Install
In-app purchases

1K+
Downloads

Everyone ⓘ




## About this game

Slither, eat, and battle in the ultimate Snake & Worm .io game! Be the longest!

Arcade

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:04



# Worms .io Hungry Game

Rebel Edge

In-app purchases

| 4.2★ | 5M+ | T |
|---|---|---|
| 8K reviews ⓘ | Downloads | Teen ⓘ |

Install




## About this game →

Eat and grow the snake big and big!

Arcade | Action | IO game

Single player | Competitive multiplayer

Stylized

Games | Apps | Search | Offers | Books

12:50



Slither - Fun Snake io Game
Elvis-9999
Contains ads

Install
In-app purchases

10K+
Downloads

E
Everyone ⓘ






## About this game →

Slither & grow in space! An addictive cosmic .io snake game.

Casual

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:51

←



# Snakes Zone .io: Battle Arena

PrizePool Studios

Contains ads • In-app purchases

| 4.4★ | 1M+ | T |
|---|---|---|
| 1K reviews ⓘ | Downloads | Teen ⓘ |

Install




## About this game →

Slither, grow, and battle players! Survive, eat, and become the biggest snake!

Action

## Data safety →

Safety starts with understanding how developers collect

Games Apps Search Offers Books

12:51

Jelly Snake
UNIT5
Contains ads

Install
In-app purchases

4.2★
41 reviews ⓘ

10K+
Downloads

E
Everyone ⓘ




## About this game

Grow a cute jelly snake and meet hundreds of funny, absurd, bizarre stages!

Arcade | Offline | Single player | Stylized

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it

Games | Apps | Search | Offers | Books

12:51

Snake Eater Battle.io
Patchwork Games SL
Contains ads

Install

10K+
Downloads

Everyone ⓘ




## About this game →

Dominate the arena in this epic online battle! Become the biggest snake?

Action

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:52

Snake Game : Games 2025

Games NewX

Contains ads

Install

1K+
Downloads

E
Everyone ⓘ




## About this game

Slither, grow, and battle in the epic world of Snake Game 2025

Adventure

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games | Apps | Search | Offers | Books

12:53

# Worms Merge: idle snake game

Hippo Lab

Contains ads • In-app purchases

4.4★ 42K reviews ⓘ | 50M+ Downloads | E Everyone ⓘ

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game →

Worms Merge to grow bigger&longer snake! Play the fun Idle&Merge io snake game!

Games Apps Search Offers Books

12:57



# Snake Game - Worms io Zone

Appcelent Studio

Contains ads

| 3.7★ | 1M+ | E |
|---|---|---|
| 900 reviews ⓘ | Downloads | Everyone ⓘ |

Install





## About this game →

Eat, survive long and make your worm snake bigger than other snakes

Action | Casual

## Data safety →

Safety starts with understanding how developers collect

Games | Apps | Search | Offers | Books

12:57



Sushi Party
WinterStudio
Contains ads

Install

5.0★
100 reviews ⓘ

10K+
Downloads

Mature 17+ ⓘ



## About this game

Sushiparty.io is a snake game in slither kawaii-style.

Action

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books

12:57



# Sneak Snake-Slither Worm Game

Hippo Lab

Contains ads • In-app purchases

| 4.1★ | 1M+ | E |
| --- | --- | --- |
| 1K reviews ⓘ | Downloads | Everyone ⓘ |

Install




## About this game

Become the ultimate snake king in this addictive slithering adventure!

Action | IO game | Offline

Single player | Stylized

Data safety

Games Apps Search Offers Books

12:58

Snake Zone War .io
Casual gamer
Contains ads

Install

100K+
Downloads

E
Everyone ⓘ

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite

See details

## You might also like

Worm Hunt
4.3 ★

Tank Stars
4.7 ★

Cube Zone io
3.3 ★

Sponsored · **Related to this app**

Games Apps Search Offers Books

12:59

# Snake Zone.io - Hungry Game

Mint XX Games

Contains ads • In-app purchases

3.8★ 2K reviews ⓘ | 1M+ Downloads | E Everyone ⓘ

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game →

Play the dynamic action hungry snake.io game! -Eat food to grow the big worm!

Games Apps Search Offers Books

12:59



# Worms Zone .io - Hungry Snake

CASUAL AZUR GAMES

Contains ads • In-app purchases

| 4.3★ | 500M+ | E |
|---|---|---|
| 3M reviews ⓘ | Downloads | Everyone ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite






## About this game

A fun, dynamic game with cool graphics! Get growing your worm right now!

Games Apps Search Offers Books

12:59

# Little Big Snake .io game

ShockwaveLLC

Contains ads • In-app purchases

4.0★ 274K reviews | 10M+ Downloads | E Everyone

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite




## About this game

Snake games: slither into the worm zone, hunt snakes & worms in the battle arena

Games Apps Search Offers Books

1:00

# Cobra.io - Big Snake Game

hikBOO Studios

Contains ads

| 3.6★ | 500K+ | E |
| --- | --- | --- |
| 544 reviews ⓘ | Downloads | Everyone ⓘ |

Install






## About this game →

Test your slithering & snake game .io skills and become the biggest snake!

Adventure | Action | IO game

Casual | Offline | Single player

Competitive multiplayer | Stylized

Games Apps Search Offers Books

1:01

# Snake Lite - Snake Game

Hippo Lab

Contains ads • In-app purchases

| 4.6★ | 100M+ | E 10+ |
| --- | --- | --- |
| 383K reviews ⓘ | Downloads | Everyone 10+ ⓘ |

Install

Also play this game on PC with Google Play Games beta. Get an email to download the PC app.

Get invite



## About this game →

Slither, grow, dominate! Play the addictive IO snake game now!

Games Apps Search Offers Books

1:01



Snake Fun Worm - Snake Game...

Phoenix AK labs

Contains ads

Install

2.9★ 2K reviews ⓘ | 1M+ Downloads | E Everyone ⓘ



## About this game

Slither in hungry zone,survive & eat worms in online/offline exciting io game

Adventure | Action | IO game | Casual | Offline | Single player | Stylized

## Data safety

Safety starts with understanding how developers collect

Games Apps Search Offers Books

1:02



Snake Zone.io Slither Worm
RR Brothers
Contains ads

Install

**50K+**
Downloads

E
Everyone ⓘ



## About this game

Eat more grow more hit other snake to grow faster.

Adventure

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Games Apps Search Offers Books