# EXHIBIT 20

10:22

Snake Cancel

game simulator color puzzle identify ident

**Snake Rivals - io Snakes Games**
Snakes & worm arena io game
★★★★★ 20K
Get
In-App Purchases

Action | Multiplayer Casual Supersolid Ltd




**Snake**
Action
★★★★☆ 108
Get

Action | Casual FujiCubeSoft




Today Games Apps Arcade Search

EXHIBIT
Butler 12

10:27

< Search



# Wormax.io

Survive in PvP slither game!

Get In-App Purchases

| 4.6K RATINGS | AGE | CATEGORY | DEVELOPE |
|---|---|---|---|
| 4.7 | 4+ | | |
| ★★★★★ | Years Old | Action | ELYLAND INVE |



iPhone, iPad

In the mobile version of Wormax.io, you control a snake. Your goal is to make your snake gain the biggest mass and to reach the 1st place among other players on more

ELYLAND INVESTMENT COMPANY LIMITED

Developer

## Ratings & Reviews >

4.7 ★★★★★

Today Games Apps Arcade Search

10:28

< Search



**Flashy Snake - Rolling Worm All O Skins Unloc...**

Strategy

Get In-App Purchases

| 409 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 4.2 | 4+ | | |
| ★★★★☆ | Years Old | Strategy | Nguyen Hien |



iPhone, iPad

A new SKIN version of slither.io available now. A dedicate server have been build to improve performance and avoid laggy! more

Nguyen Hien
Developer

## Ratings & Reviews >

Today Games Apps Arcade Search

10:28

< Search

# Worm.io - Snake & Worm IO Game

Quyen Doan

Get In-App Purchases

| 21K RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 4.2 | 4+ | | |
| ★★★★☆ | Years Old | Simulation | Quyen Doan |



iPhone, iPad

Welcome to Worm.io – The Ultimate Arena Battle!
Become the champion of the arena in this thrilling arcade game! more

Quyen Doan
Developer

## Ratings & Reviews >

4.2 ★★★★★

Today Games Apps Arcade Search

10:28

< Search



# Slither io Game: Cosmo Snake

Battle & Eat, Go Snake Arena!

Get In-App Purchases

| 25 RATINGS | AGE | CATEGORY | DEVELOPER |
| --- | --- | --- | --- |
| 4.6 | 4+ | | |
| ★★★★☆ | Years Old | Action | 玉琴 甄 |




iPhone

Slither into the cosmic arena of Snake Cosmos! Control your worm and conquer the universe in this addictive io game. Grow your gusano by devouring glowing or more

玉琴 甄
Developer

## Ratings & Reviews >

4.6 ★★★★☆

Today Games Apps Arcade Search

10:29

< Search



# Worm.io - Snake Munch Fight Club

幸福 彭

Get

| 619 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 4.3 | 4+ | | |
| ★★★★☆ | Years Old | Action | 幸福 彭 |




iPhone, iPad

Slither around with your little snake, eat dots to grow and kill other worms!
Eating agars will make you longer and bigger. Avoi more

幸福 彭
Developer

## Ratings & Reviews >

Today Games Apps Arcade Search

10:29

< Search



**Viper.io - Worm & snake game**

Mikhail Prysiazhniy

Get In-App Purchases

| 806 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 4.5 | 4+ | | |
| ★★★★☆ | Years Old | Action | Mikhail Prysiaz |



iPhone, iPad

Viper.io is an online multiplayer battle of snakes.
Become the biggest snake to be on top.
Avoid collisions with other snakes and make other more

Mikhail Prysiazhniy
Developer

## Ratings & Reviews >

4.5 ★★★★☆

Today Games Apps Arcade Search

10:29

< Search




**Guide for Slither.io: Mods, Secrets and Cheats!**

Reference

Get

| 54 RATINGS | AGE | CATEGORY | DEVELOPE |
|---|---|---|---|
| 2.4 | 4+ | | |
| ★★☆☆☆ | Years Old | Reference | Viacheslav For |




iPhone, iPad

Today Games Apps Arcade Search

10:29

< Search



**Snake Zone .io - Fun Snake**

Lesou Technology Co., Limited

Get In-App Purchases

| 10 RATINGS | AGE | CATEGORY | DEVELOPE |
| --- | --- | --- | --- |
| 4.5 | 17+ | | |
| ★★★★☆ | Years Old | Games | Lesou Technol |



iPhone

Welcome to Snake Zone .io, the best game of 2024 - the ultimate snake survival game that takes snake fighting to a whole new level! Immerse yourself in this snake more

Lesou Technology Co., Limited

Developer

## Ratings & Reviews

4.5 ★★★★☆

Today Games Apps Arcade Search

10:29

< Search



**Snake Slither Battle - IO Extreme Hardest 2k16**

Kevin Tran

Get In-App Purchases

| 4 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 2.5 | 4+ | | |
| ★★☆☆☆ | Years Old | Entertainment | Kevin Tran |



iPhone, iPad

Play #1 Worm Slither Battle Game
How to play
- Eat dots and become bigger more

Kevin Tran
Developer

## Ratings & Reviews

Today Games Apps Arcade Search

10:29

< Search



**Spermy.io - Free Multiplayer Online Slith...**

LitGames Inc.

