# EXHIBIT 22

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOWTECH STUDIOS, LLC,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **v.** | § | **CASE NO. 1:23-cv -1437-DII** |
| **KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,**<br>**Defendants.** | §<br>§<br>§ | |

**LOWTECH STUDIOS, LLC'S ANSWERS TO**
**KOOAPPS' SECOND SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Lowtech Studios, LLC's ("Lowtech" or "Plaintiff") hereby answers and objects to the Second Set of Interrogatories (the "Interrogatories") served by Kooapps LLC ("Kooapps"), as set forth below.

## GENERAL STATEMENT

Lowtech's answers to the Interrogatories are based on its investigation to date, which is ongoing and not yet complete. As the litigation proceeds, further investigation may reveal additional information. Discovery in this action is ongoing, and Lowtech's investigation and review of relevant information remains ongoing. Lowtech reserves the right to supplement and/or amend its answers and objections to these Interrogatories. Lowtech's answers are made subject to and without waiver of any questions or objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence or for any other purpose, of any of the information referred to or of the answers given herein, or of the subject matter thereof in any proceeding, including the trial of this action or any other subsequent proceeding; and said answers are made specifically subject to the right to object to any proceeding involving or relating to the subject matter of the Interrogatories responded to herein.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 13:**

Identify with precision and specificity each and every element of the Slither Trade Dress that You contend Defendants have infringed or are infringing.

**ANSWER TO INTERROGATORY NO. 13:**

Plaintiff objects to this Interrogatory as a premature contention Interrogatory to the extent that it calls for information that will be addressed in a forthcoming expert report. Moreover, Plaintiff's investigation is ongoing and Plaintiff reserves the right to supplement this response as additional information is made available. Plaintiff objects to this Interrogatory as vague and ambiguous with respect to the term "precision and specificity" as it does not make clear what particular details it is seeking.

Subject to and without waiver of the foregoing general and specific objections, Plaintiff responds as follows: Defendants have infringed and are infringing the Slither.io trade dress, which includes elements such as a user's snakelike creature in a playfield along with other snakelike creatures and colorful food particles.

**INTERROGATORY NO. 14:**

Identify any and all facts showing that a substantial segment of customers has come to associate the Slither Trade Dress with Lowtech's Slither Game.

**ANSWER TO INTERROGATORY NO. 14:**

Plaintiff objects to this Interrogatory as a premature contention Interrogatory to the extent that it calls for information that will be addressed in a forthcoming expert report. Plaintiff objects to this Interrogatory to the extent that it calls for a legal conclusion with respect to the term "substantial segment of customers." Plaintiff also objects to this Interrogatory as requiring

Date: January 29, 2025

Respectfully submitted,

By: /s/ *Russell E. Blythe*
Lee Yeakel
lyeakel@kslaw.com
Matthew E. Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000

Russell Edward Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles Spalding (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence St., Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300

Christopher C. Campbell
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

**ATTORNEYS FOR PLAINTIFF LOWTECH STUDIOS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the attorneys of record by delivering a true and correct copy on January 29, 2025, as follows:

**Via electronic mail to:**
Joshua A. Baskin *(pro hac vice)*
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
cdelehanty@wsgr.com
Ana Alicia Sontag (*pro hac vice*)
asontag@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, PC**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105-1126

and

Thomas A. Nesbitt
State Bar. No. 24007738
tnesbitt@dnaustin.com
**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701

***Counsel for Defendants***

/s/ *Russell E. Blythe*
Russell E. Blythe