# EXHIBIT 23

## PROPOSED TO BE FILED UNDER SEAL