# EXHIBIT 24

< Search



# Paper.io 2

Conquer the entire territory!

Get In-App Purchases

| 2.6M RATINGS | AGE | CHART | DEVELOPER |
| --- | --- | --- | --- |
| 4.5 | 12+ | #19 | |
| ★★★★½ | Years Old | Action | Voodoo |



Google Play

# Paper.io 2

VOODOO

Contains ads · In-app purchases

| 4.1★ | 100M+ | E |
|---|---|---|
| 2.36M reviews | Downloads | Everyone ⓘ |

Install

Share Add to wishlist




Games Apps Movies & TV Books Kids