# EXHIBIT 25


1%
0
12
limbulee
3.85%
2.79%
2.48%
1.82%
Test
Unity Ads