# EXHIBIT 26

## PROPOSED TO BE FILED UNDER SEAL