# EXHIBIT 27

## PROPOSED TO BE FILED UNDER SEAL