# EXHIBIT 28

## PROPOSED TO BE FILED UNDER SEAL