# EXHIBIT 29

## PROPOSED TO BE FILED UNDER SEAL