# EXHIBIT 30

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants. | CASE NO.: 1:23-cv-1437-DII |
| KOOAPPS LLC,<br><br>Counterclaimant - Plaintiff,<br><br>v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>Counterclaimant - Defendants. | |

**DEFENDANT KOOAPPS LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF LOWTECH STUDIOS, LLC'S FIRST SET OF INTERROGATORIES (NOS. 6, 13-20)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure (FRCP) and the Local Rule CV-33 of the United States District Court for the Western District of Texas, Defendant Kooapps LLC ("Kooapps"), by and through its undersigned counsel, hereby provides its Supplemental Responses and Objections to Plaintiff Lowtech Studios LLC's ("Lowtech") First Set of Interrogatories (Nos. 6, 13-20).

**GENERAL OBJECTIONS**

Each of the following General Objections is incorporated into each of Kooapps' Responses to the Definitions, Instructions, and each individual Interrogatory, whether or not fully set forth in

**SPECIFIC RESPONSES AND OBJECTIONS**

Without waiving any of the foregoing General Objections and Objections to Definitions and Instructions, all of which are incorporated by reference in the following Specific Responses and Objections as if fully set forth therein, Kooapps responds as follows:

**INTERROGATORY NO. 6:**

If you contend that the versions of the Infringing App offered on Apple IOS, Android, the Apple App Store and/or Google Play Store, or any other mobile version of the Infringing App, had online multiplayer capability, identify and describe with specificity all facts, information, and materials that you rely upon to support that contention.

**RESPONSE TO INTERROGATORY NO. 6:**

Kooapps incorporates by reference the General Objections and Objections to Definitions and Instructions set forth above as if fully stated herein. Kooapps objects to the term "Infringing App" because it is argumentative, improper, prejudicial, based on a false and disputed assumption, and based on an improper legal conclusion. Kooapps further objects to this Interrogatory as overbroad and unduly burdensome to the extent it seeks identification of "all facts, information, and materials". Kooapps further objects to this Interrogatory to the extent that "online multiplayer capability" is vague and ambiguous. Kooapps further objects to the use of the word "had" in this request as vague and ambiguous as to time. Discovery in this case is ongoing, and Kooapps has not completed its investigation of the facts relating to this case. This Interrogatory contains a premature contention interrogatory that is more properly compounded later in the case, after discovery has taken place. Kooapps objects to this Interrogatory to the extent it seeks information that is protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, and/or any other applicable privilege or immunity.

Subject to and without waiving the foregoing objections, Kooapps states that the Snake.io Game has multiplayer features and has been playable online. The Snake.io Game allows players to play against one another in real time. The Snake.io Game also has multiplayer leaderboards available on the internet where players can compare their scores with those of other players. Pursuant to FRCP 33(d), Kooapps will produce documents that will allow Lowtech to derive the answer to this question with substantially the same burden as Kooapps. Discovery is in its early stages, Kooapps reserves the right to supplement this response if and when it learns additional responsive information.

**<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6</u>:**

Subject to and without waiving the foregoing objections, Defendant responds as follows:

Kooapps states that the Snake.io Game has multiplayer features and has been playable online since at least 2019 when acquired by Kooapps. The Snake.io Game allows players to play against one another in real time on the leaderboard. The Snake.io Game also has real-time multiplayer leaderboards available through all of the platforms where the Snake.io Game is available in which players can compare their scores with those of other players. The multi-player leaderboard is a multiplayer experience that has been available on the Snake.io Game since Kooapps acquired the game in 2019. Since 2021, the Snake.io web version available at <snake.io> has included synchronous real-time multiplayer gameplay. Additionally, Kooapps released a synchronous real-time multiplayer gameplay on the Google Play Store in early 2022 for beta-testing, which was fully launched to all consumers in 2023. The synchronous real-time multiplayer gameplay was released on the Apple App Store in 2023. Kooapps also launched synchronous real-time multiplayer gameplay on Facebook in 2022.

Moreover, the multi-player functionality of the Snake.io Game is evidenced by the thousands of pages of source code already produced by Kooapps and additional documents in Kooapps' production.

**<u>INTERROGATORY NO. 13</u>:**

Identify the geographic areas where Defendant's Infringing App and/or products or services featuring the Infringing Mark are advertised, marketed, sold, or promoted and the length of time each product or service has been advertised, marketed, sold or promoted in each area.

**<u>RESPONSE TO INTERROGATORY NO. 13</u>:**

Kooapps incorporates by reference the General Objections and Objections to Definitions and Instructions set forth above as if fully stated herein. Kooapps objects to the terms "Infringing App" and "Infringing Mark" because they are argumentative, improper, prejudicial, based on a false and disputed assumption, and are based on an improper legal conclusion. Kooapps objects to this Interrogatory to the extent that is overbroad because it does not specify the geographical scope. Kooapps objects to this Interrogatory to the extent it seeks information that is protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, the common interest privilege, and/or any other applicable privilege or immunity.

Subject to and without waiving the foregoing objections, pursuant to FRCP 33(d), and at the appropriate time, Kooapps will identify documents from which the burden is on Lowtech to derive the answer to this request if that burden will be substantially the same for Kooapps.

**<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13</u>:**

Subject to and without waiving the foregoing objections, Defendant responds as follows:

Kooapps' Snake.io Game is available worldwide on the Google Play Store (including Netflix), the Apple App Store (including Apple Arcade and Netflix), Amazon App Store, Facebook Instant Games, Crazy Games, Nintendo eShop and online at <snake.io>.

Dated: May 1, 2025

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: */s/ Eli B. Richlin*

Eli B. Richlin
New York State Bar No. 4861357
(Admitted *Pro Hac Vice*)
erichlin@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Joshua A. Baskin
California State Bar No. 294971
(Admitted *Pro Hac Vice*)
jbaskin@wsgr.com

Chloe Delehanty
California State Bar No. 333412
(Admitted *Pro Hac Vice*)
cdelehanty@wsgr.com

Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126

**NESBITT LEGAL PLLC**
Thomas A. Nesbitt
State Bar. No. 24007738
tom@nesbittlegal.com

809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562
Fax: (512) 617-5563

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc. and Defendants Jonathan Chang and Chun Kai Wang*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 1, 2025, the foregoing document was served on the following attorneys of record by delivering a true and correct copy as follows:

**Via Electronic Mail to:**

Earl Leroy Yeakel, III
lyeakel@kslaw.com
Matthew E. Vandenberg
mvandenberg@kslaw.com
**KING & SPALDING LLP**
500 West 2nd Street
Suite 1800
Austin, TX 78701

Russell E. Blythe (*pro hac vice*)
rblythe@kslaw.com
Charles G. Spalding, Jr. (*pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St.,
Suite 1600
Atlanta, GA 30309

Britton F. Davis (*pro hac vice*)
bfdavis@kslaw.com
Roy Falik (*pro hac vice*)
rfalik@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street
Suite 1900
Denver, CO 80202

Christopher C. Campbell (*pro hac vice*)
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006

*Attorneys for Lowtech Studios LLC and Steven Howse*

*/s/ Allie F. Huff*
Allie F. Huff