# EXHIBIT 31

## Blockade

| | |
|---|---|
| release year | **1976** |
| developer | Gremlin |
| publisher | Gremlin |
| category | Action |
| genre / theme | maze, arcade, snake, top-down, multiplayer |
| platform | Arcade, Noval 760 |




*Blockade is a monochrome arcade maze game developed by Gremlin and released in October 1976. It was the first of what would become known as "snake games" (or "light cycle"). It was designed by Lane Hauck, Ago Kiss, and Bob Pecarero. It's a game for two players only, using four directional buttons, each player moves their character around leaving a solid line behind them, turning at 90 degree angles. To win, a player must last longer than the opponent before hitting something, with the first person to hit something losing. The game ends after one player gains six wins. This type of game became more popular on mobile phones later on as Snake...*

rating (OldGames): **50%**
rating (Users): **60%**, users = 1
50%
status: Undefined (not logged in)!

game added: 22.03.2013, 11:02 (dj)
last update: 02.12.2020, 11:10 (dj)
visits: 2532x

Info (0) | **Download** (1) | Play online (0) | Documents (0) | Reviews (0) | Magazines (0) | **Covers** (1) | Originals (0) | **Screenshots** (3) | **Videos** (2) | Translates (0) | **Links** (1) | **Ratings** (1) | Discussions (0) | Comme

**Video, Blockade (Gremlin, 1976 - Arcade)**

### Video, Blockade (Gremlin, 1976 - Arcade)

add date: 02.12.2020, 10:37 (dj)
last modify: 02.12.2020, 10:38 (dj)

Permalink: http://www.oldgames.sk/en/game/blockade/download/10255/