# EXHIBIT 32

## PROPOSED TO BE FILED UNDER SEAL