# EXHIBIT 33

## PROPOSED TO BE FILED UNDER SEAL