# EXHIBIT 35

# Google Play games services features

With Google Play games services, you can add engaging social and multiplayer features to your games.

Select a feature below to learn the basics and find documentation on implementing Google Play games services.

## Get started

Integrate the Google Play games services SDK

Create a game listing

To use Google Play games services, you need to create a game listing in Play Console. Your game listing is separate from your app's **Store listing** page.

Here's how you can add a new game listing:

1. Open Google Play Console.
2. Go to **Setup** > **Game projects**.
3. Near the top right, click **Add new game**.

## Features

Achievements

With achievements, you can help retain players by adding rewards for accomplishing set goals in your game. Players can earn experience points (XP) for accomplishing achievements in your game.

Visit the Google Developers site to learn more about Achievements.

**Note**: Once you publish an achievement, it can't be deleted.

Add achievements

Create an achievement

Import achievements

Publish your game

Edit an achievement

Undo an edit

Delete an achievement

Reset an achievement

### Icon guidelines

Icons should be created as 512 x 512 PNG, JPEG, or JPG files. You only need to provide us with the icon for the unlocked achievement. We will generate a grayscale version for the revealed icon automatically. For that reason, we recommend your achievement icons include colorful elements, so your users can distinguish between revealed and unlocked achievements.

EXHIBIT 9

When an achievement icon is displayed in an Android toast, the icon is overlaid with a circle and its outer corners are hidden. Make sure that your icon still looks good under these circumstances.




*A sample achievement icon.*

The same icon is used in all locales, so we recommend against including any text or localized content in an icon.

## Zip file guidelines

You can import multiple achievements at once using a zip file. Refer to the table for the precise filenames to use in your zip file:

| Filename | Required or Optional | Accepted values |
|---|---|---|
| `AchievementsMetadata.csv` | Required | Metadata for each achievement. See Attributes . |
| `AchievementsLocalizations.csv` | Optional | Provides translations for achievement names and descriptions. |
| `AchievementsIconMappings.csv` | Optional | Maps achievements to their icon files. |
| Icon files | Optional | Icons in PNG, JPEG, or JPG format. |

Zip file requirements:

- No subdirectories.
- Unique file names.
- Only CSV, PNG, JPEG, or JPG files.
- The CSV file must not have a header row.
- Each file must be under 1 MB.
- Total files must be under 203.
- Total zip file size must be under 200MB.

AchievementsMetadata.csv format

AchievementsLocalizations.csv format

AchievementsIconMappings.csv format

Icon Files

Add translations for achievements

Leaderboards

With leaderboards, you can give your game's players a place to compare their scores with friends and compete with top players.

**Note**: Leaderboard scores can't be reset, but you can delete or hide a leaderboard at any time.

To hide suspicious scores on existing leaderboards, you can turn on leaderboard tamper protection on your game's **Leaderboards** page in Play Console.

Create a leaderboard

Create a leaderboard for a published game

Edit a leaderboard

Undo an edit

Delete a leaderboard

Reset a leaderboard

Add translations for leaderboards

Hide leaderboard scores

Saved games

Google Play Game Services Publishing API

To automate app configuration and integrate releases into existing automated tools and processes, you can use the Google Play Games Services Publishing API . Here's how to turn on access to the Google Play Games Services Publishing API using Play Console.

1. Open Google Play Console .
2. Go to **Setup** ⚙ **API access**.
3. If you haven't already, create a linked project.
4. Next to "Games configuration API", click the **On** button.

## Manage multiple users

If you have multiple users managing games on your developer account, you need to manage permissions from the Play Console Users and permissions page .

Need more help?

Try these next steps:

**Post to the help community**
Get answers from community members

**Contact us**
Tell us more and we'll help you get there