# EXHIBIT 37

8/25/25, 9:24 AM   Case 1:23-cv-01437-DAE   Document 149-37 An async multiplayer question : r/gamedesign Filed 10/10/25   Page 2 of 5

Skip to main content    r/gamedesign    Search in r/gamed...

**r/gamedesign** • 2 yr. ago
e4apple

## An async multiplayer question

Question
So in Arkham knight is a single player game but when you are doing races, there's a leaderboard that shows up at the start of it showing other users who have done the race and under what time. People constantly find themselves trying to beat the score, re-running the races over and over again. Is it an async multiplayer concept?

↑ 1 ↓    💬 5    Share

monday_com • Promoted

We compared Jira and monday dev by ease of use, reporting, and cost. Here's how it went for us.

Learn More    monday.com    monday dev VS Jira

Join the conversation

Sort by: Best    🔍 Search Comments

**Tuism** • 2y ago

Anything that involves multiple players not needing to be present in real time at the same time is asynchronous multiplayer. So yeah you could call a leaderboard async multiplayer.

But what's the point of this question? Why is it important whether one would call that async multiplayer or not?

↑ 3 ↓    Reply    ...

**Ckorvuz** • 2y ago • Edited 2y ago



EXHIBIT 10

8/25/25, 9:24 AM        Case 1:23-cv-01437-DAE    Document 149-37    Filed 10/10/25    Page 3 of 5
An async multiplayer question : r/gamedesign

Skip to main content                                                                                                + Create

It was conceptually intended for play on one pc but me and my buddy used Teamviewer to play this in different locations.
In very old times people used to exchange the savefile before remote controlling a pc was a thing.
And before pc games they just exchanged movements like in chess or battleship the board game.

2    Reply

joellllll • 2y ago

It was conceptually intended for play on one pc but me and my buddy used Teamviewer to play this in different locations.

This is such a great idea

1    Reply

AutoModerator MOD • 2y ago

Game Design is a subset of Game Development that concerns itself with **WHY** games are made the way they are. It's about the theory and crafting of **systems**, **mechanics**, and **rulesets** in games.

- r/GameDesign is a community **ONLY** about Game Design, **NOT** Game Development in general. If this post does not belong here, it should be reported or removed. Please help us keep this subreddit focused on Game Design.
- This is **NOT** a place for discussing how games are produced. Posts about programming, making art assets, picking engines etc... will be removed and should go in r/GameDev instead.
- Posts about visual design, sound design and level design are only allowed if they are directly about game design.
- No surveys, polls, job posts, or self-promotion. Please read the rest of the rules in the sidebar before posting.
- If you're confused about what Game Designers do, "The Door Problem" by Liz England is a short article worth reading. We also recommend you read the r/GameDesign wiki for useful resources and an FAQ.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

1    Reply

sinsaint • 2y ago
Game Student    Top 1% Commenter

 

game, like say an army they constructed in an idle game, I think that'd be considered a multiplayer experience.

Now, whether or not a high score or time attack record counts as interactive is up to you, but I figure it matters more the higher up the ladder you go. Problem is, 95% of us wouldn't really care, so it probably wouldn't feel like a multiplayer experience for most of us.

↑ 1 ↓   ◯ Reply   ⋯

Reddit Rules  Privacy Policy  User Agreement  Accessibility  Reddit, Inc. © 2025. All rights reserved.