# EXHIBIT 38

## PROPOSED TO BE FILED UNDER SEAL