# EXHIBIT 39

## PROPOSED TO BE FILED UNDER SEAL