# EXHIBIT 40

## PROPOSED TO BE FILED UNDER SEAL