# EXHIBIT 41


This Game
All Time
Score
1
2421
Kills
0
23
Top Position
-
1
NEXT
SHARE