# EXHIBIT 42


8:31
Search
Snake.io - Fun Online Slither
New Battle Royale Snake G...
58K RATINGS
4.5
AGE
4+
Years Old
CHART
#14
Strategy
DEV
Ko
Events
MAR 3
LIVE EVENT
Slither Freely Through Rainbow
There is gold over the rainbow!
What's New
Version History
Version 1.16.35
3d ago
Today
Games
Apps
Arcade
Search