# EXHIBIT 43

## PROPOSED TO BE FILED UNDER SEAL