# EXHIBIT 45

## PROPOSED TO BE FILED UNDER SEAL