UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC, <br><br> Plaintiff, <br> v. <br><br> KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, <br><br> Defendants. <br><br><br> KOOAPPS INC., <br><br> Counterclaim-Plaintiff, <br> v. <br><br> LOWTECH STUDIOS, LLC and STEVEN HOWSE, <br><br> Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE MOTION BRIEFING DEADLINES**

Plaintiff and Counterclaim-Defendant Lowtech Studios, LLC, Counterclaim-Defendant Steven Howse, Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang, and Chun-Kai Wang, by and through their respective counsel, hereby stipulate, subject to approval of the Court, that good cause exists to re-set the current deadline to file dispositive motions and related briefing schedule as established by the Joint Stipulation and Order Regarding Discovery and Related Pretrial Deadlines (Dkt. No. 123) and the Local Court Rules for the Western District of

-2-

Texas ("Local Rules").  A two-week extension in the deadline to file any dispositive motions will allow the parties to focus on briefing oppositions and replies for the seven pending *Daubert* motions through the month of October 2025, and provide the parties additional time to prepare any dispositive motions following the close of *Daubert* motion briefing. Additional modest extensions to the deadlines set by the Local Rules for opposition and reply briefs will enable the parties to focus on any disputed issues and present their positions to the Court.

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions | October 30, 2025 | November 14, 2025 |
| Oppositions | November 13, 2025 | December 5, 2025 |
| Replies | November 20, 2025 | December 19, 2025 |

Dated: October 15, 2025

By: */s/ Christopher C. Campbell*
Christopher C. Campbell
Britton F. Davis
**CAHILL GORDON & REINDEL LLP**
900 16th Street N. W.
Suite 500
Washington D.C. 20006
(202) 862-8932
(202) 862-8906
bdavis@cahill.com
ccampbell@cahill.com

Cecil E. Key
**KEY KESAN DALLMANN PLLC**
1050 Connecticut Ave., N.W.
Suite 500
Washington, D.C.
Phone: (202) 772-1100
cecil.key@kkd-law.com

*Attorneys for Plaintiff and Counterclaim-Defendant Lowtech Studios LLC and Counterclaim-Defendant Steven Howse*

Respectfully Submitted,

By: */s/ Eli B. Richlin*
Eli B. Richlin (*pro hac vice*)
New York State Bar No. 4861357
erichlin@wsgr.com
J. Ariel Jeong (*pro hac vice*)
New York State Bar No. 5344122
ajeong@wsgr.com
**Wilson Sonsini, Goodrich & Rosati, PC**
1301 Avenue of the Americas, 40th Floor

Joshua A. Baskin (*pro hac vice*)
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
California State Bar No. 333412
cdelehanty@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

Thomas A. Nesbitt
State Bar No. 24007738
tnesbitt@nesbittlegal.com

-3-

        **Nesbitt Legal PLLC**
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang*

## [PROPOSED] ORDER

Pursuant to stipulation, it is so ORDERED.

Dated: _____     _____
                                                    United States District Judge

-4-

## CERTIFICATE OF SERVICE

     The undersigned certifies that on October 15, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                            */s/ Eli B. Richlin*
                                            Eli B. Richlin