UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>       Plaintiff,<br><br> v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>       Defendants. | **CASE NO: 1:23-CV-1437-DAE** |

**ATTORNEY DECLARATION OF MORREASE LEFTWICH IN SUPPORT OF PLAINTIFF LOWTECH STUDIOS, LLC'S BRIEF IN OPPOSITION TO KOOAPPS INC.'S *DAUBERT* MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. ZAGAL**

I, Morrease Leftwich, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of New York and am an associate of the law firm of Cahill Gordon & Reindel LLP, counsel for Lowtech LLC, ("Lowtech"). I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters.

2. Exhibit A to Lowtech's Brief In Opposition To Kooapps Inc.'s Daubert Motion To Exclude Opinions Of Plaintiff's Expert Dr. Zagal ("the motion") is a true and correct copy of Exhibits 80 and 89 to the Deposition of Paul Marshall, dated April 25, 2025, as reported by Carla R. Wallat (WA CCR 2578, OR CSR 16-0443, CA CSR 14423).

3. Exhibit B to the motion is a true and correct copy of the Rebuttal Expert Report of Jose Zagal In Response to The Expert Report and Rebuttal Report of Garry Kitchen, dated July 24, 2024.

4. Exhibit C to the motion is a true and correct copy of the Expert Report of Dr. Jose Zagal, dated May 23, 2025.

5. Dr. Zagal attested to the authenticity of a copy of each of the documents at Exhibits B and C during his August 26, 2025, deposition in this case.

6. Exhibit D to the motion is a true and correct copy of the transcript of that deposition, as reported by Abigail D.W. Johnson (RPR, CRR, CRC (CA, UT, ID, WA)).

7. Exhibit E to the motion is a true and correct copy of the transcript of the deposition of Chun-Kai Wang, dated April 23, 2025, as reported by Carla R. Wallat (WA CCR 2578, OR CSR 16-0443, CA CSR 14423).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2025
       Newark, NJ

/s/ Morrease Leftwich

MORREASE LEFTWICH