**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants. | CASE NO.: 1:23-cv-1437-DAE |
| KOOAPPS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>Counterclaim-Defendants. | |

**DECLARATION OF CHLOE DELEHANTY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *DAUBERT* MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERT WITNESSES CARRIE DISTLER, PHILIP HAMPTON, GARRY KITCHEN, AND HIMANSHU MISHRA**

I, Chloe M. Delehanty, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California and am an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Kooapps Inc., f/k/a Kooapps LLC ("Kooapps"), Chun-Kai Wang, and Jon Chang ("Defendants"). I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters,

2. Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of the deposition transcript of James Bergman, taken on October 21, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a spreadsheet, bearing Bates number KOOAPPS-00129210.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a spreadsheet, bearing Bates number KOOAPPS-00129211.

5. Attached hereto as **Exhibit 4** are excerpts from a true and correct copy of the deposition transcript of Jose Zagal, taken on August 26, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Errata Sheet for the deposition of Garry Kitchen taken on August 15, 2025.

7. On or around October 24, 2025, counsel for Kooapps visited the website available at https://wordswithfriends.com. Counsel reviewed the contents of the page and printed the website to pdf from their browsers. Attached hereto as **Exhibit 6** is a true and correct copy of the pdf printout of the webpage from October 24, 2025.

8. On or around October 24, 2025, counsel for Kooapps visited the website https://pinball-land.com/how-to-play-multiplayer-pinball/#:~:text=At%20an%20arcade%20where%20the,Start%20with%20Player%201. Counsel reviewed the contents of the page and printed the website to pdf from their browser. Attached

hereto as **Exhibit 7** is a true and correct copy of the pdf printout of the website from October 24, 2025.

9. On or around October 24, 2025, counsel for Kooapps visited the website https://www.aminis.com/blog/everything-you-need-to-know-about-pinball-gaming/#:~:text=You%20might%20assume%20that%20pinball,you%20decide%20to%20see%20it. Counsel reviewed the contents of the page and printed the website to pdf from their browser. Attached hereto as **Exhibit 8** is a true and correct copy of the pdf printout of the website from October 24, 2025.

10. On or around October 24, 2025 counsel for Kooapps visited the website https://pastimepinball.com/a-beginners-guide-to-playing-pinball#:~:text=To%20begin%20a%20game%2C%20push%20the%20round,add%20another%20player%2C%20push%20the%20button%20again. Counsel reviewed the contents of the page and printed the website to pdf from their browser. Attached hereto as **Exhibit 9** is a true and correct copy of the pdf printout of the website from October 24, 2025.

11. Attached hereto as **Exhibit 10** are excerpts from a true and correct copy of the 30(b)(6) deposition of Steven Howse, taken on May 6, 2025.

12. Attached hereto as **Exhibit 11** are excerpts from a true and correct copy of Jacoby, J. (2013). TRADEMARK SURVEYS VOL. 1, DESIGNING, IMPLEMENTING, AND EVALUATING SURVEYS, American Bar Association, Section of Intellectual Property Law. Chapters 7 and 10.

13. Attached hereto as **Exhibit 12** are excerpts from a true and correct copy of the deposition transcript of Sarah Butler, taken on September 3, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the file history of the Slither.io Logo (Reg. No. 5,099,939) on the Trademark Status and Document Retrieval platform of the United States Patent and Trademark Office.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the file history of the Snake.io Logo (Reg No. 6,559,223) on the Trademark Status and Document Retrieval platform of the United States Patent and Trademark Office.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document marked as Exhibit 53 at the deposition of Steven Howse, bearing Bates number LOWTECH_10002240.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document marked as Exhibit 24 at the 30(b)(6) deposition of Steven Howse, bearing Bates number LOWTECH_10019585.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document bearing Bates number KOOAPPS-00128308.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Chapter 1800, Public Inquiries About Applications and Registrations, Trademark Manual of Examining Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on October 24, 2025.

*/s/ Chloe M. Delehanty*
Chloe M. Delehanty