# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>　　　　Defendants.<br><br>　<br><br>KOOAPPS INC.,<br><br>　　　　Counterclaim-Plaintiff,<br>　v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>　　　　Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING**

Plaintiff and Counterclaim-Defendant Lowtech Studios, LLC, Counterclaim-Defendant Steven Howse, Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang, and Chun-Kai Wang, by and through their respective counsel, hereby stipulate, subject to approval of the Court, that good cause exists to exceed the default page limits for summary judgment briefing as established by Local Rules CV-7(c)(2), (d)(3), and (e)(3) of the Local Court Rules for the Western District of Texas ("Local Rules"). The parties respectfully request that the Court allow each pleading

described in the below table to exceed this Court's default page limitations due to the complexity of this lawsuit (for example, the amended complaint alleges nine counts, and the amended answer and counterclaims state ten affirmative defenses and five counterclaims). *See* Am. Compl., ECF No. 46; Defs. Am. Ans., ECF No. 93.  Additionally, the parties request an exemption from the requirement of No. 30 of Honorable Judge David Alan Ezra's Fact Sheet for Civil Cases that a party file "[a] motion to exceed the page limit, along with the proposed pleading," for the reason that obtaining guidance on page limits from the Court at this stage will enable the parties to plan their briefing in advance of the filings.

| Pleading | Current Page Limit | Proposed Page Limit |
| --- | --- | --- |
| Summary Judgment Motions | 20 | 30 |
| Oppositions | 20 | 30 |
| Replies | 10 | 15 |

Dated: November 7, 2025

By: */s/ Christopher C. Campbell*
Christopher C. Campbell
Britton F. Davis
**CAHILL GORDON &**
**REINDEL LLP**
900 16th Street N. W.
Suite 500
Washington D.C. 20006
(202) 862-8932
(202) 862-8906
bdavis@cahill.com
ccampbell@cahill.com

Cecil E. Key
**KEY KESAN DALLMANN PLLC**
1050 Connecticut Ave., N.W.
Suite 500
Washington, D.C.
Phone: (202) 772-1100
cecil.key@kkd-law.com

Respectfully Submitted,

By: */s/ Eli B. Richlin*
Eli B. Richlin (*pro hac vice*)
New York State Bar No. 4861357
erichlin@wsgr.com
J. Ariel Jeong (*pro hac vice*)
New York State Bar No. 5344122
ajeong@wsgr.com
**Wilson Sonsini, Goodrich & Rosati, PC**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Joshua A. Baskin (*pro hac vice*)
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
California State Bar No. 333412
cdelehanty@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126

| | |
|---|---|
| *Attorneys for Plaintiff and Counterclaim-Defendant Lowtech Studios LLC and Counterclaim-Defendant Steven Howse* | Thomas A. Nesbitt<br>State Bar No. 24007738<br>tnesbitt@nesbittlegal.com<br>**Nesbitt Legal PLLC**<br>809 West Avenue<br>Austin, Texas 78701<br>Phone: (512) 617-5562<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang* |

## [PROPOSED] ORDER

Pursuant to stipulation, it is so ORDERED.

Dated: _____     _____
United States District Judge

-4-

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 7, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Eli B. Richlin*
Eli B. Richlin
