# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC, | ) | CASE NO.:  1:23-cv-1437-DAE |
| Plaintiff, | ) | |
| v. | ) | |
| KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, | ) | |
| Defendants. | ) | |
| | ) | |
| KOOAPPS INC., | ) | |
| Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| LOWTECH STUDIOS, LLC and STEVEN HOWSE, | ) | |
| Counterclaim-Defendants. | ) | |

**DECLARATION OF CHLOE M. DELEHANTY IN SUPPORT OF KOOAPPS INC., JONATHAN CHANG, AND CHUN-KAI WANG'S <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

I, Chloe M. Delehanty, hereby declare as follows:

1.      I am an attorney duly admitted to practice in the State of California and am an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Kooapps Inc., f/k/a Kooapps LLC ("Kooapps"), Chun-Kai Wang, and Jon Chang ("Defendants"). I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters if called as a witness.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Response to Defendant Kooapps LLC's First Set of Interrogatories, dated June 24, 2024.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Jim W. Bergman, dated May 23, 2025.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a YouTube video titled, *Snake.io New Redesign Trailer*, dated October 4, 2019, located at https://www.youtube.com/watch?v=-gaCuTavtj4, marked as Exhibit 14 at the deposition of Jonathan Chang.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Sarah Butler, dated May 19, 2025.

6.      Attached hereto as **Exhibit 5** are excerpts from a true and correct copy of the 30(b)(6) deposition transcript of Steven Howse taken on May 6, 2025.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Lowtech Studios, LLC's ("Lowtech's") Answers to Kooapps' Second Set of Interrogatories, dated January 29, 2025.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a YouTube video titled, *MPad Snake (iPhone and iPad interactive game)*, posted by PlayMoreLimited on June 5, 2010, located at https://www.youtube.com/watch?v=LgNzayj3pDE.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of an article published by Business Wire titled, *Nokia Introduces Next Generation Product Family for GSM*, dated November 11, 1997.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of an article published by The Independent titled, *Science: Mobile phones play games with sanity*, dated November 12, 1997.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of a YouTube video titled, *NOKIA 3410 Old Phone + Snake Game*, posted by My Electronics Collection on November 6, 2019, located at https://www.youtube.com/watch?v=KcpRyIFU7Eg.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a screenshot of Slithering Assassin's Sensor Tower profile, marked as Exhibit 41 to the deposition of Steven Howse.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a screenshot of Slithero's Sensor Tower profile, marked as Exhibit 40 to the deposition of Steven Howse.

14.     Attached hereto as **Exhibit 13** are excerpts from a true and correct copy of the deposition transcript of Sarah Butler taken September 3, 2025.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of an email, marked Exhibit 20 at the 30(b)(6) deposition of Lowtech through its corporate representative Steven Howse, bearing the Bates number LOWTECH_10018749-53.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email, marked Exhibit 44 at the deposition of Steven Howse, bearing the Bates number LOWTECH_10040207.

17.     Attached hereto as **Exhibit 16** are excerpts from a true and correct copy of the deposition transcript of Steven Howse, taken on May 7, 2025.

-2-

18.    Attached hereto as **Exhibit 17** is a true and correct copy of an article published by GameChanger Academy, titled *HOW GAME DESIGN PRINCIPELS DRIVE PLAYER ENGAGMENT*, dated April 30, 2025, located at https://www.cgspectrum.com/blog/game-design-principles-player-engagement#:~:text=Game%20mechanics%20are%20the%20rules%20and%20systems,player%20a%20clear%20objective%2C%20which%20increases%20engagement.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of an article, marked as Exhibit 6 at the 30(b)(6) deposition of Lowtech through its corporate representative Steven Howse, bearing the Bates number LOWTECH_10052526-27.

20.    Attached hereto as **Exhibit 19** is a true and correct copy of an article, marked as Exhibit 5 at the 30(b)(6) deposition of Lowtech through its corporate representative Steven Howse, bearing the Bates number LOWTECH_10052515-16.

21.    Attached hereto as **Exhibit 20** is a true and correct copy of an email, marked as Exhibit 48 at the deposition of Steven Howse, bearing the Bates number LOWTECH_10002119.

22.    Attached hereto as **Exhibit 21** is a true and correct copy of an article, marked as Exhibit 46 at the deposition of Steven Howse, bearing the Bates number LOWTECH_10000293.

23.    Attached hereto as **Exhibit 22** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_000005.

24.    Attached hereto as **Exhibit 23** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_000007.

25.    Attached hereto as **Exhibit 24** are excerpts from Appendix A to the Rebuttal Expert Report of Carrie L. Distler, dated June 26, 2025.

26.    Attached hereto as **Exhibit 25** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046696.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of a YouTube video titled, *Snake.io Trailer*, posted by Amelos Interactive on April 21, 2016, located at https://www.youtube.com/watch?v=sasK6JJRnsI.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046697.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046699.

30.     Attached hereto as **Exhibit 29** are excerpts from a true and correct copy of the Expert Report of Himanshu Mishra, Ph.D., dated June 26, 2025.

31.     Attached hereto as **Exhibit 30** are excerpts from a true and correct copy of the deposition transcript of Chun-Kai Wang, taken on April 23, 2025.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of an email, marked as Exhibit 46 at the deposition of Chun-Kai Wang, bearing the Bates number KOOAPPS-00083511.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of an article published by Business Insider, titled *This is The Most Addictive Game You Can Play in Your Browser*, dated May 23, 2016, located at https://www.businessinsider.com/slitherio-is-crazy-addictive-2016-5, which was cited in Lowtech Studios, LLC's Answers to Kooapps' Second Set of Interrogatories, dated January 29, 2025.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of the United States Patent and Trademark Office ("USPTO") files for the Snake.io Logo (Reg. No. 6,559,223), accessed via the USPTO Trademark Status & Document Retrieval database, located at https://tsdr.uspto.gov/.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of the USPTO files for the Slither.io Logo (Reg. No. 5,099,939), accessed via the USPTO Trademark Status & Document Retrieval database, located at https://tsdr.uspto.gov/.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of the Expert Report of Philip G. Hampton, II dated June 26, 2025.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of an email, marked as Exhibit 54 at the deposition of Steven Howse, bearing the Bates number LOWTECH_10040299.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of an email, marked as Exhibit 53 at the deposition of Steven Howse, bearing the Bates number LOWTECH_10002240-43.

39.     Attached hereto as **Exhibit 38** are excerpts from a true and correct copy of the transcript of the 30(b)(6) deposition of Kooapps through its corporate representative Jonathan Chang, taken on May 2, 2025.

40.     Attached hereto as **Exhibit 39** are excerpts from a true and correct copy of the deposition transcript of Jonathan Chang, taken on April 18, 2025.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of a spreadsheet, marked as Exhibit 25 to the deposition of Jonathan Chang, bearing the Bates number KOOAPPS-00127488.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of an agreement, marked as Exhibit 28 to the deposition of Jonathan Chang, bearing the Bates number KOOAPPS-00060046-73.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046711.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046710.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046709.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of a spreadsheet produced by Lowtech, bearing the Bates number LOWTECH_10046708.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of the Declaration of Steven Howse, dated May 16, 2025.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of private Discord messages, marked as Exhibit 98 at the deposition of Steven Howse, bearing the Bates number LOWTECH_10054943.


I declare under penalty of perjury that the foregoing is true and correct. Executed in San Diego, California on November 14, 2025.


*/s/ Chloe M. Delehanty*
Chloe M. Delehanty