# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>       Defendants.<br><br>KOOAPPS INC.,<br><br>       Counterclaim-Plaintiff,<br><br>    v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>       Counterclaim-Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**DECLARATION OF CHUN-KAI WANG IN SUPPORT OF KOOAPPS INC., JONATHAN CHANG, AND CHUN-KAI WANG'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

I, Chun-Kai Wang, hereby declare as follows:

1. I am the Chief Executive Officer and co-founder of Kooapps, Inc. ("Kooapps"). As the Chief Executive Officer and co-founder, I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify thereto.

2. On November 12, 2020, Kooapps applied to register a logo for use in connection with the Snake.io game (Reg. No. 6,559,223) ("Snake.io Logo") with the United States Patent and Trademark Office ("USPTO"). As part of the application, I signed a declaration affirming that to the best of my knowledge and belief, "no other persons, except if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive." *See* Ex. 33, at 46.

3. When I signed the declaration, I believed (1) Kooapps was the owner of the Snake.io Logo; (2) Kooapps was entitled to use the mark; and (3) no other person had the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

4. In particular, I believed that the Snake.io Logo was unique and distinctive, and not confusingly similar to any other logo used in connection with gaming software and related services, including the logo used by the Slither.io game.

5. On November 16, 2021, the USPTO registered the Snake.io Logo. *See* Ex. 33, at 1.

Docusign Envelope ID: 468B01A4-32B9-4735-9C64-9FCF90B0C93F

-2-

I declare under penalty of perjury that the foregoing is true and correct. Executed in Bellevue, Washington on November 14, 2025.

Signed by: Chun-Kai Wang
80F626770620487...

Chun-Kai Wang