IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC | § | No. 1:23-CV-01437-DAE |
| Plaintiff, | § | |
| vs. | § | |
| KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, | § | |
| Defendants. | § | |
| KOOAPPS INC., | § | |
| Counterclaim-Plaintiff, | § | |
| vs. | § | |
| LOWTECH STUDIOS, LLC and STEVEN HOWSE | § | |
| Counterclaim-Defendants. | § | |

ORDER GRANTING EXTENSION OF DEADLINES FOR ATTORNEYS' FEES
BRIEFING

Before the Court is the parties' Joint Stipulation and [Proposed] Order Regarding Deadlines for Attorneys' Fees Briefing (Dkt. # 187), filed November 25, 2025. The parties request that the Court extend the deadlines for further briefing on Kooapps Inc.'s Motion for Attorneys' Fees and Costs (Dkt. # 180).

(Id.)  The Court construes this Stipulation and request as a joint motion to extend deadlines and **GRANTS** the motion.

**IT IS ORDERED** that the opposition brief is due on or before December 12, 2025, and the reply brief is due on or before December 23, 2025.

**SIGNED:** December 1, 2025, Austin, Texas.

_____
David Alan Ezra
Senior United States District Judge