**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants | CASE NO.: 1:23-cv-1437-DAE |
| KOOAPPS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>Counterclaim-Defendants. | |

**KOOAPPS INC., JONATHAN CHANG, AND CHUN-KAI WANG'S RESPONSE TO PLAINTIFF AND COUNTERCLAIM-DEFENDANTS LOWTECH STUDIOS, LLC AND STEVEN HOWSE'S STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND COUNTERSTATEMENT OF ADDITIONAL MATERIAL FACTS**

**PROPOSED TO BE FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**
**ATTORNEYS' EYES ONLY**

Dated: December 5, 2025

Respectfully submitted,

By: */s/ Eli B. Richlin*
Eli B. Richlin

Eli B. Richlin (admitted *pro hac vice*)
New York State Bar No. 4861357
erichlin@wsgr.com
J. Ariel Jeong (admitted *pro hac vice*)
New York State Bar No. 5344122
ajeong@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800

Joshua A. Baskin (admitted *pro hac vice*)
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty (admitted *pro hac vice*)
California State Bar No. 333412
cdelehanty@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

Thomas A. Nesbitt
State Bar No. 24007738
tnesbitt@nesbittlegal.com
**Nesbitt Legal PLLC**
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Kooapps provided advance notice of this sealing motion, and counsel for Lowtech and Howse noticed no objection or opposition.

*/s/ Eli B. Richlin*
Eli B. Richlin

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc. and Defendants Jonathan Chang and Chun Kai Wang*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and supporting document through electronic mail (email).

| **Name of Counsel** | **Email** |
|---|---|
| Britton F. Davis | bdavis@cahill.com |
| Cecil E. Key | cecil.key@kkd-law.com |
| Christopher C. Campbell | ccampbell@cahill.com |
| Mark D. Siegmund | msiegmund@cjsjlaw.com |
| Morrease Leftwich | mleftwich@cahill.com |
| Sarah Ruckriegle | sruckriegle@cahill.com |
| Matt Vandenberg | mvandenberg@kslaw.com |
| Thomas A. Nesbitt | tom@nesbittlegal.com |

*/s/ Eli B. Richlin*
Eli B. Richlin

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang*