**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants | CASE NO.: 1:23-cv-1437-DAE |
| KOOAPPS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>LOWTECH STUDIOS, LLC and STEVEN HOWSE,<br><br>Counterclaim-Defendants. | |

**DECLARATION OF JONATHAN CHANG IN SUPPORT OF KOOAPPS INC., JONATHAN CHANG, AND CHUN-KAI WANG'S OPPOSITION TO PLAINTIFF AND COUNTERCLAIM-DEFENDANTS LOWTECH STUDIOS, LLC AND STEVEN HOWSE'S MOTION FOR SUMMARY JUDGMENT**

Docusign Envelope ID: 0DC22857-2876-4508-A981-59E7CE2FC62D


I, Jonathan Chang, hereby declare as follows:

1. I am the Chief Operating Officer and co-founder of Kooapps Inc. ("Kooapps"), a mobile gaming studio and publisher headquartered in Washington state. As the Chief Operating Officer and co-founder, I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify thereto.

2. Snake.io has multiplayer with online leaderboards on Apple Arcade, Netflix, Amazon Appstore, and Nintendo eShop platforms. Snake.io has never been advertised as having real-time synchronous multiplayer gameplay on those platforms.

3. Discord is used by more than 200 million users each month, 90% of whom are gamers. *See* Exhibit 72 (Dean Takahashi, *Discord CEO sheds light on future of gamer communication as users cross 200M*, VentureBeat (Sept. 22, 2024 8:45 AM), https://venturebeat.com/games/discord-ceo-sheds-light-on-future-of-gamer-communication-as-users-cross-200m). The platform provides users with a forum for communicating with others while playing or in connection to playing video games. *Id.*

4. In or around late 2024, Kooapps discovered that Counterclaim-Defendant Steven Howse had been posting multiple statements regarding Kooapps and Snake.io on a Discord server dedicated specifically for Slither.io users ("Slither.io Discord Server") under the pseudonymous usernames "Hypah" and "Hypah2." The Slither.io Discord Server has more than 5,000 users, including "influencers" whose reach extended to hundreds of thousands of users online.

5. On the Slither.io Discord Server, Kooapps also discovered that Howse was directing users to leave negative comments about Snake.io on an Official Game Trailer for Snake.io, posted by Netflix Games on YouTube. The YouTube video had hundreds of thousands

views. *See* Exhibit 73 (screenshot of YouTube video: https://www.youtube.com/watch?v=O3qG-XayCHI).

6. Attached to the Huff Declaration as Exhibit 35 [KOOAPPS-00128235] is a true and correct copy of a screenshot that I took of posts made by the user "Hypah" on May 12, 2024 in the Slither.io Discord Channel.

7. Attached to the Huff Declaration as Exhibit 36 [KOOAPPS-00127983] is a true and correct copy of a screenshot that I took of posts made by the user "Hypah" on May 13, 2024 in the Slither.io Discord Channel.

8. Attached to the Huff Declaration as Exhibit 38 [KOOAPPS-00128368] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on September 9, 2024 in the Slither.io Discord Channel.

9. Attached to the Huff Declaration as Exhibit 39 [KOOAPPS-00128370] is a true and correct copy of a screenshot that I took of posts made by the users "LuC*ky - On phone" and "Hypah" on September 9, 2024 in the Slither.io Discord Channel.

10. Attached to the Huff Declaration as Exhibit 40 [KOOAPPS-00128371] is a true and correct copy of a screenshot that I took of posts made by the users "spectre" and "Hypah" on September 9, 2024 in the Slither.io Discord Channel.

11. Attached to the Huff Declaration as Exhibit 41 [KOOAPPS-00128372] is a true and correct copy of a screenshot that I took of posts made by multiple users on the Snake.io Netflix Game Trailer on YouTube.

12. Attached to the Huff Declaration as Exhibit 42 [KOOAPPS-00128275] is a true and correct copy of a screenshot that I took of a conversation between the user "Hypah" and multiple users on May 31, 2024 on the Slither.io Discord Channel.

13. Attached to the Huff Declaration as Exhibit 43 [KOOAPPS-00128265] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on August 16, 2024 in the Slither.io Discord Channel.

14. Attached to the Huff Declaration as Exhibit 44 [KOOAPPS-00128267] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on July 29, 2024 in the Slither.io Discord Channel.

15. Attached to the Huff Declaration as Exhibit 45 [KOOAPPS-00128358] is a true and correct copy of a screenshot that I took of a conversation between users "spectre" and "Hypah" on October 16, 2024 in the Slither.io Discord Channel.

16. Attached to the Huff Declaration as Exhibit 46 [KOOAPPS-00128169] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on May 7, 2024 in the Slither.io Discord Channel.

17. Attached to the Huff Declaration as Exhibit 47 [KOOAPPS-00128367] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on May 31, 2024 in the Slither.io Discord Channel.

18. Attached to the Huff Declaration as Exhibit 48 [KOOAPPS-00128019] is a true and correct copy of a screenshot that I took of posts made by the users "BOOP" and "Hypah" on October 10, 2024 in the Slither.io Discord Channel.

19. Attached to the Huff Declaration as Exhibit 50 [KOOAPPS-00128376] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on May 7, 2024 in the Slither.io Discord Channel.

20. Attached to the Huff Declaration as Exhibit 51 [KOOAPPS-00128377] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on June 13, 2024 in the Slither.io Discord Channel.

21. Attached to the Huff Declaration as Exhibit 52 [KOOAPPS-00128015] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on September 2, 2024 in the Slither.io Discord Channel.

22. Attached to the Huff Declaration as Exhibit 55 [KOOAPPS-00128363] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on May 7, 2024 in the Slither.io Discord Channel.

23. Attached to the Huff Declaration as Exhibit 56 [KOOAPPS-00128364] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on June 13, 2024 in the Slither.io Discord Channel.

24. Attached to the Huff Declaration as Exhibit 57 [KOOAPPS-00128137] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on September 12, 2024 in the Slither.io Discord Channel.

25. Attached to the Huff Declaration as Exhibit 58 [KOOAPPS-00128378] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on July 26, 2024 in the Slither.io Discord Channel.

26. Attached to the Huff Declaration as Exhibit 59 [KOOAPPS-00127992] is a true and correct copy of a screenshot that I took of a conversation between multiple users, including the user "Hypah," on June 2, 2024 in the Slither.io Discord Channel.

27. Attached to the Huff Declaration as Exhibit 60 [KOOAPPS-00127954] is a true and correct copy of a screenshot that I took of posts made by the users

"[SN]\\V\/HONDERBREAD" and "Hypah" on October 2, 2024 in the Slither.io Discord Channel.

28. Attached to the Huff Declaration as Exhibit 61 [KOOAPPS-00128069] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on May 7, 2024 in the Slither.io Discord Channel.

29. Attached to the Huff Declaration as Exhibit 62 [KOOAPPS-00128379] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on September 2, 2024 in the Slither.io Discord Channel.

30. Attached to the Huff Declaration as Exhibit 64 [KOOAPPS-00128347] is a true and correct copy of a screenshot that I took of a post made by the user "Hypah" on July 19, 2024 in the Slither.io Discord Channel.

31. Attached to the Huff Declaration as Exhibit 65 [KOOAPPS-00128192] is a true and correct copy of a screenshot that I took of a conversation between multiple users, including the user "Hypah," on July 26, 2024 in the Slither.io Discord Channel.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Richmond, CA on December 5, 2025.

Signed by:
Jonathan Chang
8078C68D0BD74A1...
Jonathan Chang