# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| LOWTECH STUDIOS, LLC, | ) CASE NO.: 1:23-cv-1437-DAE |
| Plaintiff, | ) |
| v. | ) |
| KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, | ) |
| Defendants. | ) |
| KOOAPPS INC., | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| LOWTECH STUDIOS, LLC and STEVEN HOWSE, | ) |
| Counterclaim-Defendants. | ) |

**DECLARATION OF ALLIE F. HUFF IN SUPPORT OF KOOAPPS INC., JONATHAN CHANG, AND CHUN-KAI WANG'S OPPOSITION TO PLAINTIFF AND COUNTERCLAIM-DEFENDANTS LOWTECH STUDIOS, LLC AND STEVEN HOWSE'S MOTION FOR SUMMARY JUDGMENT**

I, Allie F. Huff, hereby declare as follows:

1.    I am an attorney duly admitted to practice in the State of California and am an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Kooapps Inc., f/k/a Kooapps LLC ("Kooapps"), Chun-Kai Wang, and Jonathan Chang ("Defendants"). I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters,

2.    Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of the deposition transcript of Chun-Kai Wang, taken on April 23, 2025.

3.    On or around December 5, 2025, counsel for Kooapps visited the website available at https://apps.apple.com/us/app/slither-io/id1091944550. Counsel reviewed the contents of the page and printed the website to pdf from their browser. Attached hereto as **Exhibit 2** is a true and correct copy of the pdf printout of the website from December 5, 2025.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00129223.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00129224.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00127946.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00127947.

8.    Attached hereto as **Exhibit 7** is a true and correct copy a document produced by Kooapps, bearing Bates number KOOAPPS-00127948.

9. Attached hereto as **Exhibit 8** are excerpts from Appendix A to the Rebuttal Expert Report of Carrie L. Distler, dated June 26, 2025.

10. Attached hereto as **Exhibit 9** are excerpts from a true and correct copy of the 30(b)(6) deposition transcript of Steven Howse, taken on May 6, 2025.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a screenshot from Slither.io's Instagram page, marked as Exhibit 39 at the deposition of Steven Howse, taken on May 7, 2025.

12. Attached hereto as **Exhibit 11** are excerpts from a true and correct copy of the 30(b)(6) deposition transcript of Jonathan Chang, taken on May 2, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an agreement signed by Kooapps, marked as Exhibit 112 at the 30(b)(6) deposition of Jonathan Chang.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an email, marked as Exhibit 45 at the April 23, 2025 deposition of Chun-Kai Wang, bearing Bates number KOOAPPS-00039698.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an email, marked as Exhibit 46 at the deposition of Chun-Kai Wang, bearing Bates number KOOAPPS-00083511.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Slack message thread, marked as Exhibit 49 at the deposition of Chun-Kai Wang, bearing Bates number KOOAPPS-00107572-589.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a printout of Apple search results, marked as Exhibit 6 at the September 3, 2025 deposition of Sarah Butler.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a printout of snake search results, marked as Exhibit 7 at the deposition of Sarah Butler.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a spreadsheet, marked as Exhibit 10 at the deposition of Sarah Butler, bearing Bates number KOOAPPS-00129222.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a screenshot of a game available in the Google Play store, marked as Exhibit 11 at the deposition of Sarah Butler.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a Slack message thread, marked as Exhibit 79 at the April 25, 2025 deposition of Paul Marshall.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a Slack message thread, marked as Exhibit 73 at the deposition of Paul Marshall, bearing Bates number KOOAPPS-00107389.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an email, marked as Exhibit 82 at the deposition of Paul Marshall, bearing Bates number KOOAPPS-00114947.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a Slack message thread, marked as Exhibit 86 at the deposition of Paul Marshall, bearing Bates number KOOAPPS-00076228.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email, marked as Exhibit 88 at the deposition of Paul Marshall, bearing Bates number KOOAPPS-00045120.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a Slack message thread, marked as Exhibit 89 at the deposition of Paul Marshall.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an email, marked as Exhibit 91 at the deposition of Paul Marshall.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an email, marked as Exhibit 6 at the April 18, 2025 deposition of Jonathan Chang, bearing Bates number KOOAPPS-00113248.

29. Attached hereto as **Exhibit 28** is a true and correct copy of an email, marked as Exhibit 8 at the deposition of Jonathan Chang, bearing Bates number KOOAPPS-00063499.

