# EXHIBIT 24

# FILED UNDER SEAL