UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and<br>CHUN-KAI WANG,<br><br>        Defendants.<br><br>_____<br><br>KOOAPPS INC.,<br><br>        Counterclaim-Plaintiff,<br><br>    v.<br><br>LOWTECH STUDIOS, LLC and STEVEN<br>HOWSE,<br><br>        Counterclaim-Defendants.<br><br>_____ | CASE NO.:  1:23-cv-1437-DAE |

**UNOPPOSED MOTION REGARDING DEADLINE FOR FILING RESPONSE TO
LOWTECH'S BRIEF OBJECTING TO THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE RE: ATTORNEYS' FEES AND COSTS**

Defendant and Counterclaim-Plaintiff Kooapps Inc. and Defendants Jonathan Chang and Chun-Kai Wang (together, "Kooapps"), by and through their undersigned counsel, hereby move this Court to set the applicable deadline for filing a response to Plaintiff and Counterclaim-Defendant Lowtech Studios, LLC and Counterclaim-Defendant Steven Howse's (together, "Lowtech") Brief Objecting to the Report and Recommendation of The United States Magistrate Judge Re: Attorneys' Fees and Costs (Dkt. 202).

On November 17, 2025, Kooapps filed a Motion for Attorneys' Fees and Costs. Dkt. 180. On March 10, 2026, the Magistrate Judge issued a Report and Recommendation Granting Kooapps' Motion for Attorneys' Fees and Costs. Dkt. 201. On March 24, 2026, Lowtech filed a Brief Objecting to the Report and Recommendation of The United States Magistrate Judge Re: Attorneys' Fees and Costs (the "Motion"). Dkt. 202.

To accommodate Kooapps' counsel's travel schedule and other professional commitments, Kooapps respectfully requests that the Court set the deadline for Kooapps to file a response to Lowtech's objections as April 7, 2026.

Kooapps has conferred with counsel for Lowtech, who have advised that they do not oppose this request.

Dated: March 30, 2026

Respectfully Submitted,

By: /s/ *Eli B. Richlin*
Eli B. Richlin (*pro hac vice*)
New York State Bar No. 4861357
erichlin@wsgr.com
J. Ariel Jeong (*pro hac vice*)
New York State Bar No. 5344122
ajeong@wsgr.com
**Wilson Sonsini, Goodrich & Rosati, PC**
31 W 52nd St Fifth Floor
New York, NY 10019

Joshua A. Baskin (*pro hac vice*)
California State Bar No. 294971
jbaskin@wsgr.com
Chloe Delehanty (*pro hac vice*)
California State Bar No. 333412
cdelehanty@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

Thomas A. Nesbitt
State Bar No. 24007738

-3-

tnesbitt@nesbittlegal.com
**Nesbitt Legal PLLC**
809 West Avenue
Austin, Texas 78701
Phone: (512) 617-5562

*Attorneys for Defendant and Counterclaim-Plaintiff Kooapps Inc., and Defendants Jonathan Chang and Chun-Kai Wang*

-4-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 30, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

/s/ *Eli B. Richlin*
Eli B. Richlin