**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

LOWTECH STUDIOS, LLC,

Plaintiff,

v.

KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,

Defendants.

CASE NO.: 1:23-cv-1437-DAE

KOOAPPS INC.,

Counterclaim-Plaintiff,

v.

LOWTECH STUDIOS, LLC and STEVEN HOWSE,

Counterclaim-Defendants.

**EXHIBIT A TO THE DECLARATION OF CHLOE M. DELEHANTY IN SUPPORT OF KOOAPPS INC.'S MOTION TO PRESERVE "ATTORNEYS' EYES ONLY" DESIGNATIONS**

**EXHIBIT A**

| AEO Designation | Document Type |
|---|---|
| **Wang Individual Transcript, Ex. B** | |
| 61:19-62:15 | Confidential Details of Business Relationships |
| 66:12-15 | Non-public Financial and Pricing Information |
| 70:3-74:13 | Confidential Details of Business Relationships |
| Portions of 74:25 | Non-public Financial and Pricing Information |
| Portions of 75:14 | Non-public Financial and Pricing Information |
| Portions of 75:20-21 | Non-public Financial and Pricing Information |
| 76:24 | Non-public Financial and Pricing Information |
| Portions of 76:25-77:1 | Non-public Financial and Pricing Information |
| 84:8-85:16 | Design Information and Study Methodology |
| 95:17-96:4 | Design Information and Study Methodology |
| 96:23-97:15 | Design Information and Study Methodology |
| 124:3-125:8 | Design Information and Study Methodology |
| 131:15-20 | Design Information and Study Methodology |
| Portions of 136:14-16 | Non-public Financial and Pricing Information |
| 137:4-6 | Non-public Financial and Pricing Information |
| Portions of 137:16-18 | Non-public Financial and Pricing Information |
| 146:22-147:9 | Non-public Financial and Pricing Information |
| 150:14 | Design Information and Study Methodology |
| 150:19 | Design Information and Study Methodology |
| 151:2-3 | Design Information and Study Methodology |
| 152:16 | Design Information and Study Methodology |
| 152:20 | Design Information and Study Methodology |
| 153:9 | Design Information and Study Methodology |
| 156:18-19 | Design Information and Study Methodology |

| | |
|---|---|
| 159:3 | Design Information and Study Methodology |
| 162:5-9 | Non-public Financial and Pricing Information |
| 162:16-23 | Non-public Financial and Pricing Information |
| Portions of 164:3-6 | Confidential Details of Business Relationships |
| Portions of 167:8-14 | Confidential Details of Business Relationships |
| 170:16-25 | Non-public Financial and Pricing Information |
| 183:1-184:19 | Product Formula Information |
| 217:21-24 | Product Formula Information |
| 218:2-219:4 | Product Formula Information |
| 262:1-10 | Product Formula Information |
| 262:15-263:1 | Product Formula Information |
| 263:3-6 | Design Information and Study Methodology |
| 263:14-18 | Product Formula Information |
| 263:20-264:3 | Product Formula Information |
| 264:6-14 | Product Formula Information |
| 289:20-25 | Design Information and Study Methodology |
| **WANG 30(b)(6) TRANSCRIPT, Ex. C** | |
| 42:4-6 | Design Information and Study Methodology |
| 67:24-68:3 | Design Information and Study Methodology |
| 96:23-97:9 | Non-public Financial and Pricing Information |
| 97:24 | Non-public Financial and Pricing Information |
| 98:4 | Non-public Financial and Pricing Information |
| 98:6-8 | Non-public Financial and Pricing Information |
| 103:22-24 | Design Information and Study Methodology |
| Portions of 105:22-106:2 | Design Information and Study Methodology |
| 131:2-9 | Product Formula Information |
| 136:19-137:20 | Product Formula Information |

