# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

LOWTECH STUDIOS, LLC,

                    Plaintiff,

 v.

KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,

                    Defendants.

**CASE NO: 1:23-CV-1437-DAE**

KOOAPPS INC.,

                    Counterclaim-Plaintiff,

 v.

LOWTECH STUDIOS, LLC and STEVEN HOWSE,

                    Counterclaim-Defendants.

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Plaintiff and Counterclaim-Defendants, by and through their undersigned counsel, respectfully move the Court for an Order setting the deadline for Plaintiff and Counterclaim-Defendants to file a brief responding to Defendant's Motion to Preserve "Attorneys' Eyes Only" Designations (Dkt. 207) to June 19, 2026. The Plaintiff and Counterclaim-Defendants respectfully request that the Court enter the attached proposed Order setting Plaintiff's and Counterclaim-Defendants' response to June 19, 2026, and extend Defendant's reply deadline to July 3, 2026. The modest extension is necessary due to the volume of contested designations. This requested

extension will not affect any other deadlines in this action.  Defendant has agreed not to oppose this extension request.

Dated: June 11, 2026

Respectfully submitted,

By: */s/ Christopher C. Campbell*
Christopher C. Campbell
Britton F. Davis
**CAHILL GORDON &**
**REINDEL LLP**
900 16th Street N. W.
Suite 500
Washington D.C. 20006
(202) 862-8932
(202) 862-8906
bdavis@cahill.com
ccampbell@cahill.com

Cecil E. Key
KEY KESAN DALLMANN PLLC
1050 Connecticut Ave., N.W.
Suite 500
Washington, D.C.
Phone: (202) 772-1100
cecil.key@kkd-law.com

*Attorneys for Plaintiff and Counterclaim-Defendant Lowtech Studios LLC and Counterclaim-Defendant Steven Howse*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 11, 2026, all counsel of record are being served with a copy of this document through email.

*/s/ Christopher C. Campbell*
Christopher C. Campbell
Britton F. Davis
**CAHILL GORDON & REINDEL LLP**

*Attorneys for Plaintiff and Counterclaim-*
*Defendant Lowtech Studios LLC and*
*Counterclaim-Defendant Steven Howse*
