| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>               Plaintiff,<br><br> v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>               Defendants. | **CASE NO: 1:23-CV-1437-DAE** |

**ATTORNEY DECLARATION OF MATT VANDENBERG IN SUPPORT OF LOWTECH STUDIOS, LLC'S OPPOSITION TO KOOAPPS'S MOTION TO PRESERVE "ATTORNEYS' EYES ONLY" DESIGNATIONS**

I, Matt Vandenberg, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of New York and Texas and am a partner of the law firm of King & Spalding LLP, counsel for Lowtech Studios, LLC, ("Lowtech") and Steven Howse. I have personal knowledge of the facts asserted in this declaration and could competently testify to the below matters.

2. Beginning in December and continuing through the present day, Lowtech has engaged with Kooapps to reasonably de-designate overbroad designations. Throughout this process Lowtech's counsel has sent email correspondence requesting Kooapps reconsider its designations, issued formal objections to Kooapps's designations, adjusted its objections to reasonably accommodate Kooapps's position, and met and conferred with Kooapps.

3. On December 2, 2025, counsel for the parties met and conferred to discuss the Motions for Summary Judgment when Lowtech raised the issues of de-designation of the materials. The parties agreed that Lowtech would provide a written proposal outlining parameters for re-designation.

4. On December 12, 2025, counsel for Lowtech sent counsel for Kooapps an email de-designation proposal outlining concerns regarding Kooapps' extensive redactions, noting categories of material that is over designated, and identifying examples of specific material that is over designated.

5. On December 22, 2025, counsel for Kooapps confirmed receipt of Lowtech's de-designation proposal from December 12, 2025 and stated it would "respond shortly."

6. On January 12, 2026, Lowtech followed up regarding the de-designation proposal and requested that Kooapps de-designate materials so that Lowtech can properly evaluate the merits of the case and weigh mediation.

7. On February 13, 2026, Lowtech sent Kooapps correspondence requesting that Kooapps review AEO designations of certain deposition transcripts and expert reports. With no substantive response from Kooapps, Lowtech subsequently sent a formal objection to Kooapps two weeks later on February 27, 2026.

8. Throughout March and April 2026, the parties continued to correspond regarding designation disputes. In its correspondence, Lowtech identified and challenged specific excerpts that Kooapps redacted.

9. On April 11, 2026, Lowtech issued a formal, written challenge identifying specific AEO designations. On April 16, 2026, Kooapps confirmed receipt and asked for additional time to respond and to meet and confer. Lowtech agreed to extend the time for Kooapps'

to respond. Kooapps did not provide a substantive follow up regarding de-designations. On April 29, 2026, Lowtech again followed up, in writing, regarding specific, pinpoint cite designations that it challenged and again agreed to extend the period set out in the Protective Order for Kooapps to modify or maintain its designations and offered to meet and confer.

10. On May 12, 2026, the parties met and conferred to discuss the ongoing designation dispute. Kooapps subsequently sent a list narrowing some of its proposed AEO designations to confidential, while maintaining the AEO designation for the remainder. Lowtech again extended the time for Kooapps to provide its de-designations or otherwise file a motion protecting its designations.

11. On May 31, 2026, Lowtech responded to Kooapps's proposed list identifying multiple designations where Lowtech either agreed completely, agreed in part, or disagreed completely with Kooapps's refined designations.

12. On May 31, 2026, Lowtech agreed to more than 110 AEO designations in whole or in part, which was in addition to early designations that Lowtech did not challenge or had already agreed to. Lowtech otherwise objected in writing for Kooapps to file a motion to preserve AEO per the parties agreed upon timeline.

13. On June 5, 2026, Kooapps filed its motion (ECF 207) seeking to preserve its AEO designations.

14. As part of ECF 207, Kooapps filed Exhibit A to the Delehanty Declaration (ECF 207-4), which purportedly lists the AEO designations challenged by Lowtech.

15. During the conferral process, Kooapps also requested that Lowtech revisit certain AEO designations that Lowtech had made in depositions, reports, and filings. Lowtech agreed

to do so, ultimately determining that it would withdraw all AEO designations from the 32 filings, expert reports, and deposition transcripts.

16. Attached hereto are Exhibits 1, 2, and 3, which reproduce Kooapps's designated material and bases for designation along with Lowtech's basis for each designation challenge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2026
      Austin, TX

 

/s/ Matt Vandenberg

MATT VANDENBERG