| | |
|---|---|
| LOWTECH STUDIOS, LLC, <br><br>         Plaintiff, <br><br> v. <br><br> KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG, <br><br>         Defendants. | **CASE NO: 1:23-CV-1437-DAE** |
| KOOAPPS INC., <br><br>         Counterclaim-Plaintiff, <br><br> v. <br><br> LOWTECH STUDIOS, LLC and STEVEN HOWSE, <br><br>         Counterclaim-Defendants. | |

**DECLARATION OF STEVEN HOWSE IN SUPPORT OF LOWTECH STUDIOS, LLC AND STEVEN HOWSE'S BRIEF IN OPPOSITION TO KOOAPPS'S MOTION TO PRESERVE "ATTORNEYS' EYES ONLY" DESIGNATIONS**

I, Steven Howse, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the creator of Slither.io and the founder and principal of Lowtech Studios, LLC ("Lowtech"). The matters stated herein relate to my personal knowledge and the activities I undertook in my individual capacity and, if called as a witness, I could and would testify thereto.

2. I have not relied upon information designated as confidential in this proceeding for any purpose other than this litigation. Any business relationships of Kooapps that I have

identified has been through review of publicly available webpages such as Kooapps'

now-deleted blog posts. The webpages could be viewed through an ordinary web

browser and did not require any special access, credentials, or software to inspect.

3. I have not used any deposition testimony or information from this litigation to identify or confirm any business relationships of Kooapps.

4. The designation of extensive information as AEO by Kooapps has impeded my ability to meaningfully and completely participate in advancing claims and responding to counterclaims in this matter.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: June 18, 2026
Austin, TX

/#/ _Steve Howse_

STEVEN HOWSE