**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC<br><br>              Plaintiff,<br><br> v.<br><br>KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,<br><br>              Defendants. | **CASE NO: 1:23-CV-1437-DAE** |

**CERTIFICATE OF CONFERENCE IN REFERENCE TO PLAINTIFF LOWTECH STUDIOS, LLC'S MOTION TO SEAL BRIEF AND RELATED FILINGS IN SUPPORT OF ITS BRIEF IN OPPOSITION TO KOOAPPS'S MOTION TO PRESERVE "ATTORNEYS' EYES ONLY" DESIGNATIONS**

The undersigned certifies that on June 23, 2026, counsel for Lowtech requested a conference regarding the foregoing motion. Counsel for Defendants Kooapps LLC, Jonathan Chang and Chun-Kai Wang did not reply; however, we do not anticipate them opposing this motion as it is filed pursuant to Defendants' designation of information as within the purview of the parties' Protective Order.

         /s/ *Christopher C. Campbell*

         Christopher C. Campbell
         Britton F. Davis
         **CAHILL GORDON & REINDEL LLP**

         Cecil E. Key
         **KEY KESAN DALLMANN PLLC**

         ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANTS LOWTECH STUDIOS, LLC AND STEVEN HOWSE