**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LOWTECH STUDIOS, LLC.** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:23-CV-01437-DAE** |
| | § | |
| **KOOAPPS LLC,** | § | |
| *Defendants* | § | |
| | § | |

**ORDER**

Before the Court is Defendant Kooapps, LLC opposed motion to preserve, Dkt. 207. The District Judge referred the motion for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in the motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Tuesday, July 7, 2026**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to the Court's Courtroom Deputy, Victoria Rivera, at

Victoria_Rivera@txwd.uscourts.gov by **5:00 p.m. of the business day prior to the hearing.**

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for a **ZOOM** hearing before the undersigned on **Friday, July 10, 2026, at 1:00 p.m.** The hearing will last no more than 1 hour. Court staff will reach out with instructions for joining the call.

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED June 24, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE