UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOWTECH STUDIOS, LLC,<br>*Plaintiff* | § § § | |
| v. | § § | No.  1:23-CV-01437-DAE |
| KOOAPPS LLC, CHUN-KAI<br>WANG, JONATHAN CHANG,<br>*Defendants* | § § § § | |

**ORDER**

Before the Court is Defendant/Counterplaintiff Kooapps Inc.'s Motion to Preserve "Attorneys' Eyes Only" Designations, Dkt. 207. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, and after considering the parties' filings, the applicable law, and the arguments made at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **GRANTS** Kooapps' motion, Dkt. 207, and **ORDERS** that it may maintain its attorneys-eyes-only designations as set out in Exhibit 1 to its reply brief, filed as a sealed exhibit at Dkt. 217.

SIGNED July 10, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1