UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Lowtech Studios, LLC v. Kooapps LLC

2. Civil action number: 1:23-cv-1437-DAE

3. Nature of suit: trademark infringement

4. Date of Mediation: 10/27/2026

5. When did the case settle? ☐ Before ADR ☐ In ADR ☒ Did Not Settle

6. What was your total fee? $ 20,000.00 or ☐ Pro Bono

7. How was this Mediation initiated? ☐ by court order or ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Matt Vandenberg
Address: 500 West 2nd Street, Suite 1800
Austin, Texas 78701
Phone: (512) 457-2038

Name: Chris Campbell
Address: 900 16th Street, N.W., Suite 500
Washington, D.C. 20006
Phone: (202) 862-8906

Name: Eli B. RIchlin
Address: One Market Plaza, Spear Tower, Ste 3300, San Francisco, CA 94105
Phone: (212) 497-7781

Name: Josh Baskin
Address: One Market Plaza, Spear Tower, Ste 3300, San Francisco, CA 94105
Phone: (415) 947-2160

9. Additional comments: All parties were present and participated in good faith during the mediation.

/s/ T. John Ward, Jr.
Signature of Neutral

10/27/2026
Date

PO Box 1231, Longview, Texas 75606
Address

(903) 600-5220
Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*