**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br>v.<br><br>KOOAPPS LLC., JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**DEFENDANTS' NOTICE RE TRIAL READINESS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Kooapps, Inc., Chun-Kai Wang and Jonathan Chang (collectively, "Defendants") hereby provide notice that this case is ready for trial.

Following the Court's September 17, 2026 order on the parties' motions for summary judgment (ECF 220), the parties engaged in mediation. As noted in the mediator's October 27, 2026 report (ECF 221), the parties were unable to resolve the remaining claims. Two weeks later, Plaintiff provided notice to Defendants that they intended to file a motion for reconsideration of the Court's summary judgment order, and to file such motion by last Friday November 13, but they did not do so.

Counsel for Defendants is available to appear for a conference to set a trial date, or confer with counsel for Plaintiffs to submit periods of mutual availability for the Court's consideration.

Dated: November 17, 2026

Respectfully Submitted,

By: /s/ *Eli B. Richlin*

Eli B. Richlin (*pro hac vice*)
New York State Bar No. 4861357
erichlin@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
31 W 52nd St., Fifth Floor
New York, New York 100019

Joshua A. Baskin (*pro hac vice)*
California State Bar No. 294971
jbaskin@wsgr.com
**Wilson Sonsini Goodrich & Rosati, PC**
Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105

*Attorneys for Defendants Kooapps Inc., Jonathan Chang, and Chun-Kai Wang*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 17, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By: /s/ *Eli B. Richlin*

*Attorneys for Defendants Kooapps Inc., Jonathan Chang, and Chun-Kai Wang*