**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

LOWTECH STUDIOS, LLC,

Plaintiff,

v.

KOOAPPS LLC, JONATHAN CHANG, and CHUN-KAI WANG,

Defendants.

**CASE NO: 1:23-CV-1437-DAE**

**JOINT MOTION TO SET BRIEFING SCHEDULE**

The Plaintiff and Defendants, by and through their undersigned counsel, jointly move the Court for an Order setting a briefing schedule for Plaintiff's Motion for Reconsideration of the Court's September 16, 2026, Order on the parties' motions for summary judgment (Dkt. 220), which Plaintiff filed on November 18, 2026. The parties jointly request that the Court enter the attached proposed Order setting Defendants' opposition to December 23, 2026, and Plaintiff's reply to January 13, 2027. The extended response timeline accounts for the intervening holiday period. This requested schedule will not affect any other deadlines in this action.

Dated: November 20, 2026 Respectfully submitted,

By: */s/ Christopher C. Campbell*
Christopher C. Campbell
Britton F. Davis
**CAHILL GORDON & REINDEL LLP**
900 16th Street N. W.
Suite 500
Washington D.C. 20006
(202) 862-8932
(202) 862-8906

bdavis@cahill.com
ccampbell@cahill.com

Cecil E. Key
KEY KESAN DALLMANN PLLC
1050 Connecticut Ave., N.W.
Suite 500
Washington, D.C.
Phone: (202) 772-1100
cecil.key@kkd-law.com

Matt Vandenberg
KING & SPALDING LLP
500 West 2nd St., Suite 1800
Austin, TX 78701
(512) 457-2038
mvandenberg@kslaw.com

*Attorneys for Plaintiff Lowtech Studios*

*/s/ Eli B. Richlin*
*Attorney for Defendants Kooapps, Jonathan Chang, and Chun-Kai Wang*