**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LOWTECH STUDIOS, LLC,<br><br>Plaintiff,<br>v.<br><br>KOOAPPS LLC., JONATHAN CHANG, and CHUN-KAI WANG,<br><br>Defendants. | CASE NO.: 1:23-cv-1437-DAE |

**PLAINTIFF'S NOTICE RE TRIAL READINESS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Lowtech Studios, LLC ("Plaintiff" or "Lowtech") hereby provides notice that this case is ready for trial scheduling.

Following the Court's September 17, 2026 order on the parties' motions for summary judgment (ECF 220), the parties engaged in mediation. As noted in the mediator's October 27, 2026 report (ECF 221), the parties were unable to resolve the remaining claims. On November 17, 2026, Defendants filed a notice stating that this case is ready for trial (ECF 222). On November 18, 2026, Plaintiff filed a motion for reconsideration of the Court's summary judgment order. Understanding that the motion for reconsideration is now before the Court, Plaintiff is nonetheless otherwise prepared to proceed to trial on the remaining claims.

Counsel for Plaintiff is available to appear for a conference to set a trial date or confer with counsel for Defendants to submit periods of mutual availability for the Court's consideration.

Dated: November 20, 2026

Respectfully Submitted,

By: /s/ *Christopher C. Campbell*

Christopher C. Campbell
Britton F. Davis
**CAHILL GORDON & REINDEL LLP**
900 16th Street N. W.
Suite 500
Washington D.C. 20006
(202) 862-8906
(202) 862-8932
ccampbell@cahill.com
bdavis@cahill.com

Cecil E. Key
**KEY KESAN DALLMANN PLLC**
1050 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
(202) 772-3191
cecil.key@kkd-law.com

Matthew E. Vandenberg
**KING & SPALDING LLP**
500 W. Second Ave., Suite 1800
Austin, TX 78701
(512) 457-2000
mvandenberg@kslaw.com

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANTS LOWTECH STUDIOS, LLC AND STEVEN HOWSE

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 20, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By: /s/ *Christopher C. Campbell*
*Attorneys for Plaintiff Lowtech Studios, LLC*