Get  In-App Purchases

| 12 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 2.3 | 17+ | | |
| ★★☆☆☆ | Years Old | Casual | LitGames Inc. |




iPhone, iPad

The Ultimate Multiplayer Game has arrived.
Race to the egg!! Who will win?
Play against other people online! Can you hit the t more

LitGames Inc.
Developer

## Ratings & Reviews >

Today Games Apps Arcade Search

10:30

< Search



## Snake Hunt Parody MEME Edition

Oleksandr Lushpihan

Get In-App Purchases

| 3K RATINGS | AGE | CATEGORY | DEVELOPE |
|---|---|---|---|
| 4.7 | 12+ | | |
| ★★★★★ | Years Old | Casual | Oleksandr Lus |




iPhone, iPad

Snake Meme Parody Edition combines popular memes, MLG montage effects, dubstep music, multiplayer, and classic snake mechanics. more

Oleksandr Lushpihan
Developer

## Ratings & Reviews >

4.7 ★★★★★

Today Games Apps Arcade Search

10:30

< Search



**Larva.io**

Beijing Popeach Network Technology Limited

Get

| 64 RATINGS | AGE | CATEGORY | DEVELOPE |
|---|---|---|---|
| 3.9 | 4+ | | |
| ★★★★☆ | Years Old | Adventure | Beijing Popeac |




iPhone, iPad

Worm style battle royale snake games! Fun join the battle of brave worms in an enormous arena!
This is an client for #1 Smash Hit Worm and Slithe more

Beijing Popeach Network Technology Limited
Developer

## Ratings & Reviews >

3.9 ★★★★★

Today Games Apps Arcade Search


10:30
Search
MODS
TIPS
Guide for Slither.io - Mods, Secrets and Che...
Viacheslav Fonderkin
Get
4 RATINGS
2.3
AGE
4+
Years Old
CATEGORY
Reference
DEVELOPEI
Viacheslav For
MODS
TIPS
Guide
Videos
Back to Guide
Who created
slither.io
'Slither.io,' a game in
like creatures compet
quickly joined the ran
most-downloaded ap
months ago, Steven H
to pay rent. Now, the
developer is trying to
videogame running s
pulls in more than $10
revenue daily.
iPhone, iPad
Today
Games
Apps
Arcade
Search

10:30

< Search

**String.io**

Metajoy

Get In-App Purchases

| 1.8K RATINGS | AGE | CATEGORY | DEVELOPER |
| --- | --- | --- | --- |
| 4.5 | 4+ | | |
| ★★★★☆ | Years Old | Action | Metajoy |




Today Games Apps Arcade Search

10:30

< Search

# Snakes Zone .io - Worms Game

PrizePool Studios

Get In-App Purchases

| 26 RATINGS | AGE | CATEGORY | DEVELOPER |
| --- | --- | --- | --- |
| 4.6 | 4+ | | |
| ★★★★★ | Years Old | Action | PrizePool Stud |




iPhone, iPad

Welcome to Snakes Zone .io - Worms Game: The Best Snake Game of 2024!
Play Snakes Zone .io and become the biggest and more

PrizePool Studios
Developer

## Ratings & Reviews

4.6 ★★★★★

Today Games Apps Arcade Search

10:30

< Search



## Snake Battle Worm Snake Game

Yevhen Isayev

Get

| 57 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 3.9 | 4+ | | |
| ★★★★☆ | Years Old | Action | Yevhen Isayev |




iPhone, iPad

Do you like to play snake io game? If yes than this worm io game is the best option for you. This fun snake and worms game takes you back to the time when eve more

Yevhen Isayev
Developer

## Ratings & Reviews

3.9 ★★★★★

Today Games Apps Arcade Search

10:31

< Search



**Smooth.io**

Kim Chinh Nguyen Thi

Get In-App Purchases

| 245 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 4.3 ★★★★☆ | 9+ Years Old | Action | Kim Chinh Ngu |




iPhone, iPad

SMOOTH.IO is a super fun competitive snake game with upgraded io gameplay and vivid graphics with various stunning and cute worm skins. You can play offline more

Kim Chinh Nguyen Thi
Developer

## Ratings & Reviews >

4.3 ★★★★★

Today Games Apps Arcade Search

10:31

< Search



**Snake Game - Worms io Zone**

Appcelent Studio

Get

| 169 RATINGS | AGE | CATEGORY | DEVELOPER |
| --- | --- | --- | --- |
| 4.4 | 9+ | | |
| ★★★★☆ | Years Old | Action | Appcelent Stu |



iPhone, iPad

Eat, survive and make your worm snake bigger than others

If you landed here, means your are looking for som more

Appcelent Studio

Developer

## Ratings & Reviews >

4.4 ★★★★☆

Today Games Apps Arcade Search

10:32

< Search



**Snake War Battle Worm.io Slither Collect...**

Action

Get

| 4 RATINGS | AGE | CATEGORY | DEVELOPE |
|---|---|---|---|
| 3.8 ★★★★☆ | 4+ Years Old | Action | Manaichai Srin |




iPhone, iPad

Enjoy play game snake.
If your head touches another player, you will explode and die. But if other players run into YOU, then THEY w more

Manaichai Srimarueang
Developer

## Ratings & Reviews >

Today Games Apps Arcade Search

10:32

< Search

**Snake Glow IO - Slither on Geometry Circle Sha...**

Kevin Tran

Get In-App Purchases

| 91 RATINGS | AGE | CATEGORY | DEVELOPER |
|---|---|---|---|
| 3.8 | 4+ | | |
| ★★★★☆ | Years Old | Casual | Kevin Tran |




iPhone, iPad

Enjoy our super snake game is loved by thousand people all around the world

Kevin Tran
Developer

## Ratings & Reviews >

Today Games Apps Arcade Search