30. Attached hereto as **Exhibit 29** is a true and correct copy of an email, marked as Exhibit 5 at the deposition of Jonathan Chang, bearing Bates number KOOAPPS-00039071.

31. Attached hereto as **Exhibit 30** is a true and correct copy of an email, marked as Exhibit 11 at the deposition of Jonathan Chang, bearing Bates number KOOAPPS-00113204.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an email, marked as Exhibit 12 at the deposition of Jonathan Chang, bearing Bates number KOOAPPS-00113201.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a pdf printout from the Merriam-Webster dictionary definition for slither, marked as Exhibit 9 at the 30(b)(6) deposition of Steven Howse.

34. Attached hereto as **Exhibit 33** are excerpts from a true and correct copy of the deposition transcript of Jonathan Chang, taken on April 18, 2025.

35. Attached hereto as **Exhibit 34** is a true and correct copy of Defendant Kooapps LLC's Supplemental Responses and Objections to Plaintiff Lowtech Studios, LLC's First Set of Interrogatories (Nos. 6, 13-20), dated May 1, 2025.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128235.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00127983.

38. Attached hereto as **Exhibit 37** is a true and correct copy of an excel sheet produced by Lowtech, bearing the Bates number LOWTECH_10041996.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128368.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128370.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128371.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128372.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128275.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128265.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128267.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128358.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128169.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128367.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128019.

50. Attached hereto as **Exhibit 49** are excerpts from a true and correct copy of the deposition transcript of Garry Kitchen, taken August 15, 2025.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128376.

52. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128377.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128015.

54. Attached hereto as **Exhibit 53** is a true and correct copy of an email, marked as Exhibit 24 at the 30(b)(6) deposition of Steven Howse, bearing Bates number LOWTECH_10019585.

55. Attached hereto as **Exhibit 54** is a true and correct copy of Lowtech's Supplemental Responses to Kooapps' First Set of Interrogatories, dated May 5, 2025.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128363.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128364.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128137.

59. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128378.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00127992.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00127954.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128069.

63. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128379.

64. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by Lowtech, bearing the Bates number LOWTECH_10041953.

65. Attached hereto as **Exhibit 64** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128347.

66. Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128192.

67. Attached hereto as **Exhibit 66** is a true and correct copy of an email, marked as Exhibit 13 at the deposition of Jonathan Chang, bearing Bates number KOOAPPS-00113203.

68. Attached hereto as **Exhibit 67** is a true and correct copy of an email produced by Lowtech, bearing Bates number LOWTECH_10052053.

69. Attached hereto as **Exhibit 68** is a true and correct copy of a document produced by Kooapps, bearing Bates number KOOAPPS-00128011.

70. Attached hereto as **Exhibit 69** is a true and correct copy of a screenshot from a Kooapps' Instagram post, marked as Exhibit 144 at the 30(b)(6) deposition of Chun-Kai Wang.

71. Attached hereto as **Exhibit 70** is a true and correct copy of a screenshot from a Kooapps' Instagram post, marked as Exhibit 146 at the 30(b)(6) deposition of Chun-Kai Wang.

72. Attached hereto as **Exhibit 71** is a true and correct copy of a screenshot from a Kooapps' Instagram post, marked as Exhibit 147 at the 30(b)(6) deposition of Chun-Kai Wang.

73. Attached hereto as **Exhibit 72** is a true and correct copy of an article published by GamesBeat titled, *Discord CEO sheds light on future of gamer communication as users cross 200M*, dated September 22, 2024.

74. Attached hereto as **Exhibit 73** is a true and correct copy of a screenshot of a YouTube video titled Snake.io | Official Game Trailer | Netflix posted on August 27, 2024 located at https://www.youtube.com/watch?v=O3qG-XayCHI

75. Attached hereto as **Exhibit 74** is a true and correct copy of Defendant Kooapps LLC's Responses and Objections to Plaintiff Lowtech Studios, LLC's First Set of Requests for Admission, dated June 24, 2024.

76. Attached hereto as **Exhibit 75** are excerpts from a true and correct copy of the deposition transcript of Jim W. Bergman, taken October 21, 2025.

77. Attached hereto as **Exhibit 76** is a true and correct copy of Lowtech Studios, LLC's Objections and Responses to Kooapps' First Set of Requests for Admission, dated January 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Norfolk, Virginia on December 5, 2025.

*/s/ Allie F Huff*
Allie F. Huff