| CHANG 30(b)(6) TRANSCRIPT, Ex. D | |
|---|---|
| Portions of 46:1 | Non-public Financial and Pricing Information |
| Portions of 51:23 | Non-public Financial and Pricing Information |
| Portions of 52:8 | Non-public Financial and Pricing Information |
| Portions of 53:2-3 | Non-public Financial and Pricing Information |
| Portions of 53:14 | Non-public Financial and Pricing Information |
| Portions of 53:18 | Non-public Financial and Pricing Information |
| Portions of 54:1-5 | Non-public Financial and Pricing Information |
| Portions of 115:19-20 | Non-public Financial and Pricing Information |
| Portions of 117:25 | Confidential Details of Business Relationships |
| Portions of 118:9 | Confidential Details of Business Relationships |
| Portions of 122:23 | Confidential Details of Business Relationships |
| Portions of 124:15, 18, 20 | Non-public Financial and Pricing Information |
| Portions of 125:16, 20, 24 | Non-public Financial and Pricing Information |
| Portions of 126:7 | Non-public Financial and Pricing Information |
| Portions of 127:8 | Non-public Financial and Pricing Information |
| Portions of 146:23 | Non-public Financial and Pricing Information |
| Portions of 147:2, 6-7 | Non-public Financial and Pricing Information |
| 147:10-19 | Non-public Financial and Pricing Information |
| 149:19-150:23 | Non-public Financial and Pricing Information |
| 151:25-152:1 | Non-public Financial and Pricing Information |
| 152:17 | Non-public Financial and Pricing Information |
| **CHANG INDIVIDUAL TRANSCRIPT, Ex. E** | |
| 69:17-22 | Non-public Financial and Pricing Information |
| Portions of 133:20-21 | Product Formula Information |
| Portions of 171:25 | Confidential Details of Business Relationships |
| Portions of 172:9-12 | Confidential Details of Business Relationships |

| | |
|---|---|
| 172:15-20 | Confidential Details of Business Relationships |
| Portions of 173:4 | Confidential Details of Business Relationships |
| Portions of 173:17 | Confidential Details of Business Relationships |
| Portions of 173:22 | Confidential Details of Business Relationships |
| Portions of 174:1 | Confidential Details of Business Relationships |
| Portions of 174:4 | Confidential Details of Business Relationships |
| Portions of 174:9 | Confidential Details of Business Relationships |
| Portions of 174:15 | Confidential Details of Business Relationships |
| Portions of 174:17 | Confidential Details of Business Relationships |
| Portions of 175:7 | Confidential Details of Business Relationships |
| Portions of 175:12 | Confidential Details of Business Relationships |
| Portions of 175:14-19 | Confidential Details of Business Relationships |
| Portions of 175:24-176:8 | Confidential Details of Business Relationships |
| 177:20 | Confidential Details of Business Relationships |
| Portions of 177:24-178:18 | Confidential Details of Business Relationships |
| 184:13-20 | Confidential Details of Business Relationships |
| Portions of 184:22-24 | Confidential Details of Business Relationships |
| 185:2-10 | Confidential Details of Business Relationships |
| 185:16-186:10 | Confidential Details of Business Relationships |
| 186:12-15 | Confidential Details of Business Relationships |
| 186:22 | Confidential Details of Business Relationships |
| Portions of 187:5-22 | Non-public Financial and Pricing Information |
| 188:6-189:2 | Non-public Financial and Pricing Information |
| 189:15-22 | Non-public Financial and Pricing Information |
| 189:25-190:11 | Non-public Financial and Pricing Information |
| 191:7 | Non-public Financial and Pricing Information |
| Portions of 191:15-18 | Non-public Financial and Pricing Information |

| | |
|---|---|
| 192:19-193:5 | Non-public Financial and Pricing Information |
| Portions of 193:11-13 | Non-public Financial and Pricing Information |
| 193:17-18 | Non-public Financial and Pricing Information |
| Portions of 194:12-13 | Confidential Details of Business Relationships |
| 194:15-17 | Confidential Details of Business Relationships |
| 194:22-24 | Confidential Details of Business Relationships |
| 195:10-12 | Confidential Details of Business Relationships |
| Portions of 198:23 | Confidential Details of Business Relationships |
| 198:25-199:3, 5-10 | Confidential Details of Business Relationships |
| Portions of 199:12-200:1 | Confidential Details of Business Relationships |
| Portions of 200:3-18 | Confidential Details of Business Relationships |
| 200:19-201:12 | Confidential Details of Business Relationships |
| 201:14-22 | Confidential Details of Business Relationships |
| 201:24-202:7 | Confidential Details of Business Relationships |
| 202:14-23 | Confidential Details of Business Relationships |
| 203:5-10 | Confidential Details of Business Relationships |
| 203:19-24 | Confidential Details of Business Relationships |
| 204:1-10 | Confidential Details of Business Relationships |
| 204:15-205:8 | Confidential Details of Business Relationships |
| 206:16-19, 21, 23-25 | Confidential Details of Business Relationships |
| 207:1-8 | Confidential Details of Business Relationships |
| **DAVIES TRANSCRIPT, Ex. F** | |
| 31:2-32:2 | Non-public Financial and Pricing Information |
| 32:24-33:3 | Non-public Financial and Pricing Information |
| 33:21-34:3 | Non-public Financial and Pricing Information |
| 34:14-23 | Non-public Financial and Pricing Information |
| 35:2-14 | Non-public Financial and Pricing Information |

| | |
|---|---|
| 36:1-20 | Non-public Financial and Pricing Information |
| 37:1-38:12 | Non-public Financial and Pricing Information |
| 39:12-14 | Non-public Financial and Pricing Information |
| 42:5-42:22 | Non-public Financial and Pricing Information |
| Portions of 43:14-15 | Non-public Financial and Pricing Information |
| 44:10-45:8 | Non-public Financial and Pricing Information |
| 52:1-9 | Non-public Financial and Pricing Information |
| 53:15 | Non-public Financial and Pricing Information |
| 54:4-9 | Non-public Financial and Pricing Information |
| 55:6-56:17 | Non-public Financial and Pricing Information |
| 62:6-7 | Non-public Financial and Pricing Information |
| 62:19-63:1 | Non-public Financial and Pricing Information |
| 65:2-4 | Non-public Financial and Pricing Information |
| 65:19-66:4 | Non-public Financial and Pricing Information |
| 78:7 | Non-public Financial and Pricing Information |
| 78:15 | Non-public Financial and Pricing Information |
| 78:21-25 | Non-public Financial and Pricing Information |
| 79:3 | Non-public Financial and Pricing Information |
| Portion of 79:12 | Non-public Financial and Pricing Information |
| Portions of 79:15-17, 19, 22, 24 | Non-public Financial and Pricing Information |
| Potions of 80:12, 14-15 | Non-public Financial and Pricing Information |
| 83:11-12 | Non-public Financial and Pricing Information |
| Portions of 96:7 | Non-public Financial and Pricing Information |
| Portions of 111:21-112:12 | Non-public Financial and Pricing Information |
| Portions of 112:22-24 | Non-public Financial and Pricing Information |
| Portions of 113:3, 7, 11-12, 14-15 | Non-public Financial and Pricing Information |
| Portions of 113:17, 20-25 | Non-public Financial and Pricing Information |

| | |
|---|---|
| 114:14-115:2 | Non-public Financial and Pricing Information |
| Portions of 115:9-11 | Non-public Financial and Pricing Information |
| 115:19 | Non-public Financial and Pricing Information |
| Portions of 116:1-3 | Non-public Financial and Pricing Information |
| Portions of 116:6-22 | Non-public Financial and Pricing Information |
| 116:25-117:8, 10-19 | Non-public Financial and Pricing Information |
| Portions of 117:22-118:9 | Non-public Financial and Pricing Information |
| Portions of 120:2, 5 | Confidential Details of Business Relationships |
| Portions of 124:13 | Confidential Details of Business Relationships |
| Portions of 125:13 | Confidential Details of Business Relationships |
| 126:22 | Non-public Financial and Pricing Information |
| Portions of 128:3-5 | Non-public Financial and Pricing Information |
| Portions of 128:16 | Confidential Details of Business Relationships |
| 132:10-17 | Non-public Financial and Pricing Information |
| 137:6-9 | Non-public Financial and Pricing Information |
| 137:23-138:19 | Non-public Financial and Pricing Information |
| Portions of 140:24-141:1 | Non-public Financial and Pricing Information |
| Portions of 145:17-18, 21-22 | Non-public Financial and Pricing Information |
| Portions of 146:7-8, 12-18 | Non-public Financial and Pricing Information |
| Portions of 146:20, 22-25 | Design Information and Study Methodology |
| Portions of 147:6-8 | Design Information and Study Methodology |
| Portions of 151:6-8 | Non-public Financial and Pricing Information |
| Portions of 151:11-14, 17, 20-22 | Non-public Financial and Pricing Information |
| Portions of 152:1-3, 11-12, 23-24 | Non-public Financial and Pricing Information |
| Portions of 153:6, 9, 11-13, 21 | Non-public Financial and Pricing Information |
| Portions of 154:4 | Non-public Financial and Pricing Information |
| Portions of 157:4-6 | Confidential Details of Business Relationships |

| | |
|---|---|
| Portions of 157:13-15 | Non-public Financial and Pricing Information |
| Portions of 161:2, 8-25 and 162:1 | Non-public Financial and Pricing Information |
| Portions of 162:12-14, 16-19 | Non-public Financial and Pricing Information |
| 162:23-163:3 | Non-public Financial and Pricing Information |
| Portions of 163:6-9, 12-25 | Non-public Financial and Pricing Information |
| Portions of 164:20-21 | Non-public Financial and Pricing Information |
| Portions of 165: 2-4, 7-8 | Non-public Financial and Pricing Information |
| Portions of 165: 11-12, 17-18 | Non-public Financial and Pricing Information |
| **KITCHEN TRANSCRIPT, Ex. G** | |
| 157:8-17 | Product Formula Information |
| Portions of 213:5-6 | Product Formula Information |
| **BERGMAN TRANSCRIPT 09-16-2025, Ex. H** | |
| Portions of 247:11, 15 | Non-public Financial and Pricing Information |
| **MYERS TRANSCRIPT, Ex. I** | |
| 65:19-24 | Product Formula Information |
| 66:4-10 | Product Formula Information |
| Portions of 88:17-90:7 | Product Formula Information |
| **ZAGAL TRANSCRIPT, Ex. J** | |
| 80:5-8 | Non-public Financial and Pricing Information |
| 287:5-20 | Product Formula Information |
| **MYER'S REPORT, Ex. K** | |
| Pg. 34, ¶ 89 | Product Formula Information |
| **DISTLER REBUTTAL REPORT, Ex. L** | |
| Portions of Pg. 31, n.170 | Confidential Details of Business Relationships |
| Portions of Pg. 41, ¶ 71 | Confidential Details of Business Relationships |
| Portions of Pg. 41, ¶ 72 | Confidential Details of Business Relationships |
| Pg. 42, ¶ 73 | Confidential Details of Business Relationships |

| | |
|---|---|
| Portions of Pg. 42, ¶ 74 | Confidential Details of Business Relationships |
| Portions of Pg. 43, ¶ 75 | Confidential Details of Business Relationships |
| Portions of Pg. 43-44, ¶ 76 | Confidential Details of Business Relationships |
| Portions of Pg. 44, ¶ 77 | Confidential Details of Business Relationships |
| Portions of Pg. 44-45, ¶ 78 | Confidential Details of Business Relationships |
| Portions of Pg. 45, ¶ 79 | Confidential Details of Business Relationships |
| Pg. 45-46, ¶ 80 | Confidential Details of Business Relationships |
| Portions of Pg. 46, ¶ 81 | Confidential Details of Business Relationships |
| Portions of Pg. 46, ¶ 82 | Confidential Details of Business Relationships |
| Portions of Pg. 46, ¶ 83 | Confidential Details of Business Relationships |
| Portions of Pg. 59, ¶ 108 | Non-public Financial and Pricing Information |
| Portions of Pg. 60, ¶ 109 | Non-public Financial and Pricing Information |
| Portions of Pg. 61, ¶¶ 112-13 | Non-public Financial and Pricing Information |
| Portions of Pg. 63, ¶ 115 | Non-public Financial and Pricing Information |
| Portions of Pg. 64, ¶ 117 | Non-public Financial and Pricing Information |
| Pg. 110, Fig. 49 | Non-public Financial and Pricing Information |
| Portions of Pg. 120, ¶ 215 | Non-public Financial and Pricing Information |
| Portions of Pg. 122-23. ¶ 220 | Non-public Financial and Pricing Information |
| Portions of Pg. 125, ¶ 226 | Non-public Financial and Pricing Information |
| Portions of Pg. 137, ¶ 259 | Non-public Financial and Pricing Information |
| Portions of Pg. 163, ¶¶ 304-05 | Non-public Financial and Pricing Information |
| Pg. 164, ¶ 305 | Non-public Financial and Pricing Information |
| Pg. 164, ¶ 306 | Non-public Financial and Pricing Information |
| Portions of Pg. 165, ¶ 308 | Non-public Financial and Pricing Information |
| Portions of Pg. 166, ¶ 309 | Non-public Financial and Pricing Information |
| **BERGMAN OPENING REPORT, Ex. M** | |
| Portions of Pg. 42, ¶ 94 | Non-public Financial and Pricing Information |

| | |
|---|---|
| Portions of Pg. 44, ¶ 101 | Confidential Details of Business Relationships |
| Portions of Pg. 52, ¶ 125 | Confidential Details of Business Relationships |
| Portions of Pg. 58, ¶ 142 | Non-public Financial and Pricing Information |
| Portions of Pg. 59, ¶ 149 | Confidential Details of Business Relationships |
| Portions of Pg. 60, ¶ 149 | Confidential Details of Business Relationships |
| Portions of Pg. 64, ¶ 162 | Non-public Financial and Pricing Information |
| **KITCHEN REPORT, Ex. N** | |
| Portions of Pg. 28, ¶ 84 | Non-public Financial and Pricing Information |
| Portions of Pg. 29, ¶ 86 | Non-public Financial and Pricing Information |
| Portions of Pg. 29, ¶ 87 | Non-public Financial and Pricing Information |
| Pg. 30, ¶ 87 | Non-public Financial and Pricing Information |
| Portions of Pg. 130, ¶ 312 | Product Formula Information |
| Portions of Pg. 130, ¶ 313 | Product Formula Information |
| Portions of Pg. 130, ¶ 314 | Product Formula Information |
| **BERGMAN RESISTING REPORT, Ex. O** | |
| Portions of Pg. 17, ¶ 55 | Non-public Financial and Pricing Information |
| Portions of Pg. 17, ¶ 56 | Non-public Financial and Pricing Information |
| **BERGMAN REPLY REPORT, Ex. P** | |
| Portions of Pg. 25, ¶ 82 | Non-public Financial and Pricing Information |
| Portions of Pg. 45, ¶ 157 | Non-public Financial and Pricing Information |
| Portions of Pg. 45, n.166 | Non-public Financial and Pricing Information |
| **ZAGAL OPENING REPORT, Ex. Q** | |
| Portions of Pg. 19 | Non-public Financial and Pricing Information |
| Portions of Pg. 20 | Product Formula Information |
| Portions of Pg. 20, n.133 | Product Formula Information |
| Portions of Pg. 21 | Product Formula Information |
| Portions of Pg. 41 | Product Formula Information |

| | |
|---|---|
| **LOWTECH MSJ BRIEF, Ex. R** | |
| Portions of Pg. 3, Paragraph 1 | Non-public Financial and Pricing Information |
| **LOWTECH OPP TO KOOAPPS MSJ BRIEF, Ex. S** | |
| Portions of Pg. 4 | Non-public Financial and Pricing Information |
| Portions of Pg. 29 | Non-public Financial and Pricing Information |
| **LOWTECH REPLY TO MSJ BRIEF, Ex. T** | |
| Portions of Pg. 6 | Product Formula Information |
| **KOOAPPS SUF ISO MSJ, Ex. U** | |
| Portions of Pg. 13, ¶ 76 | Non-public Financial and Pricing Information |
| **KOOAPPS RESPONSE SUF MSJ BRIEF, Ex. V** | |
| Portions of Pg. 4, ¶ 5 | Design Information and Study Methodology |
| Portions of Pg. 4, ¶ 6 | Non-public Financial and Pricing Information |
| Portions of Pg. 5, ¶ 6 | Non-public Financial and Pricing Information |
| Portions of Pg. 11-12, ¶ 12 | Product Formula Information |
| Portions of Pg. 26, ¶ 40 | Non-public Financial and Pricing Information |
| **KOOAPPS RESPONSE LOWTECH OBJECTIONS AND COUNTERSTATEMENT MSJ BRIEF, Ex. W** | |
| Portions of Pg. 68, ¶ 15 | Design Information and Study Methodology |
| Portions of Pg. 86, ¶ 39 | Design Information and Study Methodology |
| Portions of Pg. 86, ¶ 40 | Design Information and Study Methodology |
| Portions of Pg. 87, ¶ 40 | Design Information and Study Methodology |
| Portions of Pg. 92, ¶ 50 | Design Information and Study Methodology |
| **LOWTECH OPP EXCLUDE ZAGAL, Ex. X** | |
| Portion of Pg. 6 | Product Formula Information |